

ROBERT W. PHELAN (RP-3825)
COZEN O'CONNOR
ATTORNEYS FOR PLAINTIFF
45 BROADWAY ATRIUM, 16TH FLOOR
NEW YORK, NEW YORK 10006
212-509-9400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
AMERICAN INSURANCE COMPANY           :
                                     :
              Plaintiff              :
       v.                            :
                                     :
CORN ASSOCIATES LLC                  :
          and                        :
THE FRANKLIN TOWER CONDOMINIUM       :
          and                        :
KATZ METAL FABRICATORS INC.          :
          and                        :
OLYMPIC PLUMBING AND HEATING         :     **JURY TRIAL DEMANDED**
III CORP.                            :
          and                        :
SAMCO PLUMBING, INC.                 :
                                     :
              Defendants.            :
------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

**Please check one box**

[ ]   The nongovernmental corporate party, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ X ] The nongovernmental corporate party, American Insurance Company, in the above listed civil action, is a subsidiary of Allianz of America, Inc., Novato, California, which owns all of its capital stock.

10/3/07
Date

                                        Robert W. Phelan, Esquire

                    Counsel for: American Insurance Company

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation
    (b) TIME FOR FILING: SUPPLEMENTAL FILING. A party must:
        (1) file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response or other request addressed to the court, and
        (2) promptly file a supplemental statement upon any change in the information that the statement requires.

PHILADELPHIA\3368254\1 207066.000

## FIREMAN'S FUND INSURANCE COMPANIES

### KEY FINANCIAL INDICATORS ($000)

#### Statutory Data

| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policy-holders' Surplus |
|---|---|---|---|---|---|---|
| 2000 | 18,887 | ... | 714 | 572 | 10,928 | 9,495 |
| 2001 | 19,103 | ... | 684 | 461 | 11,476 | 9,956 |
| 2002 | 21,859 | ... | 999 | 1,265 | 12,262 | 11,194 |
| 2003 | 24,713 | ... | 312 | 179 | 11,698 | 11,400 |
| 2004 | 21,688 | ... | 379 | 251 | 13,212 | 11,647 |

#### Profitability / Leverage / Liquidity

| Period Ending | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | NA Inv Lev | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash-flow (%) |
|---|---|---|---|---|---|---|---|---|
| 2000 | ... | 6.6 | ... | 7.6 | ... | 0.2 | 762.8 | 109.8 |
| 2001 | ... | 5.9 | ... | 9.2 | ... | 0.2 | 754.8 | 487.0 |
| 2002 | ... | 4.7 | ... | 8.4 | ... | 0.1 | 999.9 | 35.8 |
| 2003 | ... | 2.1 | ... | 6.4 | ... | 0.0 | 999.9 | 106.5 |
| 2004 | ... | 2.8 | ... | 7.0 | ... | 0.1 | 844.0 | 221.6 |
| 5-Yr | ... | 4.3 | 0.0 | ... | ... | ... | ... | ... |

(*) Data reflected within all tables of this report has been compiled from the company-filed statutory statement. Within several financial tables of this report, this company is compared against the Commercial Casualty Composite.

### BUSINESS REVIEW

For a detailed discussion of business review, refer to the report of Fireman's Fund Insurance Companies.

**Direct Premium Writings By Product Lines:** Direct Premiums written at the last year end totaled ($000) $21,688, and were distributed as follows: Homeowners, $6,887; Inland Marine, $1,662; Prod Liab Occur, $1,676; Oth Liab Occur, $11,437; All Other, $26.

**Major 2004 Direct Premium Writings by State ($000):** New Jersey, $21,688 (100.0%).

### CAPITALIZATION

For a detailed discussion of capitalization, refer to the report of Fireman's Fund Insurance Companies.

### HISTORY

This company was incorporated under the laws of New Jersey on October 21, 1983 and began business on May 18, 1984. Paid up capital of $3,500,000, consists of 35,000 shares at $100 par value each. The company has 35,000 authorized shares.

### MANAGEMENT

The company was a wholly-owned subsidiary of National Surety Corporation, a subsidiary of Fireman's Fund Insurance Company. On June 28, 1991, both Fireman's Fund Indemnity Corporation and Parkway Insurance Company (formerly Fireman's Fund Insurance Company of New Jersey) became wholly-owned subsidiaries of Fireman's Fund Insurance Company. Complete financial control of the latter now resides with Allianz Global Risks US Insurance Company (formerly Allianz Insurance Company), an indirect subsidiary of Allianz AG, Munich, Germany.

**Officers:** Chairman of the Board, President and Chief Executive Officer, Charles M. Kavitsky; Executive Vice President and Chief Operating Officer, Joseph J. Beneducci; Executive Vice President and Chief Financial Officer, Jill E. Paterson; Senior Vice President, Secretary and General Counsel, Janet S. Kloenhamer; Senior Vice President and Treasurer, Linda E. Wright; Vice President and Controller, Louise Jordan.

