UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 07 CV 8604

AMERICAN INSURANCE COMPANY A/S/O MARIAH CAREY

, Plaintiff(s)

- against -

CORN ASSOCIATES LLC., THE FRANKLIN TOWER CONDOMINIUMS, KATZ METAL FABRICATORS INC., OLYMPIC PLUMBING AND HEATING III CORP., AND SAMCO PLUMBING, INC.

, Defendant(s)

State of New York     )
                      ) SS.:
County of Bronx       )

AFFIDAVIT OF SERVICE

Charles S. Flemming being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York. That on 10/09/2007 at 11:45 AM at:
    KATZ METAL FABRICATORS INC.
    434 E 165TH STREET
    SUITE 704
    BRONX NY 10456
Deponent served the:

SUMMONS IN A CIVIL ACTION & COMPLAINT WITH JURY TRIAL DEMANDED
RULE 7.1 DISCLOURSURE STATEMENT
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J PECK
CONSENT TO PROCEED
INDIVIDUAL PRACTICES OF JUDGE WILLIAM H PAULEY III
GUIDELINES FOR ELECTRONIC FILING

on KATZ METAL FABRICATORS INC.

a domestic and/or foreign corporation
by delivering thereat true copies to Micheal Kurbesky
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Assistant Manager and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 37   HEIGHT: 5'7''   WEIGHT: 168   HAIR: BLACK   RACE: BLACK   SEX: MALE

Charles S. Flemming    License #1179930

SWORN TO BEFORE ME *[signature]*
October 16, 2007

OUR DOC# 19619
Cozen O'Connor
45 Broadway
17th Floor
New York NY 10006
212-509-9400
207066

JONATHAN C. PETERS
NOTARY PUBLIC STATE OF NEW YORK
NO: 01PE6134884
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES OCTOBER 11th, 2009