UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 07 CV 8604

---

AMERICAN INSURANCE COMPANY  A/S/O MARIAH CAREY

, Plaintiff(s)

- against -

CORN ASSOCIATES LLC., THE FRANKLIN TOWER CONDOMINIUMS, KATZ METAL FABRICATORS INC.,OLYMPIC PLUMBING AND HEATING III CORP., AND SAMCO PLUMBING, INC.

, Defendant(s)

---

State of New York     )
                      )  SS.:
County of Nassau      )

### AFFIDAVIT OF SERVICE

Lucille Galtieri being duly sworn, deposes and says
that she is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 10/12/2007 at  2:35 PM at:
    OLYMPIC PLUMBING AND HEATING III CORP.
    233-08 LINDEN BLVD
    CAMBRIA HEIGHTS NY   11411
Deponent served the:

SUMMONS IN A CIVIL ACTION & COMPLAINT WITH JURY TRIAL DEMANDED
RULE 7.1 DISCLOURSURE STATEMENT
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J PECK
CONSENT TO PROCEED
INDIVIDUAL PRACTICES OF JUDGE WILLIAM H PAULEY III
GUIDELINES FOR ELECTRONIC FILING

on OLYMPIC PLUMBING AND HEATING III CORP.

a domestic and/or foreign corporation
by delivering thereat true copies to Gina Russi
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Authorized Agent and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 35  HEIGHT: 5'4''    WEIGHT: 170    HAIR: BLACK      RACE: WHITE    SEX: FEMALE

*Lucille Galtieri*    License #1249825

SWORN TO BEFORE ME   10/18/07

MARK C. EISENBERG
Notary Public, State of New York
No. 01EI4958991
Qualified in Nassau County
Commission Expires November 20, 20 07

OUR DOC# 19624
Cozen O'Connor
45 Broadway
17th Floor
New York NY 10006
212-509-9400
207066