IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN INSURANCE COMPANY : <br> : <br> Plaintiff : <br> v. : <br> : <br> CORN ASSOCIATES LLC : <br> and : <br> THE FRANKLIN TOWER CONDOMINIUM : <br> and : <br> KATZ METAL FABRICATORS INC. : <br> and : <br> OLYMPIC PLUMBING AND HEATING : <br> III CORP. : <br> and : <br> SAMCO PLUMBING, INC. : <br> Defendants. : | CASE NUMBER: 1:07-cv-8604 <br><br> JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS
AGAINST OLYMPIC PLUMBING AND HEATING III CORP.**

Pursuant to F.R.C.P. 41(a)(1), Plaintiff, American Insurance Company, herein stipulates that all claims against defendant, Olympic Plumbing and Heating III Corp., are dismissed without prejudice. Defendant has not served an Answer to plaintiff's Complaint or a Motion for Summary Judgment.

                                            COZEN O'CONNOR

                                            By: _____
                                                Robert W. Phelan, Esq. (RP3825)
                                                45 Broadway, Suite 1600
                                                New York NY 10006
                                                212.908.1274

Dated: November 9, 2007

## CERTIFICATE OF SERVICE

I, Robert W. Phelan, served true and correct copies of plaintiff's Notice of Dismissal of All Claims Against Olympic Plumbing and Heating III Corp. on the following parties by first class mail on November 9, 2007:

| | |
|---|---|
| Corn Associates LLC<br>86 Chambers Street<br>Suite 704<br>New York, New York 10007 | John Javora<br>Claremont Specialty Managers, Ltd.<br>3 University Plaza<br>Hackensack, New Jersey 07601 |
| Katz Metal Fabricators, Inc.<br>434 E. 165th St.<br>Bronx, New York 10456 | Joseph E. Krause<br>Cooperman Lester Miller LLP<br>1129 Northern Boulevard, Suite 402<br>Manhasset New York 11030<br><br>*Attorney for Olympic Plumbing and Heating III Corp.* |
| Samco Plumbing, Inc.<br>c/o Secretary of State<br>State of New York<br>41 State St.<br>Albany, New York | David Zwerin<br>Wenig & Wenig, Esqs.<br>150 Broadway - Suite 911<br>New York, New York 10038<br><br>*Attorneys for The Franklin Tower Condominium* |

COZEN O'CONNOR

BY: _____
Robert W. Phelan (RP3825)
Cozen O'Connor
45 Broadway, Suite 1600
New York, New York 10006

PHILADELPHIA\3430457\1 207066.000

2