# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILE NO.: 078525
FILED ON: 10/4/2007    CASE NO.: 07CIV8604

AMERICAN INSURANCE COMPANY A/S/O MARIAH CAREY

Plaintiff(s)-Petitioner(s)

-VS-

CORN ASSOCIATES LLC, THE FRANKLIN TOWER CONDOMINIUM, KATZ METAL FABRICATORS INC.,
OLYMPIC PLUMBING AND HEATING III CORP., AND SAMCO PLUMBING, INC.

Defendant(s)-Respondent(s)

STATE OF NEW YORK}
COUNTY OF SCHENECTADY ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On OCTOBER 10, 2007    at 10:55 A.M.
Deponent served a true copy of   SUMMONS IN A CIVIL ACTION, COMPLAINT WITH JURY TRIAL DEMANDED, RULE 7.1 DISCLOSURE STATEMENT, NOTICE, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J PECK, CONSENT TO PROCEED, INDIVIDUAL PRACTICES OF JUDGE WILLIAM H PAULEY III, GUIDELINES FOR ELECTRONIC FILING
bearing index number: 07CIV8604  and date of filing:    10/4/2007
upon **THE FRANKLIN TOWER CONDOMINIUM**
at address: **SECRETARY OF STATE, 41 STATE STREET**
City & State: **ALBANY, NY 12207**

## MANNER OF SERVICE}

**PERSONAL**

☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

**SUITABLE AGE PERSON**

☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

**AUTHORIZED AGENT**

☒ By delivering and leaving with} **CAROL VOGT**
the agent for service on the person in this proceeding designated under Rule 307 BCL . Service having been made to such person at the place, date and time above.

**AFFIXING TO DOOR, ETC.**

☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized     person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

**MAILING**

☒ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address 380 LEXINGTON AVENUE NEW YORK, NY 10168
on 10/10/2007 The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __first class mail __certified mail X registered mail X return receipt requested.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE         Race/Skin Color: WHITE       Hair Color: BROWN
Approximate Age: 53 years   Approximate Height: 5'4"   Approximate Weight: 125 pounds
Other:

Subscribed and sworn before me on} OCTOBER 10, 2007

| | | | |
|---|---|---|---|
| Karen E. Rock #01R06065213 | Kathryn A. Rock-McClosky | Attorney Info:<br>Cozen O'Connor<br>45 Broadway, 16th Floor<br>New York, NY 10006<br>212-509-9400 | Mark E. McClosky<br>Deponent |
| Notary Public, State of New York | Commissioner of Deeds | | |
| Qualified in Schenectady County | Qualified in Schednectady County | | |
| Commission Expires: 10/09/2009 | Commission Expires: 08/27/2004 | | |

affidavit number: **200770077**

**FIRM FILE #19622**