UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 07 CV 8604

---

AMERICAN INSURANCE COMPANY  A/S/O MARIAH CAREY

, Plaintiff(s)

- against -

CORN ASSOCIATES LLC., THE FRANKLIN TOWER CONDOMINIUMS, KATZ METAL FABRICATORS INC., OLYMPIC PLUMBING AND HEATING III CORP., AND SAMCO PLUMBING, INC.

, Defendant(s)

---

State of New York    )
                     ) SS.:
County of New York   )

## AFFIDAVIT OF SERVICE

Yariela Gonzales being duly sworn, deposes and says that she is over the age of 18 years; is not a party to this action and resides within the State of New York.  That on 10/26/2007 at  3:52 PM at:
THE FRANKLIN TOWER CONDOMINIUM
90 FRANKLIN STREET
NEW YORK NY 10113
Deponent served the:

SUMMONS IN A CIVIL ACTION & COMPLAINT WITH JURY TRIAL DEMANDED
RULE 7.1 DISCLOURSURE STATEMENT
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J PECK
CONSENT TO PROCEED
INDIVIDUAL PRACTICES OF JUDGE WILLIAM H PAULEY III
GUIDELINES FOR ELECTRONIC FILING

on THE FRANKLIN TOWER CONDOMINIUM

a domestic and/or foreign corporation
by delivering thereat true copies to James Torpey personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be the superattentes and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 50   HEIGHT: 5'6''    WEIGHT: 160    HAIR: BLACK    RACE: WHITE    SEX: MALE

*Yariela Gonzales*    License #1260358

SWORN TO BEFORE ME 10-31-07

*Johnysha Santana*

OUR DOC# 19623
Cozen O'Connor
45 Broadway
17th Floor
New York NY 10006
212-509-9400
207066

Johnysha Santana
Notary Public, State of New York
No. 01SA6168179
Qualified in New York County
Commission Expires 08/11/2011