UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AMERICAN INSURANCE COMPANY                **RULE 7.1**
a/s/o Mariah Carey, 777 San Marin Drive   **DISCLOSURE STATEMENT**
Novato, California 94998,

                              Plaintiff,

       -against-

CORN ASSOCIATES LLC
86 Chambers Street, Suite 704
New York, New York 10007                  Docket No.:  07 CIV 8604

         and

THE FRANKLIN TOWER CONDOMINIUM
380 Lexington Avenue
New York, NY 10168

         and

KATZ METAL FABRICATORS INC.
434 E. 165th St.
Bronx, New York 10456

         and

OLYMPIC PLUMBING AND HEATING
III CORP.
233-08 Linden Boulevard
Cambria Heights, New York 11411

         and

SAMCO PLUMBING, INC.,
36-20 13th Street
Long Island City, New York 11106

                              Defendants.
------------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT

Please check one box

[ X ]   The non governmental corporate party, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ]   The nongovernmental corporate party, American Insurance Company, in the above listed civil action, is a subsidiary of Alliance of America, Inc., Novato, California, which owns all of its capital stock.

Dated: December 19, 2007

                        Yours, etc.

                        MURPHY & HIGGINS, LLP

By: _____
DANIEL M. SCHIAVETTA, JR. (DS 0319)
Attorneys for Defendant
KATZ METAL FABRICATORS, INC.
1 Radisson Plaza, 9th Fl.
New Rochelle, NY   10801
(914) 712-1100

TO:   ROBERT W. PHELEN (RP-3825)
      COZEN O'CONNOR
      Attorneys for Plaintiff
      45 Broadway Atrium, 16th Fl.
      New York, NY   10006
      (212) 509-9400

TO:   OF COUNSEL
      MARK OPALISKY, ESQ.
      KATHLEEN LOUGHHEAD, ESQ.
      COZEN O'CONNOR
      1900 Market St.
      Philadelphia, PA   19103
      (215) 665-2000

TO:    CORN ASSOCIATES, LLC
        Defendant
        86 Chambers St., Suite 704
        New York, NY   10007

TO:    THE FRANKLIN TOWER CONDOMINIUM
        Defendant
        380 Lexington Ave.
        New York, NY   10168

TO:    SAMCO PLUMBING, INC.
        Defendant
        36-20 13TH Street
        Long Island City, NY   11196