UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————X

AMERICAN INSURANCE COMPANY a/s/o          Case No.: 07-CIV 8604
MARIAH CAREY,

                            Plaintiff,

            - against -                            **RULE 7.1 STATEMENT**

CORN ASSOCIATES, LLC, THE FRANKLIN TOWER
CONDOMINIUM, KATZ METAL FABRICATORS, INC.,
OLYMPIC PLUMBING AND HEATING III CORP.,
And SAMCO PLUMBING, INC.,

                            Defendants.

———————————————————————————X

            Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9]

and to enable District Judges and Magistrate Judges of the Court to evaluate possible

disqualification or recusal, Defendant, The Franklin Tower Condominium, by its attorneys,

WHITE FLEISCHNER & FINO, LLP, hereby alleges as follows:

            Defendant The Franklin Tower Condominium is a condominium association duly

organized and existing under and by the virtue of the laws of the State of New York that does

not have any corporate parents, affiliates, or subsidiaries.

Dated: New York, New York
            December 28, 2007

                                    Yours, etc.,

                                    WHITE FLEISCHNER & FINO, LLP
                                    By:
                                            Jared T. Greisman (JG-6983)
                                    Attorneys for Defendant
                                    The Franklin Tower Condominium
                                    61 Broadway - 18th Floor
                                    New York, New York 10006
                                    (212) 487-9700
                                    Our File No.: 179-13150-PAF/JTG