STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

Wendy Jantz, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Staten Island, New York.

That on December 28, 2007, deponent served the within **ANSWER and RULE 7.1 STATEMENT,** upon the attorneys and parties listed below by United States prepaid mail by placing same in a mailbox in the State of New York:

TO:

Robert W. Phelan, Esq.
Cozen O'Connor
Attorneys for Plaintiff
45 Broadway, 16th Floor
New York, New York 10006
(212) 509-9400
(866) 850-7490 (Fax)

Corn Associates, LLC
Defendant Pro Se
85 Chambers Street, Suite 704
New York, New York 10007

Daniel M. Schiavetta, Jr.
Katz Metal Fabricators, Inc.
1 Radisson Plaza, 9th Fl.
New Rochelle, New York 10801
(914)712-1100

Olympic Plumbing & Heating III Corp.
Defendant Pro Se
233-08 Linden Boulevard
Cambria Heights, New York 11411

Samco Plumbing, Inc.
Defendant Pro Se
36-20 13th Street
Long Island City, New York 11106

_____
Wendy Jantz

Sworn to before me this
28th day of December, 2007

_____
JULIA N. BRYAN
Notary Public, State of New York
No. 01BR5077402
Qualified in Kings County
Commission Expires May 5, 2011