USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
AMERICAN INSURANCE COMPANY,            :
777 San Marin Drive Novato, California 94998
as subrogor of Mariah Carey,           :

                      Plaintiff,   :   07 Civ. 8604 (WHP)

           -against-         :   ORDER GRANTING
                                 ADMISSION PRO HAC VICE

CORN ASSOCIATES LLC, et al.,           :

                   Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Having reviewed the Notice of Motion, the Affidavit of Robert W. Phelan, Esq., dated December 14, 2007 and other documents in support of admitting Kathleen P. Loughhead, Esq. to appear pro hac vice, it is hereby ORDERED that Ms. Loughhead be admitted to this Court pro hac vice to represent Plaintiff in the above-captioned action.

        The attorney admitted pro hac vice must serve a copy of this Order on all other parties who have appeared in this action.

Dated:   January 10, 2008
          New York, New York

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
                                      U.S.D.J.