UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

AMERICAN INSURANCE COMPANY,          :
777 San Marin Drive Novato, California 94998
as subrogor of Mariah Carey,          :

                    Plaintiff,          :          07 Civ. 8604 (WHP)

               -against-          :          ORDER GRANTING
                                ADMISSION PRO HAC VICE

CORN ASSOCIATES LLC, et al.,          :

                 Defendants.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Having reviewed the Notice of Motion, the Affidavit of Robert W. Phelan, Esq., dated January 3, 2008 and other documents in support of admitting Mark E. Opalisky, Esq. to appear pro hac vice, it is hereby ORDERED that Mr. Opalisky be admitted to this Court pro hac vice to represent Plaintiff in the above-captioned action.

        The attorney admitted pro hac vice must serve a copy of this Order on all other parties who have appeared in this action.

Dated:     January 17, 2008
           New York, New York

                              SO ORDERED:

                                  _____
                                  WILLIAM H. PAULEY III
                                  U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08