

# COZEN
## O'CONNOR

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 1/24/08*

**Mark E. Opalisky**
Direct Phone   215.665.2729
Direct Fax       215.701.2429
mopalisky@cozen.com

January 11, 2008

JAN 1 - 2008

**VIA FEDERAL EXPRESS**

Judge William H. Pauley, III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

    Re:    American Insurance Company a/s/o Mariah Carey and Sinclair C.S. Beecham v.
            Corn Associates LLC, et al.
            Case Number:     1:07-cv-8604
            Our File Number:  207066

Dear Judge Pauley:

    We represent plaintiff in the above matter and kindly request to adjourn the Initial Pre-Trial Conference which is scheduled for Friday, January 18, 2008 at 10:30 a.m. We have received consent from Jared Greisman, attorney for Franklin Tower Condominium and we have left a message for Richard Kaye, attorney for Katz Metal Fabricators, Inc. requesting his consent for adjournment.

    We request this adjournment because at this time we have not perfected service on all defendants. We respectfully request this be rescheduled for the middle of February. Thank you for your courtesies.

                                 Sincerely,

                                 COZEN O'CONNOR

                                 *Mark Opalisky*
                              By: Mark E. Opalisky

MEO/af

*Application Granted. The initial pre-trial conference is adjourned to February 29, 2008 at 10:30 a.m.*

SO ORDERED:

                                 WILLIAM H. PAULEY III U.S.D.J.

Judge William H. Pauley, III
January 11, 2008
Page 2

---

cc: Jared T. Greisman, Esq.
Richard S. Kaye, Esq.
Robert W. Phelan, Esq.
Kathleen P. Loughhead, Esq.