STATE OF NEW YORK  )
COUNTY OF NEW YORK ) ss:

*Julia N. Bryant*, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on March 4, 2008, deponent served the within **ANSWER to AMENDED COMPLAINT,** upon the attorneys and parties listed below by United States prepaid mail by placing same in a mailbox in the State of New York:

TO:

Robert W. Phelan, Esq.
Cozen O'Connor
Attorneys for Plaintiff
45 Broadway, 16th Floor
New York, New York 10006
(212) 509-9400
(866) 850-7490 (Fax)

Daniel M. Schiavetta, Jr.
Katz Metal Fabricators, Inc.
1 Radisson Plaza, 9th Fl.
New Rochelle, New York 10801
(914)712-1100

Corn Associates, LLC
Defendant Pro Se
86 Chambers Street, Suite 704
New York, New York 10007

Samco Plumbing, Inc.
Defendant Pro Se
36-20 13th Street
Long Island City, New York 11106

_____
Julia N. Bryant

Sworn to before me this
4th day of March, 2008

_____
Notary Public

N. YVONNE MIRANDA
Notary Public - State of New York
NO. 01MI6109672
Qualified in New York County
My Commission Expires  5-17-09

10