UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
AMERICAN INSURANCE COMPANY, :
777 San Marin Drive Novato, California 94998
as subrogor of Mariah Carey, :

                            Plaintiff, :   07 Civ. 8604 (WHP)

                    -against- :   SCHEDULING ORDER NO. 1

CORN ASSOCIATES LLC, et al., :

                        Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Counsel for Plaintiff and Defendants The Franklin Tower Condominium and Katz Metal Fabricators Inc. having appeared for a conference on February 29, 2008, the following schedule is established on consent:

        1. Plaintiff shall file and serve an amended complaint by March 31, 2008;

        2. All discovery shall be completed by July 31, 2008; and

        3. The Court will hold a status conference on May 9, 2008 at 10:30 a.m.

Dated: February 29, 2008
       New York, New York

                          SO ORDERED:

                          WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of Record*

Robert William Phelan, Esq.
Cozen O'Connor
45 Broadway Atrium
16th Floor
New York, NY 10006
*Counsel for Plaintiff*

Jared Todd Greisman, Esq.
White Fleischner & Fino, LLP(NYC)
61 Broadway
New York, NY 10006
*Counsel for Defendant The Franklin Tower Condominium*

Daniel Michael Schiavetta, JR.,
Murphy and Higgins, LLP
One Radisson Plaza, 9th Floor
New Rochelle, NY 10801
*Counsel for Defendant Katz Metal Fabricators Inc.*