```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
AMERICAN INSURANCE COMPANY,           :
777 San Marin Drive Novato, California 94998
as subrogor of Mariah Carey,          :

                Plaintiff,    :   07 Civ. 8604 (WHP)

         -against-                  :   SCHEDULING ORDER NO. 2

CORN ASSOCIATES LLC, et al.,          :

                Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

      Counsel for Plaintiff and Defendants The Franklin Tower Condominium ("Franklin Tower") and Katz Metal Fabricators Inc. ("Katz Metal") having appeared for a conference on May 9, 2008, the following schedule is established on consent:

1. Franklin Tower and Katz Metal shall file and serve their dispositive motions by June 6, 2008;

2. Plaintiff shall file and serve its opposition to the motions by July 2, 2008;

3. Franklin Tower and Katz Metal shall file and serve any replies on the motions by July 11, 2008;

4. This Court will hold oral argument on August 1, 2008 at 10:15 a.m.; and

5. Plaintiff will file and serve its motions for default judgment by June 6, 2008.

Dated: May 16, 2008
      New York, New York

                           SO ORDERED:

                           WILLIAM H. PAULEY III
                               U.S.D.J.

*Counsel of Record*

Robert William Phelan, Esq.
Cozen O'Connor
45 Broadway Atrium
16th Floor
New York, NY 10006
*Counsel for Plaintiff*

Jared Todd Greisman, Esq.
White Fleischner & Fino, LLP(NYC)
61 Broadway
New York, NY 10006
*Counsel for Defendant The Franklin Tower Condominium*

Daniel Michael Schiavetta, JR.,
Murphy and Higgins, LLP
One Radisson Plaza, 9th Floor
New Rochelle, NY 10801
*Counsel for Defendant Katz Metal Fabricators Inc.*