UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
AMERICAN INSURANCE COMPANY　　　　　　**NOTICE OF MOTION**
a/s/o Mariah Carey, and SINCLAIR C.S.
BEECHAM,

　　　　　　　　　　Plaintiff,

　　-against-

CORN ASSOCIATES LLC, THE FRANKLIN TOWER　　Docket No.: 07 CIV 8604
CONDOMINIUM, KATZ METAL FABRICATORS, INC.,　　　　　　　　　　(WHP)(AJP)
OLYMPIC PLUMBING AND HEATING III CORP.,
and SAMCO PLUMBING, INC.,

　　　　　　　　　　Defendants.
-------------------------------------------------------x

　　PLEASE TAKE NOTICE that upon the affidavit in support by RICHARD S. KAYE, ESQ., sworn to the 3rd day of June, 2008, the exhibits attached to it, the affidavit of Isaac Kubersky and the exhibits attached to it, and the accompanying memorandum of law, defendant, KATZ METAL FABRICATORS, INC., will move before the United States District Court Judge William H. Pauley, III, at the courthouse located at 500 Pearl Street, Room 2210, New York, NY 10007, pursuant to the Scheduling Order, for an Order dismissing the action on the grounds that it was not commenced within the time prescribed for such actions and that it is time-barred, and for what other and further relief as to this Court may be just and proper.

Dated: New Rochelle, NY
　　　　June 3, 2008

　　　　　　　　　　　　　　　　　　Yours, etc.

　　　　　　　　　　　　　　　　　　MURPHY & HIGGINS, LLP

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　RICHARD S. KAYE (RSK8726)

                        Attorneys for Defendant
                        KATZ METAL FABRICATORS INC.
                        1 Radisson Plaza, 9th Fl.
                        New Rochelle, NY   10801
                        (914) 712-1100

TO:    ROBERT W. PHELEN (RP-3825)
        COZEN O'CONNOR
        Attorneys for Plaintiff
        45 Broadway Atrium, 16th Fl.
        New York, NY   10006
        (212) 509-9400

TO:    OF COUNSEL
        MARK OPALISKY, ESQ.
        KATHLEEN LOUGHHEAD, ESQ.
        COZEN O'CONNOR
        1900 Market St.
        Philadelphia, PA   19103
        (215) 665-2000

TO:    CORN ASSOCIATES, LLC
        Defendant
        86 Chambers St., Suite 704
        New York, NY   10007

TO:    WHITE, FLEISCHNER & FINO
        Attorneys for Defendant FRANKLIN TOWER CONDOMINIUM
        61 Broadway
        New York, NY   10006
        (212) 487-9700

TO:    SAMCO PLUMBING, INC.
        Defendant
        36-20 13TH Street
        Long Island City, NY   11196