# 271 CHURCH STREET CONSTRUCTION CORP.

August 28, 2000

SENT BY FAX AND FEDEX

Mr. Izzy Kubersky
Katz Metal Fabricators Inc.
434 East 165 Street
Bronx, NY 10456

SUBJECT: FRANKLIN TOWER PLUMBING WORK

Dear Mr. Kubersky,

Unfortunately due to the serious deficiencies in the plumbing work performed by your subcontractor Samco Waterworks (most notably the failure of the HVAC Pumps) I have no alternative but to cease ALL funding relating to this project immediately.

As per my meeting with Isaac on Friday August 25, 2000, Samco Waterworks is not to perform any work to any systems on this project. The only plumbing contractor that will be acceptable to my firm for completion of the project is Mr. Thomas Andreadakis of Danica Plumbing & Heating Corp.

Please arrange a meeting with Tommy at the project no later than 3pm today to discuss the actions that need to be taken to correct the serious deficiencies in the plumbing work that Samco has caused. If you do not arrange a meeting today, I will contract with Danica Plumbing & Heating Corp. directly and all costs will be charged to your account.

Furthermore please be aware that I am holding your company liable for any ramifications (including but not limited to legal fees etc.) that result from the serious deficiencies in the work that your company or its subcontractors have performed.

Very truly yours,

Michael Wynn

Cc: Robert Levine        RAL
    Vince Cangelosi      RAL
    Mark Groblewski      RAL
    Ian Levine           RAL Management