# SWORN STATEMENT IN PROOF OF LOSS

TOM TESORIERO
MAY 18 2006

**005-05-207719**
CLAIM NUMBER

$ **5,137,000.00 - Contents**
AMOUNT OF POLICY AT TIME OF LOSS

**06/30/05**
DATE ISSUED

**06/30/06**
DATE EXPIRES

**Fireman's Fund**

☐ FIREMAN'S FUND INSURANCE COMPANY
☐ THE AMERICAN INSURANCE COMPANY
☐ NATIONAL SURETY CORPORATION
☐ ASSOCIATED INDEMNITY CORPORATION
☐ AMERICAN AUTOMOBILE INSURANCE COMPANY

**NZF-02663581**
POLICY NUMBER

**Van Nys CA**
AGENCY AT

**Dewitt Stern of CA**
AGENT

To the **The American Insurance Company**
of **Novato, CA**

At time of loss, by the above indicated policy of insurance you insured **Mariah Carey C/O Gelfand Rennert & Feldman, LLP**

against loss by **All Risk** to the property described under Schedule "A," according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

1. **Time and Origin:** A **Water Damage** (State Kind) loss occurred about the hour of _____ o'clock _____ M.,
on the **02** day of **April** **2005**. The cause and origin of the said loss were: **Water Damage Infiltration from the buildings Roof Tank**

2. **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever: **Condo Triplex Unit**

3. **Title and Interest:** At the time of the loss the interest of your insured in the property described therein was **as owned**. No other person or persons had any interest therein or incumbrance thereon, except: **no exceptions**

4. **Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described except: ~~as per policy~~

5. **Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of the loss, $ **5,137,000.00**, as more particularly specified in the apportionment attached under Schedule "C," besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

6. Full Replacement Cost of the said property at the time of the loss was . . . . . . . . . . . $ _____
7. The Full Cost of Repair or Replacement is . . . . . . . . . . . Contents . . . . $ ~~6,342.44~~ 11,794.65
8. Applicable Depreciation is . . . . . . . . . . . . . . . . . . . . . . . $ -
9. Actual Cash Value loss is (Line 7 minus Line 8) . . . . . . . . . . . . . . . . . $ ~~6,342.44~~ 11,794.65
10. Less deductibles and/or participation by the insured . . . . . . . . . . . . . . $ -
    ☐ Partial payment  ☒ Final payment
11. Actual Cash Value Claim is (Line 9 minus Line 10) . . . . . . . . . . . . . . $ ~~6,342.44~~ 11,794.65
12. Supplemental Claim, to be filed in accordance with the terms and conditions of the Replacement Cost Coverage within ___ days from date of loss as shown above, will not exceed . $ -
    (This figure will be that portion of the amounts shown on Lines 8 and 10 which is recoverable)

The said loss did NOT originate by any act, design or procurement on the part of the Insured or this affiant; nothing has been done by or with the privity or consent of the Insured or this affiant to violate the conditions of this policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were in the building damaged or destroyed, and belonging to, and in possession of the said Insured at time of said loss; no property saved has been in any manner concealed, and no attempt to deceive the said Company, as to the extent of said loss, has in any manner been made. In consideration of the payment made, the Insured hereby subrogates the Company to all rights, title and interest in and to the property for which claim is being made to the extent of such payment. Any other information that may be required will be furnished on call and considered a part of these Proofs. IT IS EXPRESSLY UNDERSTOOD AND AGREED, THAT THE FURNISHING OF THIS BLANK TO THE INSURED OR THE PREPARING OF PROOFS BY AN ADJUSTER, OR ANY AGENT OF THE COMPANY NAMED HEREIN IS NOT A WAIVER OF ANY RIGHTS OF SAID COMPANY.

✓ State of **NY**
County of **NY**

STANLEY LIM
Notary Public, NY State
No. 02LI6061586
Comm. Expires July 16, 2007

X [signature]
X

**P0219**
INSURED

Subscribed and sworn to before me this **13TH** day of **March** 19**2006**

405033—1-75 (NY)

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES A STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS, FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME.

