UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
                                           Index No. 07 CV 8604

---

AMERICAN INSURANCE COMPANY  A/S/O MARIAH CAREY
                                                              , Plaintiff(s)

                            - against -

CORN ASSOCIATES LLC., THE FRANKLIN TOWER CONDOMINIUMS, KATZ METAL
FABRICATORS INC.,OLYMPIC PLUMBING AND HEATING III CORP., AND SAMCO
PLUMBING, INC.
                                                              , Defendant(s)

---

State of New York        )
                         )   SS.:
County of New York       )

### AFFIDAVIT OF SERVICE

Yariela Gonzales being duly sworn, deposes and says
that she is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 10/09/2007 at  1:20 PM at:
        CORN ASSOCIATES LLC
        86 CHAMBERS STREET
        SUITE 704
        NEW YORK NY 10007
Deponent served the:

SUMMONS IN A CIVIL ACTION & COMPLAINT WITH JURY TRIAL DEMANDED
RULE 7.1 DISCLOURSURE STATEMENT
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J PECK
CONSENT TO PROCEED
INDIVIDUAL PRACTICES OF JUDGE WILLIAM H PAULEY III
GUIDELINES FOR ELECTRONIC FILING

on CORN ASSOCIATES LLC

a domestic and/or foreign corporation
by delivering thereat true copies to A Charles
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Supervisor Clerk and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 38 HEIGHT: 5'6''   WEIGHT: 180    HAIR: BLACK      RACE: BLACK       SEX: FEMALE

                                     _Yariela Gonzales_            License #1260358

SWORN TO BEFORE ME 10-9-07

_Johnysha Santana_           OUR DOC# 19610
                             Cozen O'Connor
Johnysha Santana             45 Broadway
Notary Public, State of New York    17th Floor
No. 01SA6168179              New York NY 10006
Qualified in New York County    212-509-9400
Commission Expires 06/11/2011   207066