**B-5**

THIS PAGE LEFT BLANK INTENTIONALLY

Architects Report

# The Franklin Tower

## *guenther petrarca LLP*
**architects**



Architect's and Engineer's Report
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 5/27/99                                                              Page: 1
Revised: 5/19/99

**guenther petrarca**

# CERTIFICATION BY SPONSOR'S ARCHITECT
Pursuant to Section 20.4 (c)

**Department of Law of the State of New York**
120 Broadway
New York, New York  10271

Attention: Real Estate Financing Bureau
Re: The Franklin Tower, 270 Church Street (aka 90 Franklin), New York, NY

The Sponsor of the offering plan to convert the captioned property to condominium ownership retained Architecture + Furniture, a New York Partnership (the "Firm"), to prepare a report describing the renovation of the property (The "Report"). I visually inspected existing portions of the renovated property on February 26, 1999, and had prepared the building plans, specifications and the Report dated March 8, 1999, revised April 27, 1999.

I am a Registered Architect in New York State, the state in which the property is located.

I understand that I am responsible for complying with Article 23-A of the General Business Law and the regulations promulgated by the Department of Law in Part 20 insofar as they are applicable to this Report.

I have read the entire Report and investigated the facts underlying it with due diligence in order to form a basis for this opinion.

To the best of my knowledge, information, and belief, it is my professional opinion that the report:

(i)     sets forth in narrative form the description and/or physical condition of the entire property as it will exist upon completion of renovation provided that renovation is in accordance with the plans and specifications that the Firm prepared.

(ii)     in my professional opinion affords potential investors, purchasers and participants an adequate basis upon which to found their judgment concerning the description and/or physical condition of the property as it will exist upon completion of renovation and/or construction, provided that renovation and/or construction is in accordance with the plans and specifications that the Firm prepared.

(iii)     does not omit any material fact:

(iv)     does not contain any untrue statement of a material fact;

(v)     does not contain any fraud, deception, concealment, or suppression;

(vi)      does not contain any promise or representation as to the future which is beyond reasonable expectation or unwarranted by existing circumstances;

John L. Petrarca AIA RIBA · Robin Guenther AIA ■ 157 CHAMBERS STREET NEW YORK NY 10007 ■ 212·619·5944 · FAX 212·233·4204

190

2

(vii)    does not contain any representation or statement which is false, where I:

    (a)    knew the truth;

    (b)    with reasonable effort could have known the truth;

    (c)    made no reasonable effort to ascertain the truth; or

    (d)    did not have knowledge concerning the representation or statement made.

I certify that the Firm is not owned or controlled by the Sponsor and has no beneficial interest in the Sponsor and that our compensation for preparing this report is not contingent on the conversion of the Property to a condominium or on the profitability or price of the offering.

This statement is not intended as a guarantee or warranty of the physical condition of the property.

John L. Petrarca AIA RIBA  Principal

**guenther petrarca llp**

April 27, 1999

Sworn to before me this 27th day of April, 1999

Notary

LORRAINE CHENG
Notary Public, State of New York
No. 31-5011531
Qualified in New York County
Commission Expires 4/19/___

191

# Architects Report

## INTRODUCTION

This report describes to the best of our knowledge, information, and belief, the physical condition of the property as it will exist upon completion of renovation, provided that the renovation is in accordance with the plans for the construction, as submitted to the

Department of Buildings of the City of New York for approval, by **guenther petrarca**. Reference to applicable rules and regulations is included here for general information only. Refer to applicable Codes, Regulations, and/or Resolutions that apply for further information.

This Report is based on information current as of the date of this report.

## Location and Use of Property

### Address

The subject property has a street address of 90 Franklin Street (aka 271 Church Street).

### Block and Lot Number

The subject property is located in the City of New York, in the borough of Manhattan, Block 175, Lot 10 on the Tax Map of the City of New York.

### Zoning

The subject property is located within Mixed Use Zoning District C6-2A as indicated on Zoning Map 12a. The subject property is located within the Tribeca East Historic District as designated by the Landmarks Preservation Commission of the City of New York, so that all alterations affecting the building exterior shall be presented to the Landmarks Preservation Commission.

### Permissible Uses

The Zoning Resolution section 34-222 Change of Use allows in a C6 District a non–residential use to occupying a building or portion there of, that was in existence on December 15, 1961 may be changed to a residential use and the regulations on minimum required open space ratio and maximum floor area ratio shall not apply to such change of use. A revised Certificates of Occupancy will be obtainable by the Sponsor for the uses described above under the Building Code of the City of New York.

#### Commercial Uses

There will be a total of three Commercial Units (Use Group 6). The Sponsor has indicated that the Commercial Units are not intended to be offered for sale at the time of the Offering. Refer to the New York City Zoning Resolution for uses that are permitted under this Use Group and in this location.

#### Residential Uses

The Residential Units on the Second through Seventeenth Floor's are Loft Dwellings as permitted and defined by the New York City Zoning Resolution. These units may contain "accessory uses" under the zoning resolution, defined as a "home occupation". These accessory uses are permitted as incidental or secondary uses to the primary residential use of the unit. In this district a "home occupation" may occupy 49% of the dwelling unit.

Businesses operated as "home occupations" in this zoning district may have no more then one non-residential employee.

Architect's and Engineer's Report
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 5/27/99    Page: 2
Revised: 5/19/99
192

# Architects Report

Refer to the text of the Zoning Resolution and other applicable Codes and Regulations for requirements regarding permitted uses, and other requirements for any particular unit.

## Status of Construction

Construction of the building renovation and conversion project commenced on December 1998 by the Contractor The Wynne Group Ltd., and as indicated by the the contractor, is anticipated to be substantially completed by October 1, 1999.

### Year Built

The building at 90 Franklin (aka 271 Church Street) was built circa 1929 as a commercial office building.

### Class of Construction

As per NYC "1968 Old Code", the building is classed as "fireproof" construction type. The construction classification will not be changed. All new elements introduced as part of the renovation will conform to the requirements of the existing classification.

### Certificate of Occupancy

A new residential Certificate of Occupancy, including the uses listed above, will be issued by the NYC Department of Buildings upon completion of the renovation and conversion construction. The Sponsor will provide a temporary or permanent CO for the closing.

### Alteration Permits and Description of Work

#### Alteration Permits

Refer to Appendix A for a list of approvals and permits required for the building renovation and conversion project. Building permits for the renovation and conversion construction are pending. The plans for the renovation and conversion have been submitted for approval to the NYC Department of Buildings as an Alteration Application Type 1.

Alteration Type II's applications for Architectural Plans for demolition work, new interior partition, new structural work and new Stair # 1 construction have been approved by the New York City Building Department.

#### Description of Work

The property consists of the conversion of a 17 story vacant building in New York City into a mixed-use condominium building. The building will be renovated to include commercial use (Use Group 6) on the ground floor , cellar, mezzanine and sub-cellar and residential use on the second through seventeenth floors. Common residential areas will be fully finished as follows:

The Ground Floor entrance lobby on Church St. will include a concierge desk, storage rooms and toilet for the building staff.

The Elevator Lobby on residential floors 2 – 10  will serve two units.

The Elevator Lobby on residential floors 10 – 17 will serve one unit.

Portions of the roof and penthouse  will include outdoor and indoor recreation areas designated for use by the residential tenants of the building and their guests.

There are three existing elevators. Two of the elevators #1 and #2 service the Ground floor through the 17th floor. Elevator # 3  serves the Cellar through the Penthouse & roof.  A new elevator may be installed to service the Sub - cellar. The existing fire stair located between columns 1B, 1C, 2B and 2C will be demolished and replaced with a new stair #1 located adjacent to existing stair #2. The Cellar and Sub - cellar floor will contain the building's mechanical systems.

Architect's and Engineer's Report
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)       New York, NY 10013
Date: 3/08/99 Revised: 5/27/99                                                               Page: 3
Revised: 5/19/99

# Architects Report

Mechanical, electrical, plumbing, and fire protection systems for the building will be replaced as part of the renovation. See Appendix D for a description of Mechanical, Plumbing, and Electrical Systems.

### Site

The lot is approximately 5,606 square feet, with 75'-0" of frontage along Church Street and 74'-9" of frontage along Franklin Street. The building is located at the north/ east corner of Franklin Street and Church Street.

### Number of Buildings and Use

There is one existing building on the site, currently vacant. This building will be renovated to include residential floors 2nd – 17th with Commercial Units on the Ground Floor, Cellar, Sub – Cellar and Mezzanine.

### Streets Owned or Maintained by the Project

There are no streets owned or maintained by the project.

Church Street and Franklin Streets are publicly owned by New York City.

