**B-10**

Undersigned certifies that the projections in the Schedule appear reasonable and adequate under existing circumstances, and the projected income appears to be sufficient to meet the anticipated operating expenses for the first year of condominium operation.

Undersigned certifies that the Schedule:

(i)     sets forth in detail the projected income and expenses for the first year of condominium operation;

(ii)    affords potential investors, purchasers and participants an adequate basis upon which to found their judgment concerning the first year of condominium operation;

(iii)   does not omit any material fact;

(iv)    does not contain any untrue statement of a material fact;

(v)     does not contain any fraud, deception, concealment, or suppression;

(vi)    does not contain any promise or representation as to the future which is beyond reasonable expectation or unwarranted by existing circumstances;

(vii)   does not contain any representation or statement which is false, where undersigned:

        (a) knew the truth;
        (b) with reasonable effort could have known the truth;
        (c) made no reasonable effort to ascertain the truth; or
        (d) did not have knowledge concerning the representations or statement made.

Undersigned further certifies that undersigned is not owned or controlled by the Sponsor. Undersigned understands that a copy of this certification is intended to be incorporated into the Offering Plan. This statement is not intended as a guarantee or warranty of the income and expenses for the first year of condominium operation.

271C/CERTIFICATION OF ADEQUACY OF BUDGET
Page 3

This certification is made under penalty of perjury for the benefit of all persons to whom this offer is made. Undersigned understands that violations are subject to the civil and criminal penalties of the General Business Law and Penal Law.

SUSAN PENZNER Real Estate

By: _Susan Penzner_

Print Name: Susan Penzner

Print Title:  President

Sworn to before me this 9th
Day of March, 1999

Notary Public

CHARLES W. WEISS
Notary Public, State of New York
No. 01WE4524678
Qualified in Nassau County
Commission Expires July 31, 2000

THIS PAGE LEFT BLANK INTENTIONALLY

**SUSAN PENZNER Real Estate**    84 WOOSTER STREET NEW YORK NY 10012

CERTIFICATION OF ADEQUACY REGARDING THE COMMERCIAL UNITS

March 9, 1999

New York State Department of Law
Real Estate Financing Bureau
120 Broadway – 23rd Floor
New York, NY

Re: The Franklin Tower
    271 Church Street
    New York, NY  10013

Ladies and Gentleman:

The Sponsor of the Condominium Offering Plan for the above-referenced
Premises retained the undersigned to review Schedule "B" (the **"Schedule"**)
which includes projections of common charges payable by the owner of the
Commercial Units.

Undersigned or undersigned's principal(s) have managed or operated cooperatives
or condominiums or rental properties for at least fifteen (15) years.

Undersigned understands that undersigned is responsible for complying with
Article 23-A of the General Business Law and the regulations promulgated by the
Department of Law in Part 20 insofar as they are applicable to the common
charges payable by the owner of the Commercial Units.

Undersigned has reviewed the Schedule as it impacts on the Commercial Units
and investigated the facts set forth in the Schedule and the facts underlying it with
due diligence in order to form a basis for this certification.  Undersigned also has
relied on undersigned's experience in managing residential buildings.

Undersigned certifies that the projections in the Schedule for common charges
payable by the owner of the Commercial Units appear reasonable and adequate

TEL · 212·343·1909   FAX · 212·226·2175
SPRE LTD.  LICENSED REAL ESTATE BROKER

271C/CERTIFICATION OF ADEQUACY REGARDING THE COMMERCIAL UNITS
Page 2

under existing circumstances, and the allocation of common charges to the Commercial Units appears reasonable and adequate under existing circumstances to meet the anticipated operating expenses fairly attributable to the Commercial Units also reflects special or exclusive use or availability or exclusive control of particular common areas.

Undersigned certifies that the estimates in the Schedule for the common charges payable by the Commercial Units' Owner:

(i)     set forth in detail the projected income and expenses for the first year of condominium operation;

(ii)    afford potential investors, purchasers and participants an adequate basis upon which to found their judgment concerning the common charges payable by the owner of the Commercial Units;

(iii)   do not omit any material fact;

(iv)    do not contain any untrue statement of a material fact;

(v)     do not contain any fraud, deception, concealment, or suppression;

(vi)    do not contain any promise or representation as to the future which is beyond reasonable expectation or unwarranted by existing circumstances;

(vii)   do not contain any representation or statement which is false, where undersigned:

    (a) knew the truth;
    (b) with reasonable effort could have known the truth;
    (c) made no reasonable effort to ascertain the truth; or
    (d) did not have knowledge concerning the representations or statement made.

Undersigned further certifies that undersigned is not owned or controlled by the Sponsor. Undersigned understands that a copy of this certification is intended to be incorporated into the Offering Plan. This statement is not intended as a guarantee or warranty of the common charges payable by the owner of the Commercial Units for the first year of condominium operation.

384

271C/CERTIFICATION OF ADEQUACY REGARDING THE COMMERCIAL UNITS
Page 3

This certification is made under penalty of perjury for the benefit of all persons to whom this offer is made. Undersigned understands that violations are subject to the civil and criminal penalties of the General Business Law and Penal Law.

SUSAN PENZNER Real Estate

By: _Susan Penzner_

Print Name: Susan Penzner

Print Title:  President

Sworn to before me this 9th
Day of March, 1999

Notary Public

**CHARLES W. WEISS**
**Notary Public, State of New York**
**No. 01WE4524878**
**Qualified in Nassau County**
**Commission Expires July 31, 2000**

385

**THIRD AMENDMENT**

**TO THE**

**CONDOMINIUM OFFERING PLAN**

**FOR**

**THE FRANKLIN TOWER**

**90 FRANKLIN STREET**

**NEW YORK, NEW YORK 10013**

**THIRD AMENDMENT DATED:  AUGUST 26, 1999**

The condominium offering plan for the premises known as The Franklin Tower and located at 90 Franklin Street, New York, New York 10013, dated June 3, 1999, as amended by the First Amendment dated June 21, 1999 and the Second Amendment dated July 1, 1999 (the "Plan"), is hereby amended as follows:

1.    Price Increase.

Effective immediately, the purchase prices of the Units shall be the amounts as set forth on Schedule A annexed hereto as Exhibit A.

Please note that purchase prices of Units are subject to further change in accordance with the terms of the Plan.

2.    Revised Architect's Report.

The Architect's Report in the Plan is hereby updated to reflect the final construction documents. The revised Architect's Report is attached hereto as Exhibit B.

3.    Relocation of Cooling Tower.

As reflected in the revised Architect's Report (Exhibit B hereto), the cooling tower originally intended by Sponsor to be located on the roof of the mechanical penthouse bulkhead (as shown on page 246 of the Plan) has been relocated to a portion of the roof area originally intend by Sponsor to be part of Unit 17. Accordingly, the area for Unit 17 (as shown on Schedule A to the Plan, as amended) is reduced to approximately 7,701 square feet. All references in the Plan and the Declaration are hereby deemed amended to reflect the foregoing. The Common Interest for all Units remains unchanged.

4.    Plan as Amended by this Amendment is Incorporated by Reference.

The Plan, as modified and supplemented hereby, is incorporated herein by reference with the same effect as if set forth herein at length. Accordingly, all provisions, schedules and exhibits heretofore contained in the Plan shall be deemed amended to reflect the provisions contained herein.

5.    Definition of Terms.

All capitalized terms used in this Amendment not otherwise defined herein shall have the meanings ascribed to them in the Plan.

6.    No Material Change.

Except as set forth herein there have been no material changes in the Plan.

