# B-13

THE
FRANKLIN
TOWER
90 FRANKLIN STREET, NEW YORK, NY 10013
FLOOR AREA:
Revised: July 23, 1999
March 1, 1999
SITE PLAN
AG-00
BROADWAY
BEACH STREET
WHITE STREET
FRANKLIN STREET
LEONARD STREET
CHURCH STREET
CHURCH STREET
Residential Entry
AVE. OF AMERICAS
FRANKLIN STREET
LEONARD STREET
WEST BROADWAY

THE
FRANKLIN
TOWER
90 FRANKLIN STREET, NEW YORK, NY 10013
ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK
THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENTIONS OF THE UNITS TO BE BUILT.
UNIT AREAS:
UNIT B 1,412sf
UNIT C 106sf
BUILDING COMMON AREA 4,088sf
TOTAL AREA 5,606sf
REGISTERED ARCHITECT
JOHN L. PETRARCA
No. 016813-1
STATE OF NEW YORK
seal
Revised: July 23, 1999
Revised: April 27, 1999
date
SUB CELLAR FLOOR PLAN
drawing title
AG-01
drawing number
0' 2' 5' 10' 20'
MECHANICAL ROOM
VAC PUMP
HOT WATER TANK
FRESH AIR
EXIST'G STAIR #3
EASEMENT ZONE 1
PIT FOR ELEVATOR #3
WATER PUMP
NEW STAIR #1
UNIT B
STORAGE
TELECOMMUNICATION UNIT C
METER ROOM
EXIST'G STAIR #2
25'-6"
24'-7"
9'-7"
9'-4"
15'-4"
20'-0"
5'-0"
31'-8"
13'-5"
12'-5"
11'-6"
24'-2"
30'-11"
9'-0"
SUB CELLAR - FLOOR PLAN

# THE FRANKLIN TOWER

90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENTIONS OF THE UNITS TO BE BUILT.

**UNIT AREAS:**

| | |
|---|---|
| UNIT A | 3,350sf |
| BUILDING COMMON AREA | 2,256sf |
| TOTAL AREA | 5,606sf |

REGISTERED ARCHITECT JOHN L. PETRARCA No. 016813-1 STATE OF NEW YORK

seal

Revised: July 23, 1999
Revised: April 27, 1999
date

**CELLAR FLOOR PLAN**
drawing title

**AG-02**
drawing number

CELLAR FLOOR PLAN

CHURCH STREET

Unit A Entry

EXIST'G STAIR #4

37'-6"

10"

11"

17'-11"

CONCIERGE

CONCIERGE STORAGE

ELEVATOR #1

ELEVATOR #2

ELEVATOR #3

UNIT A

8'-5"

TOILET

NEW STAIR #1

STORAGE

SERVICE HALL

18'-0"

62'-9"

13'-0"

EXIST'G STAIR #2

25'-7"

75'-0"

60'-2"

14'-7"

Service Entry

FRANKLIN STREET

THE
# FRANKLIN TOWER
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENTIONS OF THE UNITS TO BE BUILT.

**UNIT AREAS:**

| | |
|---|---|
| UNIT A | 2,492sf |
| BUILDING COMMON AREA | 3,114sf |
| TOTAL AREA | 5,606sf |

REGISTERED ARCHITECT
JOHN L. PETRARCA
No 016813-1
STATE OF NEW YORK

seal

July 23, 1999
date

GROUND FLOOR PLAN
drawing title

AG-03
drawing number

0' 2' 5' 10' 20'

THE
FRANKLIN
TOWER
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENTIONS OF THE UNITS TO BE BUILT.

UNIT AREAS:

| | |
|---|---|
| UNIT A | 557sf |
| BUILDING COMMON AREA | 624sf |
| TOTAL AREA | 1,181sf |

REGISTERED ARCHITECT
JOHN L. PETRARCA
No. 016813-1
STATE OF NEW YORK

seal
July 23, 1999
date
MEZZANINE
FLOOR PLAN
drawing title
AG-04
drawing number

# THE FRANKLIN TOWER

90 FRANKLIN STREET, NEW YORK, NY 10013

**ARCHITECTS CERTIFICATION**
**STATE OF NEW YORK**
**COUNTY OF NEW YORK**

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENTIONS OF THE UNITS TO BE BUILT

**UNIT AREAS:**

| | |
|---|---|
| UNITS 2N,3N,4N | 1,895sf |
| UNITS 2S,3S,4S | 2,633sf |
| BUILDING COMMON AREA | 1,078sf |
| TOTAL AREA | 5,606sf |

