REEL 3131 PG 1974

## UNIT DEED

THIS INDENTURE, made the 30th day of June, 2000 between Corn Associates LLC, a New York limited liability company, having offices at 316/318 Fulton Avenue, Hempstead, New York 11550 ("Grantor"), and Franklin Views, LLC, having an office at C/o Gelfand, Rennert & Feldman at 1330 Sixth Avenue, 6th Floor, New York, New York 10019, Attn: Ronald E. Nash ("Grantee").

### WITNESSETH

That the Grantor, in consideration of Ten Dollars ($10.00) and other valuable consideration paid by the Grantee, does hereby grant and release unto the Grantee, and the heirs or successors and assigns of the Grantee, forever:

The Unit known as Unit 16/17 (the "Unit") in the condominium known as The Franklin Tower ("Condominium") in the building known as and by the street number 90 Franklin Street New York, New York ("Building"), and designated and described as such in the Declaration ("Declaration") establishing a plan for condominium ownership of the Building and the parcel of land on which it is situated (such land and the Building being collectively referred to as "Property"), made by the Grantor under Article 9-B of the Real Property Law of the State of New York, dated December 10, 1999, and recorded in the Office of the Register of the City of New York, New York County on the 23rd day of December, 1999 in Reel 3017, Page 1995 and designated as Tax Lot No. 1327 in Block 175 on the Tax Map of the City of New York for the Borough of Manhattan and on the floor plans of the Building ("Floor Plans"), certified by Guenther Petrarca LLP, on the 20th day of December, 1999, and filed in the Office of the City Register, New York County, on the 23rd day of December, 1999.

The Property is described as follows:

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Manhattan, County, City, and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the northerly side of Franklin Street and the easterly side of Church Street; running thence easterly along the northerly side of Franklin Street, a distance of 75 feet; thence northerly and parallel with the easterly side of Church Street, a distance of 75 feet; thence westerly and parallel with the northerly side of Franklin Street, 75 feet to Church Street; thence southerly along the easterly side of Church Street, 75 feet to the northerly side of Franklin Street, the point of place of BEGINNING.

Premises being known as and by street No. 90 Franklin Street, New York, NY.

TOGETHER with a 14.4417% undivided interest in the Common Elements;

TOGETHER with the appurtenances and all the estate and rights of the Grantor in and to the Unit;

REEL 3 1 3 1 PG 1 9 7 5

Together with and subject to the rights, obligations, easements, restrictions and other provisions of the Declaration and of the By-Laws of the Condominium (including but not limited to the Rules and Regulations thereunder) as such Declaration and By Laws may be amended from time to time by instruments recorded in the Office of the Register of the City of New York, New York County, all of which rights, obligations, easements, restrictions and other provisions, shall constitute covenants running with the land and shall bind any and all persons having at any time any interest or estate in the Unit, as though recited and stipulated at length herein; and subject to any other matters of record as of the date hereof;

TO HAVE AND TO HOLD the same unto the Grantee, and the heirs or successors and assigns of the Grantee, forever.

Grantee by accepting delivery of this deed covenants and agrees to be bound by and to comply with the provisions of the Declaration and the By-Laws of the Condominium (including but not limited to the Rules and Regulations thereunder) recorded simultaneously with and as part of the Declaration, as the same may be amended from time to time by instruments recorded in the Office of the Register of the City of New York, New York County.

If the Unit is a Residential Unit (as defined in the Declaration) then such Unit shall be used solely for dwelling purposes and such "home occupation" use under the Zoning Resolution of the City of New York as may be permitted by law.

The Grantor covenants that the Grantor has not done or suffered anything to be done whereby the Unit has been encumbered in any way whatever, except as set forth in the Declaration and the Condominium By-Laws (and any Rules and Regulations adopted under the Condominium By-Laws). This covenant is for the personal benefit of the Grantee only and cannot be assigned to or exercised by, and shall not inure to the benefit of, any other person or entity, including, but not limited to, any insurer of the Grantee's title or any successor to the Grantee's interest.

The Grantor, in compliance with Section 13 of the Lien Law of the State of New York, covenants that the Grantor will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the same for any other purpose.

