# SWORN STATEMENT IN PROOF OF LOSS

TOM TESORIERO
MAY 18 2006

005-05-207719
CLAIM NUMBER

$ 5,137,000.00 - Contents
AMOUNT OF POLICY AT TIME OF LOSS

06/30/05
DATE ISSUED

06/30/06
DATE EXPIRES

**Fireman's Fund**

☐ FIREMAN'S FUND INSURANCE COMPANY
☐ THE AMERICAN INSURANCE COMPANY
☐ NATIONAL SURETY CORPORATION
☐ ASSOCIATED INDEMNITY CORPORATION
☐ AMERICAN AUTOMOBILE INSURANCE COMPANY

NZF-02663581
POLICY NUMBER

Van Nys CA
AGENCY AT

Dewitt Stern of CA
AGENT

To the _The American Insurance Company_
of _Novato, CA_

At time of loss, by the above indicated policy of insurance you insured _Mariah Carey C/O Gelfand Rennert & Feldman, LLP_

against loss by _All Risk_ to the property described under Schedule "A," according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

1. Time and Origin: A _Water Damage_ loss occurred about the hour of _____ o'clock _____ M.,
   (State Kind)
   on the _02_ day of _April_ _2005_. The cause and origin of the said loss were: _Water Damage Infultration from the buildings Roof Tank_

2. Occupancy: The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever: _Condo Triplex Unit_

3. Title and Interest: At the time of the loss the interest of your insured in the property described therein was _as owned_ No other person or persons had any interest therein or incumbrance thereon, except: _no exceptions_

4. Changes: Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described except: _as per policy_

5. Total Insurance: The total amount of insurance upon the property described by this policy was, at the time of the loss, $ _5,137,000.00_ , as more particularly specified in the apportionment attached under Schedule "C," besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

6. Full Replacement Cost of the said property at the time of the loss was . . . . . . . . . $ _____
7. The Full Cost of Repair or Replacement is . . . . . . . . . . . . Contents . . . . $ ~~6,342.44~~ 11,794.65
8. Applicable Depreciation is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ -
9. Actual Cash Value loss is (Line 7 minus Line 8) . . . . . . . . . . . . . . . . . . . . . . $ ~~6,342.44~~ 11,794.65
10. Less deductibles and/or participation by the insured . . . . . . . . . . . . . . . . . . $ -
    ☐ Partial payment   ☒ Final payment
11. Actual Cash Value Claim is (Line 9 minus Line 10) . . . . . . . . . . . . . . . . . . . . $ ~~6,342.44~~ 11,794.65
12. Supplemental Claim, to be filed in accordance with the terms and conditions of the Replacement
    Cost Coverage within _-_ days from date of loss as shown above, will not exceed . $ -
    (This figure will be that portion of the amounts shown on Lines 8 and 10 which is recoverable)

The said loss did NOT originate by any act, design or procurement on the part of the Insured or this affiant; nothing has been done by or with the privity or consent of the Insured or this affiant to violate the conditions of this policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were in the building damaged or destroyed, and belonging to, and in possession of the said Insured at time of said loss; no property saved has been in any manner concealed, and no attempt to deceive the said Company, as to the extent of said loss, has in any manner been made. In consideration of the payment made, the Insured hereby subrogates the Company to all rights, title and interest in and to the property for which claim is being made to the extent of such payment. Any other information that may be required will be furnished on call and considered a part of these Proofs. IT IS EXPRRESSLY UNDERSTOOD AND AGREED, THAT THE FURNISHING OF THIS BLANK TO THE INSURED OR THE PREPARING OF PROOFS BY AN ADJUSTER, OR ANY AGENT OF THE COMPANY NAMED HEREIN IS NOT A WAIVER OF ANY RIGHTS OF SAID COMPANY.

State of _NY_
County of _NY_

STANLEY LIM
Notary Public, NY State
No. 02LI6061586
Comm. Expires July 16, 2007

X _[signature]_
X

P0219
INSURED

Subscribed and sworn to before me this _13TH_ day of _March_ 19_2006_
Notary Public

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES A STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS, FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME.

