**B-6**

WATER COOLED UNIT SCHEDULE - STANDARD AFR CLIMATE MASTER

222d

# Appendix E                                          Unit Information

## COMMERCIAL UNITS

There are three Commercial Units (use group 6). The unit areas are as follows:

| Unit | Floor | Area |
|------|-------|------|
| A | Ground | 3,159 SF |
| A | Mezzanine | 530 SF |
| A | Cellar | 3,350 SF |
| Total unit A | | 7,039 SF |
| B | Sub Cellar | 1,412 SF |
| C | Sub Cellar | 106 SF |
| | | |

The Sponsor has indicated that the Commercial Units are not intended to be offered for sale at the time of the offering.


## RESIDENTIAL UNITS

### 1.  General

All Residential Units in the building are Loft Dwellings as defined in the Zoning Resolution.

### 2.  Residential and "Home Occupation" Uses

The Loft Dwelling Units may be occupied by businesses as "accessory uses" under the Zoning Resolution definition of "home occupations". In C6 Districts, the home occupation provisions of Section 12-10 shall apply, except that up to 49 percent of the total floor area of the dwelling unit may be used for a home occupation. Refer to the Zoning Resolution for further definition of restrictions that apply to permitted uses of "home occupation" areas.

There are twenty-five residential units . Each residential unit is numbered by floor. In addition Lofts on the 2nd through 10th Floors are lettered N for the North Units and S for the South Units.


### 3.  Residential  Unit Conditions at  the Time of Offering:

**North Units 2nd – 10th Floors**
**Units 2N, 3N, 4N, 5N, 6N, 7N, 8N, 9N, 10N:**
Master bedroom suite with walk in closet and full bathroom, bathroom, foyer, one living/dining / kitchen with study alcove,  one laundry/mechanical room.  The units trash/storage room is off the building common corridor.

**South Units 2nd – 10th Floors**
**Units 2S, 3S, 4S, 5S, 6S, 7S, 8S, 9S, 10S:**
Master bedroom suite with walk in closet and full bathroom, Two bedrooms with two full bathrooms, foyer, one living/dining / kitchen, one laundry/mechanical room.  The units trash/storage room is located off the building common corridor.

Architect's and Engineer's Report
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 4/27/99                                                          Page: E.1
Revised: 5/19/99

# Appendix E

Unit Information

**Full Floor Units 11th – 16th Floors**
**Units 11, 12, 13, 14, 15, 16:**
Master bedroom suite with walk in closet/dressing room, cedar closet and full bathroom, two bedrooms with one full bath room, guest bedroom suite with a full bathroom, private elevator lobby, foyer, gallery, rear hall, one living/dining,  kitchen with pantry area, one library with a wood burning fireplace, one home office, one mechanical room, one laundry room, one trash/storage room.

**Full Floor Unit 17th Floor**
**Unit 17:**
Master bedroom suite with walk in closet/dressing room, cedar closet and full bathroom, two bedrooms with one full bath and a powder room.  Guest bedroom suite with a full bathroom, private elevator lobby, foyer, gallery, rear hall, one living/dining,  kitchen with pantry area, one library with a wood burning fireplace, one home office, one mechanical room, one laundry room, one trash storage room.
Unit 17 has an interior stair with access to a new penthouse living area with a powder room. There is access to a private recreational area on a portion of the building's roof with exterior metal stairs to the new roof of the penthouse.  Unit 17's exterior area will be divide from the common exterior residential recreational area by a fence.  The new penthouse, fence and metal access stairs are pending approval by the New York City Department of Building and New York City Landmarks Preservation Commission.

**Interior residential stair:**
Stair # 5 is a new communication stair between the 17th Floor of Unit 17 and Unit 17's new Penthouse Area.  The stair will be steel with open risers.  The handrail, balustrade and guard rails will be as required by the New York Department of Buildings.

**Residential Unit Finishes:**
All room finishes except for the bathrooms, laundry rooms and trash rooms are as follows:
**Walls:**          Existing plaster perimeter walls will be patched and  painted.
                   New walls will be painted gypsum board.
**Ceilings:**     Existing plaster to remain will be patched and painted.
                   New ceilings will be painted gypsum board.
**Floors:**        Existing concrete floor to be finished polished and sealed or new wood veneer floors
                   will be installed.

Finishes for common areas are as follows:
**Elevator Lobby**
**Walls:**          Existing Marble
**Ceilings:**     Existing plaster to remain will be patched and painted
**Floors:**        Existing Terrazzo

**Foyer or Hall**
**Walls:**          Painted gypsum board or Existing plaster to remain will be patched and painted
**Ceilings:**     Painted gypsum board

Architect's and Engineer's Report
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY  10013
Date: 3/08/99 Revised: 4/27/99                                                      Page: E.2
Revised: 5/19/99
224

# Appendix E                                    Unit Information

**Floors:**    Existing concrete floor to be finished polished and sealed or new wood veneer floors
              will be installed.

All bathrooms, laundry rooms and trash rooms are finished as follows:

## Master Bathrooms and Guest Bathrooms

**Walls:**      Ceramic tile wainscot and painted gypsum board
**Shower :**    Ceramic tile
**Ceilings:**   Painted gypsum board
**Floors:**     Marble tile

## Powder Rooms

**Walls:**      Ceramic tile wainscot and painted gypsum board
**Ceilings:**   Painted gypsum board
**Floors:**     Marble tile

## Bathrooms

**Walls:**      Ceramic tile and painted gypsum board
**Shower:**     Ceramic tile
**Ceilings:**   Painted gypsum board
**Floors:**     Ceramic tile

## Laundry Rooms/Mechanical Rooms and Trash Rooms

**Walls:**      Painted gypsum board
**Ceilings:**   Existing plaster to remain will be patched and painted or painted gypsum board.
**Floors:**     Ceramic tile and base

Gypsum board will be installed on metal studs, furring, and/or black iron as applicable. Drywall at
wet locations will be water resistant. The entire Loft will be painted with one coat of primer and
two coats of finished latex paint.

