**B-12**

# Architects Report

**Roof and Roof Structures**

A new roof will be applied over the existing roof and the construction documents indicate that active leaks are to be repaired prior to applying the new roof.

**Material**

A new roof will be applied over the existing roof at the private exterior area and residentia common recreation area. The roof shall be a liquid applied single ply roofing membrane with a polyester reinforcing fabric and finish to be cast pavers on pedestals.

The new roof for Unit 17's penthouse shall be a loose laid fully insulated inverted roof membrane assembly with rounded stone ballast or pavers where applicable, or a loose laid fully insulated modified bitumen membrane with rounded stone ballast or pavers where applicable.

Unit 17's new penthouse has been approved by New York City Landmarks Preservation Commission *and* is pending approval by New York City Department of Buildings.

**Insulation**

Rigid or loose laid insulation.

**Surface Finish**

Cast pavers on pedestals at the private and residential common recreation area.

**Bond or Guarantee**

The construction documents indicate that a 20 year roofing system warranty is to be obtained by the contractor for the Sponsor.

**Flashing Materials**

All horizontal to vertical connections to the roof and the existing brick parapet walls shall be flashed with painted metal counter flashing and attached to the existing brick wall with metal fasteners and cut in reglets.

**Drains**

**Location, Material and Type:**

There are three (3) drains at the Penthouse level Roof, One (1) drain at the Penthouse leve One Roof and One (1) drain at penthouse Level Two Roof. Drains will have cast iron body dome strainers and clamping ring. Drains shall be properly flashed to the roof membrane.

**Gutters and Leaders:**

Existing gutters and leaders to remain.

**Skylights**

The existing skylight at the 17th floor will be removed and be replaced by a new Penthouse.

**Bulkheads**

**Stairs:** The existing stair bulkhead accesses the Penthouse /Roof Floor and is steel frame construction with masonry walls, a metal frame and glass skylight roof.

The new stair will be located in the existing fire shaft which accesses the Penthouse /Roof Floor and is steel frame construction with masonry walls. There will be a new roof of steel framed construction with an insulated built up roof on metal deck with a skylight.

**Metalwork at Roof Levels.**

**Exterior, metal stairs:** There is one painted metal stairs connecting Unit 17's Recreational Area. Stair # 8 connects the exterior area at the Penthouse/Roof Plan with the exterior area at the Roof of the Penthouse. The stair has been approved by the New York City

## Architect's and Engineer's Report

The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013

Date: 3/08/99 Revised: 5/27/99 ; 5/19/99 ; 7/23/99    Page: 9

# Architects Report

Landmarks Preservation Commission and is pending approval by New York City Department of Buildings.

**Ladder:**

There is a existing interior steel vertical ladder in good condition connecting the Mechanical Penthouse- Second Level with the hatch at the Penthouse Roof.
There will be a new steel vertical ladder from the Roof Common Recreational Area to the Cooling Tower at the Mechanical Penthouse Second Level Plan.

**Railings:**

The construction documents indicate that where parapet walls on the roof are lower than 3'-6" above the finished surface of the roof, painted metal guard rails shall be installed to height of 3'-6".

**Hatches to Roof:**

One at the Mechanical Penthouse Roof.

**Rooftop facilities:**

A common roof top recreation area shall be provided in accordance with the New York City Zoning Ordinance.

**Fire Escapes**

None.

**Yards and Courts**

None.

**Interior Fire egress Stairs**

Two enclosed stairs in a scissors arrangement will provide fire egress for all floors above ground level and below ground level.
Stair # 1 is a new Fire Stair and is a steel pan stair, with concrete treads, steel risers and steel stringers. The handrail is steel with steel balustrade and guard rails as required by the New York City Department of Buildings. The stair enclosure construction is a 2 hour existing masonry wall and new 2 hour rated metal stud and gypsum wall construction. See Appendix C for finishes

Stair #2 is an existing Fire Stair and is in good condition with an existing steel pan stair, concrete treads, steel risers and steel stringers. The existing handrail is steel with steel balustrade and guard rails. The stair enclosure construction is a 2 hour existing masonry wall. See Appendix C for finishes

**Interior stairs:**

Stair # 3 is an existing communication stair between the Sub-Cellar Floor and Cellar Floor and is in good condition. The steel is a pan stair, with concrete treads, steel risers and steel stringers. The existing handrail is steel with steel balustrade and guard rails. The stair enclosure construction is a 2 hour existing masonry wall.
Stair # 4 is an existing communication stair between the Cellar Floor and Ground Floor located in Unit A and is in good condition. The steel is a pan stair, with concrete treads, steel risers and steel stringers. The existing handrail is steel with steel balustrade and guard rails. The stair is open at the Ground Floor and the stair enclosure construction is a 2 hour existing masonry wall at the Cellar Floor.
Stair # 7 is an existing communication stair between the Mechanical Penthouse – First Level and the Mechanical Penthouse – Second Level. It is a steel stair with open risers and steel handrails. The stair is in good condition.

