**B –12. 1**



## WATER COOLED UNIT SCHEDULE - STANDARD MFR: CLIMATE MASTER

| A/C UNIT NO. | MODEL | FAN DATA CFM | FAN DATA E.S.P. | FAN DATA HP | FAN DATA RPM | EVAPORATOR COOLING CAPACITY MBH TOTAL | SENS | CONDENSER WATER GPM | ΔP FT. WC. | CONDENSATE COOLING CAPACITY MBH | GPM | ΔP FT. WC. | HEATING MBH | HEATING GPM | HEATING ΔP | ELECTRICAL DATA VOLTS/PH/HZ | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AC-1-1 | HE030 | 1000 | 0.4 | 1/4 | - | 29.8 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ① ② |
| | | | | | | | | | | | | | | | | | |
| AC-2-1 | HE030 | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ① ② |
| AC-2-2 | HE010 | 600 | 0.4 | 1/8 | - | 20.6 | 15.2 | 5.3 | 9.8 | - | - | - | - | - | - | 208/3/60 | ① ② |
| AC-2-3 | HE040 | 1500 | 0.6 | 3/4 | - | 47.5 | 34.5 | 12.4 | 17.0 | - | - | - | - | - | - | 208/3/60 | ① ② |
| AC-2-4 | HE030 | 1000 | 0.4 | 1/4 | - | 29.0 | 21.3 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ① ② |
| | | | | | | | | | | | | | | | | | |
| AC-3-1 | HE030 | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ① ② |
| AC-3-2 | HE010 | 600 | 0.4 | 1/8 | - | 20.6 | 15.2 | 5.3 | 9.8 | - | - | - | - | - | - | 208/3/60 | ① ② |
| AC-3-3 | HE040 | 1500 | 0.6 | 3/4 | - | 47.5 | 34.6 | 12.4 | 17.0 | - | - | - | - | - | - | 208/3/60 | ① ② |
| AC-3-4 | HE030 | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ① ② |
| | | | | | | | | | | | | | | | | | |
| [illegible] | HE030 | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | HE010 | 600 | 0.4 | 1/8 | - | 20.6 | 15.2 | 5.3 | 9.8 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | HE040 | 1500 | 0.6 | 3/4 | - | 47.5 | 34.6 | 12.4 | 17.0 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | HE030 | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ① ② |
| | | | | | | | | | | | | | | | | | |
| [illegible] | HE030 | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | HE010 | 600 | 0.4 | 1/8 | - | 20.6 | 15.2 | 5.3 | 9.8 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | [illegible] | 1500 | 0.6 | 3/4 | - | 47.5 | 34.6 | 12.4 | 17.0 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | [illegible] | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ① ② |
| | | | | | | | | | | | | | | | | | |
| [illegible] | [illegible] | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | [illegible] | 600 | 0.4 | 1/8 | - | 20.6 | 15.2 | 5.3 | 9.8 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | [illegible] | 1500 | 0.6 | 3/4 | - | 47.5 | 34.6 | 12.4 | 17.0 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | [illegible] | 1000 | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ① ② |
| | | | | | | | | | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | [illegible] | [illegible] | 0.4 | 1/8 | - | 20.6 | 15.2 | 5.3 | 9.8 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | [illegible] | [illegible] | 0.6 | 3/4 | - | 47.5 | 34.6 | 12.4 | 17.0 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | [illegible] | [illegible] | 0.4 | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ① ② |
| | | | | | | | | | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | [illegible] | [illegible] | [illegible] | 1/8 | - | 20.6 | 15.2 | 5.3 | 9.8 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | [illegible] | [illegible] | [illegible] | 3/4 | - | 47.5 | 34.6 | 12.4 | 17.0 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | [illegible] | [illegible] | [illegible] | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ① ② |
| | | | | | | | | | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | [illegible] | [illegible] | [illegible] | 1/8 | - | 20.6 | 15.2 | 5.3 | 9.8 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | [illegible] | [illegible] | [illegible] | 3/4 | - | 47.5 | 34.6 | 12.4 | 17.0 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | [illegible] | [illegible] | [illegible] | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | [illegible] | [illegible] | [illegible] | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | [illegible] | [illegible] | [illegible] | 1/8 | - | 20.6 | 15.2 | 5.3 | 9.8 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | [illegible] | [illegible] | [illegible] | 3/4 | - | 47.5 | 34.6 | 12.4 | 17.0 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | [illegible] | [illegible] | [illegible] | 1/4 | - | 29.0 | 21.7 | 7.5 | 6.5 | - | - | - | - | - | - | 208/3/60 | ① ② |
| | | | | | | | | | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | - | 62.0 | 46.3 | 16.3 | 17.0 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | - | 62.0 | 46.3 | 16.2 | 17.0 | - | - | - | - | - | - | 208/3/60 | ① ② |
| | | | | | | | | | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | - | 62.0 | 46.3 | 16.2 | 17.0 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | - | 62.0 | 46.3 | 16.2 | 17.0 | - | - | - | - | - | - | 208/3/60 | ① ② |
| | | | | | | | | | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 62.0 | 46.3 | 16.2 | 17.0 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 62.0 | 46.3 | 16.2 | 17.0 | - | - | - | - | - | - | 208/3/60 | ① ② |
| | | | | | | | | | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 62.0 | 46.3 | 16.2 | 17.0 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 62.0 | 46.3 | 16.2 | 17.0 | - | - | - | - | - | - | 208/3/60 | ① ② |
| | | | | | | | | | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 62.0 | 46.3 | 16.3 | 17.0 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 62.0 | 46.3 | 16.2 | 17.0 | - | - | - | - | - | - | 208/3/60 | ① ② |
| | | | | | | | | | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | - | 62.0 | 46.3 | 16.2 | 17.0 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | - | 62.0 | 46.3 | 16.2 | 17.0 | - | - | - | - | - | - | 208/3/60 | ① ② |
| | | | | | | | | | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | - | 70.0 | 49.8 | 16.3 | 18.2 | - | - | - | - | - | - | 208/3/60 | ① ② |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | - | 70.0 | 49.8 | 16.3 | 18.2 | - | - | - | - | - | - | 208/3/60 | ① ② |
| | | | | | | | | | | | | | | | | | |