**Directors:** Joseph J. Beneducci, Phillip M. Bowen, Charles M. Kavitsky, Janet S. Kloenhamer, Jill E. Paterson, William M. Savino.

### REGULATORY

An examination of the financial condition was made as of December 31, 2003 by the Insurance Department of New Jersey. An annual independent audit of the company is conducted by KPMG, LLP. An annual evaluation of reserves for unpaid losses and loss adjustment expenses is made by David R. Heyman, Vice President and Actuary, Fireman's Fund Insurance Company.

**Territory:** The company is licensed in New Jersey.

### REINSURANCE PROGRAMS

For a detailed discussion of reinsurance, refer to the report of Fireman's Fund Insurance Companies.

### BALANCE SHEET
#### ADMITTED ASSETS ($000)

| | 12/31/04 | 12/31/03 | '04% | '03% |
|---|---|---|---|---|
| Bonds | 9,848 | 6,384 | 74.5 | 54.6 |
| Common stock | ... | 734 | ... | 6.3 |
| Cash & short-term invest | 1,250 | 4,500 | 9.5 | 38.5 |
| Other non-affil inv asset | 817 | ... | 6.2 | ... |
| Total invested assets | 11,914 | 11,618 | 90.2 | 99.3 |
| Accrued interest | 77 | 35 | 0.6 | 0.3 |
| All other assets | 1,221 | 45 | 9.2 | 0.4 |
| Total assets | 13,212 | 11,698 | 100.0 | 100.0 |

#### LIABILITIES & SURPLUS ($000)

| | 12/31/04 | 12/31/03 | '04% | '03% |
|---|---|---|---|---|
| All other liabilities | 1,565 | 298 | 11.8 | 2.5 |
| Total liabilities | 1,565 | 298 | 11.8 | 2.5 |
| Capital & assigned surplus | 5,125 | 5,125 | 38.8 | 43.8 |
| Unassigned surplus | 6,522 | 6,275 | 49.4 | 53.6 |
| Total policyholders' surplus | 11,647 | 11,400 | 88.2 | 97.5 |
| Total liabilities & surplus | 13,212 | 11,698 | 100.0 | 100.0 |

### SUMMARY OF 2004 OPERATIONS ($000)

| Statement of Income | 12/31/04 | Funds Provided from Operations | 12/31/04 |
|---|---|---|---|
| Premiums earned | ... | Premiums collected | 1,290 |
| Losses incurred | ... | Benefit & loss related pmts | 665 |
| Undrw expenses incurred | -54 | LAE & undrw expenses paid | -7 |
| Net underwriting income | 54 | Undrw cash flow | 631 |
| Net investment income | 325 | Investment income | 405 |
| Pre-tax oper income | 379 | Pre-tax cash operations | 1,036 |
| Realized capital gains | 0 | | |
| Income taxes incurred | 128 | Income taxes pd (recov) | 106 |
| Net income | 251 | Net oper cash flow | 930 |

♦

**Allianz of America, Inc**
### FIREMAN'S FUND INSURANCE COMPANIES
777 San Marin Drive, Novato, CA 94998
Web: www.the-fund.com

Tel: 415-899-2000    Fax: 415-899-3600
AMB#: 00034

### BEST'S RATING

Based on our opinion of the group's Financial Strength, it is assigned a Best's Rating of A (Excellent). The group's Financial Size Category is Class XV. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

### RATING UNIT MEMBERS

Fireman's Fund Insurance Companies:    (AMB# 00034):

| AMB# | COMPANY | RATING | | POOL% |
|---|---|---|---|---|
| 02179 | Fireman's Fund Insurance Co | A | p | 75.00 |
| 02177 | American Insurance Company | A | p | 11.50 |
| 02182 | National Surety Corporation | A | p | 4.00 |
| 02267 | Interstate Fire & Casualty Co | A | p | 3.50 |
| 02176 | American Automobile Ins Co | A | p | 2.50 |
| 02266 | Chicago Insurance Company | A | p | 1.50 |
| 02178 | Associated Indemnity Corp | A | p | 1.00 |
| 02268 | Interstate Indemnity Company | A | p | 0.80 |
| 02843 | Fireman's Fund Ins Co of OH | A | p | 0.20 |
| 02617 | Fireman's Fund Ins Co of WI | A | p | |
| 03586 | American Standard Lloyds | A | r | |
| 03682 | Fireman's Fund Cnty Mut Ins Co | A | r | |
| 01892 | Fireman's Fund Indemnity Corp | A | r | |
| 02616 | Fireman's Fund Ins Co of GA | A | r | |
| 02717 | Fireman's Fund Ins Co of HI | A | r | |
| 02824 | Fireman's Fund Ins Co of LA | A | r | |
| 11262 | Fireman's Fund Ins Co of MO | A | r | |
| 11219 | Midway Ins Co of Illinois | A | r | |

### RATING RATIONALE

Rating Rationale: The rating applies to Fireman's Fund Insurance Company ("FFIC") and its 9 pooling and 8 reinsured affiliates. The rating reflects