## SCHEDULE "A"—POLICY FORM

Policy Form No._____Dated_____
Item 1. $_____on_____
Item 2. $_____on_____
Item 3. $_____on_____
Situated_____
Coinsurance, Average, Distribution, or Deductible Clauses, if any_____
Loss, if any, payable to_____

## SCHEDULE "B"
### STATEMENT OF ACTUAL CASH VALUE AND LOSS AND DAMAGE

|  |  | ACTUAL CASH VALUE | LOSS AND DAMAGE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTALS: |  |  |  |

## SCHEDULE "C"—APPORTIONMENT

| POLICY NO. | EXPIRES | NAME OF COMPANY | ITEM NO._____ | | ITEM NO._____ | |
|---|---|---|---|---|---|---|
|  |  |  | INSURES | PAYS | INSURES | PAYS |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| TOTALS: |  |  |  |  |  |  |

This release to be used only in case check is to be made payable to others than the assured.

### RELEASE AND AUTHORIZATION

The_____Insurance Company
is hereby requested, authorized and empowered to pay as follows:
To_____the sum of $_____
To_____the sum of $_____
Total $_____

In full settlement and satisfaction for all loss and damage which occurred on_____to the property described in the Proof of Loss attached thereto, and covered under Policy No._____issued to the undersigned.

In consideration of such payment, said Company is hereby discharged and forever released from any and all claims, demands, or liability whatsoever for said loss and damage, under said policy.

Assured_____

Date_____   Mortgagee_____

P0220

# SWORN STATEMENT IN PROOF OF LOSS

TOM TESORIERO
MAY 18 2006

**CLAIM NUMBER:** 005-05-207719

**POLICY NUMBER:** NZF-02663581

**AMOUNT OF POLICY AT TIME OF LOSS:** ALE - Unlimited

**DATE ISSUED:** 06/30/05

**DATE EXPIRES:** 06/30/06

**AGENCY AT:** Van Nys CA

**AGENT:** Dewitt Stern of CA

☐ FIREMAN'S FUND INSURANCE COMPANY
☐ THE AMERICAN INSURANCE COMPANY
☐ NATIONAL SURETY CORPORATION
☐ ASSOCIATED INDEMNITY CORPORATION
☐ AMERICAN AUTOMOBILE INSURANCE COMPANY

To the **The American Insurance Company** of **Novato, CA**

At time of loss, by the above indicated policy of insurance you insured **Mariah Carey C/O Gelfand Rennert & Feldman, LLP**

against loss by **All Risk** to the property described under Schedule "A," according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

1. **Time and Origin:** A **Water Damage** (State Kind) loss occurred about the hour of ____ o'clock ____ M., on the **02** day of **April 2005**. The cause and origin of the said loss were: **Water Damage Infultration from the buildings Roof Tank**

2. **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever: **Condo Triplex Unit**

3. **Title and Interest:** At the time of the loss the interest of your insured in the property described therein was **as owned**. No other person or persons had any interest therein or incumbrance thereon, except: **no exceptions**

4. **Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described except: **as per policy**

5. **Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of the loss, $ **ALE Unlimited**, as more particularly specified in the apportionment attached under Schedule "C," besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

6. Full Replacement Cost of the said property at the time of the loss was . . . . . . . . . $ 
7. The Full Cost of Repair or Replacement is . **Add'l Living Expense Loss #1** . . . $ ~~743,388.33~~ 770,874.75
8. Applicable Depreciation is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 
9. Actual Cash Value loss is (Line 7 minus Line 8) . . . . . . . . . . . . . . . . . . $ ~~743,388.33~~ 770,874.75
10. Less deductibles and/or participation by the insured . . . . . . . . . . . . . . . $ —
    ☐ Partial payment    ☒ Final payment
11. Actual Cash Value Claim is (Line 9 minus Line 10) . . . . . . . . . . . . . . . . $ ~~743,388.33~~ 770,874.75
12. Supplemental Claim, to be filed in accordance with the terms and conditions of the Replacement Cost Coverage within __—__ days from date of loss as shown above, will not exceed . $ —
    (This figure will be that portion of the amounts shown on Lines 8 and 10 which is recoverable)