Materials are as follows:

| Item | Material |
| --- | --- |
| Church Street roadway | paved asphalt |
| Franklin Street roadway | paved asphalt |

### Drives, Sidewalks and Ramps

The sidewalks and curbs are publicly owned by the City of New York, are in good condition. Materials are as follows:

| Item | Material |
| --- | --- |
| Church Street Sidewalk | Concrete |
| Church Street Curb | Steel/ Concrete |
| Franklin Street Sidewalk | Concrete |
| Franklin Street Curb | Steel/ Concrete |

### Curbing

There is an ADA sidewalk curb cut at the street corner of the site. For curb finishes see Paving above.

### Catch Basins and Drainage

There is one catch basin adjacent to this site, located on Franklin Street at the corner of Church Street and Franklin Street . It appears to be in fair condition.

### Street Lighting

There are three public street lights at the intersection of Church Street and Franklin Street. The street lights are on the north/east, north/west, south/east corners. These elements are publicly owned and maintained and shall remain in place.

### Conformity of Site Items with Local Building Codes

The design and materials selected for all new site elements will be as approved by the Landmarks Preservation Commission, The NYC Department of Buildings, and The NYC Department of Transportation.

### Misc. Site Items

There is a fire hydrant at the Church Street side of the site, roughly 16'-0" from the corner. There is a fire call box at the Franklin Street side of the site at the corner. These elements are publicly owned and maintained and shall remain in place.

Architect's and Engineer's Report
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 5/27/99    Page: 4
Revised: 5/19/99

194

# Architects Report

There is one existing manhole cover in the Franklin Street sidewalk roughly 9'-0" from the corner and 3'-0" from the curb, is owned and maintained by Con Edison. This element shall remain in place.

There is a public phone both on Franklin Street at the corner which is owned and maintained by Bell Atlantic. This element shall remain in place.

There are two existing light wells which provide light to windows at the cellar floor. These light wells have sidewalk grates at the Franklin Street side of the building and measure approximently 51" x 45"W and 120"L x 38"W.

## Utilities

See Appendix D for a description by the Mechanical Engineer for the project of mechanical, electrical and plumbing systems for the building.

## Sub-Soil Conditions

No testing of sub-soil conditions was performed.

**Uneven foundation movement or settling.**

The Structural Engineers for the project has indicated, in their letter of February 9, 1999, that, in their opinion, there is no apparent evidence of cracking due to uneven foundation movement. (see Appendix B)

**Moisture, etc.**

The Structural Engineers for the project has indicated, in their Memorandum of February 9, 1999,(see Appendix B) that, in their opinion, there is no apparent evidence of unusual moisture or seepage or ground water infiltration.

## Landscaping

There will be no grass cover, plantings, trees, fencing, gates, garden walls, or retaining walls, as a part of any landscaping.

## Building Size

**Building Height**

The high point of the existing roof at the penthouse  floor level is approximately 201'- 9" above grade. This height is measured from the Service Entrance at Franklin Street. Extending above the roof is an existing penthouse and two level mechanical penthouse. ( the Penthouse, First level Mechanical Penthouse, Secound level Mechanical Penthouse). The high point of the existing roof of the mechanical penthouse is approximately 241'- 1" above grade.

**Crawl Spaces**

There is no crawl space.

**Number Of Sub-Cellars And Cellars**

The existing building has  full sub- cellar and cellar.

**Number Of Floors**

The existing building is a seventeen story structure plus a penthouse and a two level mechanical penthouse.

Architect's and Engineer's Report
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 5/27/99    Page: 5
Revised: 5/19/99
195

# Architects Report

## Equipment Rooms

There will be mechanical equipment rooms at the sub cellar, cellar, the penthouse, First level Mechanical Penthouse and Secound level Mechanical Penthouse.

## Parapet

The roof edge is protected by a decorative brick parapet with a concrete copping of varying heights from 3' - 2" to 4'- 6". The construction documents indicate that a new metal railing will be added to provide a minimum 3'-6" high protective guard rail where such protection is not provided by the existing parapet. Based solely upon a visual examination, it is our opinion that the existing parapets are in fair condition, and the construction documents indicate that any detected cracks, leakage, spalling or deterioration are to be repaired.

# Structural System

Refer to Appendix B for a description by the Structural Engineer for the project of the structural systems of the building.

## Walls:

The existing exterior walls of the building are brick.

NYC Local Law 10, requires regular maintenance of building facades and exterior elements, is applicable to this project. The Sponsor has indicated that a local law 10 inspection and report is to be performed as required. The Sponsor has indicated that this report will be filed with the NYC Department of Buildings upon completion.

## Windows:

Refer to Appendix G Site and Unit Floor Plans for window locations.

The existing windows are aluminum double-hung type with double-glazing and are in good condition. There are no apparent leaks or loose glazing. The construction documents indicate that all window counter balances should be replaced if not in working order.

Existing windows are located on Church Street, the West facade and Franklin Street, the South façade. There are existing windows on the buildings North lot line façade between column A1 and B1 at the 5th through 17th floor and on the East lot line façade at the 8th through 17th floor. There is an existing window at each Elevator Lobby from the 5th – 17th floor.

The existing window, west of Column B1 on the North façade, will be replaced with a new window at 2nd through 17th floors. The existing window, south of column A1 on the Church Street façade, will be replaced with a new at the 2nd, 3rd and 4th Floors.

The windows between column B1 and C1 at the 7th floor through 17th floor are new Lot Line windows. All new windows shall be as approved by the Landmarks Preservation Commission.

New windows are to be aluminum double-hung type with double-glazing and thermal breaks (HC45/ Traco 5000 Series, or equal)and are pending approval from the New York Landmarks.

The drawings indicate that all new and existing windows will be provided with childproof stops, limiting the opening of the windows to a maximum 4" as required for child safety. These stops are removable by the unit owner. Unit owners with children are required by law to maintain these window stops or install appropriate child protective window guards in sizes adequate to comply with relevant codes for their individual window sizes.

Architect's and Engineer's Report
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 5/27/99                                       Page: 6
Revised: 5/19/99

# Architects Report

### Non-Lot Line Windows (Church Street and Franklin Street)

The existing Windows at the residential floors at the Church Street and Franklin Street facades are used to satisfy requirements for access to light and air for residential portions of the dwellings units. The design layouts for the dwellings units utilize only the windows along these two facades to satisfy the requirement for light and air to residential spaces as required by the NYC Building Code.

See Appendix E- Unit Information, for light and air requirements as applicable to individual residential units.

### Lot Line Conditions (North and East facades):

Lot line windows may not be used to satisfy light and air requirements for residential space. These windows may be included within the residential areas of fit-out designs of the loft dwellings, but only when the requirements for light and air for all residential spaces within the individual loft dwelling have been satisfied by utilizing the available windows of the Church and/or Franklin Street facades. The closing of any or all of the lot line windows within a unit would have no effect upon the legal occupancy of the unit. A lot line window is a window that does not face the street or yard at an adequate dimension but falls on the side or rear lot line of an adjoining property. Refer to the the New York City Building Code and New York City Zoning Resolutionfor further information. Windows along the north and west facades that are within 30'-0" of the adjacent buildings shall be provided with opening protective as required by New York City Building Code. As part of the provisions to meet this requirement, sprinkler heads will be installed on center above each of these windows. In the event that the adjacent buildings that share the lot line to the north or east of the property are renovated, reconstructed or enlarged, at any time in the future, a possibility beyond the control of the Sponsor, these lot line windows and the surrounding wall areas are subject to infill with fire rated construction, as required by code in each individual loft dwelling affected. If, in such an event, some of the lot line windows could remain, these windows may be required to have sprinkler heads installed or their surrounding wall areas infill with fire rated construction as required by code, as described above. Provision for this possibility will be provided in the designed capacity of the sprinkler system. The above conditions apply to all windows and the surrounding wall areas in the facades along the North and East lot lines in all units where they occur.

### Landmark Status:

The building is within the Tribeca East Historic District, and as such must comply with all rules and regulations of the Landmark Preservation Commission. This restricts the alteration of the exterior of the building, including, but not limited to, windows, doors, roof, decorative trim, signage, and lighting. Alterations to elements of the interior of the building that may affect the condition or appearance of the exterior must also be approved by the Landmarks Commission.

### Parapets and Copings

The parapet walls on the roof level are brick with a concrete Coping and vary in height. Based solely upon a visual examination, it is our opinion that the existing parapets are in fair condition, and the construction documents indicate that any detected cracks, leakage, spalling or deterioration are to be repaired. Where they are lower than 3'-6" above the finished surface of the roof, the construction documents indicate that metal guard rails shall be installed to height of 3'-6". Around the penthouse roof level, metal coping will be installed and metal guardrails shall be installed to a height of 3'-6".

Architect's and Engineer's Report
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 5/27/99                                    Page: 7
Revised: 5/19/99

197

# Architects Report

### Chimney and Caps

There will be a minimum of nine (9) chimneys which will be located on the roof portion of the building. These new chimneys will be metal, will have an approved fire-rated lining and will be suitable for use by wood burning fireplaces only. These chimneys will be used by Purchaser of Units 11, 12, 13, 14, 15, 16, 17 with (1) wood-burning fireplaces located in the Library of each unit, as part of fit-out construction these fireplaces shall be specified to be are in accordance with NYC building codes.