Dated: August 26, 1999

Sponsor:

CORN ASSOCIATES LLC

EXHIBIT A

## SCHEDULE A
## THE FRANKLIN TOWER
### Schedule of Purchase Prices and Other Related Information
### for the Projected First Year of Condominium Operation
### October 1, 1999 to September 30, 2000

| Unit | Approx. Area (1) | Purchase Price (2) | Percentage of Common Interest (3a) | Residential Relative Interest (3b) | Estimated Common Charges Monthly (4) | Annual | Projected Real Estate Taxes without J-51 Benefits Monthly (5) | Annual | Projected Real Estate Taxes with J-51 Benefits Monthly (5) | Annual | Projected Total Carrying Charges without J-51 Benefits Monthly (6) | Annual | Projected Total Carrying Charges with J-51 Benefits Monthly (6) | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Residential** | | | | | | | | | | | | | | |
| 2 North | 1,895 | $800,000 | 2.3404% | 2.442% | $1,084 | $13,013 | $685 | $8,218 | $665 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 2 South | 2,633 | $1,195,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 3 North | 1,895 | $840,000 | 2.3404% | 2.442% | $1,084 | $13,013 | $685 | $8,218 | $665 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 3 South | 2,633 | $1,295,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 4 North | 1,895 | $860,000 | 2.3404% | 2.442% | $1,084 | $13,013 | $685 | $8,218 | $665 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 4 South | 2,633 | $1,325,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 5 North | 1,895 | $895,000 | 2.3404% | 2.442% | $1,084 | $13,013 | $685 | $8,218 | $665 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 5 South | 2,633 | $1,350,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 6 North | 1,895 | $925,000 | 2.3404% | 2.442% | $1,084 | $13,013 | $685 | $8,218 | $665 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 6 South | 2,633 | $1,395,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 7 North | 1,895 | $980,000 | 2.3404% | 2.442% | $1,084 | $13,013 | $685 | $8,218 | $665 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 7 South | 2,633 | $1,450,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 8 North | 1,895 | $995,000 | 2.3404% | 2.442% | $1,084 | $13,013 | $685 | $8,218 | $665 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 8 South | 2,633 | $1,690,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 9 North | 1,895 | $1,050,000 | 2.3404% | 2.442% | $1,084 | $13,013 | $685 | $8,218 | $665 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 9 South | 2,633 | $1,695,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 10 North | 1,895 | $1,095,000 | 2.3404% | 2.442% | $1,084 | $13,013 | $685 | $8,218 | $665 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 10 South | 2,633 | $1,795,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 11 | 2,633 | $1,795,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 12 | 5,027 | $3,125,000 | 6.2084% | 6.479% | $2,877 | $34,520 | $1,817 | $21,801 | $1,765 | $21,178 | $4,693 | $56,321 | $4,641 | $55,698 |
| 13 | 5,027 | $3,125,000 | 6.2084% | 6.479% | $2,877 | $34,520 | $1,817 | $21,801 | $1,765 | $21,178 | $4,693 | $56,321 | $4,641 | $55,698 |
| 14 | 5,027 | $3,375,000 | 6.2084% | 6.479% | $2,877 | $34,520 | $1,817 | $21,801 | $1,765 | $21,178 | $4,693 | $56,321 | $4,641 | $55,698 |
| 15 | 5,027 | $3,325,000 | 6.2084% | 6.479% | $2,877 | $34,520 | $1,817 | $21,801 | $1,765 | $21,178 | $4,693 | $56,321 | $4,641 | $55,698 |
| 16 | 5,027 | $3,425,000 | 6.2084% | 6.479% | $2,877 | $34,520 | $1,817 | $21,801 | $1,765 | $21,178 | $4,693 | $56,321 | $4,641 | $55,698 |
| 16 | 5,027 | $3,995,000 | 6.2084% | 6.479% | $2,877 | $34,520 | $1,817 | $21,801 | $1,765 | $21,178 | $4,693 | $56,321 | $4,641 | $55,698 |
| 17 | 7,701 | $5,995,000 | 8.2333% | 8.592% | $3,815 | $45,775 | $2,409 | $28,909 | $2,357 | $28,286 | $6,224 | $74,685 | $6,172 | $74,062 |
| **Residential Total** | 78,615 | $47,995,000 | 95.8135% | 100.0000% | $44,395 | $532,739 | $28,038 | $336,451 | $27,253 | $327,039 | $72,433 | $869,190 | $71,648 | $859,778 |
| **Commercial** | | | | | | | | | | | | | | |
| A | 6,362 | N/A | 4.0552% | N/A | $997 | $11,967 | - | - | - | - | - | - | - | - |
| B | 1,412 | N/A | 0.1221% | N/A | $30 | $360 | - | - | - | - | - | - | - | - |
| C | 106 | N/A | 0.0092% | N/A | $2 | $27 | - | - | - | - | - | - | - | - |
| **Commercial Total** | 8,331 | N/A | 4.1865% | 4.1865% | $1,030 | $12,354 | - | - | - | - | - | - | - | - |
| **TOTAL:** | 86,946 | $47,995,000 | 100.0000% | 100.0000% | $45,424 | $545,093 | - | - | - | - | - | - | - | - |

## Architects Report

# The Franklin Tower

### *guenther petrarca LLP*
### architects



**Architect's and Engineer's Report**

The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013

Date: 3/08/99 Revised: 5/27/99 ; 5/19/99 ; 7/23/99    Page: 1

# *guenther petrarca*

## CERTIFICATION BY SPONSOR'S ARCHITECT
Pursuant to Section 20.4 (c)

**Department of Law of the State of New York**
120 Broadway
New York, New York  10271

Attention: Real Estate Financing Bureau
**Re: The Franklin Tower, 270 Church Street (aka 90 Franklin), New York, NY**

The Sponsor of the offering plan to convert the captioned property to condominium ownership retained Architecture + Furniture, a New York Partnership (the "Firm"), to prepare a report describing the renovation of the property (The "Report"). I visually inspected existing portions of the renovated property on February 26, 1999, and had prepared the building plans, specifications and the Report dated March 8, 1999, revised July 23, 1999.

I am a Registered Architect in New York State, the state in which the property is located.

I understand that I am responsible for complying with Article 23-A of the General Business Law and the regulations promulgated by the Department of Law in Part 20 insofar as they are applicable to this Report.

I have read the entire Report and investigated the facts underlying it with due diligence in order to form a basis for this opinion.

To the best of my knowledge, information, and belief, it is my professional opinion that the report:

(i)     sets forth in narrative form the description and/or physical condition of the entire property as it will exist upon completion of renovation provided that renovation is in accordance with the plans and specifications that the Firm prepared.

(ii)     in my professional opinion affords potential investors, purchasers and participants an adequate basis upon which to found their judgment concerning the description and/or physical condition of the property as it will exist upon completion of renovation and/or construction, provided that renovation and/or construction is in accordance with the plans and specifications that the Firm prepared.

(iii)     does not omit any material fact;

(iv)     does not contain any untrue statement of a material fact;

(v)     does not contain any fraud, deception, concealment, or suppression;

(vi)     does not contain any promise or representation as to the future which is beyond reasonable expectation or unwarranted by existing circumstances;

# Architects Report

## INTRODUCTION

This report describes to the best of our knowledge, information, and belief, the physical condition of the property as it will exist upon completion of renovation, provided that the renovation is in accordance with the plans for the construction, as submitted to the Department of Buildings of the City of New York for approval, by *guenther petrarca*. Reference to applicable rules and regulations is included here for general information only. Refer to applicable Codes, Regulations, and/or Resolutions that apply for further information.

This Report is based on information current as of the date of this report.

## Location and Use of Property

### Address

The subject property has a street address of 90 Franklin Street (aka 271 Church Street).

### Block and Lot Number

The subject property is located in the City of New York, in the borough of Manhattan, Block 175, Lot 10 on the Tax Map of the City of New York.

### Zoning

The subject property is located within Mixed Use Zoning District C6-2A as indicated on Zoning Map 12a. The subject property is located within the Tribeca East Historic District as designated by the Landmarks Preservation Commission of the City of New York, so that all alterations affecting the building exterior shall be presented to the Landmarks Preservation Commission.

### Permissible Uses

The Zoning Resolution section 34-222 Change of Use allows in a C6 District a non–residential use occupying a building or portion there of, that was in existence on December 15, 1961 may be changed to a residential use and the regulations on minimum required open space ratio and maximum floor area ratio shall not apply to such change of use. A revised Certificates of Occupancy will be obtainable by the Sponsor for the uses described above under the Building Code of the City of New York.

#### Commercial Uses

There will be a total of three Commercial Units (Use Group 6). The Sponsor has indicated that the Commercial Units are not intended to be offered for sale at the time of the Offering. Refer to the New York City Zoning Resolution for uses that are permitted under this Use Group and in this location.

#### Residential Uses

The Residential Units on the Second floor through Seventeenth are Loft Dwellings as permitted and defined by the New York City Zoning Resolution.

These units may contain "accessory uses" under the zoning resolution, defined as a "home occupation". These accessory uses are permitted as incidental or secondary uses to the primary residential use of the unit. In this district a "home occupation" may occupy 49% of the dwelling unit.