REGISTERED ARCHITECT JOHN L. PETRARCA No. 016013-1 STATE OF NEW YORK

seal

July 23, 1999
date

**FLOOR PLANS 2 THROUGH 4**
drawing title

**AG-05**
drawing number

0' 2' 5' 10'

STUDY ALCOVE
CL.
BATH C
FOYER
NORTH UNIT 2N,3N,4N
ENTRY
ELEVATOR LOBBY
SHAFT
EXISTING ELEVATOR #1
EXISTING ELEVATOR #2
EXISTING ELEVATOR #3
MASTER BEDROOM
CLOSET
MASTER BATH. C
LINEN
CLOS
NORTH UNIT TRASH RM
SOUTH UNIT TRASH RM
NEW STAIR #1
TELE. CLOSET
LAUNDRY/ MECH. B
EXISTING STAIR #2
STUDY ALCOVE
CLOSET
BATH #1
FOYER
CLOSET
SOUTH UNIT 2S,3S,4S
MASTER BATH. B
LIVING/ DINING
KITCHEN B
BATH #2
BEDROOM
CL.
MASTER BEDROOM
8'-0" opening
41'-11"
16'-4"
7'-5"
11'-0"
34'-3"
48'-9"
26'-3"
74'-9"
unit divide line

**FLOOR PALNS 2 THROUGH 4**

LIVING/ DINING
STUDY ALCOVE
8'-0" X 8'-0" opening
MASTER BEDROOM
CL.
BATH C
CLOSET
MASTER BATH. C
LINEN
CLOS
KITCHEN C
LAUNDRY/ MECH. C
FOYER
NORTH UNIT 5N,6N
SHAFT
ELEVATOR LOBBY
ENTRY
EXISTING ELEVATOR #1
EXISTING ELEVATOR #2
EXISTING ELEVATOR #3
NORTH UNIT TRASH RM
SOUTH UNIT TRASH RM
LAUNDRY/ MECH. B
TELE. CLOSET
NEW STAIR #1
EXISTING STAIR #2
BATH #1
CLOSET.
STUDY ALCOVE
8'-0" opening
FOYER
SOUTH UNIT 5S,6S
CLOSET
MASTER BATH. B
BATH #2
KITCHEN B
BEDROOM
CL.
MASTER BEDROOM
LIVING/ DINING
lot line windows
unit divide line
55'-3"
40'-9"
34'-3"
26'-3"
41'-11"
16'-4"
11'-0"
9'-7"
7'-5"
12'-7"

THE
# FRANKLIN TOWER
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENTIONS OF THE UNITS TO BE BUILT.

UNIT AREAS:

| | |
|---|---|
| UNITS 5N,6N | 1,895sf |
| UNITS 5S,6S | 2,633sf |
| BUILDING COMMON AREA | 1,078sf |
| TOTAL AREA | 5,606sf |

REGISTERED ARCHITECT
JOHN C. PETRARCA
No 016813-1
STATE OF NEW YORK

seal

Revised: July 23, 1999
Revised: April 27, 1999
date

FLOOR PLANS
5 THROUGH 6
drawing title

AG-06
drawing number

# 7TH FLOOR PLAN

NORTH UNIT 7N

STUDY ALCOVE, CL., BATH C, FOYER, MASTER BEDROOM, CLOSET, MASTER BATH. C, LINEN, CLOS

SOUTH UNIT 7S

STUDY ALCOVE, CLOSET, BATH #1, FOYER, CLOSET, LIVING/DINING, KITCHEN B, BEDROOM, BATH #2, CL., MASTER BEDROOM, MASTER BATH. B, LAUNDRY/MECH. B

ENTRY, ELEVATOR LOBBY, SHAFT, NORTH UNIT TRASH RM, SOUTH UNIT TRASH RM, TELE. CLOSET, NEW STAIR #1, EXISTING STAIR #2, EXISTING ELEVATOR #1, EXISTING ELEVATOR #2, EXISTING ELEVATOR #3

unit divide line

8'-0" opening

41'-11"

74'-9"

34'-3"

26'-3"

16'-4"

## THE FRANKLIN TOWER

90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENTIONS OF THE UNITS TO BE BUILT

UNIT AREAS:

| | |
|---|---|
| UNITS 7N | 1,895sf |
| UNITS 7S | 2,633sf |
| BUILDING COMMON AREA | 1,078sf |
| TOTAL AREA | 5,606sf |

REGISTERED ARCHITECT JOHN L. PETRARCA No. 016813-1 STATE OF NEW YORK

seal

Revised: July 23, 1999
Revised: April 27, 1999
date

7TH FLOOR PLAN
drawing title

AG-07
drawing number

0' 2' 5' 10' 20'