The terms "Grantor" and "Grantee" shall be read as "Grantors" and "Grantees" whenever the sense of the deed so requires.

REEL 3131 PG 1976

IN WITNESS WHEREOF, the Grantor has duly executed this deed the day and year first above written.

WITNESS

GRANTOR:

Corn Associates LLC

By: Franklin Church Associates LLC,
    Managing Member

By: _____
    Robert A. Levine, Manager

STATE OF NEW YORK  )
                   ) SS.:
COUNTY OF NASSAU   )

On the 29th day of June, 2000, before me, the undersigned, personally appeared Robert A. Levine, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary

William Baron
Notary Public, State of New York
Qualified in Nassau County
No: 02BA6016656
Commission Expires 11/23/2000

REEL 3 1 3 1 PG 1 9 7 7

## SCHEDULE A

The Unit known as Unit 16/17 (the "Unit") in the condominium known as The Franklin Tower ("Condominium") in the building known as and by the street number 90 Franklin Street New York, New York ("Building"), and designated and described as such in the Declaration ("Declaration") establishing a plan for condominium ownership of the Building and the parcel of land on which it is situated (such land and the Building being collectively referred to as "Property"), made by the Grantor under Article 9-B of the Real Property Law of the State of New York, dated December 10, 1999, and recorded in the Office of the Register of the City of New York, New York County on the 23rd day of December, 1999 in Reel 3017, Page 1995 and designated as Tax Lot No. 1327 in Block 175 on the Tax Map of the City of New York for the Borough of Manhattan and on the floor plans of the Building ("Floor Plans"), certified by Guenther Petrarca LLP, on the 20th day of December, 1999, and filed in the Office of the City Register, New York County, on the 23rd day of December, 1999.

TOGETHER with a 14.4417% undivided interest in the Common Elements

The Property is described as follows:

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Manhattan, County, City, and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the northerly side of Franklin Street and the easterly side of Church Street; running thence easterly along the northerly side of Franklin Street, a distance of 75 feet; thence northerly and parallel with the easterly side of Church Street, a distance of 75 feet; thence westerly and parallel with the northerly side of Franklin Street, 75 feet to Church Street; thence southerly along the easterly side of Church Street, 75 feet to the northerly side of Franklin Street, the point of place of BEGINNING.

Premises being known as and by street No. 90 Franklin Street, New York, NY.

REEL 3131 PG 1978

# UNIT DEED

CORN ASSOCIATES LLC

to

FRANKLIN VIEWS, LLC

The land affected by the within instrument is located in

STATE OF NEW YORK

COUNTY OF NEW YORK

BLOCK:   175

LOT:   1327

Record and Return to:

James Hisiger, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022

REEL 3 1 3 1 PG. 1 9 7 9

## CITY REGISTER RECORDING AND ENDORSEMENT PAGE
## - NEW YORK COUNTY -
*(This page forms part of the instrument)*

| WRITE BLOCK & LOT INFORMATION IN BLOCK/LOT FORMAT. IF ONLY PART OF LOT, WRITE P/O BEFORE LOT NUMBER. | TOTAL NUMBER OF PAGES IN DOCUMENT INCLUDING THIS PAGE: 6 |
|---|---|
| Block/Lot(s): 175 / 1327 Unit 16/17 THE FRANKLIN TOWER PREMISES: 90 FRANKLIN ST. Title/Agent Company Name: REM ABSTRACT CORP. Title Company Number: REM NY 0355-16/17 | RECORD & RETURN TO: NAME: JAMES HISIGER, ESQ. LATHAM & WATKINS ADDRESS: 885 THIRD AVENUE CITY: NEW YORK, STATE: NY, ZIP: 10022 |

**CITY REGISTER'S USE ONLY - DO NOT WRITE BELOW THIS LINE**

THE FOREGOING INSTRUMENT WAS ENDORSED FOR THE RECORD AS FOLLOWS:

Examined by (▲): [initials]

| Mtge Tax Serial No.. | |
| Mtge Amount | $ |
| Taxable Amount | $ |
| Exemption (✓) | YES ☐ NO ☐ |
| Type: (circle one) | [339EE] [255] [OTHER_____] |
| Dwelling Type: (circle one) | [1 to 2] [3] [4 to 6] [OVER 6] |

TAX RECEIVED ON ABOVE MORTGAGE ▼

| County (basic) | $ |
| City (Add'l) | $ |
| Spec Add'l | $ |
| TASF | $ |
| MTA | $ |
| NYCTA | $ |
| TOTAL TAX | $ |
| Apportionment Mortgage (✓) | YES ☐ NO ☐ |

Joy A. Bobrow, City Register

City Register Serial Number → 033260
Indexed By (▲): [mark]   Verified By (▲): NY
Block(s) and Lot(s) Verified by (✓): [initials]
Address ☑   Tax Map ☐
Extra Block(s) ____ Lot(s) ____
Recording Fee $ 47.—
Affidavit Fee (C) $
TP-584/582 Fee (Y) $
RPTT Fee (R) $ 25.—
HPD-A ____ HPD-C ☐

DEED 0389    47.00
LO/TL  CSHR RCPT  DATE  TIME
1-2    1  77774  Jul 17-00  13:25

New York State Real Estate Transfer Tax ▼
$
Serial Number → 012685

New York City Real Property Transfer Tax
Serial Number → R 6966

New York State Gains Tax Serial Number →

RECORDED IN NEW YORK COUNTY
OFFICE OF THE CITY REGISTER

2000 JUL 17 P 1:19
Witness My Hand and Official Seal

[signature]
City Register

CRGFM89N BPG 12/99
45-H-002

REEL 3131 PG 1980

### The Franklin Tower

### UNIT OWNER'S POWER OF ATTORNEY

All terms used in this Unit Owner's Power of Attorney that are used (a) in the declaration (the "**Declaration**") establishing a plan for condominium ownership of the premises known as and by the street number 90 Franklin Street, New York (the "**Property**") under Article 9-B of the Real Property Law of the State of New York, dated December 10, 1999, and recorded in the Office of the Register of the City of New York, County of New York, on December 23, 1999, in Reel 3017, Page 1995, or (b) in the by-laws of the Condominium (the "**By-Laws**") attached to, and recorded together with, the Declaration, shall have the same meanings in this Power of Attorney as in the Declaration or the By-Laws.

The undersigned FRANKLIN VIEWS, LLC, having an office at C/o Gelfand, Rennert & Feldman, 1330 Sixth Avenue, 6th Floor, New York, New York 10019, Attn: Ronald E. Nash, the owner of the Residential Condominium Unit (the "**Undersigned's Unit**") known as Unit No. 16/17 in The Franklin Tower (the "**Condominium**"), known by the street address as 90 Franklin Street, New York, New York and consisting of the real property and improvements thereon as more particularly described on Schedule A annexed hereto and made a part hereof, such Unit being also designated as Tax Lot 1327 in Block 175 of the Borough of Manhattan on the Tax Map of the Real Property Assessment Department of the City of New York and on the Floor Plans, does hereby irrevocably nominate, constitute and appoint the persons who may from time to time constitute the Condominium Board, true and lawful attorneys-in-fact for the undersigned, coupled with an interest, with power of substitution, in their own names, as members of the Condominium Board or in the name of their designee (corporate or otherwise), on behalf of all Unit Owners, in accordance with the Unit Owners' respective Common Interests, subject to the provisions of the By-Laws then in effect, (1)(a) to acquire or lease any Unit, together with its Appurtenant Interests, from any Unit Owner so desiring to sell, convey, transfer, assign or lease, (b) to acquire any Unit, together with its Appurtenant Interests, whose owner elects to surrender such Unit pursuant to the terms of Section 13 of the Declaration, and (c) to acquire any Unit, together with its Appurtenant Interests, that becomes the subject of a foreclosure or other similar sale, on such terms and, with respect to any transfer pursuant to the terms of subdivision 1(a) or 1(c) of this paragraph at such price or at such rental, as the case may be, as such attorneys-in-fact deem proper, and thereafter to convey, sell, lease, mortgage or otherwise deal with (but not vote the interest appurtenant to) any such Unit so acquired by them, on such terms as such attorneys-in-fact may determine, granting to such attorneys-in-fact the power to do all things in such premises which the undersigned could do if the undersigned were personally present, and (2) to execute, acknowledge and deliver (a) any declaration or other instrument affecting the Condominium that the Condominium Board deems necessary or appropriate to comply with any law, ordinance, regulation, zoning resolution or requirement of the Department of Buildings, the City Planning Commission, the Board of Standards and