405033—1-75 (NY)

## SCHEDULE "A"—POLICY FORM

Policy Form No. _____ Dated _____
Item 1. $ _____ on _____
Item 2. $ _____ on _____
Item 3. $ _____ on _____
Situated _____
Coinsurance, Average, Distribution, or Deductible Clauses, if any _____
Loss, if any, payable to _____

## SCHEDULE "B"
### STATEMENT OF ACTUAL CASH VALUE AND LOSS AND DAMAGE

| | ACTUAL CASH VALUE | LOSS AND DAMAGE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTALS: | | |

## SCHEDULE "C"—APPORTIONMENT

| POLICY NO. | EXPIRES | NAME OF COMPANY | ITEM NO. _____ | | ITEM NO. _____ | |
|---|---|---|---|---|---|---|
| | | | INSURES | PAYS | INSURES | PAYS |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS: | | | | | | |

This release to be used only in case check is to be made payable to others than the assured.

### RELEASE AND AUTHORIZATION

The _____ Insurance Company
is hereby requested, authorized and empowered to pay as follows:
To _____ the sum of $ _____
To _____ the sum of $ _____
                                                              Total $ _____

In full settlement and satisfaction for all loss and damage which occurred on _____ to the property described in the Proof of Loss attached thereto, and covered under Policy No. _____ issued to the undersigned.

In consideration of such payment, said Company is hereby discharged and forever released from any and all claims, demands, or liability whatsoever for said loss and damage, under said policy.

Assured _____

Date _____    Mortgagee _____

P0220

# SWORN STATEMENT IN PROOF OF LOSS

**CLAIM NUMBER:** 005-05-207719

**POLICY NUMBER:** NZF-02663581

TOM TESORIERO MAY 18 2006

**AMOUNT OF POLICY AT TIME OF LOSS:** ALE - Unlimited

**DATE ISSUED:** 06/30/05

**DATE EXPIRES:** 06/30/06

**Fireman's Fund**
- ☐ FIREMAN'S FUND INSURANCE COMPANY
- ☐ THE AMERICAN INSURANCE COMPANY
- ☐ NATIONAL SURETY CORPORATION
- ☐ ASSOCIATED INDEMNITY CORPORATION
- ☐ AMERICAN AUTOMOBILE INSURANCE COMPANY

**AGENCY AT:** Van Nuys CA

**AGENT:** Dewitt Stern of CA

To the **The American Insurance Company** of **Novato, CA**

At time of loss, by the above indicated policy of insurance you insured **Mariah Carey C/O Gelfand Rennert & Feldman, LLP**

against loss by **All Risk** to the property described under Schedule "A," according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

1. **Time and Origin:** A **Water Damage** (State Kind) loss occurred about the hour of _____ o'clock ____ M., on the **02** day of **April 2005**. The cause and origin of the said loss were: **Water Damage-Infultration from the buildings Roof Tank**

2. **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever: **Condo Triplex Unit**

3. **Title and Interest:** At the time of the loss the interest of your insured in the property described therein was **as owned**. No other person or persons had any interest therein or incumbrance thereon, except: **no exceptions**

4. **Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described except: **as per policy**

5. **Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of the loss, $ **ALE Unlimited**, as more particularly specified in the apportionment attached under Schedule "C," besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

6. Full Replacement Cost of the said property at the time of the loss was . . . . . . . $ _____
7. The Full Cost of Repair or Replacement is . **Add'l Living Expense Loss #1** . . . $ ~~743,388.33~~ 770,874.75
8. Applicable Depreciation is . . . . . . . . . . . . . . . . . . . . . . . . $ _____
9. Actual Cash Value loss is (Line 7 minus Line 8) . . . . . . . . . . . . . $ ~~743,388.33~~ 770,874.75
10. Less deductibles and/or participation by the insured . . . . . . . . . . . $ —
    ☐ Partial payment   ☒ Final payment
11. Actual Cash Value Claim is (Line 9 minus Line 10) . . . . . . . . . . . $ ~~743,388.33~~ 770,874.75
12. Supplemental Claim, to be filed in accordance with the terms and conditions of the Replacement Cost Coverage within ___—___ days from date of loss as shown above, will not exceed . $ —
    (This figure will be that portion of the amounts shown on Lines 8 and 10 which is recoverable)