---

**Residential Unit Bathroom Fixtures and Fittings:**

The Sponsor reserves the right to substitute fixtures and fittings with substantially equal or
better fixtures and fitting:

### Single Unit: 11th - 17th floor (units 11, 12, 13, 14, 15, 16 and 17)

## Master Bath A

Toilet:    Waterworks Richmond elongated water closet
Lavatory:  Two (2) Waterworks Richmond standard pedestal with
           Waterworks Aero faucet set
Bathtub:   freestanding Waterworks Savoy tub 70" with feet.
           Waterworks Aero wall mounted faucet set.
Shower:    built in shower with unframed glass doors and stainless steel hardware.
           Shower faucet set Waterworks Aero concealed shower mix and Julia body spray.

## Bath A1

Toilet:    Waterworks Richmond elongated water closet
Lavatory:  Waterworks Richmond standard pedestal with Waterworks Aero faucet set.
Shower:    American Standard alcove shower base 48" x 34" with a glass door

Architect's and Engineer's Report
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 4/27/99                                     Page: E.3
Revised: 5/19/99

# Appendix E                                    Unit Information

**Bath A2**
Toilet:  Waterworks Richmond elongated water closet
Lavatory:    Waterworks Richmond standard pedestal with Waterworks Aero faucet set
Bathtub:    Kohler K-515 cast iron bath 66" x 32" in white with Waterworks Aero hand shower

**Guest Bath**
Toilet:  Waterworks Richmond elongated water closet
Lavatory:    Waterworks Richmond standard pedestal with Waterworks Aero faucet set
Bathtub:    Waterworks Classic II tub drop in tub into a marble deck,
            Waterworks Aero faucet set.
Shower:    Built in shower with unframed glass doors and stainless steel hardware.
            Shower faucet set Waterworks Aero concealed shower mix.

**Powder Room**
Toilet:  Waterworks Richmond elongated water closet
Lavatory:    Waterworks Richmond standard pedestal with Waterworks Aero faucet set


**North Unit: 2nd - 10th floor (units 2N, 3N, 4N, 5N, 6N, 7N, 8N, 9N 10N)**

**Master Bath C**
Toilet:  Waterworks Richmond elongated water closet
Lavatory:    Two (2) Waterworks Richmond standard pedestal with
            Waterworks Aero faucet set
Bathtub:    Waterworks Classic II tub drop in tub into a marble deck,
            Waterworks Aero faucet set
Shower:    built in shower with unframed glass doors and stainless steel hardware.
            Shower faucet set Waterworks Aero concealed shower mixer

**Bath C**
Toilet:  Waterworks Richmond elongated water closet
Lavatory:    Waterworks Richmond standard pedestal with Waterworks Aero faucet set
Bathtub:    Kohler K-515 cast iron bath 66" x 32" in white with Waterworks Aero hand shower.

**South Unit: 2nd - 10th floor (units 2S, 3S, 4S, 5S , 6S, 7S, 8S, 9S 10S)**

**Master Bath B**
Toilet:  Waterworks Richmond elongated water closet
Lavatory:    Two (2) Waterworks Richmond standard pedestal with
            Waterworks Easton faucet set
Bathtub:    Waterworks Classic II tub drop in tub into a marble deck,
            Waterworks Aero faucet set
Shower:    built in shower with unframed glass doors and stainless steel hardware.
            Shower faucet set Waterworks Aero concealed shower mix

**Bath B1**
Toilet:  Waterworks Richmond elongated water closet
Lavatory:    Waterworks Richmond standard pedestal with Waterworks Aero faucet set.
Shower:    American Standard alcove shower base 48" x 34" with a glass door


Architect's and Engineer's Report
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)     New York, NY 10013
Date: 3/08/99 Revised: 4/27/99                                    Page: E.4
Revised: 5/19/99

# Appendix E                                    Unit Information

**Bath B2**
Toilet:  Waterworks Richmond elongated water closet
Lavatory:    Waterworks Richmond standard pedestal with Waterworks Aero faucet set
Bathtub:    Kohler K-515 cast iron bath 66" x 32" in white with Waterworks Aero hand shower


### Kitchens and Laundries:

The Sponsor reserves the right to substitute equipment with substantially equal or better equipment:

### FULL FLOOR Unit Kitchen 11th - 17th floor

(units 11, 12, 13, 14, 15, 16 and 17)
**Cabinetry:**
Boffi Studio Model Grand Chef Finish: Stainless Steel
Countertop Finishes: to be Stainless Steel at the Grand Chef and
Maple Butcher Block  at island and pantry countertops.
upper unit:  Aluminum framed glass door
lower unit:  Brushed Stainless Steel
Island unit:  Laminated MDF Board Finish: Setasil Matte Lacquer Charcoal Grey
Hood: Gaggenau
Fixtures & Fittings:  DBL Stainless Steel Sink with Garbage Chute.
Faucet KWC # RBK11C, Chromed Mixer/Sprayer
**Accessories:**
Stainless Steel Garbage Bin
Sliding Butcher Block Cutting Board
Sliding Dish Drain
Sliding Grill
Sliding Stone Warmer
Front Panel for Dishwasher finish:  Stainless Steel
**Appliances:**
Range:  Gaggenau three VG353-212 Stainless Steel
Refrigerator:  Sub Zero Model 550 Refrigerator with automatic ice maker 36" in Stainless Steel
Dishwasher: Bosch
Oven/Microwave:  Thermador double oven with microwave.