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)     New York, NY 10013
Date: 3/08/99 Revised: 5/27/99 ; 5/19/99 ; 7/23/99     Page: 10

# Architects Report

**Interior residential stairs**
> See Appendix E -Unit Information, for information regarding stair # 5 at the residential units.

**Interior Doors and Frames**

**Unit Entrance Doors and Frames**
> Entrances to the Residential units will be new flush hollow metal doors and frames with a paint finish. Residential entrance doors will be of fire rated construction, and will be self closing. Residential entry doors will be outfitted with a peep hole unit allowing visual observation of the immediate corridor area from within the unit.

**Corridor Doors and Frames**
> Corridor doors and frames will be new hollow metal with paint finish of fire rated construction, and will be self closing.

**Stair Hall Doors And Frames**
> Stair hall doors and frames will be new hollow metal with paint finish of fire rated construction, and will be self closing.

**Roof Doors and Frames**
> Roof doors and frames will be painted new metal of fire rated construction, and will be self closing.

**Elevators**
> There are 3 existing elevators to remain and are located in the north/west corner of the building. The motors, controllers, cables and cabs are in good condition.
> They are Otis Elevators, 3,000 capacity, gear less automatic passenger elevators.
> Elevators #1and #2 service the Ground Floor – 17th Floor.
> Elevator #3 service the Cellar Floor – 17th floor and will be extended up to the Penthouse Floor.
> See Appendix C for a schedule of finish materials.

## AUXILIARY FACILITIES

**Laundry Rooms**
> None

**Refuse Disposal**
> Trash Area's will be provided for each residential unit for storage of trash and recyclable. The trash room is part of each unit see Appendix G Floor and Site Plans for their location. Residential Unit Owners or Lessees will be responsible for taking their trash and recyclable to this location. The Sponsor indicates that Building Staff will collect and transport these materials, in off-hours via the residential elevators, to a trash collection and holding room located in the Cellar. The Sponsor indicates that Building Staff will take these materials to the sidewalk, via the service entry, for collection by the NYC Department of Sanitation on a regular basis. The Trash Room on each floor will be finished with waterproof flooring and wall base, and will be provided with exhaust ventilation.
>
> Commercial Unit owners and/or Lessees will be responsible for the collection, and disposal by private carting arrangements, of their own refuse, at their own cost. No separate storage spaces will be provided outside of these units.

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 5/27/99 ; 5/19/99 ; 7/23/99    Page: 11

SEC

Arc
The
Date

# Architects Report

**PLUMBING AND DRAINAGE**
See Appendix D for a description by the Mechanical Engineer for the project of mechanical,
electrical and plumbing systems for the building.

**HEATING**
See Appendix D for a description by the Mechanical Engineer for the project of mechanical,
electrical and plumbing systems for the building.

**GAS SUPPLY**
See Appendix D for a description by the Mechanical Engineer for the project of mechanical,
electrical and plumbing systems for the building.

**AIR CONDITIONING**
See Appendix D for a description by the Mechanical Engineer for the project of mechanical,
electrical and plumbing systems for the building.

**VENTILATION**
See Appendix D for a description by the Mechanical Engineer for the project of mechanical,
electrical and plumbing systems for the building.

**ELECTRICAL SYSTEM**
See Appendix D for a description by the Mechanical Engineer for the project of mechanical,
electrical and plumbing systems for the building.

**INTERCOMMUNICATIONS**

Intercommunication or "Door Intercom" Service. All Apartments to have a Phone
Intercom System which will communicate with a phone intercom master installed at the
concierge desk and interfaced with the Building Phone System.

The infrastructure for Telecommunication and Video Services will be provide by Bell
Atlantic or another telecommunication provider.

Bell Atlantic or other telecommunication provider will provide the capability of supporting
6 to 8 direct lines to each apartment unit with the capability of up to T1 speed. The
Sponsor will wire each apartment unit in a star configuration with four pair category five
compliant cable to each telephone /data jack. The owner must have a contract, separate
from the sponsor with Bell Atlantic or another telecommunication provider, to provide
telephone and/or data services. The owner has the right to use a telecommunication
company of their choice to provide such services.

Bell Atlantic or another cable company provider will provide the capability for Digital
Satellite System(DSS) and local television service to each apartment. The Sponsor will
provide RU 56 coax cable in a star configuration to each TV jack. The owner must have a
contract, separate from the sponsor with Bell Atlantic or another cable company provider,
to purchase satellite broadcasting and local television service. The owner has the right to
use a cable company of their choice to provide such services.