UNIT NO.
HV-1

DWG. NO. | MODEL
C1-1 | BALTIMORE AI... MODEL VT1-...

① WITH VIBRATION ISOLATORS

# Appendix E                                                    Unit Information

## COMMERCIAL UNITS

There are three Commercial Units (use group 6). The unit areas are as follows:

| Unit | Floor | Area |
|---|---|---|
| A | Ground | 3,159 SF |
| A | Mezzanine | 530 SF |
| A | Cellar | 3,350 SF |
| Total unit A | | 7,039 SF |
| B | Sub Cellar | 1,412 SF |
| C | Sub Cellar | 106 SF |

The Sponsor has indicated that the Commercial Units are not intended to be offered for sale at the time of the offering.

## RESIDENTIAL UNITS

1. **General**

All Residential Units in the building are Loft Dwellings as defined in the Zoning Resolution.

2. **Residential and "Home Occupation" Uses**

The Loft Dwelling Units may be occupied by businesses as "accessory uses" under the Zoning Resolution definition of "home occupations". In C6 Districts, the home occupation provision of Section 12-10 shall apply, except that up to 49 percent of the total floor area of the dwelling unit may be used for a home occupation. Refer to the Zoning Resolution for further definition restrictions that apply to permitted uses of "home occupation" areas.
There are twenty-five residential units. Each residential unit is numbered by floor. In additio Lofts on the 2nd through 10th Floors are lettered N for the North Units and S for the South U

3. **Residential Unit Conditions at the Time of Offering:**

North Units 2nd – 10th Floors
Units 2N, 3N, 4N, 5N, 6N, 7N, 8N, 9N, 10N:
Master bedroom suite with walk in closet and full bathroom, bathroom, foyer, one living/din kitchen with study alcove, one laundry/mechanical room. The units trash/storage area is off building common corridor.