The said loss did NOT originate by any act, design or procurement on the part of the Insured of this affiant; nothing has been done by or with the privity or consent of the Insured or this affiant to violate the conditions of this policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were in the building damaged or destroyed, and belonging to, and in possession of the said Insured at time of said loss; no property saved has been in any manner concealed, and no attempt to deceive the said Company, as to the extent of said loss, has in any manner been made. In consideration of the payment made, the Insured hereby subrogates the Company to all rights, title and interest in and to the property for which claim is being made to the extent of such payment. Any other information that may be required will be furnished on call and considered a part of these Proofs. IT IS EXPRESSLY UNDERSTOOD AND AGREED, THAT THE FURNISHING OF THIS BLANK TO THE INSURED OR THE PREPARING OF PROOFS BY AN ADJUSTER OR ANY AGENT OF THE COMPANY NAMED HEREIN IS NOT A WAIVER OF ANY RIGHTS OF SAID COMPANY.

State of ___NY___

County of ___NY___

Subscribed and sworn to before me this ___4TH___ day of ___MAY___ 2006

STANLEY LIM
Notary Public, NY State
No. 02LI6061586
Comm. Expires July 16, 2007

X _____ (signature)
X _____ 

**P0222**
INSURED

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES A STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS, FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME.

405033-1-75 (NY)



## SCHEDULE "A"—POLICY FORM

Policy Form No._____Dated_____
Item 1. $_____on_____
Item 2. $_____on_____
Item 3. $_____on_____
Situated_____
Coinsurance, Average, Distribution, or Deductible Clauses, if any_____
Loss, if any, payable to_____

## SCHEDULE "B"
### STATEMENT OF ACTUAL CASH VALUE AND LOSS AND DAMAGE

|  | ACTUAL CASH VALUE | | LOSS AND DAMAGE | |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| TOTALS: |  |  |  |  |

## SCHEDULE "C"—APPORTIONMENT

| POLICY NO. | EXPIRES | NAME OF COMPANY | ITEM NO_____ | | ITEM NO_____ | |
|---|---|---|---|---|---|---|
|  |  |  | INSURES | PAYS | INSURES | PAYS |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| TOTALS: |  |  |  |  |  |  |

This release to be used only in case check is to be made payable to others than the assured.

### RELEASE AND AUTHORIZATION

The_____Insurance Company
is hereby requested, authorized and empowered to pay as follows:
To_____the sum of $_____
To_____the sum of $_____
Total $_____

In full settlement and satisfaction for all loss and damage which occurred on_____to the property described in the Proof of Loss attached thereto, and covered under Policy No._____issued to the undersigned.

In consideration of such payment, said Company is hereby discharged and forever released from any and all claims, demands, or liability whatsoever for said loss and damage, under said policy.

Assured_____

Date_____    Mortgagee_____

P0223

# SWORN STATEMENT IN PROOF OF LOSS

TOM TESORIERO
MAY 30 2006

005-05-207719
CLAIM NUMBER

$5,137,000.00 - I&B
AMOUNT OF POLICY AT TIME OF LOSS

06/30/05
DATE ISSUED

06/30/06
DATE EXPIRES

Fireman's Fund

☐ FIREMAN'S FUND INSURANCE COMPANY
☐ THE AMERICAN INSURANCE COMPANY
☐ NATIONAL SURETY CORPORATION
☐ ASSOCIATED INDEMNITY CORPORATION
☐ AMERICAN AUTOMOBILE INSURANCE COMPANY

NZF-02663581
POLICY NUMBER

VanNys CA
AGENCY AT

Dewitt Stern of CA
AGENT

To the __The American Insurance Company__
of __Novato, CA.__
At time of loss, by the above indicated policy of insurance you insured __Mariah Carey C/O Gelfand Rennert & Feldman, LLP__

against loss by __All Risk__ to the property described under Schedule "A," according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

1. **Time and Origin:** A __Water Damage__ (State Kind) loss occurred about the hour of ____ o'clock ____ M., on the __02__ day of __April__ __2005__. The cause and origin of the said loss were: __Water Damage Infiltration from the buildings Roof Tank.__