## Balconies and Terraces

The existing stair bulkhead and skylight at the roof will be demolished. A new Penthouse addition for Unit 17 has been proposed and is pending approval. No additional enclosed structures will be permitted by the Sponsor to be built by the unit owner on the roof.
 Unit 17 is allocated a portion of the roof for their exclusive use.
A separate section of the roof areas is allocated as residential common space for recreational use.
The roof will be finished with stone pavers.

## Balustrades and Railings:

Where the existing parapets or copings are lower than 3'-6" above the finished surface of the roofs, painted metal guard rails shall be installed to height of 3'-6".

### Copings:

As Existing

### Doors:

Doors to terrace areas shall be metal doors and frames with paint finish.

### Mail Boxes

Mail is intended, by the Sponsor, to be distributed by the Concierge to each Unit Owner from the concierge desk. No individual mailbox will be provided.
No separate mail boxes will be provided for the commercial space.
Mail will be delivered directly by the post office_ to each commercial unit during normal business hours.

## Residential Entrances and Vestibule at Church Street

**Exterior doors and frames:**

The existing brass doors and frames are in good condition and are to remain. There will be an electromagnetic lock with a door release at the concierge's desk.
The vestibule brass doors and frames are in good condition and are to remain.

**Lighting**

See Appendix C for a schedule of lighting fixture types for all public areas.

## Commercial Entrance at Church Street

**Exterior doors and frames:**

The existing doors and frames to remain.

**Lighting**

See Appendix C for a schedule of lighting fixture types for all public areas.

## Service Entrance at Franklin St.

**Exterior doors and frames:**

The Existing doors and frames are to be replaced with new metal door and frames. There will be an electromagnetic lock with a door release at the concierge's desk.

**Lighting**

See Appendix C for a schedule of lighting fixture types for all public areas.

Architect's and Engineer's Report
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 5/27/99    Page: 8
Revised: 5/19/99
198

# Architects Report

### Roof and Roof Structures

A new roof will be applied over the existing roof and the construction documents indicate that active leaks are to be repaired prior to applying the new roof.

### Material

A new roof will be applied over the existing roof at the private exterior area and residential common recreation area. The roof shall be a liquid applied single ply roofing membrane with a polyester reinforcing fabric and finish to be cast pavers on pedestals.

The new roof for Unit 17's penthouse shall be a loose laid fully insulated inverted roof membrane assembly with rounded stone ballast or pavers where applicable, or a loose laid fully insulated modified bitumen membrane with rounded stone ballast or pavers where applicable.

Unit 17's new penthouse is pending approval by New York City Landmarks Preservation Commission and by New York City Department of Buildings.

### Insulation

Rigid or loose laid insulation.

### Surface Finish

Cast pavers on pedestals at the private and residential common recreation area.

### Bond or Guarantee

The construction documents indicate that a 20 year roofing system warranty is to be obtained by the contractor for the Sponsor.

### Flashing Materials

All horizontal to vertical connections to the roof and the existing brick parapet walls shall be flashed with painted metal counter flashing and attached to the existing brick wall with metal fasteners and cut in reglets.

## Drains

### Location, Material and Type:

There are three (3) drains at the Penthouse level Roof, One (1) drain at the Penthouse level One Roof and One (1) drain at penthouse Level Two Roof. Drains will have cast iron body dome strainers and clamping ring. Drains shall be properly flashed to the roof membrane.

### Gutters and Leaders:

Existing gutters and leaders to remain.

## Skylights

The existing skylight at the 17th floor will be removed and be replaced by a new Penthouse.

## Bulkheads

**Stairs:** The existing stair bulkhead accesses the Penthouse /Roof Floor and is steel frame construction with masonry walls, a metal frame and glass skylight roof.

The new stair will be located in the existing fire shaft which accesses the Penthouse /Roof Floor and is steel frame construction with masonry walls. There will be a new roof of steel framed construction with an insulated built up roof on metal deck with a skylight.

## Metalwork at Roof Levels.

**Exterior, metal stairs:** There will be two painted metal stairs connecting Unit 17's Recreational Area. Stair # 8 connects the exterior area at the Penthouse/Roof Plan with the exterior area at the Roof of the Penthouse. Stair # 6 connects the exterior area at the Roof of the Penthouse and the exterior area at the Mechanical Penthouse - first level Plan. These

Architect's and Engineer's Report
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)     New York, NY 10013
Date: 3/08/99 Revised: 5/27/99     Page: 9
Revised: 5/19/99

199

# Architects Report

Commercial Unit owners and/or Lessees will be responsible for the collection, and dispose by private carting arrangements, of their own refuse, at their own cost. No separate storage spaces will be provided outside of these units.

## PLUMBING AND DRAINAGE
See Appendix D for a description by the Mechanical Engineer for the project of mechanical, electrical and plumbing systems for the building.

## HEATING
See Appendix D for a description by the Mechanical Engineer for the project of mechanical, electrical and plumbing systems for the building.

## GAS SUPPLY
See Appendix D for a description by the Mechanical Engineer for the project of mechanical, electrical and plumbing systems for the building.

## AIR CONDITIONING
See Appendix D for a description by the Mechanical Engineer for the project of mechanical, electrical and plumbing systems for the building.

## VENTILATION
See Appendix D for a description by the Mechanical Engineer for the project of mechanical, electrical and plumbing systems for the building.

## ELECTRICAL SYSTEM
See Appendix D for a description by the Mechanical Engineer for the project of mechanical, electrical and plumbing systems for the building.

## INTERCOMMUNICATIONS
Intercommunication or "Door Intercom" Service. All Apartments to have a Phone Intercom System which will communicate with a phone intercom master installed at the concierge desk and interfaced with the Building Phone System.

The infrastructure for Telecommunication and Video Services will be provide by Bell Atlantic or another telecommunication provider.

Bell Atlantic or other telecommunication provider will provide the capability of supporting 6 to 8 direct lines to each apartment unit with the capability of up to T1 speed. The Sponsor will wire each apartment unit in a star configuration with four pair category five compliant cable to each telephone /data jack. The owner must have a contract, separate from the sponsor with Bell Atlantic or another telecommunication provider, to provide telephone and/or data services. The owner has the right to use a telecommunication company of their choice to provide such services.

Bell Atlantic or another cable company provider will provide the capability for Digital Satellite System(DSS) and local television service to each apartment. The Sponsor will provide RU 56 coax cable in a star configuration to each TV jack. The owner must have a contract, separate from the sponsor with Bell Atlantic or aother cable company provider, to purchase satellite broadcasting and local television service. The owner has the right to use a cable company of their choice to provide such services.

Architect's and Engineer's Report
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 5/27/99    Page: 12
Revised: 5/19/99
202

# Architects Report

stairs are pending approval by New York City Landmarks Preservation Commission and by New York City Department of Buildings.

**Ladder:**
There is a existing steel vertical ladder in good condition connecting the Mechanical Penthouse- Second Level with the hatch at the Penthouse Roof.

**Railings:**
The construction documents indicate that where parapet walls on the roof are lower than 3'-6" above the finished surface of the roof, painted metal guard rails shall be installed to height of 3'-6".

**Hatches to Roof:**
One at the Mechanical Penthouse Roof.

**Rooftop facilities:**
A common roof top recreation area shall be provided in accordance with the New York City Zoning Ordinance.

**Fire Escapes**
None.

**Yards and Courts**
None.

**Interior Fire egress Stairs**
Two enclosed stairs in a scissors arrangement will provide fire egress for all floors above ground level and below ground level.

Stair # 1 is a new Fire Stair and is a steel pan stair, with concrete treads, steel risers and steel stringers. The handrail is steel with steel balustrade and guard rails as required by the New York City Department of Buildings. The stair enclosure construction is a 2 hour existing masonry wall and new 2 hour rated metal stud and gypsum wall construction. See Appendix C for finishes

Stair #2 is an existing Fire Stair and is in good condition with an existing steel pan stair, concrete treads, steel risers and steel stringers. The existing handrail is steel with steel balustrade and guard rails. The stair enclosure construction is a 2 hour existing masonry wall.
See Appendix C for finishes

**Interior stairs:**
Stair # 3 is an existing communication stair between the Sub-Cellar Floor and Cellar Floor and is in good condition. The steel is a pan stair, with concrete treads, steel risers and steel stringers. The existing handrail is steel with steel balustrade and guard rails. The stair enclosure construction is a 2 hour existing masonry wall.

Stair # 4 is an existing communication stair between the Cellar Floor and Ground Floor located in Unit A and is in good condition. The steel is a pan stair, with concrete treads, steel risers and steel stringers. The existing handrail is steel with steel balustrade and guard rails. The stair is open at the Ground Floor and the stair enclosure construction is a 2 hour existing masonry wall at the Cellar Floor.