Businesses operated as "home occupations" in this zoning district may have no more then one non-residential employee.

## Architect's and Engineer's Report

The Franklin Tower at 90 Franklin Street (aka 271 Church Street)      New York, NY 10013
Date: 3/08/99 Revised: 5/27/99 ; 5/19/99 ; 7/23/99                              Page: 2

# Architects Report

Mechanical, electrical, plumbing, and fire protection systems for the building will be replaced as part of the renovation. See Appendix D for a description of Mechanical, Plumbing, and Electrical Systems.

### Site

The site is approximately 5,606 square feet, with 75'-0" of frontage along Church Street and 74'-9" of frontage along Franklin Street. The building is located at the north/ east corner of Franklin Street and Church Street.

### Number of Buildings and Use

There is one existing building on the site, currently vacant. This building will be renovated to include residential floors 2nd – 17th with Commercial Units on the Ground Floor, Cellar, Sub – Cellar and Mezzanine.

### Streets Owned or Maintained by the Project

There are no streets owned or maintained by the project.

Church Street and Franklin Streets are publicly owned by New York City.

Materials are as follows:

| Item | Material |
| --- | --- |
| Church Street roadway | paved asphalt |
| Franklin Street roadway | paved asphalt |

### Drives, Sidewalks and Ramps

The sidewalks and curbs are publicly owned by the City of New York, are in good condition. Materials are as follows:

| Item | Material |
| --- | --- |
| Church Street Sidewalk | Concrete |
| Church Street Curb | Steel/ Concrete |
| Franklin Street Sidewalk | Concrete |
| Franklin Street Curb | Steel/ Concrete |

### Curbing

There is an ADA sidewalk curb cut at the street corner of the site. For curb finishes see Paving above.

### Catch Basins and Drainage

There is one catch basin adjacent to this site, located on Franklin Street at the corner of Church Street and Franklin Street . It appears to be in fair condition.

### Street Lighting

There are three public street lights at the intersection of Church Street and Franklin Street. The street lights are on the north/east, north/west, south/east corners. These elements are publicly owned and maintained and shall remain in place.

### Conformity of Site Items with Local Building Codes

The design and materials selected for all new site elements will be as approved by the Landmarks Preservation Commission, The NYC Department of Buildings, and The NYC Department of Transportation.

### Misc. Site Items

There is a fire hydrant at the Church Street side of the site, roughly 16'-0" from the corner. There is a fire call box at the Franklin Street side of the site at the corner. These elements are publicly owned and maintained and shall remain in place.

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 5/27/99 ; 5/19/99 ; 7/23/99    Page: 4

# Architects Report

**Equipment Rooms**

There will be mechanical equipment rooms at the sub cellar, cellar, cellar, the penthouse, First level Mechanical Penthouse and Second level Mechanical Penthouse.

**Parapet**

The roof edge is protected by a decorative brick parapet with a concrete copping of varying heights from 3' - 2" to 6' - 0" The construction documents indicate that a new metal railing will be added to provide a minimum 3'-6" high protective guard rail where such protection is not provided by the existing parapet. Based solely upon a visual examination, it is our opinion that the existing parapets are in fair condition, and the construction documents indicate that any detected cracks, leakage, spalling or deterioration are to be repaired.

## Structural System

Refer to Appendix B for a description by the Structural Engineer for the project of the structural systems of the building.

**Walls:**

The existing exterior walls of the building are brick.

NYC Local Law 10, requires regular maintenance of building facades and exterior elements, is applicable to this project. The Sponsor has indicated that a local law 10 inspection and report is to be performed as required. The Sponsor has indicated that this report will be filed with the NYC Department of Buildings upon completion.

## Windows:

Refer to Appendix G Site and Unit Floor Plans for window locations.

The existing windows are aluminum double-hung type with double-glazing and are in good condition. There are no leaks or loose glazing. The construction documents indicate that all window counter balances should be replaced if not in working order.

Existing windows are located on Church Street, the West facade and Franklin Street, the South façade. There are existing windows on the buildings North lot line façade between column A1 and B1 at the 5th through 17th floor and on the East lot line façade at the 8th through 17th floor. There is an existing window at each Elevator Lobby from the 5th – 17th floor.

The existing window, west of Column B1 on the North façade, will be replaced with a new window at 2nd through 17th floors. The existing window, south of column A1 on the Church Street façade, will be replaced with a new window at the 2nd, 3rd and 4th Floors.

The windows between column B1 and C1 at the 7th floor through 17th floor are new Lot Line windows. All new windows shall be as approved by the Landmarks Preservation Commission.

New windows are to be aluminum double-hung type with double-glazing and thermal breaks have been approved by the New York Preservation Commission.

The drawings indicate that all new and existing windows will be provided with childproof stops, limiting the opening of the windows to a maximum 4" as required for child safety. These stops are removable by the unit owner. Unit owners with children are required by law to maintain these window stops or install appropriate child protective window guards in sizes adequate to comply with relevant codes for their individual window sizes.

## Architect's and Engineer's Report

The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013

Date: 3/08/99 Revised: 5/27/99 ; 5/19/99 ; 7/23/99    Page: 6

# Architects Report

**Chimney and Caps**

There will be a minimum of nine (9) chimneys which will be located on the roof portion of the building. These new chimneys will be metal, will have an approved fire-rated lining and will be suitable for use by wood burning fireplaces only. These chimneys will be used by Purchaser of Units 11, 12, 13, 14, 15, 16, 17 with (1) wood-burning fireplaces located in the Library of each unit, as part of fit-out construction these fireplaces shall be specified to be in accordance with NYC building codes.

**Balconies and Terraces**

The existing stair bulkhead and skylight at the roof will be demolished. A new Penthouse addition for Unit 17 has been approved by the NYC Landmarks Preservation Commission. No additional enclosed structures will be permitted by the Sponsor to be built by the unit owner on the roof

Unit 17 is allocated a portion of the roof for their exclusive use.

A separate section of the roof areas is allocated as residential common space for recreational use.

The roof will be finished with stone pavers.

**Balustrades and Railings:**

Where the existing parapets or copings are lower than 3'-6" above the finished surface of the roofs, painted metal guard rails shall be installed to height of 3'-6".

**Copings:**

As Existing

**Doors:**

Doors to terrace areas shall be metal doors and frames with paint finish.

**Mail Boxes**

Mail is intended, by the Sponsor, to be distributed by the Concierge to each Unit Owner from the concierge desk. No individual mailbox will be provided.

No separate mail boxes will be provided for the commercial space.

Mail will be delivered directly by the post office to each commercial unit during normal business hours.

**Residential Entrances and Vestibule at Church Street**

**Exterior doors and frames:**

The existing brass doors and frames are in good condition and are to remain. There will be an electromagnetic lock with a door release at the concierge's desk.

The vestibule brass doors and frames are in good condition and are to remain.

**Lighting**

See Appendix C for a schedule of lighting fixture types for all public areas.

**Commercial Entrance at Church Street**

**Exterior doors and frames:**

The existing doors and frames to remain.

**Lighting**

See Appendix C for a schedule of lighting fixture types for all public areas.

**Service Entrance at Franklin St.**

**Exterior doors and frames:**

The Existing doors and frames are to be replaced with new metal door and frames. There will be an electromagnetic lock with a door release at the concierge's desk.

**Lighting**

See Appendix C for a schedule of lighting fixture types for all public areas.

## Architect's and Engineer's Report

The Franklin Tower at 90 Franklin Street (aka 271 Church Street)       New York, NY 10013

Date: 3/08/99 Revised: 5/27/99 ; 5/19/99 ; 7/23/99                                    Page: 8

# Architects Report

Landmarks Preservation Commission and is pending approval by New York City Department of Buildings.

**Ladder:**

There is a existing interior steel vertical ladder in good condition connecting the Mechanical Penthouse- Second Level with the hatch at the Penthouse Roof.
There will be a new steel vertical ladder from the Roof Common Recreational Area to the Cooling Tower at the Mechanical Penthouse Second Level Plan.

**Railings:**

The construction documents indicate that where parapet walls on the roof are lower than 3'-6" above the finished surface of the roof, painted metal guard rails shall be installed to height of 3'-6".

**Hatches to Roof:**

One at the Mechanical Penthouse Roof.

**Rooftop facilities:**

A common roof top recreation area shall be provided in accordance with the New York City Zoning Ordinance.