LIVING/DINING
8'-0" X 8'-0" opening
STUDY ALCOVE
CL.
BATH C
FOYER
NORTH UNIT 8N
KITCHEN C
LAUNDRY/ MECH. C
SHAFT
ELEVATOR LOBBY
ENTRY
EXISTING ELEVATOR #1
EXISTING ELEVATOR #2
EXISTING ELEVATOR #3
LINEN
CLOS
MASTER BEDROOM
CLOSET
MASTER BATH. C
NORTH UNIT TRASH RM
SOUTH UNIT TRASH RM
LAUNDRY/ MECH. B
NEW STAIR #1
TELE. CLOSET
EXISTING STAIR #2
STUDY ALCOVE
CLOSET
BATH #1
FOYER
SOUTH UNIT 8S
CLOSET
MASTER BATH. B
8'-0" opening
BATH B2
LIVING/DINING
KITCHEN B
BEDROOM
CL.
MASTER BEDROOM
unit divide line
lot line windows
55'-3"
40'-9"
41'-11"
34'-3"
74'-9"
26'-3"
16'-4"
9'-7"
11'-0"
7'-5"
7'-6"
6'-1"
7'-3"
4'-1"
12'-7"

# THE FRANKLIN TOWER

90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENTIONS OF THE UNITS TO BE BUILT.

UNIT AREAS:

| | |
|---|---|
| UNIT 8N | 1,895sf |
| UNIT 8S | 2,633sf |
| BUILDING COMMON AREA | 1,078sf |
| TOTAL AREA | 5,606sf |

REGISTERED ARCHITECT JOHN L. PETRARCA No. 016813-1 STATE OF NEW YORK

seal

Revised: July 23, 1999
Revised: April 27, 1999
date

8TH FLOOR PLAN
drawing title

AG-08
drawing number

FLOOR PLANS 9 THROUGH 10
LIVING/DINING
STUDY ALCOVE
MASTER BEDROOM
STUDY ALCOVE
KITCHEN
BEDROOM
MASTER BEDROOM
SOUTH UNIT 9S,10S
NORTH UNIT 9N,10N
FOYER
TELE. CLOSET
unit divide line
THE FRANKLIN TOWER
90 FRANKLIN STREET, NEW YORK, NY 10013
ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK
THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT.
UNIT AREAS:
UNITS 9N,10N 1,895sf
UNITS 9S,10S 2,633sf
BUILDING COMMON AREA 1,078sf
TOTAL AREA 5,606sf
seal
Revised: July 23, 1999
Revised: April 27, 1999
date
FLOOR PLANS 9 THROUGH 10
drawing title
AG-09
drawing number



THE
# FRANKLIN TOWER

90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENTIONS OF THE UNITS TO BE BUILT.

**UNIT AREAS:**

| | |
|---|---|
| UNITS 11,12,13,14,15,16 | 5,027sf |
| BUILDING COMMON AREA | 579sf |
| TOTAL AREA | 5,606sf |

REGISTERED ARCHITECT
JOHN L. PETRARCA
No 016813-1
STATE OF NEW YORK

seal

Revised: July 23, 1999
Revised: April 27, 1999
date

**FLOOR PLANS**
**11 THROUGH 16**
drawing title

**AG-10**
drawing number

UNIT 11,12,13,15,16

LIVING/ DINING
KITCHEN A
PANTRY
HOME OFFICE
BATH A2
SHAFT
LAUNDRY
TRASH
ELEVATOR LOBBY
EXISTING ELEVATOR #1
EXISTING ELEVATOR #2
EXISTING ELEVATOR #3
NEW STAIR #1
EXISTING STAIR #2
GALLERY
FOYER
LIBRARY
MASTER BATH A
COATS
POWDER ROOM
MECH
REAR HALL
LINEN
BATH A1
GUEST BATH A
CEDAR CLOS.
CL.
MASTER BEDROOM
CLOSET
BEDROOM
BEDROOM
GUEST BEDROOM

66'-0" lot line windows
14'-9"
10'-0" opening
75'-0"
74'-9"
24'-6"
7'-0"
3'-6"
8'-9"
25'-9"
23'-0"
26'-3" lot line windows




THE
**FRANKLIN TOWER**
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENTIONS OF THE UNITS TO BE BUILT.