REEL 3131 PG 1981

Appeals, or any other public authority, applicable to the maintenance, demolition, construction, alteration, repair or restoration of the Condominium or (b) any consent, covenant, restriction, easement or declaration, or any amendment thereto, affecting the Condominium or the Common Elements, that the Condominium Board deems necessary or appropriate.

The acts of a majority of such persons constituting the Condominium Board shall constitute the acts of said attorneys-in-fact.

The undersigned does hereby irrevocably nominate, constitute and appoint Corn Associates LLC (the "Sponsor"), as attorney-in-fact for the undersigned, coupled with an interest, with power of substitution, to amend from time to time the Declaration, By-Laws and the Rules and Regulations of the Condominium, or any of such documents, when such amendment (i) shall be required to reflect any changes in Unsold Units and/or the reapportionment of the Common Interests of the affected Unsold Units resulting therefrom made by Sponsor or its designee in accordance with Section 9 and 11 of the Declaration or (ii) will be required by (A) an Institutional Lender designated by Sponsor to make a mortgage loan secured by a mortgage on any Unit, (B) any governmental agency having regulatory jurisdiction over the Condominium, or (C) any title insurance company selected by Sponsor to insure title to any Unit; provided, however, that any amendment made pursuant to the terms of subdivisions (i) or (ii) of this paragraph will not (x) change the Common Interest of the Undersigned's Unit, (y) require a material, physical modification to the Undersigned's Unit, or (z) adversely affect the priority or validity of the lien of any purchase money mortgage or any mortgage held by an Institutional Lender covering the Undersigned's Unit unless the undersigned (in the event described in subdivisions (x) or (y) of this paragraph) or the holder of such mortgage (in the event described in (z) of this paragraph) shall consent thereto by joining in the execution of such amendment. The terms, covenants and conditions contained in, and the powers granted pursuant to, this paragraph will remain in full force and effect until such time as Sponsor or its designee will cease to own any of the Units in the Condominium.

IN WITNESS WHEREOF, the undersigned has executed this Unit Owner's Power of Attorney as of the 30th day of June, 2000.

Franklin Views, LLC

By: _____

Name: _____RONALD E. NASH_____

Title: _____Manager_____

REEL 3 1 3 1 PG 1 9 8 2

STATE OF NEW YORK    )
                    )   SS.:
COUNTY OF NEW YORK  )

On the 30th day of June, 2000, before me, the undersigned, personally appeared RONALD E. NASH, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that it executed the same in its capacity, and that by its signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary

William Baron
Notary Public, State of New York
Qualified in Nassau County
No: 02BA6016656
Commission Expires 11/28/2000

REEL 3 1 3 1 PG 1 9 8 3

## SCHEDULE A

The Unit known as Unit 16/17 (the "Unit") in the condominium known as The Franklin Tower ("Condominium") in the building known as and by the street number 90 Franklin Street New York, New York ("Building"), and designated and described as such in the Declaration ("Declaration") establishing a plan for condominium ownership of the Building and the parcel of land on which it is situated (such land and the Building being collectively referred to as "Property"), made by the Grantor under Article 9-B of the Real Property Law of the State of New York, dated December 10, 1999, and recorded in the Office of the Register of the City of New York, New York County on the 23rd day of December, 1999 in Reel 3017, Page 1995 and designated as Tax Lot No. 1327 in Block 175 on the Tax Map of the City of New York for the Borough of Manhattan and on the floor plans of the Building ("Floor Plans"), certified by Guenther Petrarca LLP, on the 20th day of December, 1999, and filed in the Office of the City Register, New York County, on the 23rd day of December, 1999.