The said loss did NOT originate by any act, design or procurement on the part of the Insured of this affiant; nothing has been done by or with the privity or consent of the Insured or this affiant to violate the conditions of this policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were in the building damaged or destroyed, and belonging to, and in possession of the said Insured at time of said loss; no property saved has been in any manner concealed, and no attempt to deceive the said Company, as to the extent of said loss, has in any manner been made. In consideration of the payment made, the Insured hereby subrogates the Company to all rights, title and interest in and to the property for which claim is being made to the extent of such payment. Any other information that may be required will be furnished on call and considered a part of these Proofs. IT IS EXPRESSLY UNDERSTOOD AND AGREED, THAT THE FURNISHING OF THIS BLANK TO THE INSURED OR THE PREPARING OF PROOFS BY AN ADJUSTER OR ANY AGENT OF THE COMPANY NAMED HEREIN IS NOT A WAIVER OF ANY RIGHTS OF SAID COMPANY.

State of _____ NY _____

County of _____ NY _____

STANLEY LIM
Notary Public, NY State
No. 02LI6061586
Comm. Expires July 16, 2007

Subscribed and sworn to before me this **4TH** day of **May 2006**

X _[signature]_
X _[signature]_

**P0222**
**INSURED**

Notary Public

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES A STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS, FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME.

405033-1-75 (NY)



## SCHEDULE "A"—POLICY FORM

Policy Form No._____Dated_____
Item 1. $_____on_____
Item 2. $_____on_____
Item 3. $_____on_____
Situated_____
Coinsurance, Average, Distribution, or Deductible Clauses, if any_____
Loss, if any, payable to_____

## SCHEDULE "B"
### STATEMENT OF ACTUAL CASH VALUE AND LOSS AND DAMAGE

|  |  | ACTUAL CASH VALUE | | LOSS AND DAMAGE | |
|--|--|--|--|--|--|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTALS: |  |  |  |  |  |

## SCHEDULE "C"—APPORTIONMENT

| POLICY NO. | EXPIRES | NAME OF COMPANY | ITEM NO._____ | | ITEM NO._____ | |
|--|--|--|--|--|--|--|
|  |  |  | INSURES | PAYS | INSURES | PAYS |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| TOTALS: |  |  |  |  |  |  |

This release to be used only in case check is to be made payable to others than the assured.

### RELEASE AND AUTHORIZATION

The_____Insurance Company
is hereby requested, authorized and empowered to pay as follows:
To_____the sum of $_____
To_____the sum of $_____
                                                         Total $_____

In full settlement and satisfaction for all loss and damage which occurred on_____to the property described in the Proof of Loss attached thereto, and covered under Policy No._____issued to the undersigned.

In consideration of such payment, said Company is hereby discharged and forever released from any and all claims, demands, or liability whatsoever for said loss and damage, under said policy.

                         Assured_____

Date_____    Mortgagee_____

P0223

# SWORN STATEMENT IN PROOF OF LOSS

TOM TESORIERO
MAY 30 2006

005-05-207719
CLAIM NUMBER

$5,137,000.00 - I&B
AMOUNT OF POLICY AT TIME OF LOSS

06/30/05
DATE ISSUED

06/30/06
DATE EXPIRES

**Fireman's Fund**

☐ FIREMAN'S FUND INSURANCE COMPANY
☐ THE AMERICAN INSURANCE COMPANY
☐ NATIONAL SURETY CORPORATION
☐ ASSOCIATED INDEMNITY CORPORATION
☐ AMERICAN AUTOMOBILE INSURANCE COMPANY

NZF-02663581
POLICY NUMBER

VanNys CA
AGENCY AT

Dewitt Stern of CA
AGENT

To the **The American Insurance Company**
of **Novato, CA.**
At time of loss, by the above indicated policy of insurance you insured **Mariah Carey C/O Gelfand Rennert & Feldman, LLP**
against loss by **All Risk** to the property described under Schedule "A," according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