### NORTH and SOUTH  UNIT  KITCHEN 2nd - 10th floor

(units 2N, 2N, 3N, 3S, 4N, 4S, 5N, 5S, 6N, 6S, 7N, 7S,8N,8S, 9N, 9S, 10N, 10S)
**Cabinetry:**
Boffi Studio Model Grand Chef Finish: Stainless Steel
Countertop Finishes: to be Stainless Steel at the Grand Chef
Maple Butcher Block  at island counters.
upper unit:  Aluminum framed glass door
lower unit:  Laminated MDF Board Finish Setasil Matte Lacquer Charcoal Grey
Hood:  Thermador
Fixtures & Fittings: DBL Stainless Steel Sink with Garbage Chute.
Faucet KWC # RBK11C, Chromed Mixer/Sprayer

### Accessories:

Architect's and Engineer's Report
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 4/27/99                                    Page: E.5
Revised: 5/19/99

# Appendix E

Unit Information

Stainless Steel Garbage Bin
Sliding Butcher Block Cutting Board
Sliding Dish Drain
Front Panel for Dishwasher finish:  plastic laminate Setasil Matte Lacquer Charcoal Grey

**Appliances:**
Range:  Gaggenau KG354-214 natural gas 27" Stainless Steel
Refrigerator: Sub Zero Model 550 Refrigerator  with automatic ice maker 36" in Stainless Steel
Dishwasher:  Bosch
Oven/Microwave:  Thermador oven with microwave
Hood:  Thermador

**Laundry** (at all units)

Sink:  Eljer Stantray Laundry sink
Washer :  GE WSXH208V Horizontal Axis stacking
Dryer:  GE DSXH43EV Horizontal Axis stacking

4.  **Lighting:**

North Units 2nd – 10th Floors 2N, 3N, 4N, 5N, 6N, 7N, 8N, 9N, 10N

| Room Name | Fixtures | Remarks |
|---|---|---|
| Foyer | MR 16 recessed wall washer down light, incandescent step light | |
| Living/Dinning Room | Wall Sconces, MR 16 recessed wall washer down light | |
| Kitchen C | MR 16 recessed down light, ceiling mounted pendent, under cabinet task light | . . |
| Laundry Mechanical Room | Incandescent Wall mounted utility fixture | |
| Study Alcove | Wall Sconces | |
| Corridor | MR 16 recessed wall washer down light, incandescent step light | |
| Master Bedroom | Wall Sconces | |
| Closet | Track Light halogen lamps | |
| Master Bath C | MR 16 recessed down light, recessed shower down light, surface mounted florescent fixture over mirror | |
| Trash Storage | Incandescent wall mounted utility fixture | |

South Units 2nd – 10th Floors 2S, 3S, 4S, 5S, 6S, 7S, 8S, 9S, 10S

| Room Name | Fixtures | Remarks |
|---|---|---|
| Corridor | MR 16 recessed wall washer down light, incandescent step light | |
| Foyer | MR 16 recessed wall washer down light, incandescent step light | |
| Living/Dinning Room | Wall Sconces, MR 16 recessed wall washer down light | |
| Kitchen B | MR 16 recessed down light, Ceiling mounted | |

Architect's and Engineer's Report
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 4/27/99                                                      Page: E.6
Revised: 5/19/99

# Appendix E                                   Unit Information

|  | Pendent, under cabinet task light |  |
|---|---|---|
| Laundry Mechanical Room | Incandescent Wall mounted Utility |  |
| Bed Rooms | Wall Sconces, MR 16 recessed downlight |  |
| Bath B1 & B2 | MR 16 recessed down light, recessed shower down light, Surface Mounted florescent fixture over mirror |  |
| Master Bedroom | Wall Sconces, MR 16 recessed down light |  |
| Closet | Track Light halogen lamps |  |
| Master Bath B | MR 16 recessed down light, recessed shower down light, Surface Mounted florescent fixture over mirror |  |
| Trash Storage | Incandescent wall mounted utility fixture |  |
|  |  |  |
|  |  |  |

2nd- 10th Floors (Areas other then the North and South Units)

| Room Name | Fixtures | Remarks |
|---|---|---|
| Elevator Lobby | Recessed incandescent wall washer downlight, |  |
| Entry | Wall Sconce |  |
| Corridor | Incandescent wall mounted utility fixture |  |
|  |  |  |

Full Floor Units 11, 12, 13, 14, 15, 16 and 17

| Room Name | Fixtures | Remarks |
|---|---|---|
| Gallery | Recessed Track Light , Surface mounted incandescent pendent, incandescent step light |  |
| Rear Hall | MR 16 recessed wall washer down light, Surface mounted incandescent pendent, incandescent step light |  |
| Living / Dinning Room | Wall Sconces |  |
| Kitchen A | MR 16 recessed down light, Ceiling mounted pendent, under cabinet task light |  |
| Pantry | MR 16 recessed wall washer down light |  |
| Laundry/Mechanical Room | Incandescent Wall mounted Utility |  |
| Home Office | MR 16 recessed down light |  |
| Bed Rooms | Wall Sconces, MR 16 recessed downlight |  |
| Guest Bath A, BathA1 & A2 | MR 16 recessed down light, recessed shower down light, Surface Mounted florescent fixture over mirror |  |
| Powder Room | MR 16 recessed down light, Surface Mounted florescent fixture over mirror |  |
| Master Bedroom | Wall Sconces, MR 16 recessed down light |  |
| Closet | Track Light halogen lamps |  |

Architect's and Engineer's Report
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)     New York, NY 10013
Date: 3/08/99 Revised: 4/27/99                                    Page: E.7
Revised: 5/19/99

# Appendix F

Unit Areas

UNIT                                    AREA

Sub Cellar Floor

| Unit B | 1,412 SF |
| --- | --- |
| Unit C | 106 SF |
| Building Common Area | 4,088 SF |
| Total Area | 5,606 SF |

Cellar Floor

| Unit A | 3,313 SF |
| --- | --- |
| Building Common Area | 2,293 SF |
| Total Area | 5,606 SF |

Ground Floor

| Unit A | 2,492 SF |
| --- | --- |
| Building Common Area | 3,114 SF |
| Total Area | 5,606 SF |

Mezzanine Floor

| Unit # A | 557 SF |
| --- | --- |
| Building Common Area | 624 SF |
| Total Area | 1,181 SF |

Floors 2nd – 4th

| Unit 2N, 3N, 4N | 1,895 SF |
| --- | --- |
| Unit 2S, 3S, 4S | 2,633 SF |
| Building Common Area | 1,078 SF |
| Total Area | 5,606 SF |

Floors 5th – 6th

| Unit 5N, 6N | 1,895 SF |
| --- | --- |
| Unit 5S, 6S | 2,633 SF |
| Building Common Area | 1,078 SF |
| Total Area | 5,606 SF |