**SECURITY SYSTEMS**

The Building will have a 24 hour doorman. There will be a video monitor at the concierge
desk that will display a multiplexed image from the cameras located at the Residential
Entry, Service Entry and the roof top Recreational Entry. The image from these cameras
will be viewed in real time and not record. There will be electromagnetic locks at the
Residential Entry and Service Entry doors to allow the concierge to open the door with a

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)     New York, NY 10013
Date: 3/08/99 Revised: 5/27/99 ; 5/19/99 ; 7/23/99                              Page: 12

# Architects Report

door release at his desk.  Access to the roof top recreational area is by key provided to each owner and separate from owners unit door key.

**PUBLIC AREA LIGHTING**
Lighting for all Common Areas will be provided so as to provide illumination levels in accordance with the NYC Building Code. See Appendix C for a schedule indicating lighting fixture types to be provided in Common Areas.

**GARAGES AND PARKING AREAS**
None.

**SWIMMING POOLS**
None.

**TENNIS COURTS, PLAYGROUNDS AND RECREATION FACILITIES**

**Tennis Courts**
None.

**Playgrounds**
None.

**Other Recreation Facilities**
Rooftop Recreational Area:  In accordance with New York City Zoning Ordinance, a common residential rooftop recreation area shall be provided at the roof of the building.

**PERMITS AND CERTIFICATES**

**Building Renovation Project**
Refer to Appendix A for a list of approvals and permits required for the main building renovation project.

**Individual Units**
See Appendix E Unit Information.

**VIOLATIONS**
Refer to Appendix AA for a list of any outstanding violations on the project (if any).

**Unit Information**
See Appendix E for a description of the condominium units of residential, commercial, and theater use types.

**FINISH SCHEDULE OF SPACES OTHER THAN UNITS**
See Appendix C for a finish schedule of spaces other than units.

**SAFETY AND WARNING DEVICES**
See Appendix D for a description by the Mechanical Engineer for the project of safety : warning devices to be provided.

**ADDITIONAL INFORMATION**
See Appendix G  Floor and Site Plans indicating unit boundaries, and Appendix F for Unit Areas. See Appendix E for Unit Information including ceiling heights for each Un

**CONDITIONS WHICH MAY REQUIRE TESTING OR MONITORING**

**FURTHER DEVELOPMENT**
The sponsor has indicated that no additional units are intended to be added to the building in addition to those described herein.

**ASBESTOS**
The Sponsor has indicated that asbestos previously present previously visible or expose through the process of renovation in the building has been removed or abated per

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)          New York, NY 10013
Date: 3/08/99 Revised: 5/27/99 ; 5/19/99 ; 7/23/99                                              Page: 13

# Architects Report

requirements of the NYC Building Department. However the sponsor does not warrant or certify that all the asbestos, especially in areas concealed or unaffected by the renovation work has been removed or abated. In addition the architect and engineers make no warranty in certification, as part of this report as to the extent or adequacy of the sponsors asbestos removal or abatement program and have neither instructed or supervised this work which was the sole responsibility of the sponsor.

## GENERAL INFORMATION

The sponsor will obtain a temporary certificate of occupancy or certificate of occupancy prior to closing. Architectural plans for the building renovation and conversion construction project will be filed with the New York City Department Of Buildings. Approvals and Building Permits for the building renovation and conversion construction project are pending and will be forwarded to the appropriate agencies by the sponsor upon issuance. Inspection certificates and permits for the sprinkler system, and elevators will be provided by the sponsor prior to occupancy.

John Petrarca, Principal
**guenther petrarca**

Date:      3/08/99
Revised: 4/27/99
Revised: 5/19/99
Revised: 7/23/99

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
DATE: 3/08/99 Revised: 5/27/99 ; 5/19/99 ; 7/23/99    Page: 14

# Appendix List

**Attached Documents**

**Appendix A**
   Required Approvals and Permits for the Main Renovation

**Appendix AA**
   List of Violations

**Appendix B**
   Description of Structural Systems

**Appendix C**
   Finishes and Lighting Schedule of spaces other than units

**Appendix D**
   Description of Mechanical Plumbing and Electrical Systems

**Appendix E**
   Unit Information

**Appendix F**
   Unit Areas

**Appendix G**
   Site Plan and Unit Floor Plans

**Architect's and Engineer's Report**
The Franklin Tower at 271 Church Street (aka 90 Franklin Street)   New York,  NY 10013
Date: 3/08/99 Revised: 4/27/99 ; 7/23/99                          Page: A.A

# Appendix A
## Required Approvals and Permits

Alteration Type I for:

> Change of use & Egress

## Alteration Type II's for:

> Demolition Work
>
> Architectural Construction Work
>
> Structural Construction Work
>
> Plumbing Construction Work
>
> Mechanical Construction Work
>
> Sprinkler system Work
>
> Standpipe system Work
>
> Elevator Work and Inspection

## Landmarks Approval Permit:

> C of A for the new North lot line windows work
>
> C of A for new roof penthouse, cooling tower, roof top recreation area work
>
> Certificate of no effect for interior work

## Fire Department Approvals

> Fire protection plan

## Local Law 10 Report

> Update façade inspection as required

## Certificate of Occupancy

> The Sponsor will provide a temporary or permanent CO for the closing.