South Units 2nd – 10th Floors
Units 2S, 3S, 4S, 5S, 6S, 7S, 8S, 9S, 10S:
Master bedroom suite with walk in closet and full bathroom, Two bedrooms with two full bathrooms, foyer, one living/dining / kitchen, one laundry/mechanical room. The units trash/storage area is located off the building common corridor.

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)      New York, NY 100
Date: 3/08/99 Revised: 4/27/99 ; 5/19/99 ; 7/23/99                              Page: E

# Appendix E                                                Unit Information

Full Floor Units 11th – 16th Floors
Units 11, 12, 13, 14, 15, 16:
Master bedroom suite with walk in closet/dressing room, cedar closet and full bathroom, two bedrooms with one full bathroom and a powder room. Guest bedroom suite with a full bathroom, private elevator lobby, foyer, gallery, rear hall, one living/dining, kitchen with pantry area, one library with a wood burning fireplace, one home office, bathroom, one mechanical room, one laundry room, one trash/storage room.

Full Floor Unit 17th Floor
Unit 17:
Master bedroom suite with walk in closet/dressing room, cedar closet and full bathroom, two bedrooms with one full bathroom and a powder room. Guest bedroom suite with a full bathroom, private elevator lobby, foyer, gallery, rear hall, one living/dining, kitchen with pantry area, one library with a wood burning fireplace, one home office, bathroom, one mechanical room, one laundry room, one trash/storage room.
Unit 17 has an interior stair with access to a new penthouse living area with a powder room. There access to a private recreational area on a portion of the building's roof with exterior metal stairs the new roof of the penthouse. Unit 17's exterior area will be divide from the common exterior ential recreational area by a fence. The new penthouse, fence and metal access stairs are ng approval by the New York City Department of Building and New York City Landmarks ation Commission.

residential stair:
is a new communication stair between the 17th Floor of Unit 17 and Unit 17's new Area. The stair will be steel. The handrail, balustrade and guard rails will be as by the New York Department of Buildings.

Unit Finishes:
hes except for the bathrooms, laundry rooms, mechanical rooms and trash rooms

xisting plaster perimeter walls will be patched and painted.
ew walls will be painted gypsum board.
isting plaster to remain will be patched and painted.
ew ceilings will be painted gypsum board.
sting concrete floor to be finished polished and sealed or new wood veneer floors
be installed.

on areas are as follows:

Marble /new walls painted gypsum board.
plaster to remain will be patched and painted
Terrazzo

nted gypsum board or Existing plaster to remain will be patched and painted
nted gypsum board

d Engineer's Report
at 90 Franklin Street (aka 271 Church Street)          New York, NY 10013
sed: 4/27/99 ; 5/19/99 ; 7/23/99                                  Page: E.2

# Appendix E

Unit Information

Floors: Existing concrete floor to be finished polished and sealed or new wood veneer floors will be installed.

All bathrooms, laundry rooms and trash rooms are finished as follows:

**Master Bathrooms and Guest Bathrooms**
Walls:    Ceramic tile wainscot and painted gypsum board
Shower:   Ceramic tile
Ceilings: Painted gypsum board
Floors:   Marble tile

**Powder Rooms**
Walls:    Ceramic tile wainscot and painted gypsum board
Ceilings: Painted gypsum board
Floors:   Marble tile

**Bathrooms**
Walls:    Ceramic tile and painted gypsum board
Shower:   Ceramic tile
Ceilings: Painted gypsum board
Floors:   Ceramic tile

**Laundry Rooms/Mechanical Rooms and Trash Rooms**
Walls:    Painted gypsum board/ Tile Wainscot
Ceilings: Existing plaster to remain will be patched and painted or painted gypsum board.
Floors:   Ceramic tile and base

**Mechanical Rooms (11th – 17th Floors)**
Walls:    Painted gypsum board
Ceilings: Existing plaster to remain will be patched and painted or painted gypsum board.
Floors:   Ceramic tile and base

Gypsum board will be installed on metal studs, furring, and/or black iron as applicable. Drywall at wet locations will be water resistant. The entire unit *will* be painted with one coat of primer a two coats of finished latex paint.