2. **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever: __Condo Tri-plex Unit__

3. **Title and Interest:** At the time of the loss the interest of your insured in the property described therein was __as owned__. No other person or persons had any interest therein or incumbrance thereon, except: __no exceptions__

4. **Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described except: __as per policy__

5. **Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of the loss, $ __5,137,000.00__, as more particularly specified in the apportionment attached under Schedule "C," besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

6. Full Replacement Cost of the said property at the time of the loss was . . . . . . . $ _____
7. The Full Cost of Repair or Replacement is . Tenant I&B - Loss #1 . . . . . . . $ 691,954.22
8. Applicable Depreciation is . . . . . . . . . . . . . . $ -
9. Actual Cash Value loss is (Line 7 minus Line 8) . . . . . . . $ 691,954.22
10. Less deductibles and/or participation by the insured . . . . . . . $ -
    ☐ Partial payment    ☒ Final payment
11. Actual Cash Value Claim is (Line 9 minus Line 10) . . . . . . . $ 691,954.22
12. Supplemental Claim, to be filed in accordance with the terms and conditions of the Replacement Cost Coverage within __-__ days from date of loss as shown above, will not exceed . $ __P0225__
    (This figure will be that portion of the amounts shown on Lines 8 and 10 which is recoverable)

The said loss did NOT originate by any act, design or procurement on the part of the Insured or this affiant; nothing has been done by or with the privity or consent of the Insured or this affiant to violate the conditions of this policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were in the building damaged or destroyed, and belonging to, and in possession of the said Insured at time of said loss; no property saved has been in any manner concealed, and no attempt to deceive the said Company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished on call and considered a part of these Proofs. IT IS EXPRESSLY UNDERSTOOD AND AGREED. THAT THE FURNISHING OF THIS BLANK TO THE INSURED OR THE PREPARING OF PROOFS BY AN ADJUSTER, OR ANY AGENT OF THE COMPANY NAMED HEREIN IS NOT A WAIVER OF ANY RIGHTS OF SAID COMPANY.

State of __NY__
County of __NY__

STANLEY LIM
Notary Public, NY State
No. 02LI6061586
Comm. Expires July 16, 2007

x _[signature]_
INSURED

Subscribed and sworn to before me this __16th__ day of __MAY__ __2006__
_[signature]_ Notary Public

405033-1-75 (NY)

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES A STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS, FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME. (See Back)

SCHEDULE "A"—POLICY FORM

Policy Form No._____Dated_____
Item 1. $_____on_____
Item 2. $_____on_____
Item 3. $_____on_____
Situated_____
Coinsurance, Average, Distribution, or Deductible Clauses, if any_____
Loss, if any, payable to_____

SCHEDULE "B"
STATEMENT OF ACTUAL CASH VALUE AND LOSS AND DAMAGE

| | | ACTUAL CASH VALUE | LOSS AND DAMAGE |
|---|---|---|---|
| 1. | Agreed Tenant I&B Repairs | | |
| | | | 669,629.61 |
| 2. | Mold Remediation (Indirect Water Damages) SX004 | | 22,324.61 |
| | Total Tenant I&B | | 691,954.22 |
| TOTALS: | | | |

SCHEDULE "C"—APPORTIONMENT

| POLICY NO. | EXPIRES | NAME OF COMPANY | ITEM NO._____ | | ITEM NO._____ | |
|---|---|---|---|---|---|---|
| | | | INSURES | PAYS | INSURES | PAYS |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS: | | | | | | |

This release to be used only in case check is to be made payable to others than the assured.

RELEASE AND AUTHORIZATION

The_____Insurance Company
is hereby requested, authorized and empowered to pay as follows:
To_____the sum of $_____
To_____the sum of $_____
                                                                    Total $_____

In full settlement and satisfaction for all loss and damage which occurred on_____to the property described in the Proof of Loss attached thereto, and covered under Policy No._____issued to the undersigned.

In consideration of such payment, said Company is hereby discharged and forever released from any and all claims, demands, or liability whatsoever for said loss and damage, under said policy.

                                              Assured_____

Date_____    Mortgagee_____

P0226