Stair # 7 is an existing communication stair between the Mechanical Penthouse – First Level and the Mechanical Penthouse – Second Level. It is a steel stair with open risers and steel handrails. The stair is in good condition.

Architect's and Engineer's Report
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 5/27/99    Page: 10
Revised: 5/19/99
200

# Architects Report

### Interior residential stairs

See Appendix E -Unit Information, for information regarding stair # 5 at the residential units.

### Interior Doors and Frames

### Unit Entrance Doors and Frames

Entrances to the Residential units will be new flush hollow metal doors and frames with a paint finish. Residential entrance doors will be of fire rated construction, and will be self closing. Residential entry doors will be outfitted with a peep hole unit allowing visual observation of the immediate corridor area from within the unit.

### Corridor Doors and Frames

Corridor doors and frames will be new hollow metal with paint finish of fire rated construction, and will be self closing.

### Stair Hall Doors And Frames

Stair hall doors and frames will be new hollow metal with paint finish of fire rated construction, and will be self closing.

### Roof Doors and Frames

Roof doors and frames will be painted new metal of fire rated construction, and will be self closing.

### Elevators

There are 3 existing elevators to remain and are located in the north/west corner of the building. The motors, controllers, cables and cabs are in good condition.
They are Otis Elevators, 3,000 capacity, gear less automatic passenger elevators.
Elevators #1and #2 service the Ground Floor – 17th Floor.
Elevator #3 service the Cellar Floor – 17th floor and will be extended up to the Penthouse Floor. The elevator shaft will be modified and extended to the Penthouse Floor.
Or in lieu of the above the sponsor reserves the right to allocate one floor as a elevator transfer floor and dedicated one elevator shaft to a new hydraulic elevator to the Penthouse floor.
A new service elevator may be installed to service the Sub – Cellar Floor and Cellar Floor located in the area indicated as Easement Zone 1 Appendix G Floor and Site Plans, AG - 01and AG - 02.
See Appendix C for a schedule of finish materials.

## AUXILIARY FACILITIES

### Laundry Rooms

None

### Refuse Disposal

Trash rooms will be provided for each residential unit for storage of trash and recyclable. The trash room is part of each unit see Appendix G Floor and Site Plans for their location. Residential Unit Owners or Lessees will be responsible for taking their trash and recyclable to this location. The Sponsor indicates that Building Staff will collect and transport these materials, in off-hours via the residential elevators, to a trash collection and holding room located in the Cellar. The Sponsor indicates that Building Staff will take these materials to the sidewalk, via the service entry, for collection by the department of Sanitation on a regular basis. The Trash Room on each floor will be finished with waterproof flooring and wall base, and will be provided with exhaust ventilation.

Architect's and Engineer's Report
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 5/27/99    Page: 11
Revised: 5/19/99

201

# Architects Report

*(locks)*

## SECURITY SYSTEMS

The Building will have a 24 hour doorman. There will be a video monitor at the concierge desk that will display a multiplexed image from the cameras located at the Residential Entry, Service Entry and the roof top Recreational Entry. The image from these cameras will be viewed in real time and not record. There will be electromagnetic locks at the Residential Entry and Service Entry doors to allow the concierge to open the door with a door release at his desk. Access to the roof top recreational area is by key provided to each owner and separate from owners unit door key.

## PUBLIC AREA LIGHTING

Lighting for all Common Areas will be provided so as to provide illumination levels in accordance with the NYC Building Code. See Appendix C for a schedule indicating lighting fixture types to be provided in Common Areas.

## GARAGES AND PARKING AREAS

None.

## SWIMMING POOLS

None.

## TENNIS COURTS, PLAYGROUNDS AND RECREATION FACILITIES

**Tennis Courts**

None.

**Playgrounds**

None.

**Other Recreation Facilities**

Rooftop Recreational Area: In accordance with New York City Zoning Ordinance, a common residential rooftop recreation area shall be provided at the roof of the building.

## PERMITS AND CERTIFICATES

**Building Renovation Project**

Refer to Appendix A for a list of approvals and permits required for the main building renovation project.

**Individual Units**

See Appendix E Unit Information.

## VIOLATIONS

Refer to Appendix AA for a list of any outstanding violations on the project (if any).

**Unit Information**

See Appendix E for a description of the condominium units of residential, commercial, and theater use types.

## FINISH SCHEDULE OF SPACES OTHER THAN UNITS

See Appendix C for a finish schedule of spaces other than units.

## SAFETY AND WARNING DEVICES

See Appendix D for a description by the Mechanical Engineer for the project of safety and warning devices to be provided.

## ADDITIONAL INFORMATION

See Appendix G Floor and Site Plans indicating unit boundaries, and Appendix F for Unit Areas. See Appendix E for Unit Information including ceiling heights for each Unit.

## CONDITIONS WHICH MAY REQUIRE TESTING OR MONITORING

Architect's and Engineer's Report
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)     New York, NY 10013
Date: 3/08/99 Revised: 5/27/99     Page: 13
Revised: 5/19/99
203

# Architects Report

## FURTHER DEVELOPMENT

The sponsor has indicated that no additional units are intended to be added to the building in addition to those described herein.

## ASBESTOS

The Sponsor has indicated that asbestos previously present previously visible or exposed through the process of renovation in the building has been removed or abated per requirements of the NYC Building Department. However the sponsor does not warrant or certify that all the asbestos, especially in areas concealed or unaffected by the renovation work has been removed or abated. In addition the architect and engineers make no warranty in certification, as part of this report as to the extent or adequacy of the sponsors asbestos removal or abatement program and have neither instructed or supervised this work which was the sole responsibility of the sponsor.

## GENERAL INFORMATION

The sponsor will obtain a temporary certificate of occupancy or certificate of occupancy prior to closing. Architectural plans for the building renovation and conversion construction project will be filed with the New York City Department Of Buildings. Approvals and Building Permits for the building renovation and conversion construction project are pending and will be forwarded to the appropriate agencies by the sponsor upon issuance. Inspection certificates and permits for the sprinkler system, and elevators will be provided by the sponsor prior to occupancy.

John Petrarca, Principal
**guenther petrarca**

Date:    3/08/99
Revised: 4/27/99
Revised: 5/19/99

Architect's and Engineer's Report
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)     New York, NY 10013
Date: 3/08/99 Revised: 5/27/99                                       Page: 14
Revised: 5/19/99

# Appendix List

**Appendix A**

Required Approvals and Permits for the Main Renovation

**Appendix AA**

List of Violations

**Appendix B**

Description of Structural Systems

**Appendix C**

Finishes and Lighting Schedule of spaces other than units

**Appendix D**

Description of Mechanical Plumbing and Electrical Systems

**Appendix E**

Unit Information

**Appendix F**

Unit Areas

**Appendix G**

Site Plan and Unit Floor Plans

**Architect's and Engineer's Report**

The Franklin Tower at 271 Church Street (aka 90 Franklin Street)   New York,   NY 10013
Date: 3/08/99 Revised: 4/27/99                                                                        Page: A.A

# Appendix A
## Required Approvals and Permits

### Alteration Type I for:

Change of use & Egress

### Alteration Type II's for:

Demolition Work

Architectural Construction Work

Structural Construction Work

Plumbing Construction Work

Mechanical Construction Work

Sprinkler system Work

Standpipe system Work

Elevator Work and Inspection

### Landmarks Approval Permit:

C of A for the new North lot line windows work

C of A for new roof penthouse, cooling tower, roof top recreation area work

Certificate of no effect for interior work

### Fire Department Approvals

Fire protection plan

### Local Law 10 Report

Update façade inspection as required

### Certificate of Occupancy

The Sponsor will provide a temporary or permanent CO for the closing.

Architect's and Engineer's Report
The Franklin Tower at Franklin Street (aka 271 Church Street)          New York, NY 10013
Date: 3/08/99  Revised: 4/27/99                                                              Page: A.1
Revised: 5/19/99

# Appendix AA
## List of Violations

1.  Environmental Control Board Notice of Violation  and Hearing No. 34196469X

    Plumbing work without permit installed temporary water line from 1st Floor to 17th Floor

**Architect's and Engineer's Report**
The Franklin Tower at Franklin Street (aka 271 Church Street)        New York, NY 10013
Date: 4/27/99        Page: AA.1

PD (REV. 8/97)

# ENVIRONMENTAL CONTROL BOARD
## NOTICE OF VIOLATION AND HEARING

34196469 X

COMMISSIONER OF THE DEPARTMENT OF BUILDINGS OF THE CITY OF NEW YORK, PETITIONER, V.