**Fire Escapes**

None.

**Yards and Courts**

None.

**Interior Fire egress Stairs**

Two enclosed stairs in a scissors arrangement will provide fire egress for all floors above ground level and below ground level.
Stair # 1 is a new Fire Stair and is a steel pan stair, with concrete treads, steel risers and steel stringers. The handrail is steel with steel balustrade and guard rails as required by the New York City Department of Buildings. The stair enclosure construction is a 2 hour existing masonry wall and new 2 hour rated metal stud and gypsum wall construction. See Appendix C for finishes

Stair #2 is an existing Fire Stair and is in good condition with an existing steel pan stair, concrete treads, steel risers and steel stringers. The existing handrail is steel with steel balustrade and guard rails. The stair enclosure construction is a 2 hour existing masonry wall. See Appendix C for finishes

**Interior stairs:**

Stair # 3 is an existing communication stair between the Sub-Cellar Floor and Cellar Floor and is in good condition. The steel is a pan stair, with concrete treads, steel risers and steel stringers. The existing handrail is steel with steel balustrade and guard rails. The stair enclosure construction is a 2 hour existing masonry wall.
Stair # 4 is an existing communication stair between the Cellar Floor and Ground Floor located in Unit A and is in good condition. The steel is a pan stair, with concrete treads, steel risers and steel stringers. The existing handrail is steel with steel balustrade and guard rails. The stair is open at the Ground Floor and the stair enclosure construction is a 2 hour existing masonry wall at the Cellar Floor.
Stair # 7 is an existing communication stair between the Mechanical Penthouse – First Level and the Mechanical Penthouse – Second Level. It is a steel stair with open risers and steel handrails. The stair is in good condition.

## Architect's and Engineer's Report

The Franklin Tower at 90 Franklin Street (aka 271 Church Street)     New York, NY 10013
Date: 3/08/99 Revised: 5/27/99 ; 5/19/99 ; 7/23/99                    Page: 10

# Architects Report

## PLUMBING AND DRAINAGE
See Appendix D for a description by the Mechanical Engineer for the project of mechanical,
electrical and plumbing systems for the building.

## HEATING
See Appendix D for a description by the Mechanical Engineer for the project of mechanical,
electrical and plumbing systems for the building.

## GAS SUPPLY
See Appendix D for a description by the Mechanical Engineer for the project of mechanical,
electrical and plumbing systems for the building.

## AIR CONDITIONING
See Appendix D for a description by the Mechanical Engineer for the project of mechanical,
electrical and plumbing systems for the building.

## VENTILATION
See Appendix D for a description by the Mechanical Engineer for the project of mechanical,
electrical and plumbing systems for the building.

## ELECTRICAL SYSTEM
See Appendix D for a description by the Mechanical Engineer for the project of mechanical,
electrical and plumbing systems for the building.

## INTERCOMMUNICATIONS
Intercommunication or "Door Intercom" Service. All Apartments to have a Phone
Intercom System which will communicate with a phone intercom master installed at the
concierge desk and interfaced with the Building Phone System.

The infrastructure for Telecommunication and Video Services will be provide by Bell
Atlantic or another telecommunication provider.

Bell Atlantic or other telecommunication provider will provide the capability of supporting
6 to 8 direct lines to each apartment unit with the capability of up to T1 speed. The
Sponsor will wire each apartment unit in a star configuration with four pair category five
compliant cable to each telephone /data jack. The owner must have a contract, separate
from the sponsor with Bell Atlantic or another telecommunication provider, to provide
telephone and/or data services. The owner has the right to use a telecommunication
company of their choice to provide such services.

Bell Atlantic or another cable company provider will provide the capability for Digital
Satellite System(DSS) and local television service to each apartment. The Sponsor will
provide RU 56 coax cable in a star configuration to each TV jack. The owner must have a
contract, separate from the sponsor with Bell Atlantic or another cable company provider,
to purchase satellite broadcasting and local television service. The owner has the right to
use a cable company of their choice to provide such services.

## SECURITY SYSTEMS
The Building will have a 24 hour doorman. There will be a video monitor at the concierge
desk that will display a multiplexed image from the cameras located at the Residential
Entry, Service Entry and the roof top Recreational Entry. The image from these cameras
will be viewed in real time and not record. There will be electromagnetic locks at the
Residential Entry and Service Entry doors to allow the concierge to open the door with a

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 5/27/99 ; 5/19/99 ; 7/23/99                        Page: 12

# Architects Report

requirements of the NYC Building Department. However the sponsor does not warrant or certify that all the asbestos, especially in areas concealed or unaffected by the renovation work has been removed or abated. In addition the architect and engineers make no warranty in certification, as part of this report as to the extent or adequacy of the sponsors asbestos removal or abatement program and have neither instructed or supervised this work which was the sole responsibility of the sponsor.

## GENERAL INFORMATION

The sponsor will obtain a temporary certificate of occupancy or certificate of occupancy prior to closing. Architectural plans for the building renovation and conversion construction project will be filed with the New York City Department Of Buildings. Approvals and Building Permits for the building renovation and conversion construction project are pending and will be forwarded to the appropriate agencies by the sponsor upon issuance. Inspection certificates and permits for the sprinkler system, and elevators will be provided by the sponsor prior to occupancy.

John Petrarca, Principal
**guenther petrarca**

Date:    3/08/99
Revised: 4/27/99
Revised: 5/19/99
Revised: 7/23/99

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 5/27/99 ; 5/19/99 ; 7/23/99    Page: 14

# Appendix A
## Required Approvals and Permits

Alteration Type I for:

> Change of use & Egress

Alteration Type II's for:

> Demolition Work

> Architectural Construction Work

> Structural Construction Work

> Plumbing Construction Work

> Mechanical Construction Work

> Sprinkler system Work

> Standpipe system Work

> Elevator Work and Inspection

## Landmarks Approval Permit:

> C of A for the new North lot line windows work

> C of A for new roof penthouse, cooling tower, roof top recreation area work

> Certificate of no effect for interior work

## Fire Department Approvals

> Fire protection plan

## Local Law 10 Report

> Update façade inspection as required

## Certificate of Occupancy

> The Sponsor will provide a temporary or permanent CO for the closing.

## Architect's and Engineer's Report

The Franklin Tower at Franklin Street (aka 271 Church Street)          New York, NY 10013
Date: 3/08/99  Revised: 4/27/99 ; 5/19/99 ; 7/23/99                              Page: A.1

TOTAL P.03

(REV. 6/97)

# ENVIRONMENTAL CONTROL BOARD
# NOTICE OF VIOLATION AND HEARING

**34196469 X**

COMMISSIONER OF THE DEPARTMENT OF BUILDINGS OF THE CITY OF NEW YORK, PETITIONER, V.

**RESPONDENT:**

| | |
|---|---|
| FEIL ORGANIZATION | |
| Last Name          First Name | |

**MAILING ADDRESS:**

| 370  7th AVENUE | NEW YORK | N.Y. | 10001 |
|---|---|---|---|
| Street | City | State | Zip Code |

## COMMISSIONER'S ORDER TO CORRECT VIOLATION(S)

PLEASE TAKE NOTICE that the premises cited is in violation of the requirements of law. It is further ORDERED BY THE COMMISSIONER OF THE DEPARTMENT OF BUILDINGS that these violations be remedied and certified to be in compliance with the requirements of law. Certification of Correction must be made on the Certificate of Correction form on the back of this violation or other Department of Buildings supplied form. Send the Certificate of Correction to: New York City Department of Buildings, Administrative Enforcement Unit, 60 Hudson Street, 14th Floor, New York, NY 10013.

TO AVOID A HEARING AND PENALTY FOR FIRST OFFENSE, NON-HAZARDOUS VIOLATIONS, the properly completed Certificate of Correction and all additional proof of compliance must be both received by the New York City Department of Buildings, Administrative Enforcement Unit before the close of business on **HAZARDOUS**, and approved by the Department.

**READ THE INSTRUCTIONS CAREFULLY: CALL** _____(212) 312-8400_____ **FOR INFORMATION**

ATTENTION SECOND OFFENSE AND/OR HAZARDOUS OFFENSE VIOLATORS: YOU MUST COMPLY WITH THE COMMISSIONER'S ORDER AND APPEAR AT THE HEARING ON THE SCHEDULED DATE.