**UNIT AREAS:**

| | |
|---|---|
| UNITS 17 | 5,027sf |
| BUILDING COMMON AREA | 579sf |
| TOTAL AREA | 5,606sf |

seal

**Revised: July 23, 1999**
**Revised: April 27, 1999**
date

**17TH FLOOR PLAN**
drawing title

**AG-11**
drawing number




UNIT 17
PRIVATE RECREATIONAL AREA
MECHANICAL
NEW STAIR #5
UNIT 17
LIVING AREA
COMMON
CLOS
FIREPLACE FLUES
POWDER ROOM A
COMMON RECREATIONAL SPACE
COMMON RECREATIONAL SPACE
ACCESS FLR.
NEW STAIR #1
EXISTING STAIR #2
STORAGE CLOSET
COMMON RECREATIONAL AREA

THE
FRANKLIN
TOWER
90 FRANKLIN STREET, NEW YORK, NY 10013
ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK
THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENTIONS OF THE UNITS TO BE BUILT.
UNIT AREAS:
UNIT 17 (INTERIOR AREA) 543sf
UNIT 17 (EXTERIOR AREA) 1,331sf
COMMON RECREATIONAL (INTERIOR SPACE) 496 sf
COMMON RECREATIONAL (EXTERIOR AREA) 2,186sf
BUILDING COMMON AREA OTHER THEN COMMON RECREATIONAL AREA 1050 sf
TOTAL AREA 5,606 sf
REGISTERED ARCHITECT
JOHN C. PETRARCA
No. 016813-1
STATE OF NEW YORK
seal
Revised: July 23, 1999
Revised: April 27, 1999
date
PENTHOUSE/
ROOF PLAN
drawing title
AG-12
drawing number



UNIT 17
PRIVATE
RECREATIONAL AREA

NEW
STAIR #8

AREA FOR
UNIT 17

FIREPLACE
FLUES

COOLING
TOWER

INTAKE

COMMON
RECREATIONAL
AREA

MECHANICAL PENTHOUSE - FIRST LEVEL PLAN

THE
FRANKLIN
TOWER
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENTIONS OF THE UNITS TO BE BUILT

UNIT AREAS:

| | |
|---|---|
| EXTERIOR AREA FOR UNIT 17 @ PENTHOUSE ROOF | 800sf |
| TOTAL AREA | 800sf |

REGISTERED ARCHITECT
JOHN K. PETRARCA
No. 016813-1
STATE OF NEW YORK
seal
Revised: July 23, 1999
Revised: April 27, 1999
date
PENTHOUSE
FLOOR PLAN
drawing title
AG-13
drawing number
0' 2' 5' 10' 20'



2 MECHANICAL PENTHOUSE - ROOF PLAN

1 MECHANICAL PENTHOUSE - SECOND LEVEL PLAN

THE
FRANKLIN
TOWER
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENTIONS OF THE UNITS TO BE BUILT.

UNIT AREAS:
BUILDING COMMON AREA 726sf

REGISTERED ARCHITECT JOHN L. PETRARCA No. 016813-1 STATE OF NEW YORK

seal

Revised: July 23, 1999
Revised: April 27, 1999
date

PENTHOUSE
FLOOR AND ROOF PLANS
drawing title

AG-14
drawing number

0' 2' 5' 10' 20'
scale

**FIXTURES**

1. PEDESTAL SINK
2. WATER CLOSET
3. TUB
4. GLASS ENCLOSED SHOWER

**ACCESSORIES**

5. PAPER HOLDER
6. TOWEL BAR
7. RECESSED MEDICINE CABINET
8. ROBE HOOK
9. WALL-HUNG MIRROR
10. NOT USED
11. GLASS SHELF
12. SOAP DISH

THE
**FRANKLIN TOWER**
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENTIONS OF THE UNITS TO BE BUILT.

REGISTERED ARCHITECT JOHN L. PETRARCA No. 016813-1 STATE OF NEW YORK

seal

Revised: July 23, 1999
March 1, 1999
date

**BATHROOMS A1, A2 & POWDER ROOM**
FLOORS 11-16
drawing title

**AG-15**
drawing number




**2** BATHROOM B2 PLAN

**1** BATHROOM B1 PLAN

**FIXTURES**

1. PEDESTAL SINK
2. WATER CLOSET
3. TUB
4. GLASS ENCLOSED SHOWER

**ACCESSORIES**

5. PAPER HOLDER
6. TOWEL BAR
7. RECESSED MEDICINE CABINET
8. ROBE HOOK
9. WALL-HUNG MIRROR
10. NOT USED
11. GLASS SHELF
12. SOAP DISH

THE
# FRANKLIN TOWER

90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENTIONS OF THE UNITS TO BE BUILT.

seal

Revised: July 23, 1999
March 1, 1999
date

**BATHROOMS B1, B2**
**FLOORS 2-10**
**SOUTH UNIT**

drawing title

**AG-16**

drawing number

0' 1' 2' 5' 10'