TOGETHER with a 14.4417% undivided interest in the Common Elements

The Property is described as follows:

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Manhattan, County, City, and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the northerly side of Franklin Street and the easterly side of Church Street; running thence easterly along the northerly side of Franklin Street, a distance of 75 feet; thence northerly and parallel with the easterly side of Church Street, a distance of 75 feet; thence westerly and parallel with the northerly side of Franklin Street, 75 feet to Church Street; thence southerly along the easterly side of Church Street, 75 feet to the northerly side of Franklin Street, the point of place of BEGINNING.

Premises being known as and by street No. 90 Franklin Street, New York, NY.

25 x 10

REEL 3131 PG 1984

**POWER OF ATTORNEY**

FRANKLIN VIEWS, LLC

to

THE CONDOMINIUM BOARD

OF

THE FRANKLIN TOWER

The land affected by the within instrument is located in

STATE OF NEW YORK

COUNTY OF NEW YORK

BLOCK:   175

LOT:   1327

Record and Return to:

William Baron, Esq.
William Baron PC
316/318 Fulton Avenue
Hempstead, New York 11550

REEL 3131 PG 1985

## CITY REGISTER RECORDING AND ENDORSEMENT PAGE
### - NEW YORK COUNTY -
*(This page forms part of the instrument)*

**WRITE BLOCK & LOT INFORMATION IN BLOCK/LOT FORMAT. IF ONLY PART OF LOT, WRITE P/O BEFORE LOT NUMBER.**

Block/Lot(s): 175 / 1327
UNIT 16/17 THE FRANKLIN T...
PREMISES: 90 FRANKLIN ST.

Title/Agent Company Name: REM ABSTRACT CORP
Title Company Number: REM NY 0355-16/17

**TOTAL NUMBER OF PAGES IN DOCUMENT INCLUDING THIS PAGE:** 6

RECORD & RETURN TO:

NAME: COAN ASSOCIATES LLC
ADDRESS: 316/318 FULTON AVENUE
CITY: HEMPSTEAD   STATE: NY   ZIP: 11550

---

**CITY REGISTER'S USE ONLY - DO NOT WRITE BELOW THIS LINE**

THE FOREGOING INSTRUMENT WAS ENDORSED FOR THE RECORD AS FOLLOWS:

Examined by (▲): [signature]

| | |
|---|---|
| Mtge Tax Serial No. | |
| Mtge Amount | $ |
| Taxable Amount | $ |
| Exemption (✓) | YES ☐  NO ☐ |
| Type: | [339EE] [205] [OTHER] |
| Dwelling Type: | [1 to 2] [3] [4 to 6] [over 6] |

**TAX RECEIVED ON ABOVE MORTGAGE**

| | |
|---|---|
| County (basic) | $ |
| City (Add'l) | $ |
| Spec Add'l | $ |
| TASF | $ |
| MTA | $ |
| NYCTA | $ |
| TOTAL TAX | $ |
| Apportionment Mortgage (✓) | YES ☐  NO ☐ |

Joy A. Sobrow, City Register

City Register Serial Number → 033261

Indexed By (▲): [signature]
Verified By (▲): [signature]

Block(s) and Lot(s) verified by (✓): [signature]
Address ✓    Tax Map ☐

Extra Block(s) _____ Lot(s) _____

| | |
|---|---|
| Recording Fee | $ 47.— |
| Affidavit Fee (C) | $ |
| TP-584/582 Fee (Y) | $ |
| RPTT Fee (R) | $ |
| HPD-A ☐ | HPD-C ☐ |

OTHER CONVEY 0384    47.00

New York State Real Estate Transfer Tax
$

LO/TL  CSKR RECPT  DATE  TIME
1-2   1  77774  Jul 17-00  13:26

Serial Number →

New York City Real Property Transfer Tax
Serial Number →

New York State Gains Tax
Serial Number →

RECORDED IN NEW YORK COUNTY
OFFICE OF THE CITY REGISTER

Witness My Hand and Official Seal    2000 JUL 17 P 1:20

[signature]
City Register

CRGFMRSN RPG 12/99
45-H-602

25 × 10