1. **Time and Origin:** A **Water Damage** (State Kind) loss occurred about the hour of _____ o'clock ___ M., on the **02** day of **April** **2005**. The cause and origin of the said loss were: **Water Damage Infiltration from the buildings Roof Tank.**

2. **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever: **Condo Tri-plex Unit**

3. **Title and Interest:** At the time of the loss the interest of your insured in the property described therein was **as owned**. No other person or persons had any interest therein or incumbrance thereon, except: **no exceptions**

4. **Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described except: **as per policy**

5. **Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of the loss, $ **5,137,000.00**, as more particularly specified in the apportionment attached under Schedule "C," besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

6. Full Replacement Cost of the said property at the time of the loss was ......... $ _____
7. The Full Cost of Repair or Replacement is . **Tenant I&B - Loss #1** ....... $ **691,954.22**
8. Applicable Depreciation is ......................... $ —
9. Actual Cash Value loss is (Line 7 minus Line 8) ................ $ **691,954.22**
10. Less deductibles and/or participation by the insured .......... $ —
    ☐ Partial payment    ☒ Final payment
11. Actual Cash Value Claim is (Line 9 minus Line 10) ............. $ **691,954.22**
12. Supplemental Claim, to be filed in accordance with the terms and conditions of the Replacement Cost Coverage within _____ days from date of loss as shown above, will not exceed . $ **P0225**
    (This figure will be that portion of the amounts shown on Lines 8 and 10 which is recoverable)

The said loss did NOT originate by any act, design or procurement on the part of the Insured or this affiant; nothing has been done by or with the privity or consent of the Insured or this affiant to violate the conditions of this policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were in the building damaged or destroyed, and belonging to, and in possession of the said Insured at time of said loss; no property saved has been in any manner concealed, and no attempt to deceive the said Company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished on call and considered a part of these Proofs. IT IS EXPRESSLY UNDERSTOOD AND AGREED, THAT THE FURNISHING OF THIS BLANK TO THE INSURED OR THE PREPARING OF PROOFS BY AN ADJUSTER, OR ANY AGENT OF THE COMPANY NAMED HEREIN IS NOT A WAIVER OF ANY RIGHTS OF SAID COMPANY.

State of **NY**
County of **NY**

STANLEY LIM
Notary Public, NY State
No. 02LI6061586
Comm. Expires July 16, 2007

Subscribed and sworn to before me this **16th** day of **May** **2006**

INSURED

405033-1-75 (NY)

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES A STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS, FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME. (See Back)

SCHEDULE "A"—POLICY FORM

Policy Form No._____Dated_____
Item 1. $_____on_____
Item 2. $_____on_____
Item 3. $_____on_____
Situated_____
Coinsurance, Average, Distribution, or Deductible Clauses, if any_____
Loss, if any, payable to_____

SCHEDULE "B"
STATEMENT OF ACTUAL CASH VALUE AND LOSS AND DAMAGE

| | | ACTUAL CASH VALUE | LOSS AND DAMAGE |
|---|---|---|---|
| 1. | Agreed Tenant I&B Repairs | | |
| | | | 669,629.61 |
| 2. | Mold Remediation (Indirect Water Damages) SX004 | | 22,324.61 |
| | Total Tenant I&B | | 691,954.22 |
| | | | |
| TOTALS: | | | |

SCHEDULE "C"—APPORTIONMENT

| POLICY NO. | EXPIRES | NAME OF COMPANY | ITEM NO._____ | | ITEM NO._____ | |
|---|---|---|---|---|---|---|
| | | | INSURES | PAYS | INSURES | PAYS |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS: | | | | | | |

This release to be used only in case check is to be made payable to others than the assured.

RELEASE AND AUTHORIZATION

The_____Insurance Company
is hereby requested, authorized and empowered to pay as follows:
To_____the sum of $_____
To_____the sum of $_____
                                                                              Total $_____

In full settlement and satisfaction for all loss and damage which occurred on_____to the property described in the Proof of Loss attached thereto, and covered under Policy No._____issued to the undersigned.

In consideration of such payment, said Company is hereby discharged and forever released from any and all claims, demands, or liability whatsoever for said loss and damage, under said policy.

Assured_____

Date_____   Mortgagee_____

P0226