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)        New York, NY 10013
Date: 3/08/99 Revised: 4/27/99                232                        Page: F.1

# Appendix F

Unit Areas

Floor 7th

| Unit 7N | 1,895 SF |
|---|---|
| Unit 7S | 2,633 SF |
| Building Common Area | 1,078 SF |
| Total Area | 5,606 SF |

Floor 8th

| Unit 8N | 1,895 SF |
|---|---|
| Unit 8S | 2,633 SF |
| Building Common Area | 1,078 SF |
| Total Area | 5,606 SF |

Floors 9th – 10th

| Unit 9N, 10N | 1,895 SF |
|---|---|
| Unit 9N, 10N | 2,633 SF |
| Building Common Area | 1,078 SF |
| Total Area | 5,606 SF |

Floors 11th – 16th

| Unit 11, 12, 13, 14, 15, 16 | 5,027 SF |
|---|---|
| Building Common Area | 579 SF |
| Total Area | 5,606 SF |

17th Floor

| Unit 17 (Interior Area) | 5,027 SF |
|---|---|
| Building Common Area | 579 SF |
| Total Area | 5,606 SF |

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 4/27/99    233    Page: F.2

# Appendix F

Unit Areas

18th Floor Roof Plan

| | |
|---|---|
| Unit 17 (Interior Area) | 543 SF |
| Exterior Area for Unit 17 | 1,331 SF |
| Common Recreational Interior Area | 634 SF |
| Common Recreational Exterior Area | 2,186 SF |
| Total Common Recreational Space | 2,820 SF |
| Building Common Area other then Common Recreational Area | 912 SF |
| Total Area | 5,606 SF |
| | |

Roof of Penthouse

| | |
|---|---|
| Exterior Area for Unit 17 | 543 SF |
| | |

Penthouse First Level Plan

| | |
|---|---|
| Exterior Area for Unit 17 | 320 SF |
| | |

Total Area for Unit 17

| | |
|---|---|
| Total Interior Area for Unit 17 | 5,570 SF |
| Total Exterior Area for Unit 17 | 2,194 SF |

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)       New York,  NY 10013
Date: 3/08/99 Revised: 4/27/99                    234                           Page: F.3

# Appendix  G

Floor and Site Plans

**Architect's and Engineer's Report**
The Franklin Tower at  90 Franklin Street (aka 271 Church Street)   New York,   NY  10013
Date: 3/08/99  Revised: 4/27/99                      235                                    Page: G1

THIS PAGE LEFT BLANK INTENTIONALLY

## FLOOR PLANS

All dimensions of the following floor plans and Schedule B of the Declaration are approximate and may exceed the usable floor area of the Unit which is so depicted. The following floor plans are subject to variations between such floor plans and the actual condominium floor plans to be filed with the Office of the City Register, New York County, and to changes in fenestration and other revisions which are deemed advisable by the local department of buildings or other agencies having jurisdiction over same, or which are necessitated by job conditions, or are permitted to be made by Sponsor in accordance with the Plan.

THIS PAGE LEFT BLANK INTENTIONALLY



237

UNIT A

WATER METER

EXISTG STAIR #4

TELEPHONE ROOM

WATER ROOM

LIGHT WELL

LIGHT WELL

EXIST'G TRASH HOLDING ROOM

EXIST'G STAIR #4

BASEMENT ZONE

EXIST'G STAIR #4 #2

PIT FOR ELEVATORS

JANITOR TOILET

seal

Revised April 27, 1999
date

CELLAR
FLOOR PLAN
drawing title

AG-02
drawing number

scale

0   2      5        10             20

THE
FRANKLIN
T O W E R
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLANS IS AN ACCURATE
COPY OR A PORTION OF THE PLANS OF THE BUILDING
AS FILED AND APPROVED BY THE DEPARTMENT OF
BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS
THE LAYOUT, LOCATION, UNIT DESIGNATION AND
APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT

UNIT AREAS:

| | | |
|---|---|---|
| UNIT A | | 3,313sf |
| BUILDING COMMON AREA | | 2,293sf |
| TOTAL AREA | | 5,606sf |

REGISTERED ARCHITECT
John L. Petracca
016813.1
STATE OF NEW YORK















245

MECHANICAL PENTHOUSE - FIRST LEVEL PLAN

ADDITION OF PENTHOUSE AND EXTERIOR
STAIR IS PENDING N.Y.C. LANDMARKS
PRESERVATION COMMISSION APPROVAL

UNIT 17
PRIVATE
RECREATIONAL AREA

COMMON
RECREATIONAL
AREA

NEW
STAIR #8

FIREPLACE
FLUES

AREA FOR
UNIT 17

NEW
STAIR #6

AREA FOR
UNIT 17

SKYLIGHT

SKYLIGHT

NEW
ROOF

THE
FRANKLIN
TOWER
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECT'S CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE
COPY OF A PORTION OF THE PLANS OF THE BUILDING
AS FILED AND APPROVED BY THE DEPARTMENT OF
BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS
THE LAYOUT, LOCATION, UNIT DESIGNATION AND
APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT

UNIT AREAS:

| | EXTERIOR AREA FOR UNIT 17 | |
|---|---|---|
| | @ PENTHOUSE ROOF | 543sf |
| | EXTERIOR AREA FOR UNIT 17 | |
| | @ 1ST LEVEL PLAN | 320sf |
| | TOTAL AREA | 863sf |

seal

Revised April 27, 1999
date

PENTHOUSE
FLOOR PLAN
drawing title

AG-13
drawing number

scale
0  2    5       10              20

246



**2** MECHANICAL PENTHOUSE - ROOF PLAN

NEW COOLING TOWER

EXISTING ROOF HATCH

1F LIMITED COMMON ELEMENT FOR COMMERCIAL UNIT C

**1** MECHANICAL PENTHOUSE - SECOND LEVEL PLAN

LADDER TO ROOFTOP

THE
**FRANKLIN**
**T O W E R**
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE
COPY OF A PORTION OF THE PLANS OF THE BUILDING
AS FILED AND APPROVED BY THE DEPARTMENT OF
BUILDINGS. CITY OF NEW YORK AND FAIRLY DEPICTS
THE LAYOUT, LOCATION, UNIT DESIGNATION AND
APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT

UNIT AREAS:

[____] MECHANICAL AREA                           736sf



seal

Revised April 27, 1999
date

drawing title
**PENTHOUSE**
**FLOOR AND ROOF PLANS**

drawing number
**AG-14**



0  2    5        10                    20
scale

247



**1 POWDER ROOM PLAN**

7'-2"

5'-0"

**3 BATHROOM A2 PLAN**

3'-0"

6'-0"

6'-0"

**2 BATHROOM A1 PLAN**

9'-0"

6'-9"

**FIXTURES**
1. PEDESTAL SINK
2. WATER CLOSET
3. TUB
4. GLASS ENCLOSED SHOWER

**ACCESSORIES**
5. PAPER HOLDER
6. TOWEL BAR
7. RECESSED MEDICINE CABINET
8. ROBE HOOK
9. WALL-HUNG MIRROR
10. TUMBLER HOLDER
11. GLASS SHELF
12. TOWEL RING

scale
0   1   2      5                    10

THE
**FRANKLIN
T O W E R**
90 FRANKLIN STREET  NEW YORK, NY 10013

ARCHITECT'S CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE
COPY OF A PORTION OF THE PLANS OF THE BUILDING AS
FILED AND APPROVED BY THE DEPARTMENT OF
BUILDINGS, CITY OF NEW YORK AND FAIRLY REFLECTS
THE LAYOUT, LOCATION, UNIT DESIGNATION AND
APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT.

seal
date  **March 1, 1999**
drawing title
**BATHROOMS A1, A2
& POWDER ROOM
FLOORS 11-16**
drawing number
**AG-15**

REGISTERED ARCHITECT
JOHN L. PIETRARCA
No. 016013
STATE OF NEW YORK

248



**1 BATHROOM B1 PLAN**

**2 BATHROOM B2 PLAN**

**FIXTURES**

1. PEDESTAL SINK
2. WATER CLOSET
3. TUB
4. GLASS ENCLOSED SHOWER

**ACCESSORIES**

5. PAPER HOLDER
6. TOWEL BAR
7. RECESSED MEDICINE CABINET
8. ROBE HOOK
9. WALL-HUNG MIRROR
10. TUMBLER HOLDER
11. GLASS SHELF
12. TOWEL RING



THE
**FRANKLIN
T O W E R**
90 FRANKLIN STREET  NEW YORK  NY 10013

ARCHITECT'S CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE
COPY OF A PORTION OF THE PLANS OF THE BUILDING AS
FILED AND APPROVED BY THE DEPARTMENT OF
BUILDINGS, CITY OF NEW YORK AND SHALL DEPICTS
THE LAYOUT, LOCATION, UNIT DESIGNATION AND
APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT

seal

March 1, 1999
date

drawing title
**BATHROOMS B1, B2
FLOORS 2-10
SOUTH UNIT**

drawing number
**AG-16**

scale

249



**1 BATHROOM C PLAN**

3'-6"  5'-6"

8'-8"

## FIXTURES

1. PEDESTAL SINK
2. WATER CLOSET
3. TUB

## ACCESSORIES

5. PAPER HOLDER
6. TOWEL BAR
7. RECESSED MEDICINE CABINET
8. ROBE HOOK
9. WALL-HUNG MIRROR
10. TUMBLER HOLDER
11. GLASS SHELF
12. TOWEL RING

THE
**FRANKLIN**
T O W E R
90 FRANKLIN STREET. NEW YORK. NY 10013

ARCHITECT'S CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE
COPY OF A PORTION OF THE PLANS OF THE BUILDING AS
FILED AND APPROVED BY THE DEPARTMENT OF
BUILDINGS, CITY OF NEW YORK AND FAIRLY REFLECTS
THE LAYOUT, LOCATION, UNIT DESIGNATION AND
APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT



seal

March 1, 1999
date

drawing title
**BATHROOM C**
**FLOORS 2-10**
**NORTH UNIT**

**AG-17**
drawing number



0  1  2        5'        10'

scale

250



**1 MASTER BATHROOM A - PLAN**

14'-0"

10'-0"

MARBLE SADDLE

**FIXTURES**

1. PEDESTAL SINK
2. WATER CLOSET
3. FREESTANDING TUB
4. GLASS ENCLOSED SHOWER

**ACCESSORIES**

5. PAPER HOLDER
6. TOWEL BAR
7. RECESSED MEDICINE CABINET
8. ROBE HOOK
9. WALL-HUNG MIRROR
10. TUMBLER HOLDER
11. GLASS SHELF
12. TOWEL RING

**THE FRANKLIN TOWER**

90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE
COPY OF A PORTION OF THE PLANS OF THE BUILDING, AS
FILED AND APPROVED BY THE DEPARTMENT OF
BUILDINGS, CITY OF NEW YORK AND FAIRLY REFLECTS
THE LAYOUT, LOCATION, UNIT DESIGNATION AND
APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT



seal

March 1, 1999
date

**MASTER BATH A**
FLOORS 11-16
drawing title

**AG-18**
drawing number

REGISTERED ARCHITECT
JOHN L. PETRARCA
No. 016813-1
STATE OF NEW YORK

scale

0  1  2    5    10'

251



**1 GUEST BATHROOM A PLAN**

9'-0"

11'-6"

MARBLE SADDLE

**FIXTURES**

1. PEDESTAL SINK
2. WATER CLOSET
3. TUB
4. GLASS ENCLOSED SHOWER

**ACCESSORIES**

5. PAPER HOLDER
6. TOWEL BAR
7. RECESSED MEDICINE CABINET
8. ROBE HOOK
9. WALL-HUNG MIRROR
10. TUMBLER HOLDER
11. GLASS SHELF
12. TOWEL RING