## Architect's and Engineer's Report

The Franklin Tower at Franklin Street (aka 271 Church Street)          New York, NY 10013
Date: 3/08/99  Revised: 4/27/99 ; 5/19/99 ; 7/23/99                              Page: A.1

# Appendix AA
## List of Violations

1.  Environmental Control Board Notice of Violation and Hearing No. 34196469X

    Plumbing work without permit installed temporary water line from 1st Floor to 17th Floor

**Architect's and Engineer's Report**
The Franklin Tower at Franklin Street (aka 271 Church Street)          New York, NY 10013
Date: 4/27/99 ; 7/23/99                                                              Page: AA.1

**ENVIRONMENTAL CONTROL BOARD**
**NOTICE OF VIOLATION AND HEARING**   34196469 X

COMMISSIONER OF THE DEPARTMENT OF BUILDINGS OF THE CITY OF NEW YORK, PETITIONER, V.

RESPONDENT:

| | |
|---|---|
| EEIL ORGANIZATION | |
| Last Name          First Name | |

| Street | City | State | Zip Code |
|---|---|---|---|
| 370 7th AVENUE | NEW YORK | N.Y. | 10001 |

## COMMISSIONER'S ORDER TO CORRECT VIOLATION(S)

PLEASE TAKE NOTICE that the premises cited is in violation of the requirements of law. It is further ORDERED BY THE COMMISSIONER OF THE DEPARTMENT OF BUILDINGS that these violations be remedied and certified to be in compliance with the requirements of law. Certification of Correction must be made on the Certificate of Correction form on the back of this violation or other Department of Buildings supplied form, Send the Certificate of Correction to: New York City Department of Buildings, Administrative Enforcement Unit, 60 Hudson Street, 14th Floor, New York, NY 10013.

TO AVOID A HEARING AND PENALTY FOR FIRST OFFENSE, NON-HAZARDOUS VIOLATIONS, the properly completed Certificate of Correction and all additional proof of compliance must be both received by the New York City Department of Buildings, Administrative Enforcement Unit before the close of business on _HAZARDOUS_ , and approved by the Department.

READ THE INSTRUCTIONS CAREFULLY: CALL _____ (212) 312-8400 _____ FOR INFORMATION

ATTENTION SECOND OFFENSE AND/OR HAZARDOUS OFFENSE VIOLATORS: YOU MUST COMPLY WITH THE COMMISSIONER'S ORDER AND APPEAR AT THE HEARING ON THE SCHEDULED DATE.

## NOTICE OF VIOLATION AND HEARING

If the Certificate of Correction is not received by the date indicated above or is not approved by the Department or if you are charged with a hazardous or Second Offense violation, YOU ARE REQUIRED AND HEREBY DIRECTED TO APPEAR FOR A HEARING ON 05/11 at 8:30 a.m. ☑ 10:30a.m. ☐ 1:30p.m. at the Environmental Control Board (ECB) hearing office located in:

☐ Brooklyn 9 Schermerhorn Street   ☐ Queens 144-06 94th Avenue   ☐ Staten Island 350 St. Marks Place   ☑ Manhattan 1250 Broadway   ☐ Bronx 1932 Arthur Avenue

Proceedings will be held under authority of the N.Y.C. Charter section 1404 and rules promulgated thereunder. This hearing is your opportunity to answer and defend against the allegations set forth below. If you do not appear, you will be held in default and subject to maximum penalties.

This allegation it has been determined by the above named Petitioner that the above named Respondent violated Title 26 and/or Title of the N.Y.C. Administrative Code and/or the Zoning Resolution of the City of New York and/or rules and regulations promulgated

| PLACE OF OCCURRENCE | | BORO | DATE OF VIOLATION | Type | Dist. | Code | No. |
|---|---|---|---|---|---|---|---|
| 701 CHURCH STREET | | MANH | 04 / 12 / 99 | P. | ST | C | 01YW |
| NYP | No. of Stories 17  Block 175  Lot 10 | | Basis of Violation (P.A. No. or Other) | PRIOR VIOLATION NUMBER | | | |
| OLD BLDG UNDER ALTERATION | | | cord # 1065878 | | | | |

| Section of Law | ☑ HAZARDOUS | DESCRIPTION OF VIOLATION(S) | ☐ SECOND OFFENSE |
|---|---|---|---|

27.147  PLUMBING WORK WITHOUT A PERMIT NOTED: INSTALLED
TEMPORARY WATER LINE FROM 1ST FLOOR TO
17TH FLOOR OF SAID PREMISES. A SEARCH OF
DEPT RECORDS SHOWS NO PERMIT UNDER ALT #
205/155 WAS ISSUED FOR SAID WORK.