**Residential Unit Bathroom Fixtures and Fittings:**

The Sponsor reserves the right to substitute fixtures and fittings with substantially equal or better fixtures and fitting:

Single Unit: 11th - 17th floor (units 11, 12, 13, 14, 15, 16 and 17)
**Master Bath A**
Toilet:   Waterworks Richmond elongated water closet
Lavatory: Two (2) Waterworks Richmond standard pedestal with
          Waterworks Aero faucet set
Bathtub:  freestanding Waterworks Savoy tub 70" with feet.
          Waterworks Aero wall mounted faucet set.

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Date: 3/08/99 Revised: 4/27/99 ; 5/19/99 ; 7/23/99                   Page: E.3

# Appendix E                                 Unit Information

Shower:      built in shower with Duschqueen framed glass door finish polished chrome with standard "G" pull.
Shower faucet set Waterworks Aero concealed shower mix and Julia body spray.

**Bath A1**
Toilet: Waterworks Richmond elongated water closet
Lavatory: Waterworks Richmond standard pedestal with Waterworks Aero faucet set.
Shower: American Standard "Single Threshold" 48" x 34" with Duschqueen framed glass door finish polished chrome with standard "G" pull.

**Bath A2**
Toilet: Waterworks Richmond elongated water closet
Lavatory: Waterworks Richmond standard pedestal with Waterworks Aero faucet set
Bathtub: Kohler K-515 cast iron bath 66" x 32" in white with Waterworks Aero hand shower

**Guest Bath**
Toilet: Waterworks Richmond elongated water closet
Lavatory: Waterworks Richmond standard pedestal with Waterworks Aero faucet set
Bathtub: Waterworks Classic II tub drop in tub into a marble deck,
Waterworks Aero faucet set.
Shower: built in shower with Duschqueen framed glass door finish polished chrome with standard "G" pull.
Shower faucet set Waterworks Aero concealed shower mix.

**Powder Room**
Toilet: Waterworks Richmond elongated water closet
Lavatory: Waterworks Richmond standard pedestal with Waterworks Aero faucet set

Unit: 2nd - 10th floor (units 2N, 3N, 4N, 5N, 6N, 7N, 8N, 9N 10N)
**Bath C**
Waterworks Richmond elongated water closet
Two (2) Waterworks Richmond standard pedestal with
Waterworks Aero faucet set
Waterworks Classic II tub drop in tub into a marble deck,
Waterworks Aero faucet set
built in shower with Duschqueen framed glass door finish polished chrome with standard "G" pull.
Shower faucet set Waterworks Aero concealed shower mixer

Waterworks Richmond elongated water closet
Waterworks Richmond standard pedestal with Waterworks Aero faucet set
Kohler K-515 cast iron bath 66" x 32" in white with Waterworks Aero hand shower.

Unit: 2nd - 10th floor (units 2S, 3S, 4S, 5S , 6S, 7S, 8S, 9S 10S)

Waterworks Richmond elongated water closet
Two (2) Waterworks Richmond standard pedestal with
Waterworks Easton faucet set
Waterworks Classic II tub drop in tub into a marble deck,
Waterworks Aero faucet set

Engineer's Report
at 90 Franklin Street (aka 271 Church Street)     New York, NY 10013
Revised: 4/27/99 ; 5/19/99 ; 7/23/99                      Page: E.4

# Appendix E

Unit Information

Shower: built in shower with Duschqueen framed glass door finish polished chrome with standard "G" pull.
Shower faucet set Waterworks Aero concealed shower mix

**Bath B1**
Toilet: Waterworks Richmond elongated water closet
Lavatory: Waterworks Richmond standard pedestal with Waterworks Aero faucet set.
Shower: American Standard "Single Threshold" 48" x 34" with Duschqueen framed glass door finish polished chrome with standard "G" pull.