RESPONDENT:

| FEIL ORGANIZATION | |
|---|---|
| Last Name | First Name |

MAILING ADDRESS:

| 370  7th AVENUE | NEW YORK | N.Y. | 10001 |
|---|---|---|---|
| Street | City | State | Zip Code |

## COMMISSIONER'S ORDER TO CORRECT VIOLATION(S)

PLEASE TAKE NOTICE that the premises cited is in violation of the requirements of law. It is further ORDERED BY THE COMMISSIONER OF THE DEPARTMENT OF BUILDINGS that these violations be remedied and certified to be in compliance with the requirements of law. Certification of Correction must be made on the Certificate of Correction form on the back of this violation or other Department of Buildings supplied form. Send the Certificate of Correction to: New York City Department of Buildings, Administrative Enforcement Unit, 60 Hudson Street, 14th Floor, New York, NY 10013.

TO AVOID A HEARING AND PENALTY FOR FIRST OFFENSE, NON-HAZARDOUS VIOLATIONS, the properly completed Certificate of Correction and all additional proof of compliance must be both received by the New York City Department of Buildings, Administrative Enforcement Unit before the close of business on _HAZARDOUS_ , and approved by the Department.

READ THE INSTRUCTIONS CAREFULLY: CALL _____ (212) 312-8400 _____ FOR INFORMATION

ATTENTION SECOND OFFENSE AND/OR HAZARDOUS OFFENSE VIOLATORS: YOU MUST COMPLY WITH THE COMMISSIONER'S ORDER AND APPEAR AT THE HEARING ON THE SCHEDULED DATE.

## NOTICE OF VIOLATION AND HEARING

The Certificate of Correction is not received by the date indicated above or is not approved by the Department or if you are charged with a hazardous or Second Offense violation, YOU ARE REQUIRED AND HEREBY DIRECTED TO APPEAR FOR A HEARING ON 5/03/99 at ☐ 8:30 a.m. ☐ 10:30 a.m. ☐ 1:30 p.m. at the Environmental Control Board (ECB) hearing office located in:

☐ Brooklyn      ☐ Queens       ☐ Staten Island   ☒ Manhattan      ☐ Bronx
233 Schermerhorn Street   144-06 94th Avenue   350 St. Marks Place   1250 Broadway   1932 Arthur Avenue

Proceedings will be held under authority of the N.Y.C. Charter section 1404 and rules promulgated thereunder. This hearing is your opportunity to answer and defend against the allegations set forth below. If you do not appear, you will be held in default and subject to maximum penalties.

An investigation it has been determined by the above named Petitioner that the above named Respondent violated Title 26 and/or Title 27 of the N.Y.C. Administrative Code and/or the Zoning Resolution of the City of New York and/or rules and regulations promulgated thereunder.

| PLACE OF OCCURRENCE | | BORO MANH | DATE OF VIOLATION | Type | Dist. | Code | No. |
|---|---|---|---|---|---|---|---|
| 711 CHURCH STREET | | | 04/12/99 | P | ST | C | 0IVW |
| Construction NSP | No. of Stories 17 | Block 175 | Lot 10 | Basis of Violation (P.A. No. or Other) | | PRIOR VIOLATION NUMBER | |
| Occupancy at time of Inspection IDLE BLDG UNDER ALTERATION | | | COMPL # 1065878 | | | | |

| Provision of Law | ☒ HAZARDOUS | DESCRIPTION OF VIOLATION(S) | ☐ SECOND OFFENSE |
|---|---|---|---|
| 27-147 | | PLUMBING WORK WITHOUT A PERMIT NOTED: INSTALLED TEMPORARY WATER LINE FROM 1ST FLOOR TO 17th FLOOR OF SAID PREMISES. A SEARCH OF DEPT RECORDS SHOWS NO PERMIT UNDER ALT# 205/155 WAS ISSUED FOR SAID WORK. | |

"STOP ALL WORK"

REMEDY: OBTAIN NECESSARY PERMIT AS REQUIRED BY CODE.

34196469 X

INSPECTOR LAST NAME, FIRST INITIAL    I PERSONALLY OBSERVED THE COMMISSION OF THE OFFENSE(S) CHARGED ABOVE, AND/OR VERIFIED THEIR EXISTENCE THROUGH REVIEW OF



**The City of New York**

**DEPARTMENT OF BUILDINGS**

GASTON SILVA, R.A., Commissioner

**MANHATTAN**
60 Hudson Street, 5th Floor, New York, New York 10013
**BRONX**
1932 Arthur Avenue, Bronx, New York 10457
**BROOKLYN**
210 Joralemon Street, Brooklyn, New York 11501
**QUEENS**
126-06 Queens Blvd, Kew Gardens, New York 11415
**STATEN ISLAND**
Borough Hall, St. George, New York 10301

# STOP ORDER

The Commanding Officer

5 11 Precinct

New York, N.Y.

Date _Apri/ 12, 1999_

*LUMBING WORK W/O A PERMIT* Re: Premises _271 CHURCH ST_
Violation # _804-27-147_

　　　Please take notice that this Department has ordered all work, heretofore in progress at the above premises, STOPPED and that a STOP WORK ORDER to this effect has been issued, and is now pending against said premises.

　　　Now in accordance with the provisions of section 26-108 of Chapter twenty -six of the Administrative Code of the City of New York, you are hereby requested to aid and assist the officers of this Department in enforcing the STOP WORK ORDER, a copy of which is hereto attached.

　　　This Department will advise you when the said STOP WORK ORDER is lifted.

_Rony A. ____, P.E._

BORO COMM. MANH.

BORO COMM. QUEENS

_Ted D. Chandler_

BORO COMM. BRONX

**T. Lin**

BORO COMM. STATEN I.

BORO COMM. BKLYN

CHIEF INSP. B.E.S.T.

## B.E.S.T. SQUAD
### 210 JORALEMON ST.
### BKLYN. N.Y. 11201
### TEL. 718-802-3713
### FAX 718-802-4445

_BEFORE RETURNING TO WORK_
_CONTACT CHIEF HAHN_

209

# Appendix B

### Description of Structural Systems

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 4/27/99                                      Page: B1
210

19 Murray Street 4th Floor New York NY 10007-2240
tel. 212.267.9385 / fax 212.267.6795
www.anchorconsulting.com

# ANCHOR CONSULTING
architects + engineers

April 26, 1999

John L. Petrarca AIA RIBA
157 Chambers Street
New York, NY  10013

Re:    271 Church Street/90 Franklin Street

Attn:    John Petrarca

Dear John,

We have reviewed the AG comments regarding the building at 90 Franklin Street.  Below our findings.

The masonry at the sub cellar and the foundation area is in very good condition with no evidence of settling or cracking.  Moisture penetration is minimal and in general there is very little sign of distress.  The copings at the roof are in good condition as well as the masonry work on all of the bulkheads.  The terraces are covered in roofing material.  The terrace slabs are in good condition.  The cellar slabs as well are in good condition.

In summary the building is in very good condition.  We have continued to be involved in the project over these many months and have had the opportunity to observe the condition of the existng structure.  We have found that the original construction of the building was of a very high quality and the building has been well maintained throughout its entire life.

John, should you have any questions please do not hesitate to call.

Very truly yours,



Evan Akselrad, P.E., R.A.
President, Anchor Consulting Inc.

19 Murray Street 4th Floor New York NY 10007-2240
tel. 212.267.9385 / fax 212.267.6795
www.anchorconsulting.com

# ANCHOR CONSULTING
architects + engineers

February 9, 1999

John L. Petrarca AIA RIBA
157 Chambers Street
New York, NY 10013

Re:       271 Church Street

Attn:     John Petrarca

Dear John,

Over the past several months this writer has visited the building at 90 Franklin Street (271 Church St.). Our overall findings with respect to the building condition is as follows. The building is steel framed with masonry exterior walls. The floor and roof slabs are reinforced concrete waffle slabs on steel framing.

Sub soil conditions: There was no sub soil investigation since there is no plan to add any new floors however review of the drawings indicates that the existing building rests on a pile system. These piles are probably steel pipe Raymond Piles filled with concrete. The exact condition of these piles is unknown however there is no foundation movement at all and the slabs are straight and level with little cracking in the sub cellar slab. There does not appear to be any water conditions.

Exterior of the building:
The masonry walls are in very good condition with little or no cracking. The parapets are in very good condition as well as the copings. There are new aluminum windows and the headers and sills of the window openings are in good condition.

In general the building is in very good condition. This is because the original construction was of a very high quality and the building has been well maintained throughout its entire life.

John, should you have any questions please do not hesitate to call.

Very truly yours,



Evan Akselrad, P.E., R.A.
President, Anchor Consulting Inc.

# ANCHOR CONSULTING

EVAN AKSELRAD                                                    REGISTERED ARCHITECT  PROFESSIONAL ENGINEER

November 16, 1998

**A+F Architecture & Furniture**
157 Chambers Street
New York, NY 10007

Attn:    John Petrarca

Re:    90 Franklin/271 Church

Dear John,

We have recently visited the site of the above referenced project to examine the existing building and discuss the scope of the proposed conversion. The building is a seventeen-story structure dating back to the 1930's. The structure utilizes a unique steel and concrete floor system known as Slagblock construction. This type of system consists of a two-way reinforced concrete slab supported by steel beams and columns. The concrete slab is a waffle-type slab which uses slag blocks to form out the ribs of the slab.