## NOTICE OF VIOLATION AND HEARING

If the Certificate of Correction is not received by the date indicated above or is not approved by the Department or if you are charged with a Hazardous or Second Offense violation, YOU ARE REQUIRED AND HEREBY DIRECTED TO APPEAR FOR A HEARING ON 05/03/11 at ☑ 8:30 a.m. ☑ 10:30a.m. ☐ 1:30p.m. at the Environmental Control Board (ECB) hearing office located in:

| ☐ Brooklyn | ☐ Queens | ☐ Staten Island | ☑ Manhattan | ☐ Bronx |
|---|---|---|---|---|
| 233 Schermerhorn Street | 144-06 94th Avenue | 350 St. Marks Place | 1250 Broadway | 1932 Arthur Avenue |

Proceedings will be held under authority of the N.Y.C. Charter section 1404 and rules promulgated thereunder. This hearing is your opportunity to answer and defend against the allegations set forth below. If you do not appear, you will be held in default and subject to maximum penalties.

In this investigation it has been determined by the above named Petitioner that the above named Respondent violated Title 26 and/or Title 27 of the N.Y.C. Administrative Code and/or the Zoning Resolution of the City of New York and/or rules and regulations promulgated thereunder.

| PLACE OF OCCURRENCE | | BORO | DATE OF VIOLATION | Type | Dist. | Code | No. |
|---|---|---|---|---|---|---|---|
| 71 CHAMBERS STREET | | MAN # | 04 / 12 / 99 | P | ST | C | OIVW |
| Instruction NSP | No. of Stories 17 | Block 175 | Lot 10 | Basis of Violation (P.A. No. or Other) | | PRIOR VIOLATION NUMBER | |
| Property at time of inspection OLD BLDG UNDER ALTERATION | | | | CMR # 1065878 | | | |

| ☑ HAZARDOUS | DESCRIPTION OF VIOLATION(S) | ☐ SECOND OFFENSE |
|---|---|---|

Section of Law 27-147

PLUMBING WORK WITHOUT A PERMIT NOTED. INSTALLED TEMPORARY WATER LINE FROM 1ST FLOOR TO 17th FLOOR OF SAID PREMISES. A SEARCH OF DEPT RECORDS SHOWS NO PERMIT UNDER ALT# 102051155 WAS ISSUED FOR SAID WORK.

"STOP ALL WORK"

REMEDY: OBTAIN NECESSARY PERMIT AS REQUIRED BY CODE.

**34196469 X**

INSPECTOR'S LAST NAME, FIRST INITIAL

I PERSONALLY OBSERVED THE COMMISSION OF THE OFFENSE(S) CHARGED ABOVE, AND/OR VERIFIED THEIR EXISTENCE THROUGH REVIEW OF

# Appendix B

### Description of Structural Systems

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)     New York, NY 10013
Date: 3/08/99 Revised: 4/27/99 ; 7/23/99                              Page: B1

19 Murray Street 4th Floor New York NY 10007-2240
tel. 212.267.9385 / fax 212.267.6795
www.anchorconsulting.com

# ANCHOR CONSULTING
architects + engineers

February 9, 1999

John L. Petrarca AIA RIBA
157 Chambers Street
New York, NY 10013

Re:     271 Church Street

Attn:   John Petrarca

Dear John,

Over the past several months this writer has visited the building at 90 Franklin Street (271 Church St.). Our overall findings with respect to the building condition is as follows. The building is steel framed with masonry exterior walls. The floor and roof slabs are reinforced concrete waffle slabs on steel framing.

Sub soil conditions: There was no sub soil investigation since there is no plan to add any new floors however review of the drawings indicates that the existing building rests on a pile system. These piles are probably steel pipe Raymond Piles filled with concrete. The exact condition of these piles is unknown however there is no foundation movement at all and the slabs are straight and level with little cracking in the sub cellar slab. There does not appear to be any water conditions.

Exterior of the building:
The masonry walls are in very good condition with little or no cracking. The parapets are in very good condition as well as the copings. There are new aluminum windows and the headers and sills of the window openings are in good condition.

In general the building is in very good condition. This is because the original construction was of a very high quality and the building has been well maintained throughout its entire life.

John, should you have any questions please do not hesitate to call.

Very truly yours,



Evan Akselrad, P.E., R.A.
President, Anchor Consulting Inc.

# Appendix C          Finishes and Lighting Schedule

The existing spaces are in good condition and the following Finishes and Lighting
Schedule is for building common areas see Appendix E for Unit Information

| Floor | Room | Floors | Walls | Ceiling | Lighting | Remarks |
|---|---|---|---|---|---|---|
| Sub - Cellar | Mech. Spaces | Sealed concrete | New painted G.W.B./ Existing walls to be painted | None | Pendant fluorescent | |
| Sub - Cellar | Corridors | Sealed concrete | New painted G.W.B./ Existing walls to be painted | None | Pendant fluorescent | |
| Sub - Cellar | Meter Room | Sealed concrete | Existing walls to be painted | | Pendant fluorescent | |
| Sub - Cellar | Storage | Sealed concrete | New painted G.W.B./ Existing walls to be painted | None | Pendant fluorescent | |
| Sub - Cellar | Storage | Sealed concrete | New painted G.W.B./ Existing walls to be painted | None | Pendant florescent | |

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)     New York, NY 10013
Date: 3/08/99 Revised: 4/27/99 ; 7/23/99                                                              Page: C1

# Appendix C          Finishes and Lighting Schedule

| Floor | Room | Floors | Walls | Ceiling | Lighting | Remarks |
|-------|------|--------|-------|---------|----------|---------|
| Ground | Vestibule | Terrazzo | Marble | Existing plaster restored, patched and painted | ceiling mounted incandescent pendent | |
| Ground | Residential Entrance Hall | Terrazzo | Marble | Existing plaster restored, patched and painted | ceiling mounted incandescent pendent | |
| Ground | Concierge | Terrazzo or Natural stone tile | Painted G.W.B. or stone | Painted G.W.B. | recessed incandescent down light | |
| Ground | Concierge Storage Room | Terrazzo or Natural stone tile or Carpet | Painted G.W.B. | Acoustical Tile. | Recessed fluorescent | |
| Ground | Toilet | Ceramic Tile | Ceramic Tile/ *Painted G.W.B* | Acoustical Tile. | Recessed fluorescent | |
| Ground | Storage Room | Sealed concrete | Painted G.W.B. | Acoustical Tile. | Recessed fluorescent | |
| Ground | Service Hall | Sealed concrete | Brick, painted G.W.B. | Existing plaster restored, patched and painted | Wall mtd. fluorescent | |

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)          New York, NY 10013
Date: 3/08/99 Revised: 4/27/99 ; 7/23/99                                                    Page: C3

# Appendix D

**Description of MEP System**

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY  10013
Date: 3/08/99 Revised: 4/27/99 ; 5/19/99 ; 7/23/99                          Page: D1

(3)  Water storage tanks: Existing tanks at the upper-most penthouse level will be re-used for fire standpipe reserve. The capacities are 10,000 gallons each. The tank fill pumps are rated at 200 GPM, 320 feet of head each, as manufactured by Bell & Gossett.

(4)  Sanitary sewage system: material no-hub type cast-iron pipe above grade, and bell and spigot extra heavy cast iron below grade. The house sewer is 8 " diameter connecting to the City sewer system.

(k) Heating and air conditioning

(1)  The building is heated by utility company steam distributed through an existing piping system to existing cast iron radiation located throughout the building. New radiators will be added as necessary. The pressure reducing station is new and located in the sub-cellar. The steam distribution system is in good condition in all locations where it has been surveyed, and was fully functional during the 1998/99 heating season. No leaks were observed.

(2)  The air conditioning system is new in its entirety. Water-cooled units located in all apartments provide air conditioning. A rooftop-cooling tower cools the water loop in summer. The water is circulated by means of pumps located in the cellar. The interior temperature base is 72 F for heating and 74 F for cooling.

(3)  The new cooling tower is a closed circuit fluid cooler located on the roof, Baltimore Air Coil model F1663-0 with a flow rate of 1000 gpm.

**Ventilation** for the loft dwellings will **exhaust air** for one kitchenette, one dryer, and multiple bathrooms for each loft dwelling.