THE
**FRANKLIN
TOWER**
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE
COPY OF A PORTION OF THE PLANS OF THE BUILDING AS
FILED AND APPROVED BY THE DEPARTMENT OF
BUILDINGS, CITY OF NEW YORK AND FAIRLY REFLECTS
THE LAYOUT LOCATION UNIT DESIGNATION AND
APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT

seal

**March 1, 1999**
date

drawing title
**GUEST BATHROOM A
FLOORS 11-16**

drawing number
**AG-19**



scale
0' 1' 2'          5'          10'

252



1 MASTER BATHROOM C PLAN

FIXTURES

1. PEDESTAL SINK
2. WATER CLOSET
3. TUB
4. GLASS ENCLOSED SHOWER

ACCESSORIES

5. PAPER HOLDER
6. TOWEL BAR
7. RECESSED MEDICINE CABINET
8. ROBE HOOK
9. WALL-HUNG MIRROR
10. TUMBLER HOLDER
11. GLASS SHELF
12. TOWEL RING

THE
**FRANKLIN**
**T O W E R**
90 FRANKLIN STREET NEW YORK NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE
COPY OF A PORTION OF THE PLANS OF THE BUILDING, AS
FILED AND APPROVED BY THE DEPARTMENT OF
BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS
THE LAYOUT, LOCATION, UNIT DESIGNATION AND
APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT

seal

March 1, 1999
date

drawing title
**MASTER BATH C**
**FLOORS 2-10**
**NORTH UNIT**

drawing
**AG-20**
drawing number

scale

253



**1 MASTER BATHROOM B PLAN**

9'-0"

11'-6"

MARBLE SADDLE

**FIXTURES**

1. PEDESTAL SINK
2. WATER CLOSET
3. TUB
4. GLASS ENCLOSED SHOWER

**ACCESSORIES**

5. PAPER HOLDER
6. TOWEL BAR
7. RECESSED MEDICINE CABINET
8. ROBE HOOK
9. WALL-HUNG MIRROR
10. TUMBLER HOLDER
11. GLASS SHELF
12. TOWEL RING

scale

0 1 2 5 10



seal

March 1, 1999
date

**MASTER BATH B**
**FLOORS 7-10**
**SOUTH UNIT**
drawing title

**AG-21**
drawing number

THE
**FRANKLIN**
**T O W E R**
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE
COPY OF A PORTION OF THE PLANS OF THE BUILDING AS
FILED AND APPROVED BY THE DEPARTMENT OF
BUILDINGS, CITY OF NEW YORK AND REFLECTS
THE LAYOUT, LOCATION, UNIT DESIGNATION AND
APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT

254



**1 MASTER BATHROOM B PLAN**

9'-0"

11'-6"

MARBLE SADDLE

**FIXTURES**

1. PEDESTAL SINK
2. WATER CLOSET
3. TUB
4. GLASS ENCLOSED SHOWER

**ACCESSORIES**

5. PAPER HOLDER
6. TOWEL BAR
7. RECESSED MEDICINE CABINET
8. ROBE HOOK
9. WALL-HUNG MIRROR
10. TUMBLER HOLDER
11. GLASS SHELF
12. TOWEL RING



**THE**
**FRANKLIN**
**T O W E R**
90 FRANKLIN STREET NEW YORK, NY 10013

ARCHITECT'S CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE
COPY OF A PORTION OF THE PLANS OF THE BUILDING, AS
FILED AND APPROVED BY THE DEPARTMENT OF
BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS
THE LAYOUT, LOCATION, UNIT DESIGNATION AND
APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT

seal

JOHN L. PETRARCA
REGISTERED ARCHITECT
016813-1
STATE OF NEW YORK

March 1, 1999
date

**MASTER BATH B**
**FLOORS 2-6**
**SOUTH UNIT**
drawing title

**AG-22**
drawing number



0   1'   2'        5'        10'
scale

255



**1 KITCHEN C - PLAN**

15'-2"

TO FOYER

9'-0"

TO LAUNDRY

**APPLIANCES & ACCESSORIES**

1. REFRIGERATOR
2. OVEN
3. ISALAND COUNTER TOP
4. BURNER RANGE
5. LOWER CABINETS
6. "GRAND CHEF" IN STAINLESS STEEL WITH INTEGRAL SINK; GARBAGE CHUTE AND BIN; SLIDING DISH DRAINER; CHOPING BLOCK;
7. GRILL AND STONE WARMER
8. DISHWASHER
9. UPPER CABINETS WITH CONCEALED COUNTER LIGHTS
10. HOOD
11. ACCESSORIES BAR

**THE FRANKLIN TOWER**
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECT'S CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT

seal

March 1, 1999
date

**KITCHEN C FLOORS 7-10 NORTH UNIT**
drawing title

**AG-23**
drawing number

REGISTERED ARCHITECT
JOHN L. PETRARCA
No. 016813
STATE OF NEW YORK

N

0'  1'  2'      5'                    10'
scale

256



**1 KITCHEN C - PLAN**

15'-2"

9'-0"

TO FOYER

TO LAUNDRY

① ② ③

④ ⑤ ⑥ ⑦ ⑧

⑨

## APPLIANCES & ACCESSORIES

1. REFRIGERATOR
2. OVEN
3. ISALAND COUNTER TOP
4. BURNER RANGE
5. LOWER CABINETS
6. "GRAND CHEF" IN STAINLESS STEEL WITH INTEGRAL SINK; GARBAGE CHUTE AND BIN; SLIDING DISH DRAINER; CHOPING BLOCK; GRILL AND STONE WARMER
7. DISHWASHER
8. UPPER CABINETS WITH CONCEALED COUNTER LIGHTS
9. HOOD
10. ACCESSORIES BAR

## THE FRANKLIN TOWER
90 FRANKLIN STREET, NEW YORK, NY 10013

**ARCHITECTS CERTIFICATION**
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT

seal

JOHN L. PETRARCA
REGISTERED ARCHITECT
STATE OF NEW YORK
No. 16813-1

March 1, 1999
date

**KITCHEN C**
**FLOORS 2-6**
**NORTH UNIT**
drawing title

**AG-24**
drawing number

N

0  1  2        5              10'
scale



# 1 KITCHEN B - PLAN

25'7"
14'-9"