"STOP ALL WORK"

REMEDY: OBTAIN NECESSARY PERMIT AS
REQUIRED BY CODE.                                    34196469 X

INSPECTOR LAST NAME, FIRST INITIAL

ESS. 212

I PERSONALLY OBSERVED THE COMMISSION OF THE OFFENSE(S) CHARGED ABOVE, AND/OR VERIFIED THEIR EXISTENCE THROUGH REVIEW OF

2124515555    P.1



**The City of New York**

**DEPARTMENT OF BUILDINGS**
GASTON SILVA, R.A. Commissioner

**MANHATTAN**
60 Hudson Street, 5th Floor, New York, New York 10013
**BRONX**
1932 Arthur Avenue, Bronx, New York 10457
**BROOKLYN**
210 Joralemon Street, Brooklyn, New York 11901
**QUEENS**
125-06 Queens Blvd. Kew Gardens, New York 11415
**STATEN ISLAND**
Borough Hall, St. George, New York 10301

# STOP ORDER

The Commanding Officer                                    Date **April 12, 19**
5 ½ Precinct
New York, N.Y.                    Re: Premises **271 CHURCH ST**
                                 Violation # **B14-27-147**
_UMBING WORK W/O A PERMIT_

   Please take notice that this Department has ordered all work,
heretofore in progress at the above premises, STOPPED and that a
STOP WORK ORDER to this effect has been issued, and is now pending
against said premises.

   Now in accordance with the provisions of section 26-108 of
Chapter twenty-six of the Administrative Code of the City of
New York, you are hereby requested to aid and assist the officers
of this Department in enforcing the STOP WORK ORDER, a copy of
which is hereto attached.

   This Department will advise you when the said STOP WORK ORDER
is lifted.

_Rony A. ___, P.E._              _Ted D. Chandler_              _____
BORO COMM. MANH.               BORO COMM. BRONX               BORO COMM. BKLY

_____                           **T. Lin**                     _____
BORO COMM. QUEENS               BORO COMM. STATEN I.           CHIEF INSP. B.E.

## B.E.S.T.  SQUAD
### 210 JORALEMON ST.
### BKLYN. N.Y. 11201
### TEL. 718-802-3713
### FAX  718-802-4445

_BEFORE RETURNING TO WORK_
_CONTACT CHIEF HAHN_

212 233 6333    P.02/03

# Appendix B

## Description of Structural Systems

Architect's and Engineer's Report
Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
3/08/99 Revised: 4/27/99 ; 7/23/99                                Page: B1

www.anchorconsulting.com

# ANCHOR CONSULTING
**architects + engineers**

April 26, 1999

John L. Petrarca AIA RIBA
157 Chambers Street
New York, NY 10013

Re:     271 Church Street/90 Franklin Street

Attn:    John Petrarca

Dear John,

We have reviewed the AG comments regarding the building at 90 Franklin Street. Below our findings.

The masonry at the sub cellar and the foundation area is in very good condition with no evidence of settling or cracking. Moisture penetration is minimal and in general there is very little sign of distress. The copings at the roof are in good condition as well as the masonry work on all of the bulkheads. The terraces are covered in roofing material. The terrace slabs are in good condition. The cellar slabs as well are in good condition.

In summary the building is in very good condition. We have continued to be involved in the project over these many months and have had the opportunity to observe the condition of the existng structure. We have found that the original construction of the building was of a very high quality and the building has been well maintained throughout its entire life.

John, should you have any questions please do not hesitate to call.

Very truly yours,



Evan Akselrad, P.E., R.A.
President, Anchor Consulting Inc.

59 Murray Street 4th Floor New York NY 10007-2240
tel. 212.267.9385 / fax 212.267.6795
www.anchorconsulting.com

# ANCHOR CONSULTING
### architects + engineers

February 9, 1999

John L. Petrarca AIA RIBA
157 Chambers Street
New York, NY 10013

Re:      271 Church Street

Att:      John Petrarca

Dear John,

... past several months this writer has visited the building at 90 Franklin Street (271 Church St.). Our ... findings with respect to the building condition is as follows. The building is steel framed with ... exterior walls. The floor and roof slabs are reinforced concrete waffle slabs on steel framing.

... conditions: There was no sub soil investigation since there is no plan to add any new floors ... review of the drawings indicates that the existing building rests on a pile system. These piles are ... pipe Raymond Piles filled with concrete. The exact condition of these piles is unknown ... no foundation movement at all and the slabs are straight and level with little cracking in the ... here does not appear to be any water conditions.

... the building:
... walls are in very good condition with little or no cracking. The parapets are in very good ... with the copings. There are new aluminum windows and the headers and sills of the window ... good condition.

... the building is in very good condition. This is because the original construction was of a very ... the building has been well maintained throughout its entire life.

... any questions please do not hesitate to call.

... R.A.
... Consulting Inc.