**Bath B2**
Toilet: Waterworks Richmond elongated water closet
Lavatory: Waterworks Richmond standard pedestal with Waterworks Aero faucet set
Bathtub: Kohler K-515 cast iron bath 66" x 32" in white with Waterworks Aero hand shower

### Kitchens and Laundries:

The Sponsor reserves the right to substitute equipment with substantially equal or better equipment:

**FULL FLOOR Unit Kitchen 11th - 17th floor**

(units 11, 12, 13, 14, 15, 16 and 17)
Cabinetry:
Boffi Studio Model Grand Chef Finish: Stainless Steel
Countertop Finishes: to be Stainless Steel at the Grand Chef and
Maple Butcher Block at island and pantry countertops.
upper unit: Aluminum framed glass door
lower unit: Brushed Stainless Steel
Island unit: Laminated MDF Board Finish: Serasil Matte Lacquer Charcoal Grey
Hood: Gaggenau
Fixtures & Fittings: DBL Stainless Steel Sink with Garbage Chute.
Faucet KWC # RBK11C, Chromed Mixer/Sprayer
Accessories:
Stainless Steel Garbage Bin
Sliding Butcher Block Cutting Board
Sliding Dish Drain
Sliding Grill
Sliding Stone Warmer
Front Panel for Dishwasher finish: Stainless Steel
Appliances:
Range: Gaggenau three VG353-212 Stainless Steel
Refrigerator: Sub Zero Model 550 Refrigerator with automatic ice maker 36" in Stainless St
Dishwasher: Bosch
Oven/Microwave: Thermador double oven with microwave.

**NORTH and SOUTH UNIT KITCHEN 2nd - 10th floor**
(units 2N, 2N, 3N, 3S, 4N, 4S, 5N, 5S, 6N, 6S, 7N, 7S, 8N, 8S, 9N, 9S, 10N, 10S)
Cabinetry:
Boffi Studio Model Grand Chef Finish: Stainless Steel
Countertop Finishes: to be Stainless Steel at the Grand Chef

### Architect's and Engineer's Report
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10(
Date: 3/08/99 Revised: 4/27/99 ; 5/19/99 ; 7/23/99                               Page: 1

# Appendix E                                           Unit Information

Maple Butcher Block at island counters.
upper unit: Aluminum framed glass door
lower unit: Laminated MDF Board Finish Setasil Matte Lacquer Charcoal Grey
Hood: Thermador
Fixtures & Fittings: DBL Stainless Steel Sink with Garbage Chute.
Faucet KWC # RBK11C, Chromed Mixer/Sprayer

Accessories:
Stainless Steel Garbage Bin
Sliding Butcher Block Cutting Board
Sliding Dish Drain
Front Panel for Dishwasher finish: plastic laminate Setasil Matte Lacquer Charcoal Grey

Appliances:
Range: Gaggenau KG354-214 natural gas 27" Stainless Steel
Refrigerator: Sub Zero Model 550 Refrigerator with automatic ice maker 36" in Stainless Steel
Dishwasher: Bosch
Oven/Microwave: Thermador oven with microwave
Hood: Thermador

Laundry (at all units)
Sink: Eljer Stantray Laundry sink
Washer: GE WSXH208V Horizontal Axis stacking
Dryer: GE DSXH43EV Horizontal Axis stacking