From a structural perspective the building is in very good condition. Existing structural drawings indicate that the live load capacity of the typical floor is 120 pounds per square foot. This load is well above the 40 pounds per square foot required by the New York City Building Code for residential apartments.

Based on our initial site visit and a review of both the existing structural drawings and the proposed architectural drawings, our office has concluded that the existing building has more than adequate capacity to support the proposed renovations.

John, should you have any questions, please do hesitate to call us.

Very truly yours,

Anchor Consulting Company
Evan Akselrad, PE, RA



# Appendix C          Finishes and Lighting Schedule

The existing spaces are in good condition and the following Finishes and Lighting Schedule is for building common areas see Appendix E for Unit Information

| Floor | Room | Floors | Walls | Ceiling | Lighting | Remarks |
|-------|------|--------|-------|---------|----------|---------|
| Sub - Cellar | Mech. Spaces | Sealed concrete | New painted G.W.B./ Existing walls to be painted | None | ceiling mtd. fluorescent | |
| Sub - Cellar | Corridors | Sealed concrete | New painted G.W.B./ Existing walls to be painted | None | ceiling mtd. fluorescent | |
| Sub - Cellar | Meter Room | Sealed concrete | Existing walls to be painted | | ceiling mtd. fluorescent | |
| Sub - Cellar | Storage | Sealed concrete | New painted G.W.B./ Existing walls to be painted | None | ceiling mtd. fluorescent | |
| Sub - Cellar | Building Office | Sealed concrete | New painted G.W.B./ Existing walls to be painted | acoustical tile | recessed fluorescent | |

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)          New York, NY 10013
Date: 3/08/99 Revised: 4/27/99                                                                  Page: C1

# Appendix C        Finishes and Lighting Schedule

| Floor | Room | Floors | Walls | Ceiling | Lighting | Remarks |
|---|---|---|---|---|---|---|
| Cellar | Corridor | Sealed concrete | painted G.W.B. | None | ceiling mtd. fluorescent | |
| Cellar | Transformer Room | Sealed concrete | painted G.W.B. | None | ceiling mtd. fluorescent | |
| Cellar | Meter Rooms | Sealed concrete | Sealed concrete, painted G.W.B. | None | ceiling mtd. fluorescent | |
| Cellar | Trash Holding | Sealed concrete | ceramic tile | acoustical tile | recessed fluorescent | |
| Cellar | Janitor Closet | Sealed concrete | ceramic tile | acoustical tile | recessed fluorescent | |
| Cellar | Toilet | ceramic tile | ceramic tile | acoustical tile | recessed fluorescent | |
| Cellar | Telephone Room | Sealed concrete | painted G.W.B. | None | ceiling mtd. fluorescent | |

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)        New York, NY 10013
Date: 3/08/99 Revised: 4/27/99        Page: C2

215

# Appendix C    Finishes and Lighting Schedule

| Floor | Room | Floors | Walls | Ceiling | Lighting | Remarks |
|---|---|---|---|---|---|---|
| Ground | Vestibule | Terrazzo | Marble | Existing plaster restored, patched and painted | ceiling mounted pendent | |
| Ground | Residential Entrance Hall | Terrazzo | Marble | Existing plaster restored, patched and painted | ceiling mounted pendent | |
| Ground | Concierge | Terrazzo or Natural stone tile | Painted G.W.B. or stone | Painted G.W.B. | ceiling recessed incandescent | |
| Ground | Concierge Storage Room | Terrazzo or Natural stone tile or Carpet | Painted G.W.B. | Acoustical Tile. | Recessed fluorescent | |
| Ground | Toilet | Ceramic Tile | Ceramic Tile | Acoustical Tile. | Recessed fluorescent | |
| Ground | Storage Room | Sealed concrete | Painted G.W.B. | Acoustical Tile. | Recessed fluorescent | |
| Ground | Service Hall | Sealed concrete | Brick, painted G.W.B. | Painted G.W.B/ None | ceiling mtd. fluorescent | |

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 4/27/99    Page: C3

216

# Appendix C    Finishes and Lighting Schedule

| Floor | Room | Floors | Walls | Ceiling | Lighting | Remarks |
|-------|------|--------|-------|---------|----------|---------|
| Cellar | Corridor | Sealed concrete | painted G.W.B. | None | ceiling mtd. fluorescent | |
| Cellar | Transformer Room | Sealed concrete | painted G.W.B. | None | ceiling mtd. fluorescent | |
| Cellar | Meter Rooms | Sealed concrete | Sealed concrete, painted G.W.B. | None | ceiling mtd. fluorescent | |
| Cellar | Trash Holding | Sealed concrete | ceramic tile | acoustical tile | recessed fluorescent | |
| Cellar | Janitor Closet | Sealed concrete | ceramic tile | acoustical tile | recessed fluorescent | |
| Cellar | Toilet | ceramic tile | ceramic tile | acoustical tile | recessed fluorescent | |
| Cellar | Telephone Room | Sealed concrete | painted G.W.B. | None | ceiling mtd. fluorescent | |

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 4/27/99    Page: C2

# Appendix C       Finishes and Lighting Schedule

| Floor | Room | Floors | Walls | Ceiling | Lighting | Remarks |
|-------|------|--------|-------|---------|----------|---------|
| Ground | Vestibule | Terrazzo | Marble | Existing plaster restored, patched and painted | ceiling mounted pendent | |
| Ground | Residential Entrance Hall | Terrazzo | Marble | Existing plaster restored, patched and painted | ceiling mounted pendent | |
| Ground | Concierge | Terrazzo or Natural stone tile | Painted G.W.B. or stone | Painted G.W.B. | ceiling recessed incandescent | |
| Ground | Concierge Storage Room | Terrazzo or Natural stone tile or Carpet | Painted G.W.B. | Acoustical Tile. | Recessed fluorescent | |
| Ground | Toilet | Ceramic Tile | Ceramic Tile | Acoustical Tile. | Recessed fluorescent | |
| Ground | Storage Room | Sealed concrete | Painted G.W.B. | Acoustical Tile. | Recessed fluorescent | |
| Ground | Service Hall | Sealed concrete | Brick, painted G.W.B. | Painted G.W.B/ None | ceiling mtd. fluorescent | |

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)       New York, NY 10013
Date: 3/08/99 Revised: 4/27/99                                          Page: C3

# Appendix C        Finishes and Lighting Schedule

| Floor | Room | Floors | Walls | Ceiling | Lighting | Remarks |
|-------|------|--------|-------|---------|----------|---------|
| Cellar thru Roof | Fire stair #1 | Sealed concrete | Brick / Painted G.W.B. | Painted G.W.B/ None | wall mtd. fluorescent | *New Stair* |
| Cellar thru Roof | Fire stair #2 | Sealed concrete | Brick / Painted G.W.B. | Painted G.W.B/ None | wall mtd. fluorescent | *Existing Stair* |
| Cellar thru Roof | Elevator Cabs | Fritz Tile | Wood Veneer | Plastic laminate | ceiling recessed incandescent | |
| Floors 2 thru 10 | Elevator Lobby | Terrazzo | Marble/ painted wood panels | Existing plaster patched and painted | ceiling mounted pendent | |
| Floors 2 thru 10 | Entry | Stone | Painted G.W.B. | accessible mtl. tile | ceiling recessed incandescent | |
| Floors 6 thru 17 | Residential Corridor | Sealed concrete. | Painted G.W.B./ plaster | painted G.W.B. | Wall mtd. fluorescent | |
| Roof | Common Residential Area | Sealed Concrete | painted | painted | ceiling mtd. Fluorescent/ wall mounted incandescent | |
| Roof | Mechanical Room | Sealed Concrete | Painted | none | ceiling mtd. fluorescent | |

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)        New York, NY 10013
Date: 3/08/99 Revised: 4/27/99                                          Page: C4

# Appendix D

### Description of MEP System

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)      New York, NY 10013
Date: 3/08/99 Revised: 4/27/99                                                                    Page: D1
Revised: 5/19/99                                          220

February 8, 1999
rev. 3.11.99
rev. 4.23.99
rev. 5.19.99

**APPENDIX D**

**Mechanical Systems Description for the Attorney General's Report
for Franklin Tower
LBE No. 98347**


All systems described here are new in their entirety, except as noted. The engineering drawings and
    specifications provide further information.

(d) Utilities will be provided as follows:

Electricity will be supplied by the local utility company and all residential and commercial units will be
metered individually by the utility.

The local utility company will supply gas. The entire gas utility and distribution system is new. The
    residential portion of the building will be metered for cooking by one meter. The commercial tenant
    may be metered for gas directly by the utility company.

Water will be master metered and supplied by the New York City Water Board, whose billing will include
the sewer charges. The condominium may sub-meter water to commercial units.

Telephone service is currently available from Bell Atlantic and other carriers.