(o)  Electrical System

(1)  The existing incoming services from the utility company terminates into (2) service switches, one at 1,200A, 120/208V, three phase serving building support equipment and the second at 2,000A, 120/208V, three phase, dedicated for apartments and retail areas. All distribution after the service is new, with exception of the elevator feeders, which are existing to remain. The building loads and each apartment/retail are individually metered. Small apartments are fed with new 70A or 100A, three-phase service. Full floor apartments are fed with new at 200A, three phase service.

(2)  This new system is adequate for all of the appliances contained in the residential units.

(p)  Ownership will determine if there will be a new intercom system

(q)  Adequate new exterior lighting at the street level and on the terraces will be provided.

(y)  Fire Alarm system:

(i)      All levels are provided elevator lobby smoke detectors, horn strobe and  manual pull stations. All sprinkler branches are controlled by tamper water flow switches. All devices are tied back into a fire alarm control panel located in the lobby.

(ii)     Smoke detectors are located in the residential units near the sleeping rooms.

| Utility Type | Unit A | B | C | $C_{17}$ | Common |
|---|---|---|---|---|---|
| Water 100 CUFt/year | 1229 | 183 | 305 | | |
| Water and sewer $/Year | 349 | 523 | 872 | | $500 |

|  | Residential | | | | Base Building |
|---|---|---|---|---|---|

Utility costs:    $.8053/Therm gas
$.1526/kWh
$12.9/1000 LBs steam

.065/kWh
$25.26/kW/month
$2.86/100CUFt
combined
water and sewer charge

## Franklin Tower
### Assumptions for utility consumption and costs:

A)  Degree days (Heating): 4869
B)  Full load equiv. hours of refr. based on design load: 1200.
C)  Full load equiv. hours of auxiliaries based on design load: 2000
D)  Elevator 22.4 kW/Each but 65% of demand charge only.
E)  Cooling load: Unit "A": 4 ton of refrigeration, Unit "B": 6.5 ton of refrigeration, Unit "C": 10 ton of refrigeration and Unit "C" on 17th Floor: 12 ton of refrigeration. In the common area: 0.5 ton of refrigeration/floor.
F)  Heating load: 20 BTUH/Sq ft.
G)  Domestic hot water: 50 Gallon per persons per day.
H)  Water/sewer use: 125 Gallon per person per day.
I)  Utility costs include taxes and surcharges.
J)  Cooking gas usage: 30 CUFt per apartment per day.
K)  Lighting in tenant area: 1 w per 50% Sqft and 3 hours per day.
L)  Lighting in common area: 1 w per Sqft and 24 hours per day.
M)  Inside temperature: 70 F and 74 F/60% RH winter and summer, respectively.
N)  Outside temperature: 15 F and 89 F DB/72 F WB winter and summer, respectively.
O)  Hot water heater and radiation on Con. Edison steam.
P)  Unit "A": 1,875 Sqft.
Q)  Unit "B": 2,655 Sqft.
R)  Unit "C": 4,965 Sqft.
S)  Common area: 16,171 Sqft above grade.
T)  Appliances include Refrigerator, Dishwasher and Clothes Washer/Dryer, are of the energy efficient type. Energy consumption from 1995 ASHRAE A32.8 Table 6, table No: 29. by unit floor area.

## WATER COOLED UNIT SCHEDULE - STANDARD MFR: CLIMATE MASTER

| A/C UNIT NO. | MODEL | FAN DATA | | | | COOLING CAPACITY MBH | | CONDENSER WATER GPM | Δ P FT. WC. | CONDENSATE COOLING CAPACITY MBH | | | | HEATING | | ELECTRICAL DATA VOLTS/PH/HZ | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CFM | E.S.P. | HP | RPM | TOTAL | SENS | GPM | FT. WC. | MBH | GPM | FT. WC. | MBH | GPM | Δ P | | |
| AC-1-1 | HS030 | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ①② |
| | | | | | | | | | | | | | | | | | |
| AC-2-1 | HS030 | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-2-2 | HS019 | 600 | 0.4 | 1/8 | - | 20.6 | 15.2 | 5.3 | 9.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-2-3 | HS048 | 1600 | 0.6 | 3/4 | - | 47.5 | 34.6 | 12.4 | 17.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-2-4 | HS030 | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ①② |
| | | | | | | | | | | | | | | | | | |
| AC-3-1 | HS030 | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-3-2 | HS019 | 600 | 0.4 | 1/8 | - | 20.6 | 13.2 | 5.3 | 9.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-3-3 | HS048 | 1600 | 0.6 | 3/4 | - | 47.5 | 34.6 | 12.4 | 17.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-3-4 | HS030 | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ①② |
| | | | | | | | | | | | | | | | | | |
| AC-4-1 | HS030 | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-4-2 | HS019 | 600 | 0.4 | 1/8 | - | 20.6 | 15.2 | 5.3 | 9.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-4-3 | HS048 | 1600 | 0.6 | 3/4 | - | 47.5 | 34.6 | 12.4 | 17.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-4-4 | HS030 | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ①② |
| | | | | | | | | | | | | | | | | | |
| AC-5-1 | HS030 | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-5-2 | HS019 | 600 | 0.4 | 1/8 | - | 20.6 | 15.2 | 5.3 | 9.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-5-3 | HS048 | 1600 | 0.6 | 3/4 | - | 47.5 | 34.6 | 12.4 | 17.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-5-4 | HS030 | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ①② |
| | | | | | | | | | | | | | | | | | |
| AC-6-1 | HS030 | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-6-2 | HS019 | 600 | 0.4 | 1/8 | - | 20.6 | 15.2 | 5.3 | 9.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-6-3 | HS048 | 1600 | 0.6 | 3/4 | - | 47.5 | 34.6 | 12.4 | 17.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-6-4 | HS030 | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ①② |
| | | | | | | | | | | | | | | | | | |
| AC-7-1 | HS030 | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-7-2 | HS019 | 600 | 0.4 | 1/8 | - | 20.6 | 15.2 | 5.3 | 9.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-7-3 | HS048 | 1600 | 0.6 | 3/4 | - | 47.5 | 34.6 | 12.4 | 17.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-7-4 | HS030 | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ①② |
| | | | | | | | | | | | | | | | | | |
| AC-8-1 | HS030 | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-8-2 | HS019 | 600 | 0.4 | 1/8 | - | 20.6 | 15.2 | 5.3 | 9.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-8-3 | HS048 | 1600 | 0.6 | 3/4 | - | 47.5 | 34.6 | 12.4 | 17.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-8-4 | HS030 | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ①② |
| | | | | | | | | | | | | | | | | | |
| AC-9-1 | HS030 | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-9-2 | HS019 | 600 | 0.4 | 1/8 | - | 20.6 | 15.2 | 5.3 | 9.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-9-3 | HS048 | 1600 | 0.6 | 3/4 | - | 47.5 | 34.6 | 12.4 | 17.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-9-4 | HS030 | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ①② |
| | | | | | | | | | | | | | | | - | 208/3/60 | ①② |
| AC-10-1 | HS030 | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-10-2 | HS019 | 600 | 0.4 | 1/8 | - | 20.6 | 15.2 | 5.3 | 9.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-10-3 | HS048 | 1600 | 0.6 | 3/4 | - | 47.5 | 34.6 | 12.4 | 17.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-10-4 | HS030 | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ①② |
| | | | | | | | | | | | | | | | | | |
| AC-11-1 | HS060 | 2000 | 0.4 | 1 | - | 62.0 | 44.3 | 18.2 | 17.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-11-2 | HS060 | 2000 | 0.4 | 1 | - | 62.0 | 44.3 | 18.2 | 17.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| | | | | | | | | | | | | | | | | | |
| AC-12-1 | HS060 | 2000 | 0.4 | 1 | - | 62.0 | 44.3 | 18.2 | 17.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-12-2 | HS060 | 2000 | 0.4 | 1 | - | 62.0 | 44.3 | 18.2 | 17.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| | | | | | | | | | | | | | | | | | |
| AC-13-1 | HS060 | 2000 | 0.4 | 1 | - | 62.0 | 44.3 | 18.2 | 17.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-13-2 | HS060 | 2000 | 0.4 | 1 | - | 62.0 | 44.3 | 18.2 | 17.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| | | | | | | | | | | | | | | | | | |
| AC-14-1 | HS060 | 2000 | 0.4 | 1 | - | 62.0 | 44.3 | 18.2 | 17.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-14-2 | HS060 | 2000 | 0.4 | 1 | - | 62.0 | 44.3 | 18.2 | 17.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| | | | | | | | | | | | | | | | | | |
| AC-15-1 | HS060 | 2000 | 0.4 | 1 | - | 62.0 | 44.3 | 18.2 | 17.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-15-2 | HS060 | 2000 | 0.4 | 1 | - | 62.0 | 44.3 | 18.2 | 17.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| | | | | | | | | | | | | | | | | | |
| AC-16-1 | HS060 | 2000 | 0.4 | 1 | - | 62.0 | 44.3 | 18.2 | 17.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-16-2 | HS060 | 2000 | 0.4 | 1 | - | 62.0 | 44.3 | 18.2 | 17.0 | - | - | - | - | - | - | 208/3/60 | ①② |
| | | | | | | | | | | | | | | | | | |
| AC-17-1 | HS072 | 2400 | 1.2 | 1 1/2 | - | 70.0 | 49.9 | 18.3 | 10.2 | - | - | - | - | - | - | 208/3/60 | ①② |
| AC-17-2 | HS072 | 2400 | 1.2 | 1 1/2 | - | 70.0 | 49.9 | 18.3 | 10.2 | - | - | - | - | - | - | 208/3/60 | ①② |
| - | | | | | | | | | | | | | | | | | |