10'-0"

TO FOYER

## APPLIANCES & ACCESSORIES

1. REFRIGERATOR
2. OVEN
3. ISLAND COUNTER TOP
4. BURNER RANGE
5. LOWER CABINETS
6. 'GRAND CHEF' IN STAINLESS STEEL WITH INTEGRAL SINK; GARBAGE CHUTE AND BIN; SLIDING DISH DRAINER; CHOPING BLOCK; GRILL AND STONE WARMER
7. DISHWASHER
8. UPPER CABINETS WITH CONCEALED COUNTER LIGHTS
9. HOOD
10. ACCESSORIES BAR



N

scale

### THE FRANKLIN TOWER
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK
THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT

seal

March 1, 1999
date

KITCHEN B
FLOORS 2-10
SOUTH UNIT
drawing title

AG-25
drawing number

REGISTERED ARCHITECT
JOHN L. PETRARCA
No. 016813-1
STATE OF NEW YORK



**APPLIANCES & ACCESSORIES**

1. REFRIGERATOR
2. OVEN
3. ISALAND COUNTER TOP
4. BURNER RANGE
5. LOWER CABINETS
6. 'GRAND CHEF' IN STAINLESS STEEL WITH INTEGRAL SINK; GARBAGE CHUTE AND BIN; CHOPPING BLOCK; SLIDING DISH DRAINER; GRILL AND STONE WARMER
7. DISHWASHER
8. UPPER CABINETS WITH CONCEALED COUNTER LIGHTS
9. HOOD
10. ACCESSORIES BAR

THE
**FRANKLIN**
**T O W E R**
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE
COPY OF A PORTION OF THE PLANS OF THE BUILDING AS
FILED AND APPROVED BY THE DEPARTMENT OF
BUILDINGS OF THE CITY OF NEW YORK AND FAIRLY DEPICTS
THE LAYOUT, LOCATION, UNIT DESIGNATION AND
APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT

seal

March 1, 1999
date

**KITCHEN A**
**FLOORS 11-16**
**SINGLE UNIT**
drawing title

**AG-26**
drawing number



THE CITY OF
NEW YORK

DEPARTMENT OF BUILDINGS

**Technical Report:**
**Periodic Inspection of**
**Exterior Walls and Appurtenances**
February 21, 1995 – February 21, 1997
Please File 3 Copies
This Form Must Be Typewritten and Microfilmed with the Report

Internal Use
R E C E I V E D
DEPARTMENT OF BUILDINGS

NOV 6 1995

CITY OF NEW YORK
BOROUGH OF MANHATTAN

## 1 Filing Status

| X | Initial Filing | | Amended filing Indicate initial filing date: ___ / ___ / ___ |

Was filing made for any previous cycles (yes/no)? If yes, indicate last filing date:  **10** / **18** / **91**

## 2 Location

| Borough | **Manhattan** | Block **175** | Lot(s) **10** | BIN |
| House No(s). ~~271~~ **90** | Street Name **Church Street** *FRANKLIN) ST.* |

A.K.A. address(es)  **90-94 Franklin Street**

## 3 Applicant

| Last Name **Cohan** | | First Name **Stephen** | M.I. **L.** |
| Business Name **Stephen L. Cohan & Associates, Architects** | Business Phone (**212** ) **683-9404** |
| Address **1170 Broadway, suite 1115** | City **New York** | State **NY** | ZIP **10001** |
| P.E. | X R.A. | | Lic. No. **11222** |

## 4 Owner

| Last Name **271 Church St. Association** | First Name **Mr. P. Dougherty** | M.I. **Agent** | Title |
| Business Name **Helmsley-Noyes Co., Inc.** | Business Phone ( **212** ) **693-4400** |
| Address **22 Courtlandt Street** | City **New York** | State **NY** | ZIP **10007** |

## 5 Building Characteristics

| Number of Stories **18 + bulkhead** | Exterior Wall Type **Brick Solid** |

## 6 Prior Status

| | Ongoing Maintenance Program | | Precautionary Conditions | | Unsafe Conditions |
| X | Conformed with Code Requirements | | Current Completion of Work Estimated to be _____% | | Current Completion of Work Estimated to be _____% |

## 7 Current Field Report

| Critical Examination | | Ongoing Maintenance Program |
| X | All observed conditions conform to Code Requirements and applicable Rules, Regulations and Directives. | ☐ | All observed conditions conform to Code Requirements and applicable Rules, Regulations and Directives. |
| | All observed conditions conform to Code Requirements and applicable Rules, Regulations and Directives except: | ☐ | All observed conditions conform to Code Requirements and applicable Rules, Regulations and Directives except for ongoing remedial work described below: |
| | The precautionary work described in the report. | | |
| | The unsafe conditions described in the report and below: | | |

## 8 Statements and Signatures

I hereby state that the owner has authorized me to make this application. Furthermore, I hereby state that all statements are correct and complete to the best of my knowledge. A copy of this report has been given to the owner.

Falsification of any statement is a misdemeanor under Section 26-124 of the Administrative Code and is punishable by a fine or imprisonment, or both.

It is unlawful to give to a city employee, or for a city employee to accept, any benefit, monetary or otherwise, either as a gratuity for properly performing the job or in exchange for special consideration. Violation is punishable by imprisonment or fine or both.

Seal (P.E. or R.A.)