# ANCHOR CONSULTING

EVAN AKSELRAD                                    REGISTERED ARCHITECT  PROFESSIONAL ENGINEER

November 16, 1998

**A+F Architecture & Furniture**
157 Chambers Street
New York, NY 10007

Attn:    John Petrarca

Re:    90 Franklin/271 Church

Dear John,

We have recently visited the site of the above referenced project to examine the existing building and discuss the scope of the proposed conversion. The building is a seventeen-story structure dating back to the 1930's. The structure utilizes a unique steel and concrete floor system known as Slagblock construction. This type of system consists of a two-way reinforced concrete slab supported by steel beams and columns. The concrete slab is a waffle-type slab which uses slag blocks to form out the ribs of the slab.

From a structural perspective the building is in very good condition. Existing structural drawings indicate that the live load capacity of the typical floor is 120 pounds per square foot. This load is well above the 40 pounds per square foot required by the New York City Building Code for residential apartments.

Based on our initial site visit and a review of both the existing structural drawings and the proposed architectural drawings, our office has concluded that the existing building has more than adequate capacity to support the proposed renovations.

John, should you have any questions, please do hesitate to call us.

Very truly yours,

Anchor Consulting Company
Evan Akselrad, PE, RA

# Appendix C    Finishes and Lighting Schedule

The existing spaces are in good condition and the following Finishes and Lighting
Schedule is for building common areas see Appendix E for Unit Information

| Floor | Room | Floors | Walls | Ceiling | Lighting | Remarks |
|-------|------|--------|-------|---------|----------|---------|
| Sub - Cellar | Mech. Spaces | Sealed concrete | New painted G.W.B./ Existing walls to be painted | None | Pendant fluorescent | |
| Sub - Cellar | Corridors | Sealed concrete | New painted G.W.B./ Existing walls to be painted | None | Pendant fluorescent | |
| | Meter Room | Sealed concrete | Existing walls to be painted | | Pendant fluorescent | |
| | Storage | Sealed concrete | New painted G.W.B./ Existing walls to be painted | None | Pendant fluorescent | |
| | Storage | Sealed concrete | New painted G.W.B./ Existing walls to be painted | None | Pendant florescent | |

...nd Engineer's Report
...ver at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
...Revised: 4/27/99 ; 7/23/99    Page: C1

# Appendix C    Finishes and Lighting Schedule

| Floor | Room | Floors | Walls | Ceiling | Lighting | Remark |
|-------|------|--------|-------|---------|----------|--------|
| Cellar | Corridor | Sealed concrete | painted G.W.B.& existing walls | None | Pendant fluorescent | |
| Cellar | Transformer Room | Sealed concrete | Sealed concrete | None | Pendant fluorescent | |
| Cellar | Water Meter Rooms | Sealed concrete | Sealed concrete, painted G.W.B. | None | Pendant fluorescent | |
| Cellar | Trash Holding | Sealed concrete | ceramic tile/ painted G.W.B. | acoustical tile | Pendant fluorescent | |
| Cellar | Janitor Closet | Sealed concrete | ceramic tile/ painted G.W.B. | acoustical tile | recessed fluorescent | |
| Cellar | Toilet | ceramic tile | ceramic tile/ painted G.W.B | acoustical tile | recessed fluorescent | |
| Cellar | Telephone Room | Sealed concrete | painted G.W.B. & existing | None | Pendant fluorescent | |

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 4/27/99 ; 7/23/99    Page: C2

# Appendix C    Finishes and Lighting Schedule

| Floor | Room | Floors | Walls | Ceiling | Lighting | Remarks |
|---|---|---|---|---|---|---|
| Ground | Vestibule | Terrazzo | Marble | Existing plaster restored, patched and painted | ceiling mounted incandescent pendent | |
| Ground | Residential Entrance Hall | Terrazzo | Marble | Existing plaster restored, patched and painted | ceiling mounted incandescent pendent | |
| Ground | Concierge | Terrazzo or Natural stone tile | Painted G.W.B. or stone | Painted G.W.B. | recessed incandescent down light | |
| Ground | Concierge Storage Room | Terrazzo or Natural stone tile or Carpet | Painted G.W.B. | Acoustical Tile. | Recessed fluorescent | |
| Ground | Toilet | Ceramic Tile | Ceramic Tile/ *Painted G.W.B* | Acoustical Tile. | Recessed fluorescent | |
| Ground | Storage Room | Sealed concrete | Painted G.W.B. | Acoustical Tile. | Recessed fluorescent | |
| Ground | Service Hall | Sealed concrete | Brick, painted G.W.B. | Existing plaster restored, patched and painted | Wall mtd. fluorescent | |

...d Engineer's Report
...ower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
...vised: 4/27/99 ; 7/23/99    Page: C3