Lighting:
Units 2nd – 10th Floors 2N, 3N, 4N, 5N, 6N, 7N, 8N, 9N, 10N

| Name | Fixtures | Remarks |
|---|---|---|
|  | recessed wall washer down light, florescent step light |  |
| Dining Room | Wall Sconces, MR 16 recessed wall washer down light |  |
|  | MR 16 recessed down light, ceiling mounted pendent, under cabinet task light |  |
| Mechanical Room | Florescent Wall mounted utility fixture |  |
|  | Halogen Wall Sconces |  |
|  | MR 16 recessed wall washer down light, florescent step light |  |
|  | Halogen Wall Sconces |  |
|  | Track Light halogen lamps |  |
|  | Incandescent A-19 semi - recessed down light with opal white reflector, surface mounted incandescent fixture over mirror |  |
|  | Florescent wall mounted utility fixture |  |

and Engineer's Report
Tower at 90 Franklin Street (aka 271 Church Street)     New York, NY 10013
Revised: 4/27/99 ; 5/19/99 ; 7/23/99                              Page: E.6

# Appendix E

Unit Information

South Units 2nd – 10th Floors 2S, 3S, 4S, 5S, 6S, 7S, 8S, 9S, 10S

| Room Name | Fixtures | Remarks |
|---|---|---|
| Corridor | MR 16 recessed wall washer down light, florescent step light | |
| Foyer | MR 16 recessed wall washer down light, florescent step light | |
| Living/Dinning Room | Wall Sconces, MR 16 recessed wall washer down light | |
| Kitchen B | MR 16 recessed down light, Ceiling mounted Pendent, under cabinet task light | |
| Laundry Mechanical Room | Florescent Wall mounted Utility | |
| Bed Rooms | Wall Sconces, MR 16 recessed downlight | |
| Bath B1 & B2 | Incandescent A-19 semi - recessed down light with opal white reflector, surface mounted incandescent fixture over mirror | |
| Master Bedroom | Incandescent A-19 semi - recessed down light with opal white reflector, surface mounted incandescent fixture over mirror | |
| Closet | Track Light halogen lamps | |
| Master Bath B | Incandescent A-19 semi - recessed down light with opal white reflector, surface mounted incandescent fixture over mirror | |
| Trash Storage | Incandescent wall mounted utility fixture | |
| | | |

2nd - 10th Floors (Areas other then the North and South Units)

| Room Name | Fixtures | Remarks |
|---|---|---|
| Elevator Lobby | Recessed incandescent wall washer downlight, | |
| Entry | Wall Sconce | |
| Corridor | Fluorescent wall mounted utility fixture | |
| | | |

Full Floor Units 11, 12, 13, 14, 15, 16 and 17

| Room Name | Fixtures | Remarks |
|---|---|---|
| Gallery | Recessed Track Light, Surface mounted incandescent pendent, fluorescent step light | |
| Rear Hall | MR 16 recessed adjustable down light, Surface mounted incandescent pendent, florescent step light | |
| Living / Dinning Room | Halogen Wall Sconces | |
| Kitchen A | MR 16 recessed adjustable down light, Ceiling mounted pendent, under cabinet task light | |
| Pantry | MR 16 recessed wall washer down light | |

Architect's and Engineer's Report
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)     New York, NY 100
Date: 3/08/99 Revised: 4/27/99 ; 5/19/99 ; 7/23/99                              Page: E

# Appendix E                                          Unit Information

| Room | Fixtures | Remarks |
|---|---|---|
| Laundry/Mechanical Room | Florescent Wall mounted Utility | |
| Home Office | MR 16 recessed down light | |
| Bed Rooms | Halogen Wall Sconces, MR 16 recessed downlight | |
| Guest Bath A, BathA1 & A2 | Incandescent A-19 semi - recessed down light with opal white reflector, surface mounted incandescent fixture over mirror | |
| Powder Room | Incandescent A-19 semi - recessed down light with opal white reflector, surface mounted incandescent fixture over mirror | |
| Master Bedroom | Halogen Wall Sconces, MR 16 recessed down light | |
| Closet | Track Light halogen lamps | |
| Master Bath A | Incandescent A-19 semi - recessed down light with opal white reflector, surface mounted incandescent fixture over mirror | |
| Trash Storage | Fluorescent wall mounted utility fixture | |
| Elevator Lobby | MR 16 Recessed wall washer downlight | |
| Foyer | MR 16 recessed adjustable down light | |
| Corridor | Fluorescent wall mounted utility fixture | |