(7) (ii) Drains:

(a)    There are 2 new roof drains piped with no-hub type cast-iron pipe above grade, and bell and spigot
    extra heavy cast iron below grade. The existing storm drain leader will be re-used from the 17th to
    cellar floors. This piping is in good condition.

(9) (ii) There are no yards.

(j)    Plumbing and Drainage

(1)    Water is supplied by the NYC Water Board via two existing 3" taps from Church and Franklin Streets.
    A water meter, back-flow protection device at grade level, and house pumps are furnished. Water to
    the commercial units may be sub-metered. Water is distributed to all residential and commercial units
    via new risers and branch piping. Domestic hot water is generated by new steam fired water heaters,
    the source of steam being the utility company.

(2)  Fire Protection System
(i)      All parts of the building are served by a 6" fire standpipe located in the fire stair.
(ii)    A fire hose rack with a 2.5" valve and 125 feet of 1.5" hose is located at each landing. A roof
    manifold is located at the roof stair landing.
(iii)   Sprinklers will be provided at 6' on center at all lot line windows less than 30 feet above adjacent
    buildings in the residential portion of the building. Below grade areas will be fully sprinklered.
(iv)   The two existing fire standpipe Siamese connections on the facade of the building will be reused.

221

(3)  Water storage tanks: Existing tanks at the upper-most penthouse level will be re-used for fire standpipe reserve. The capacities are 10,000 gallons each. The tank fill pumps are rated at 200 GPM, 320 feet of head each, as manufactured by Bell & Gossett.

(4)  Sanitary sewage system: material no-hub type cast-iron pipe above grade, and bell and spigot extra heavy cast iron below grade. The house sewer is 8 " diameter connecting to the City sewer system.

(k) Heating and air conditioning

(1)  The building is heated by utility company steam distributed through an existing piping system to existing cast iron radiation located throughout the building. New radiators will be added as necessary. The pressure reducing station is new and located in the sub-cellar. The steam distribution system is in good condition in all locations where it has been surveyed, and was fully functional during the 1998/99 heating season. No leaks were observed.

(2)  The air conditioning system is new in its entirety. Water-cooled units located in all apartments provide air conditioning. A rooftop-cooling tower cools the water loop in summer. The water is circulated by means of pumps located in the cellar. The interior temperature base is 72 F for heating and 74 F for cooling.

(3)  The new cooling tower is a closed circuit fluid cooler located on the roof, Baltimore Air Coil model F1663-0 with a flow rate of 1000 gpm.

**Ventilation** for the loft dwellings will **exhaust air** for one kitchenette, one dryer, and multiple bathrooms for each loft dwelling.

(o)  Electrical System

(1)  The existing incoming services from the utility company terminates into (2) service switches, one at 1,200A, 120/208V, three phase serving building support equipment and the second at 2,000A, 120/208V, three phase, dedicated for apartments and retail areas. All distribution after the service is new, with exception of the elevator feeders, which are existing to remain. The building loads and each apartment/retail are individually metered. Small apartments are fed with new 70A or 100A, three-phase service. Full floor apartments are fed with new at 200A, three phase service.

(2)  This new system is adequate for all of the appliances contained in the residential units.

(p)  Ownership will determine if there will be a new intercom system

(q)  Adequate new exterior lighting at the street level and on the terraces will be provided.

(y)  Fire Alarm system:

(i)  All levels are provided elevator lobby smoke detectors, horn strobe and manual pull stations. All sprinkler branches are controlled by tamper water flow switches. All devices are tied back into a fire alarm control panel located in the lobby.

(ii)  Smoke detectors are located in the residential units near the sleeping rooms.

222



Franklin Tower          LBE# 98347                    February 10, 1999

**Utility cost paid by owners and common utility costs**
**in $/year**

| | 2-10 | | | 11-16 | 17 | | |
|---|---|---|---|---|---|---|---|
| Utility Type | Unit A | B | C | | $C_{17}$ | Common | |
| **Gas cooking** | | | | | | | |
| Therm/Year | 109.2 | 109.2 | 109.2 | | | | |
| Costs $/Year | $88 | $88 | $88 | | | | |
| **Hot Water** | | | | | | | |
| Steam lbs/Year | 11979 | 17969 | 29949 | | | | |
| $/Year | 155 | 232 | 386 | | | | |
| **Electric** | | | | | | | |
| Air cond. kWh | 4428 | 7200 | 11076 | | 13296 | 9936 | |
| KW | | | | | | 8.2 | |
| $/Year | 676 | 1010 | 1690 | | 2029 | 2096 | |
| **Heating** | | | | | | | |
| Steam LBs/Year | 90797 | 128569 | 240431 | | 24031 | 783083 | |
| $/Year | 1171 | 1659 | 3102 | | 3102 | 10102 | |
| **Lighting** kWh | 1026 | 1453 | 2719 | | | 141625 | |
| KW | | | | | | 16.2 | |
| $/Year | 157 | 222 | 415 | | | 13207 | |
| **Appliances** kWh | 5831 | 7120 | 8673 | | | | |
| $/Year | 890 | 1086 | 1323 | | | | |
| | | | | | | kWh | kW |
| **Elevator** | | | | | | 122640 | 44.4 |
| $/year | | | | | | | 21430 |
| **Fans** | | | | | | 71832 | 8.2 |
| $/year | | | | | | | 2486 |
| **Condenser pump** | | | | | | 74571 | 37.3 |
| $/year | | | | | | | 11443 |
| **Hot water recirculating pump** | | | | | | 648 | 0.1 |
| $/year | | | | | | | 102 |
| **Condensate return and** | | | | | | | |
| **Condensate Vacuum pump** | | | | | | 5220 | 2.6 |
| $/year | | | | | | | 1127 |
| **Cooling tower** | | | | | | 71600 | 37.3 |
| $/year | | | | | | | 11249 |

| Utility | Type | Unit A | B | C | C$_{17}$ | Common |
|---|---|---|---|---|---|---|
| Water 100 CUFt/year | | 1229 | 183 | 305 | | |
| Water and sewer | | | | | | |
| $/Year | | 349 | 523 | 872 | | $500 |

|  | Residential | | | | | Base Building |
|---|---|---|---|---|---|---|

Utility costs:   $.8053/Therm gas
$.1526/kWh
$12.9/1000 LBs steam

.065/kWh
$25.26/kW/month
$2.86/100CUFt
combined
water and sewer charge

### Franklin Tower
### Assumptions for utility consumption and costs:

A)     Degree days (Heating): 4869
B)     Full load equiv. hours of refr. based on design load: 1200.
C)     Full load equiv. hours of auxiliaries based on design load: 2000
D)     Elevator 22.4 kW/Each but 65% of demand charge only.
E)     Cooling load: Unit "A": 4 ton of refrigeration, Unit "B": 6.5 ton of refrigeration, Unit "C": 10 ton of refrigeration and Unit "C" on 17th Floor: 12 ton of refrigeration. In the common area: 0.5 ton of refrigeration/floor.
F)     Heating load: 20 BTUH/Sq ft.
G)     Domestic hot water: 50 Gallon per persons per day.
H)     Water/sewer use: 125 Gallon per person per day.
I)     Utility costs include taxes and surcharges.
J)     Cooking gas usage: 30 CUFt per apartment per day.
K)     Lighting in tenant area: 1 w per 50% Sqft and 3 hours per day.
L)     Lighting in common area: 1 w per Sqft and 24 hours per day.
M)     Inside temperature: 70 F and 74 F/60% RH winter and summer, respectively.
N)     Outside temperature: 15 F and 89 F DB/72 F WB winter and summer, respectively.
O)     Hot water heater and radiation on Con. Edison steam.
P)     Unit "A": 1,875 Sqft.
Q)     Unit "B": 2,655 Sqft.
R)     Unit "C": 4,965 Sqft.
S)     Common area: 16,171 Sqft above grade.
T)     Appliances include Refrigerator, Dishwasher and Clothes Washer/Dryer, are of the energy efficient type. Energy consumption from 1995 ASHRAE A32.8 Table 6, table No: 29. by unit floor area.

## N.Y.C. VENTILATION RQQS

| ROOM USED FOR VENTILATION | MINIMUM REQUIREMENTS (TOTAL CFM/FT²) | | | DESIGN AIR QUANTITY (MIN CFM/FT²) | | |
|---|---|---|---|---|---|---|
| | SUPPLY | EXHAUST | O.A.* | SUPPLY | EXHAUST | O.A.* |
| 0-300 | 1.3 | 1.3 | 0.3 | 1.3+ | 1.3+ | 0.3+ |
| 301-530 | 1.2 | 1.2 | 0.4 | 1.2+ | 1.2+ | 0.4+ |
| 531-650 | 0.6 | 0.6 | 0.3 | 0.6+ | 0.6+ | 0.3+ |
| 651-1250 | 0.6 | 0.6 | 0.2 | 0.6+ | 0.6+ | 0.2+ |
| 1251-1650 | 0.5 | 0.3 | 0.17 | 0.5+ | 0.3+ | 0.17+ |
| OVER 1650 | 0.6 | 0.4 | 0.13 | 0.6+ | 0.4+ | 0.13+ |

NOTES:

1. SUB-HANDLE 1280.0 STANDARDS OF MECHANICAL VENTILATION MANUAL
2. *SUPPLY AIR BASED ON AIR CONDITIONING RECIRCULATED DELINQUENT OUTDOOR AIR, 33-1/3 PERCENT OF REQUIRED TOTAL.