① COOLING ONLY UNIT
② MCA # 315-82-8

UNIT NO. — HV-1

| TAG NO. | MODEL |
|---|---|
| CT-1 | BALTIMORE A... / MODEL V11-N |

① WITH VIBRATION ISOLATORS

PLAN IS APPROVED ONLY FOR WORK INDICATED ON THE APPLICATION / ICATION SHEET. ALL OTHER MATTERS SHOWN ARE NOT TO BE ...

# Appendix E                                                    Unit Information

**Full Floor Units 11ᵗʰ – 16ᵗʰ Floors**
**Units 11, 12, 13, 14, 15, 16:**
Master bedroom suite with walk in closet/dressing room, cedar closet and full bathroom, two bedrooms with one full bathroom and a powder room. Guest bedroom suite with a full bathroom, private elevator lobby, foyer, gallery, rear hall, one living/dining, kitchen with pantry area, one library with a wood burning fireplace, one home office, bathroom, one mechanical room, one laundry room, one trash/storage room.

**Full Floor Unit 17ᵗʰ Floor**
**Unit 17:**
Master bedroom suite with walk in closet/dressing room, cedar closet and full bathroom, two bedrooms with one full bathroom and a powder room. Guest bedroom suite with a full bathroom, private elevator lobby, foyer, gallery, rear hall, one living/dining, kitchen with pantry area, one library with a wood burning fireplace, one home office, bathroom, one mechanical room, one laundry room, one trash/ storage room.
Unit 17 has an interior stair with access to a new penthouse living area with a powder room. There is access to a private recreational area on a portion of the building's roof with exterior metal stairs to the new roof of the penthouse. Unit 17's exterior area will be divide from the common exterior residential recreational area by a fence. The new penthouse, fence and metal access stairs are pending approval by the New York City Department of Building and New York City Landmarks Preservation Commission.

**Interior residential stair:**
Stair # 5 is a new communication stair between the 17ᵗʰ Floor of Unit 17 and Unit 17's new Penthouse Area. The stair will be steel. The handrail, balustrade and guard rails will be as required by the New York City Department of Buildings.

**Residential Unit Finishes:**
All room finishes except for the bathrooms, laundry rooms, mechanical rooms and trash rooms are as follows:

| | |
|---|---|
| Walls: | Existing plaster perimeter walls will be patched and painted. |
| | New walls will be painted gypsum board. |
| Ceilings: | Existing plaster to remain will be patched and painted. |
| | New ceilings will be painted gypsum board. |
| Floors: | Existing concrete floor to be finished polished and sealed or new wood veneer floors will be installed. |

Finishes for common areas are as follows:
**Elevator Lobby**

| | |
|---|---|
| Walls: | Existing Marble /new walls painted gypsum board. |
| Ceilings: | Existing plaster to remain will be patched and painted |
| Floors: | Existing Terrazzo |

**Foyer or Hall**

| | |
|---|---|
| Walls: | Painted gypsum board or Existing plaster to remain will be patched and painted |
| Ceilings: | Painted gypsum board |

# Architect's and Engineer's Report
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 4/27/99 ; 5/19/99 ; 7/23/99                                Page: E.2

# Appendix E                                           Unit Information

Shower:      built in shower with Duschqueen framed glass door finish polished chrome with
             standard "G" pull.
             Shower faucet set Waterworks Aero concealed shower mix and Julia body spray.

**Bath A1**
Toilet:      Waterworks Richmond elongated water closet
Lavatory:    Waterworks Richmond standard pedestal with Waterworks Aero faucet set.
Shower:      American Standard "Single Threshold" 48" x 34" with Duschqueen framed glass
             door finish polished chrome with standard "G" pull.

**Bath A2**
Toilet:      Waterworks Richmond elongated water closet
Lavatory:    Waterworks Richmond standard pedestal with Waterworks Aero faucet set
Bathtub:     Kohler K-515 cast iron bath 66" x 32" in white with Waterworks Aero hand shower

**Guest Bath**
Toilet:      Waterworks Richmond elongated water closet
Lavatory:    Waterworks Richmond standard pedestal with Waterworks Aero faucet set
Bathtub:     Waterworks Classic II tub drop in tub into a marble deck,
             Waterworks Aero faucet set.
Shower:      built in shower with Duschqueen framed glass door finish polished chrome with
             standard "G" pull.
             Shower faucet set Waterworks Aero concealed shower mix.

**Powder Room**
Toilet:      Waterworks Richmond elongated water closet
Lavatory:    Waterworks Richmond standard pedestal with Waterworks Aero faucet set


**North Unit: 2nd - 10th floor (units 2N, 3N, 4N, 5N, 6N, 7N, 8N, 9N 10N)**

**Master Bath C**
Toilet:      Waterworks Richmond elongated water closet
Lavatory:    Two (2) Waterworks Richmond standard pedestal with
             Waterworks Aero faucet set
Bathtub:     Waterworks Classic II tub drop in tub into a marble deck,
             Waterworks Aero faucet set
Shower:      built in shower with Duschqueen framed glass door finish polished chrome with
             standard "G" pull.
             Shower faucet set Waterworks Aero concealed shower mixer

**Bath C**
Toilet:      Waterworks Richmond elongated water closet
Lavatory:    Waterworks Richmond standard pedestal with Waterworks Aero faucet set
Bathtub:     Kohler K-515 cast iron bath 66" x 32" in white with Waterworks Aero hand shower.

**South Unit: 2nd - 10th floor (units 2S, 3S, 4S, 5S , 6S, 7S, 8S, 9S 10S)**

**Master Bath B**
Toilet:      Waterworks Richmond elongated water closet
Lavatory:    Two (2) Waterworks Richmond standard pedestal with
             Waterworks Easton faucet set
Bathtub:     Waterworks Classic II tub drop in tub into a marble deck,
             Waterworks Aero faucet set


**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 4/27/99 ; 5/19/99 ; 7/23/99                  Page: E.4

# Appendix E                    Unit Information

Maple Butcher Block at island counters.
upper unit: Aluminum framed glass door
lower unit: Laminated MDF Board Finish Setasil Matte Lacquer Charcoal Grey
Hood: Thermador
Fixtures & Fittings: DBL Stainless Steel Sink with Garbage Chute.
Faucet KWC # RBK11C, Chromed Mixer/Sprayer

Accessories:
Stainless Steel Garbage Bin
Sliding Butcher Block Cutting Board
Sliding Dish Drain
Front Panel for Dishwasher finish: plastic laminate Setasil Matte Lacquer Charcoal Grey

Appliances:
Range: Gaggenau KG354-214 natural gas 27" Stainless Steel
Refrigerator: Sub Zero Model 550 Refrigerator with automatic ice maker 36" in Stainless Steel
Dishwasher: Bosch
Oven/Microwave: Thermador oven with microwave
Hood: Thermador

**Laundry** (at all units)
Sink: Eljer Stantray Laundry sink
Washer : GE WSXH208V Horizontal Axis stacking
Dryer:    GE DSXH43EV Horizontal Axis stacking