*REGISTERED ARCHITECT · STEPHEN L. COHAN · No. 11222 · STATE OF NEW YORK*

| Applicant Name **Stephen L. Cohan** |
| Signature | Date **4/27/95** |

SEE INSTRUCTIONS ON REVERSE SIDE

Revised 1-95  TR-6



# Stephen L. Cohan & Associates
BUILDING SYSTEM EVALUATIONS AND RELATED SERVICES

1170 Broadway, Suite 1115; New York, New York, 10001; Tel: 212-683-9404/05. Fax: 212-683-9580

LOCAL LAW 10 OF 1980 COMPLIANCE FOR
EXTERIOR WALLS AND APPRURTENANCES
EXAMINATION AND REPORT

FOR

FOURTH CYCLE FILING
IN ACCORDANCE WITH
THE NEW YORK CITY ADMINISTRATIVE
CODE; SECTION C27-129
FIRST THROUGH ROOF APPENDAGE (19TH) LEVEL

RE:  271 CHURCH STREET OWNERS    BLOCK:   175
     271 CHURCH STREET           LOT:     10
     BOROUGH OF MANHATTAN        USE:     COMMERCIAL/
     NEW YORK, NEW YORK                   BUSINESS

OWNER'S AGENT:

     271 CHURCH STREET OWNERS ASSOCIATION
     C/O HELMSEY-NOYES CO., INC.
     22 COURTLANDT STREET
     NEW YORK, NEW YORK  10007

ATTN:  MR. P. DOUGHERTY

DATE:  APRIL 13, 1995

FILING DATE:  APRIL 27, 1995

SIGNED AND SEALED _____    DATE 4/30/95

SECTIONS:                                              PAGE NO.

GLOSSARY.....LOCAL LAW 10 OF 1980 BUILDING DEPARTMENT
             LETTER                            G - 1

SECTION I....BUILDING DESCRIPTION AND HISTORY          1 - 3

SECTION II...LOCAL LAW 10/80 METHODS AND STIPULATIONS  1 - 2

SECTION III..INTENT, OBSERVATION AND COMMENTARY        1 - 9

SECTION IV...REPORT CONCLUSION AND RECOMMENDATIONS     1 - 3

SECTION V....BUILDING DEPARTMENT FILING                1

and as herewith defined as follows:

260



# Stephen L. Cohan & Associates
BUILDING SYSTEM EVALUATIONS AND RELATED SERVICES

1170 Broadway, Suite 1115; New York, New York, 10001; Tel: 212-683-9404/05. Fax: 212-683-9580

April 27, 1995

The City of New York
Department of Buildings
Manhattan Municipal Building
New York, New York  10007

RE:  Borough:   Manhattan
     Block:     175
     Lot:        10
     Location:  271 Church Street
                New York, New York

To Whom It May Concern:

This office has examined the facades in accordance with the
Fourth Cycle Filing requirements of Local Law 10 of 1980,
Section C27-129.

The attached report, which represents the 1995-97 Fourth
inspection cycle, indicates that there is no remedial
work required at this time.  The Owner had previously
authorized that work be performed on the applicable facades.
All required work was completed.  The building facades
generally conform to the criteria subject to Code
requirements and applicable provisions of Local Law 10 of
1980 pursuant to C27-129, except as referenced in the
report.  The building is to be filed, as indicated in
Section V, as In Compliance.

Very truly yours,

Stephen L. Cohan
Building System Evaluation and Services

SLC/sps
att:  Local Law 10/80 Fourth Cycle Report

cc:  Helmsley-Noyes Co., Inc.
     Attn:  Mr. P. Dougherty
     file

Signed and Sealed_____ Date 4/27/95

GLOSSARY - PAGE NO. 1

261

# Stephen L. Cohan & Associates
## BUILDING SYSTEM EVALUATIONS AND RELATED SERVICES

1170 Broadway, Suite 1115; New York, New York, 10001; Tel: 212-683-9404/05. Fax: 212-683-9580

SECTION I:   BUILDING INFORMATION AND DESCRIPTION

A.  **General Information:**
    1. Location:    Northeast corner of Church Street and Franklin Street
    2. Occupiable Floors:    18 building levels plus 19th level roof, water
    3. Roof and Appendages:    tower, stair and elevator bulkhead

B.  **Lot and Building Configuration:**
    1. Lot Description:    Approximately 90'x100'
    2. Courtyards:    None applicable to LL10/80 review
    3. Building Shape:    Rectangular grade through roof level
    3. Facade Setbacks:    None subject to LL10/80 review.

C.  **Classification and Age:**
    1. Construction:    Steel frame with concrete encasement and floor slab
    2. Occupancy Use:    Commercial/Business
    3. Classification:    Class A (I) Fireproof Construction
    4. Age:    Approximately 60 years of age

D.  **Applicable Facade and Areas:**
    1. North Facade:    Partial width, 6th through roof (19th) level
    2. South Facade:    Full width, grade through roof (19th) level
    3. East Facade:    Partial width, 9th through roof (19th) level
    4. West Facade:    Full width, grade through roof (19th) level

E.  **Applicable Facade Construction:**
    1. Cut Stone Facade:    South and west facades, 1st through 3rd level sill line.
    2. Cut Stone Projections:    None
    3. Cut Stone Ornamentation:    West facade, 1st and 2nd level entrance "frames" window sills all locations
    4. Cut Stone Copings:    North, south, east and west applicable facades
    5. Masonry (Sepia/Ochre) Brick Facade:    North facade, 6th level "floor" line

BID – PAGE 1

6. Masonry Ornamentation: East facade, 9th floor level through 19th (roof) level parapet. South and west facades, 3rd level through 15th level, center line fenestration and assorted areas, 18th level lintel line and 19th level (roof) parapet replacement.

F. Exterior Appurtenances:
   1. Parapets: Metal flashings, cast/cut stone copings, masonry and masonry ornamentation
   2. Windows: Wood or metal replacements
   3. Air Conditioning: Cast/cut light colored
      Units or Grills: stone
   4. Metal Canopies: None
   5. Terraces and None, except (19th) level
      Setbacks: water tower and stair bulkhead level
   6. Water Tower and 19th through 22nd level
      Bulkheads: parapet.
   7. Miscellaneous: Assorted window or balcony guards, railings, screens, etc..

G. Previous Compliance Filing:
   1. Status: On Going Maintenance
   2. Date: September 30, 1991
   3. Professional of Stephen L. Cohan &
      Record: Associates, Architects
   4. Address: 15 East 26th Street, Suite 1607, NY NY 10010
   5. Telephone No.: 212-683-9405
   6. Third Cycle
      Documentation: Attached

BID - PAGE 2