# Appendix C

### Finishes and Lighting Schedule

| Floor | Room | Floors | Walls | Ceiling | Lighting | Remark |
|-------|------|--------|-------|---------|----------|--------|
| Cellar thru Roof | Fire stair #1 | Sealed concrete | Brick / Painted G.W.B. | Painted G.W.B./ None | wall mtd. fluorescent | New Sta |
| Cellar thru Roof | Fire stair #2 | Sealed concrete | Brick / Painted G.W.B. | Painted G.W.B./ None | wall mtd. fluorescent | Existing Stair |
| Cellar thru Roof | Elevator Cabs | Fritz Tile | Wood Veneer | Plastic laminate | ceiling recessed incandescent | |
| Floors 2 thru 10 | Elevator Lobby | Terrazzo | Marble/ Glass panels/ Painted G.W.B.& Plaster | Existing plaster patched and painted | ceiling mounted pendent | |
| Floors 2 thru 10 | Entry | Stone | Painted G.W.B. | accessible mtl. tile | Wall mounted incandescent | |
| Floors 2 thru 17 | Residential Corridor | Sealed concrete. | Painted G.W.B./ | Existing plaster patched and painted | Wall mtd. fluorescent | |
| Roof | Common Residential Area | Sealed Concrete | painted | painted | ceiling mtd. Fluorescent/ wall mounted incandescent | |
| Roof | Mechanical Room | Sealed Concrete | Painted | none | Ceiling mtd. fluorescent | |

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)          New York, NY 1001:
Date: 3/08/99 Revised: 4/27/99 ; 7/23/99                                  Page: C4

# Appendix D

### Description of MEP Sy*

d Engineer's Report
.es at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
evised: 4/27/99 ; 5/19/99 ; 7/23/99                                  Page: D1



February 8, 1999
rev. 3.11.99
rev. 4.23.99
rev. 5.19.99

**APPENDIX D**

**Mechanical Systems Description for the Attorney General's Report**
**for Franklin Tower**
**LBE No. 98347**

All systems described here are new in their entirety, except as noted. The engineering drawings and
specifications provide further information.

(d) Utilities will be provided as follows:

Electricity will be supplied by the local utility company and all residential and commercial units will be
metered individually by the utility.

The local utility company will supply gas. The entire gas utility and distribution system is new. The
residential portion of the building will be metered for cooking by one meter. The commercial tenant
may be metered for gas directly by the utility company.

Water will be master metered and supplied by the New York City Water Board, whose billing will include
the sewer charges. The condominium may sub-meter water to commercial units.

Telephone service is currently available from Bell Atlantic and other carriers.

(7) (ii) Drains:

(a)   There are 2 new roof drains piped with no-hub type cast-iron pipe above grade, and bell and spigot
      extra heavy cast iron below grade. The existing storm drain leader will be re-used from the 17th to
      cellar floors. This piping is in good condition.

(9) (ii) There are no yards.

(j)    Plumbing and Drainage

(1)   Water is supplied by the NYC Water Board via two existing 3" taps from Church and Franklin Streets.
      A water meter, back-flow protection device at grade level, and house pumps are furnished. Water to
      the commercial units may be sub-metered. Water is distributed to all residential and commercial units
      via new risers and branch piping. Domestic hot water is generated by new steam fired water heaters,
      the source of steam being the utility company.

(2)   Fire Protection System
(i)       All parts of the building are served by a 6" fire standpipe located in the fire stair.
(ii)      A fire hose rack with a 2.5" valve and 125 feet of 1.5" hose is located at each landing. A roof
          manifold is located at the roof stair landing.
(iii)     Sprinklers will be provided at 6' on center at all lot line windows less than 30 feet above adjacent
          buildings in the residential portion of the building. Below grade areas will be fully sprinklered.
(iv)      The two existing fire standpipe Siamese connections on the facade of the building will be reused.

(3)  Water storage tanks: Existing tanks at the upper-most penthouse level will be re-used for fire standpipe reserve. The capacities are 10,000 gallons each. The tank fill pumps are rated at 200 GPM, 320 feet of head each, as manufactured by Bell & Gossett.

(4)  Sanitary sewage system: material no-hub type cast-iron pipe above grade, and bell and spigot extra heavy cast iron below grade. The house sewer is 8 " diameter connecting to the City sewer system.

**(k) Heating and air conditioning**

(1)  The building is heated by utility company steam distributed through an existing piping system to existing cast iron radiation located throughout the building. New radiators will be added as necessary. The pressure reducing station is new and located in the sub-cellar. The steam distribution system is in good condition in all locations where it has been surveyed, and was fully functional during the 1998/99 heating season. No leaks were observed.

(2)  The air conditioning system is new in its entirety. Water-cooled units located in all apartments provide air conditioning. A rooftop-cooling tower cools the water loop in summer. The water is circulated by means of pumps located in the cellar. The interior temperature base is 72 F for heating and 74 F for cooling.

(3)  The new cooling tower is a closed circuit fluid cooler located on the roof, Baltimore Air Coil model F1603-0 with a flow rate of 1000 gpm.

Ventilation for the loft dwellings will exhaust air for one kitchenette, one dryer, and multiple bathrooms for each loft dwelling.