Floor Unit 17 rooms at penthouse

| Name | Fixtures | Remarks |
|---|---|---|
| Area | Recessed Track Light, Surface mounted incandescent pendent, fluorescent step light | |
| Room | Incandescent A-19 semi - recessed down light with opal white reflector, surface mounted incandescent fixture over mirror | |

Building Mechanical Services:
Appendix D for a description, by the Mechanical Engineer for the project, of the following:
Building Mechanical, Plumbing and Electrical Systems.
The Plumbing and Electrical Services provided to each Residential Unit.
Requirements of the Unit Purchaser to interface with or modify these Services, at the time of Construction by the Unit Purchaser.

and Engineer's Report
Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10013
Revised: 4/27/99 ; 5/19/99 ; 7/23/99                    Page: E.8

# Appendix E

Unit Information

6. Light and Air Requirements/Windows:

Under the NYC Building Code, all habitable residential space is required to have direct access to light and air provided by non-lot-line windows.

The light and air requirements shall be as per ZR 112 of the NYC Zoning Resolution, Section 277 of the Multiple Dwelling Law and C26-1205.4 – C26-1205.7 of the Building Code.

Under the Multi Dwelling Law the minimum required ratio of window area to the floor area of a living room shall be 10% where the floor area is less then five hundred square feet or decrease by one percent for every one hundred square feet greater than five hundred square feet of floor area of such living room. Open kitchens are considered as part of the adjacent space where forty percent of the area of the separation between the space is open and without a door.

The required total area of windows providing access to light and air can only be satisfied by non-lot-line windows (i.e. windows along the Church or Franklin Street sides of the building). Lot line windows (i.e. those at the North and East facades) cannot be used to satisfy this requirement.

| Unit | Room Name | Floor Area | Req'd Window Area (% of Fl. Area) | Req'd Window Area (SF) | Provided Window Area (SF) |
|---|---|---|---|---|---|
| North | Living/Dining / Kitchen * | 800 | 7 | 56 | 69 |
| North | Master Bedroom | 231 | 10 | 23 | 46 |
| South | Living/Dining Kitchen | 795 | 7 | 56 | 184 |
| South | Master Bedroom | 228 | 10 | 23 | 46 |
| South | Bedroom 1 | 176 | 10 | 18 | 46 |
| South | Bedroom 2 | 192 | 10 | 19 | 23 |
| Full Floor | Living/Dining Kitchen | 1032 | 5 | 52 | 92 |
| Full Floor | Library | 292 | 10 | 29 | 46 |
| Full Floor | Master Bedroom | 417 | 10 | 42 | 69 |
| Full Floor | Guest Bedroom | 237 | 10 | 24 | 46 |
| Full Floor | Bedroom 1 | 189 | 10 | 19 | 46 |
| Full Floor | Bedroom 2 | 184 | 10 | 18 | 46 |

Architect's and Engineer's Report
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)   New York, NY 1001
Date: 3/08/99 Revised: 4/27/99 ; 5/19/99 ; 7/23/99   Page: E.5

# Appendix E                                              Unit Information

Residential Unit Areas

The criteria for calculating the area of each unit is as follows:
- To the center line of the demising wall between units.
- To the center line of non-structural common walls.
- To the inside face of common structural walls or elements.
- To the outside face of exterior walls.