DESIGN CALCULATION:

ROOM AREA = 100 FT²
ROOM VOLUME = 600 FT³
NO. OF PEOPLE = 1
INDEX = 1000
DESIGN AIR SUPPLY: MIN 0.4+ CFM/FT²
DESIGN OUTDOOR AIR = 0.13 CFM/FT²

### ROOFTOP HEATING AND VENTILATION UNIT SCHEDULE

| UNIT NO. | MODEL | FAN DATA | | | HEATING CAPACITY | ELECTRICAL DATA | REMARKS |
|---|---|---|---|---|---|---|---|
| | | CFM | E.S.P. | HP | | VOLTS/PH/HZ | |
| RV-1 | PV-3000 | 3000 | 3.0 | 1 1/2 | 960 | 250.0 | — | 208/3/60 | |

### OUTDOOR AIR INTAKE FAN SCHEDULE

| UNIT NO. | MODEL | CFM | E.S.P. | HP | ELECTRICAL DATA | REMARKS |
|---|---|---|---|---|---|---|
| OAF-1 | FCM (GREENHECK) | 11130 | 0.75 | 5.0 | 208/3/60 | ① ② ③ ④ |

① WITH DISCONNECT SWITCH   ② WITH INSULATED DAMPER
③ WITH VIBRATION HANGER

### TOILET EXHAUST FAN SCHEDULE

| UNIT NO. | MODEL | CFM | E.S.P. | HP | ELECTRICAL DATA | REMARKS |
|---|---|---|---|---|---|---|
| EF-1 | FCM (GREENHECK) | 3750 | 1.0 | 3.0 | 1500 | 208/3/60 | ① ② ③ |

① WITH DISCONNECT SWITCH   ② WITH VIBRATION HANGER

### TRASH ROOM EXHAUST FAN SCHEDULE

| UNIT NO. | MODEL | CFM | E.S.P. | HP | ELECTRICAL DATA | REMARKS |
|---|---|---|---|---|---|---|
| TEF-1 | FCM (GREENHECK) | 1000 | 0.75 | 1.0 | 208/3/60 | ① ② ③ |

① WITH DISCONNECT SWITCH   ② WITH INSULATED HOUSING

### DRYER EXHAUST FAN SCHEDULE

| UNIT NO. | MODEL | CFM | E.S.P. | HP | ELECTRICAL DATA | REMARKS |
|---|---|---|---|---|---|---|
| DEF-1 | FCM (GREENHECK) | 1250 | 0.75 | 0.5 | 208/3/60 | ① ② ③ |

① WITH DISCONNECT SWITCH   ② WITH INSULATED HOUSING

### KITCHEN EXHAUST FAN SCHEDULE (RESIDENTIAL)

| UNIT NO. | MODEL | CFM | E.S.P. | HP | ELECTRICAL DATA | REMARKS |
|---|---|---|---|---|---|---|
| KEF-1 | FCM (GREENHECK) | 3300 | 0.75 | 3.0 | 208/3/60 | ① ② ③ |

① WITH DISCONNECT SWITCH   ② WITH INSULATED HOUSING

### CONDENSER WATER CIRCULATING PUMP SCHEDULE

| UNIT NO. | MODEL | GPM | TOTAL HEAD IN FT | HP | ELECTRICAL DATA | REMARKS |
|---|---|---|---|---|---|---|
| CP-1 | B&G SERIES 1510 (MOD. 4) | 840 | 105 | 50 | 1750 | 208/3/60 | ① |
| CP-2 | B&G SERIES 1510 (MOD. 4) | 840 | 105 | 50 | 1750 | 208/3/60 | ① |

① MOTOR FRAME SIZE 326T

### CONDENSATE RETURN PUMP SCHEDULE

| UNIT NO. | MODEL | GPM | TOTAL HEAD IN P.S.I. | HP | ELECTRICAL DATA | REMARKS |
|---|---|---|---|---|---|---|
| CRP-1 | FEDERAL PUMP MODEL RH-15440 | 33.0 | 40 | 1.5 | 3x60 | 208/3/60 | ① |

① DUPLEX PUMP

### VACUUM CONDENSATE PUMP SCHEDULE

| UNIT NO. | MODEL | GPM | EDR | TOTAL HEAD IN P.S.I. | HP | ELECTRICAL DATA | REMARKS |
|---|---|---|---|---|---|---|---|
| VCP-1 | FEDERAL PUMP RH-27-70-331 | 30 | 11 | 39 | 16000 | 5.0 | 2000 | 208/3/60 | ① |

① DUPLEX PUMP

### COOLING TOWER SCHEDULE

| UNIT NO. | MODEL | CAPACITY TON | EWT °F | LWT °F | GPM | HP | ELECTRICAL DATA | REMARKS |
|---|---|---|---|---|---|---|---|---|
| CT-1 | BALTIMORE AIRCOIL SERIES VT MOD. VT1-N301-O | 380 | 95 | 85 | — | 30HP | 208/3/60 | ① ② |

① VIBRATION ISOLATORS   ② WITH TWO SPEED—ONE WINDING FAN MOTOR

---

### SYMBOL LIST AND ABBREVIATIONS

(symbol legend list)

NEW WORK
NEW DUCTWORK WITH ACOUSTIC LINING
EXISTING WORK TO REMAIN
EXISTING WORK TO BE REMOVED
CONNECT TO EXISTING
CEILING DIFFUSER
CEILING REGISTER/GRILLE
CEILING GRILLE/CEILING REGISTER
TOP GRILLE/TOP REGISTER
LINEAR DIFFUSER
RETURN REGISTER
TRANSFER OPENING
CUBIC FEET/MINUTE (AIR FLOW)
THERMOSTAT
THERMO WITH PILOT LIGHT
VOLUME DAMPER
SPLITTER DAMPER
MOTORIZED DAMPER
DUCT MOUNTED SMOKE DETECTOR
SMOKE PORT
RISER DESIGNATION
EXHAUST FAN
OUTDOOR AIR FAN
A/C - AIR CONDITIONING UNIT
RETURN FAN
KITCHEN EXHAUST FAN
TOILET EXHAUST FAN
FAN COIL UNIT
VARIABLE AIR VOLUME
PLUG VALVE, GAS COCK
GATE VALVE
GLOBE VALVE
AUTOMATIC VALVE
CHECK VALVE
CHECK VALVE
STRAINER WITH BLOWDOWN VALVE
DROP IN PIPE
UNION
FLANGED CONNECTION
PIPE TURNED DOWN
PIPE TURNED UP
DIRECTION OF FLOW
EXISTING DISCHARGE PIPING
CAP EXISTING MAIN
HWS - HOT WATER SUPPLY
HWR - HOT WATER RETURN
NHWS - HOT WATER HEATING SUPPLY
CWS - CONDENSER WATER SUPPLY
CWR - CONDENSER WATER RETURN
FS/AD - FIRE DAMPER/ACCESS DOOR
FSD/AD - FIRE DAMPER & SMOKE DAMPER/ACCESS DOOR
A.C. - ABOVE HUNG CEILING
F.F. - FINISHED FLOOR
A.F.F. - ABOVE FINISHED FLOOR
B.A. - BOTTOM OF ...
S.M.S. - WIRE MESH SCREEN
FC - FLEXIBLE CONNECTION
F.A. - FREE AREA
TT - TOP THROAT
BT - BOTTOM THROAT
T - THROAT
FA - FREE AREA
OA - OUTSIDE AIR
SA - SUPPLY AIR
RA - RETURN AIR
F.A.I. - FRESH AIR INTAKE
E.A.I. - EXHAUST AIR INTAKE
N.I.C. - NOT IN CONTRACT

---

FRANKLIN
TOWER

90 FRANKLIN STREET, New York NY. 10007

STRUCTURAL ENGINEER
Anchor Consulting
18 Barrow St. nth floor
New York, NY 10007    t 212.267.8380
                      f 212.267.8781

MECHANICAL ENGINEER
Lantin Bodek Engineer P.C.
45 West 34th St.
New York, NY 10046    t 212.641.1444
                      f 212.641.3456

ARCHITECT
Architecture + Furniture
157 Chambers St.
New York, NY 10007    t 212.619.3644
                      f 212.233.4204

NOTES:

2   4/29/99   ISSUED TO A&F FOR PROGRESS
1   2/1/99    DESIGN DEVELOPMENT

NOT TO SCALE

MECHANICAL
SCHEDULES AND SYMBOL LIST

M-12