4. Lighting:
North Units 2nd – 10th Floors 2N, 3N, 4N, 5N, 6N, 7N, 8N, 9N, 10N

| Room Name | Fixtures | Remarks |
|---|---|---|
| Foyer | recessed wall washer down light, florescent step light | |
| Living/Dinning Room | Wall Sconces, MR 16 recessed wall washer down light | |
| Kitchen C | MR 16 recessed down light, ceiling mounted pendent, under cabinet task light | |
| Laundry Mechanical Room | Florescent Wall mounted utility fixture | |
| Study Alcove | Halogen Wall Sconces | |
| Corridor | MR 16 recessed wall washer down light, florescent step light | |
| Master Bedroom | Halogen Wall Sconces | |
| Closet | Track Light halogen lamps | |
| Master Bath C | Incandescent A-19 semi - recessed down light with opal white reflector, surface mounted incandescent fixture over mirror | |
| Trash Storage | Florescent wall mounted utility fixture | |

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 4/27/99 ; 5/19/99 ; 7/23/99                    Page: E.6

# Appendix E                                          Unit Information

| Laundry/Mechanical Room | Florescent Wall mounted Utility | |
|---|---|---|
| Home Office | MR 16 recessed down light | |
| Bed Rooms | Halogen Wall Sconces, MR 16 recessed downlight | |
| Guest Bath A, BathA1 & A2 | Incandescent A-19 semi - recessed down light with opal white reflector, surface mounted incandescent fixture over mirror | |
| Powder Room | Incandescent A-19 semi - recessed down light with opal white reflector, surface mounted incandescent fixture over mirror | |
| Master Bedroom | Halogen Wall Sconces, MR 16 recessed down light | |
| Closet | Track Light halogen lamps | |

| Master Bath A | Incandescent A-19 semi - recessed down light with opal white reflector, surface mounted incandescent fixture over mirror | |
|---|---|---|
| Trash Storage | Fluorescent wall mounted utility fixture | |
| Elevator Lobby | MR 16 Recessed wall washer downlight | |
| Foyer | MR 16 recessed adjustable down light | |
| Corridor | Fluorescent wall mounted utility fixture | |
| | | |

**Full Floor Unit 17 rooms at penthouse**

| Room Name | Fixtures | Remarks |
|---|---|---|
| Living Area | Recessed Track Light , Surface mounted incandescent pendent, fluorescent step light | |
| Powder Room | Incandescent A-19 semi - recessed down light with opal white reflector, surface mounted incandescent fixture over mirror | |
| | | |

5.  Building Mechanical Services:

See Appendix D for a description, by the Mechanical Engineer for the project, of the following:
1. Building Mechanical, Plumbing and Electrical Systems.
2. Mechanical, Plumbing and Electrical Services provided to each Residential Unit.
3. Any requirements of the Unit Purchaser to interface with or modify these Services, at the time of any Fit-out Construction by the Unit Purchaser.

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)        New York, NY  10013
Date: 3/03/99 Revised: 4/27/99 ; 5/19/99 ; 7/23/99                                Page: E.8

# Appendix E                    Unit Information

Residential Unit Areas

The criteria for calculating the area of each unit is as follows:

- To the center line of the demising wall between units.
- To the center line of non-structural common walls.
- To the inside face of common structural walls or elements.
- To the outside face of exterior walls.

Note: Structural elements, such as columns, that fall on the line of the demising wall are apportioned to the units to either side as if the demising line carried straight through them.

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)      New York, NY 10013
Date: 3/08/99 Revised: 4/27/99 ; 5/19/99 ; 7/23/99                              Page: E.10

# Appendix F                                        Unit Areas

Floor 7th

| Unit 7N | 1,895 SF |
|---|---|
| Unit 7S | 2,633 SF |
| Building Common Area | 1,078 SF |
| Total Area | 5,606 SF |

Floor 8th

| Unit 8N | 1,895 SF |
|---|---|
| Unit 8S | 2,633 SF |
| Building Common Area | 1,078 SF |
| Total Area | 5,606 SF |

Floors 9th – 10th

| Unit 9N, 10N | 1,895 SF |
|---|---|
| Unit 9N, 10N | 2,633 SF |
| Building Common Area | 1,078 SF |
| Total Area | 5,606 SF |

Floors 11th – 16th

| Unit 11, 12, 13, 14, 15, 16 | 5,027 SF |
|---|---|
| Building Common Area | 579 SF |
| Total Area | 5,606 SF |

17th Floor

| Unit 17 (Interior Area) | 5,027 SF |
|---|---|
| Building Common Area | 579 SF |
| Total Area | 5,606 SF |

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)          New York, NY 10013
Date: 3/03/99 Revised: 4/27/99 ; 7/23/99                                           Page: F.2

# Appendix  G

Floor and Site Plans

**Architect's and Engineer's Report**
The Franklin Tower at  90 Franklin Street (aka 271 Church Street)   New York,   NY  10013
Date: 3/08/99 Revised: 4/27/99 ; 7/23/99                                    Page: G1



SUB CELLAR - FLOOR PLAN

UNIT B

STORAGE

SUCTION TANK

VAC PUMP

HOT WATER TANK

FRESH AIR

MECHANICAL ROOM

EASEMENT ZONE 1

TELECOMMUNICATION UNIT C/BS

METER ROOM

EXIST'G STAIR #2

STORAGE

NEW STAIR #1

WATER PUMP

PIT FOR ELEVATOR

EXIST'G STAIR #3

THE FRANKLIN TOWER

90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECT'S CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT.

UNIT AREAS:
UNIT B                              1,412sf
UNIT C                                106sf
BUILDING COMMON AREA      4,088sf
TOTAL AREA                      5,606sf

seal
Revised: July 23, 1999
Revised: April 27, 1999
date

SUB CELLAR
FLOOR PLAN
drawing title

AG-01
drawing number

JOHN L. PETRARCA
REGISTERED ARCHITECT
STATE OF NEW YORK
016019-1



FLOOR PLANS 2 THROUGH 4

LIVING / DINING

STUDY ALCOVE

8'-0" opening

MASTER BEDROOM

STUDY ALCOVE

8'-0" X 8'-0" opening

LIVING / DINING

34'-3"

40'-9"

55'-3"

41'-1"

CLOSET

CLOSET

BATH C

CL.

74'-9"

11'-0"

KITCHEN B

BEDROOM

BATH B2

MASTER BEDROOM

BATH B3

MASTER BATH. B

CL.

CLOSET

EXISTING STAIR #2

BATH

MASTER BATH. C

SOUTH UNIT 25,35,45

FOYER

NORTH UNIT 2N,3N,4N

LINEN

CLOS

FOYER

7'-6"

6'-1"

7'-5"

LAUNDRY MECH. B

SOUTH UNIT TRASH RM

NORTH UNIT TRASH RM

12'-7"

7'-3"

TELE. CLOSET

NEW STAIR #1

ELEVATOR LOBBY

EXISTING ELEVATOR 3

EXISTING ELEVATOR 2

EXISTING ELEVATOR 1

16'-4"

KITCHEN N

9'-7"

LAUNDRY MECH. C.

SHAFT

ENTRY

6'-0"

7'-6"

3'-6"

5'-11"

4'-1"

8'-11"

26'-3"

unit divide line

unit divide line

0  2  5  10  20

THE **FRANKLIN TOWER**

90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECT'S CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT.

UNIT AREAS:

| | |
|---|---|
| UNITS 2N,3N,4N | 1,895sf |
| UNITS 25,35,45 | 2,633sf |
| BUILDING COMMON AREA | 1,078sf |
| TOTAL AREA | 5,606sf |

July 23, 1999
date

seal

FLOOR PLANS 2 THROUGH 4
drawing title

AG-05
drawing number

REGISTERED ARCHITECT
JOHN L. PETRARCA
016013-1
STATE OF NEW YORK



7TH FLOOR PLAN

THE
FRANKLIN
TOWER
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE
COPY OF A PORTION OF THE PLANS OF THE BUILDING
AS FILED AND APPROVED BY THE DEPARTMENT OF
BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS
THE LAYOUT, LOCATION, UNIT DESIGNATION AND
APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT.

| UNIT AREAS: | |
| --- | --- |
| UNITS 7N | 1,895sf |
| UNITS 7S | 2,633sf |
| BUILDING COMMON AREA | 1,078sf |
| TOTAL AREA | 5,606sf |

seal
Revised: July 23, 1999
Revised: April 27, 1999
date

7TH FLOOR PLAN
drawing title

AG-07
drawing number