**(l) Electrical System**

The existing incoming services from the utility company terminates into (2) service switches, one at 3000A, 120/208V, three phase serving building support equipment and the second at 2,000A, 120/208V, three phase, dedicated for apartments and retail areas. All distribution after the service is new with exception of the elevator feeders, which are existing to remain. The building loads and each apartment/retail are individually metered. Small apartments are fed with new 70A or 100A, three-phase service. Full floor apartments are fed with new at 200A, three phase service.

This system is adequate for all of the appliances contained in the residential units.

The architect will determine if there will be a new intercom system

New exterior lighting at the street level and on the terraces will be provided.

Fire Alarm System:

All floors are provided elevator lobby smoke detectors, horn strobe and manual pull stations. All sprinkler branches are controlled by tamper water flow switches. All devices are tied back into a main fire control panel located in the lobby.

Smoke detectors are located in the residential units near the sleeping rooms.

Franklin Tower            LBE# 98347                    February 10, 1999

**Utility cost paid by owners and common utility costs**
**in $/year**

| Utility  Type | 2-10 Unit A | B | 11-16 C | 17 C$_{17}$ | Common |
|---|---|---|---|---|---|
| **Gas cooking** | | | | | |
| Therm/Year | 109.2 | 109.2 | 109.2 | | |
| Costs $/Year | $88 | $88 | $88 | | |
| | | | | | |
| **Hot Water** | | | | | |
| Steam lbs/Year | 11979 | 17969 | 29949 | | |
| $/Year | 155 | 232 | 386 | | |
| | | | | | |
| **Electric** | | | | | |
| Air cond. kWh | 4428 | 7200 | 11076 | 13296 | 9936 |
| KW | | | | | 8.2 |
| $/Year | 676 | 1010 | 1690 | 2029 | 2096 |
| | | | | | |
| **Heating** | | | | | |
| Steam LBs/Year | 90797 | 128569 | 240431 | 24031 | 783083 |
| $/Year | 1171 | 1659 | 3102 | 3102 | 10102 |
| | | | | | |
| Lighting kWh | 1026 | 1453 | 2719 | | 141625 |
| KW | | | | | 16.2 |
| $/Year | 157 | 222 | 415 | | 13207 |
| | | | | | |
| Appliances kWh | 5831 | 7120 | 8673 | | |
| $/Year | 890 | 1086 | 1323 | | |

|  | kWh | kW |
|---|---|---|
| Elevator | 122640 | 44.4 |
| $/year | | 21430 |
| | | |
| Fans | 71832 | 8.2 |
| $/year | | 2486 |
| | | |
| Condenser pump | 74571 | 37.3 |
| $/year | | 11443 |
| | | |
| Hot water recirculating pump | 648 | 0.1 |
| $/year | | 102 |
| | | |
| Condensate return and Condensate Vacuum pump | 5220 | 2.6 |
| $/year | | 1127 |
| | | |
| Cooling tower | 71600 | 37.3 |
| $/year | | 11249 |

| Utility Type | Unit A | B | C | C$_{17}$ | Common |
|---|---|---|---|---|---|
| Water 100 CUFt/year | 1229 | 183 | 305 | | |
| Water and sewer $/Year | 349 | 523 | 872 | | $500 |

| Residential | Base Building |
|---|---|

| Utility costs: | $.8053/Therm gas | |
|---|---|---|
| | $.1526/kWh | .065/kWh |
| | $12.9/1000 LBs steam | $25.26/kW/month |
| | | $2.86/100CUFt |
| | | combined |
| | | water and sewer charge |

### Franklin Tower
#### Assumptions for utility consumption and costs:

Degree days (Heating): 4869
Full load equiv. hours of refr. based on design load: 1200.
Full load equiv. hours of auxiliaries based on design load: 2000
Elevator 22.4 kW/Each but 65% of demand charge only.
Cooling load: Unit "A": 4 ton of refrigeration, Unit "B": 6.5 ton of refrigeration, Unit
"C" 10 ton of refrigeration and Unit "C" on 17th Floor: 12 ton of refrigeration. In the
common area: 0.5 ton of refrigeration/floor.
Heating load: 20 BTUH/Sq ft.
Domestic hot water: 50 Gallon per persons per day.
Water use: 125 Gallon per person per day.
Utility costs include taxes and surcharges.
Cooking gas usage: 30 CUft per apartment per day.
Lighting tenant area: 1 w per 50% Sqft and 3 hours per day.
Lighting common area: 1 w per Sqft and 24 hours per day.
Temperature: 70 F and 74 F/60% RH winter and summer, respectively.
Temperature: 15 F and 89 F DB/72 F WB winter and summer, respectively.
Heating and radiation on Con. Edison steam.
Sqft.
Sqft.
Sqft.
171 Sqft above grade.
Refrigerator, Dishwasher and Clothes Washer/Dryer, are of the
type. Energy consumption from 1995 ASHRAE A32.8 Table 6, table No:
area.