Note: Structural elements, such as columns, that fall on the line of the demising wall are apportioned to the units to either side as if the demising line carried straight through them.

and Engineer's Report
Tower at 90 Franklin Street (aka 271 Church Street)     New York, NY 10013
Revised: 4/27/99 ; 5/19/99 ; 7/23/99                              Page: E.10

# Appendix F

Unit Areas

| UNIT | AREA |
|---|---|
| **Sub Cellar Floor** | |
| Unit B | 1,412 SF |
| Unit C | 106 SF |
| Building Common Area | 4,088 SF |
| Total Area | 5,606 SF |
| | |
| **Cellar Floor** | |
| Unit A | 3,350 SF |
| Building Common Area | 2,256 SF |
| Total Area | 5,606 SF |
| | |
| **Ground Floor** | |
| Unit A | 2,492 SF |
| Building Common Area | 3,114 SF |
| Total Area | 5,606 SF |
| | |
| **Mezzanine Floor** | |
| Unit # A | 557 SF |
| Building Common Area | 624 SF |
| Total Area | 1,181 SF |
| | |
| **Floors 2nd – 4th** | |
| Unit 2N, 3N, 4N | 1,895 SF |
| Unit 2S, 3S, 4S | 2,633 SF |
| Building Common Area | 1,078 SF |
| Total Area | 5,606 SF |
| | |
| **Floors 5th – 6th** | |
| Unit 5N, 6N | 1,895 SF |
| Unit 5S, 6S | 2,633 SF |
| Building Common Area | 1,078 SF |
| Total Area | 5,606 SF |

Architect's and Engineer's Report
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)    New York, NY 10(
Date: 3/08/99 Revised: 4/27/99 ; 7/23/99                             Page: 1

# Appendix F                                              Unit Areas

Floor 7th

| Unit 7N | 1,895 SF |
|---|---|
| Unit 7S | 2,633 SF |
| Building Common Area | 1,078 SF |
| Total Area | 5,606 SF |

Floor 8th

| Unit 8N | 1,895 SF |
|---|---|
| Unit 8S | 2,633 SF |
| Building Common Area | 1,078 SF |
| Total Area | 5,606 SF |

Floors 9th – 10th

| Unit 9N, 10N | 1,895 SF |
|---|---|
| Unit 9N, 10N | 2,633 SF |
| Building Common Area | 1,078 SF |
| Total Area | 5,606 SF |

Floors 11th – 16th

| Unit 11, 12, 13, 14, 15, 16 | 5,027 SF |
|---|---|
| Building Common Area | 579 SF |
| Total Area | 5,606 SF |

17th Floor

| Unit 17 (Interior Area) | 5,027 SF |
|---|---|
| Building Common Area | 579 SF |
| Total Area | 5,606 SF |

and Engineer's Report
Tower at 90 Franklin Street (aka 271 Church Street)     New York, NY 10013
Revised: 4/27/99 ; 7/23/99                              Page: F.2

# Appendix F                                            Unit Areas

18th Floor Roof Plan

| | |
|---|---|
| Unit 17 (Interior Area) | 543 SF |
| Exterior Area for Unit 17 | 1,331 SF |
| Common Recreational Interior Area | 496 SF |
| Common Recreational Exterior Area | 2,186 SF |
| Total Common Recreational Space | 2,682 SF |
| Building Common Area other then Common Recreational Area | 1050 SF |
| Total Area | 5,606 SF |

Roof of Penthouse

| | |
|---|---|
| Exterior Area for Unit 17 | 800 SF |

Total Area for Unit 17

| | |
|---|---|
| Total Interior Area for Unit 17 | 5,570 SF |
| Total Exterior Area for Unit 17 | 2,131 SF |

**Architect's and Engineer's Report**
The Franklin Tower at 90 Franklin Street (aka 271 Church Street)        New York, NY 100
Date: 3/08/99 Revised: 4/27/99 ; 7/23/99                                 Page: F

Engineer's Report
at 90 Franklin Street (aka 271 Church Street)   New York,   NY 10013
vided: 4/27/99 ; 7/23/99
Page: G1

Appendix G                                                              Floor and Site Plans