**B-13**





THE
FRANKLIN
TOWER
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECT'S CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENTIONS OF THE UNITS TO BE BUILT.

UNIT AREAS:
- UNIT A — 3,350sf
- BUILDING COMMON AREA — 2,256sf
- TOTAL AREA — 5,606sf



seal
Revised: July 23, 1999
Revised: April 27, 1999
date
CELLAR
FLOOR PLAN
drawing title
AG-02
drawing number



CHURCH STREET

FRANKLIN STREET

Unit A Entry

62'-9"

EXIST'G STAIR #4

37'-6"

UNIT A

60'-2"

17'-11"   10"
          11"

25'-7"   18'-0"   8'-5"

CONCIERGE STORAGE

CONCIERGE

13'-0"

STORAGE

TOILET

EXIST'G STAIR #2

SERVICE HALL

NEW STAIR #1

ELEVATOR   ELEVATOR   ELEVATOR

Service Entry

14'-7"

75'-0"

seal: July 23, 1999
date

drawing title: GROUND FLOOR PLAN

drawing number: AG-03

JOHN L. PETRARCA
REGISTERED ARCHITECT
016813-1
STATE OF NEW YORK

THE FRANKLIN TOWER
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECT'S CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT.

UNIT AREAS:
UNIT A                         2,492sf
BUILDING COMMON AREA           3,114sf
TOTAL AREA                     5,606sf

THE
FRANKLIN
TOWER
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECT'S CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT.

UNIT AREAS:

| | |
|---|---|
| ☐ UNIT A | 557sf |
| ▨ BUILDING COMMON AREA | 624sf |
| TOTAL AREA | 1,181sf |

seal

July 22, 1999
date

MEZZANINE
FLOOR PLAN
drawing title

AG-04
drawing number

# FLOOR PLANS 2 THROUGH 4

Dimensions shown: 34'-3", 48'-5", 41'-11", 74'-5", 26'-3", 11'-0", 8'-0" opening, 16'-4", 7'-5", 12'-7", 6'-4", 7'-5", 7'-3", 8'-1", 4'-1"

Rooms labeled: LIVING/DINING, STUDY ALCOVE, MASTER BEDROOM, STUDY ALCOVE, CLOSET, CL., BATH C, MASTER BATH C, BATH B, KITCHEN, BEDROOM, BATH B2, MASTER BEDROOM, MASTER BATH B, CL., CLOSET, FOYER, LAUNDRY/MECH. B, NORTH UNIT TRASH RM, SOUTH UNIT TRASH RM, LINEN, CLOS, FOYER, ENTRY, TELE. CLOSET, EXISTING STAIR #2, NEW STAIR #1, ELEVATOR LOBBY, EXISTING ELEVATOR 1, EXISTING ELEVATOR 2, EXISTING ELEVATOR 3, SHAFT

Unit labels: NORTH UNIT 2N,3N,4N ; SOUTH UNIT 2S,3S,4S

unit divide line

THE **FRANKLIN TOWER**
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECT'S CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT

UNIT AREAS:
- UNITS 2N,3N,4N          1,895 sf
- UNITS 2S,3S,4S          2,633 sf
- BUILDING COMMON AREA    1,078 sf
- TOTAL AREA              5,606 sf

seal: JOHN L. PETRARCA, REGISTERED ARCHITECT, STATE OF NEW YORK, No. 016013-1

date: July 23, 1999
drawing title: FLOOR PLANS 2 THROUGH 4
drawing number: AG-05

# THE FRANKLIN TOWER
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECT'S CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT.

UNIT AREAS:
- UNITS 5N,6N         1,895 s.f.
- UNITS 5S,6S         2,633 s.f.
- BUILDING COMMON AREA  1,078 s.f.
- TOTAL AREA          5,606 s.f.

seal: JOHN L. PETRARCA, REGISTERED ARCHITECT, STATE OF NEW YORK, No. 016813-1

Revised: July 23, 1999
Revised: April 27, 1999
date

drawing title: FLOOR PLANS 5 THROUGH 6

drawing number: AG-06

7TH FLOOR PLAN

**THE FRANKLIN TOWER**
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECT'S CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT.

UNIT AREAS:
- UNITS 7N    1,895 sf
- UNITS 7S    2,633 sf
- BUILDING COMMON AREA    1,078 sf
- TOTAL AREA    5,606 sf

Revised: July 23, 1999
Revised: April 27, 1999
date

drawing title
7TH FLOOR PLAN

drawing number
AG-07

## THE FRANKLIN TOWER
90 FRANKLIN STREET, NEW YORK, NY 10013

**ARCHITECT'S CERTIFICATION**
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT.

**UNIT AREAS:**
- UNIT 8N: 1,895sf
- UNIT 8S: 2,633sf
- BUILDING COMMON AREA: 1,078sf
- TOTAL AREA: 5,606sf

seal: JOHN L. PETRARCA, REGISTERED ARCHITECT, No. 016813-1, STATE OF NEW YORK

Revised: July 23, 1999
Revised: April 27, 1999

drawing title: **8TH FLOOR PLAN**
drawing number: **AG-08**



# THE FRANKLIN TOWER
90 FRANKLIN STREET, NEW YORK, NY 10013

**ARCHITECT'S CERTIFICATION**
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT.

**UNIT AREAS:**

| | | |
|---|---|---|
| ☐ | UNITS 11,12,13,14,15,16 | 5,027 sf |
| ▨ | BUILDING COMMON AREA | 579 sf |
| | TOTAL AREA | 5,606 sf |

seal: JOHN J. PETRARCA, REGISTERED ARCHITECT, STATE OF NEW YORK, No. 6813-1

Revised: July 23, 1999
Revised: April 27, 1999
date

drawing title: **FLOOR PLANS 11 THROUGH 16**

drawing number: **AG-10**

Rooms labeled on floor plan: EXISTING ELEVATOR 1, EXISTING ELEVATOR 2, EXISTING ELEVATOR 3, ELEVATOR LOBBY, SHAFT, LAUNDRY, TRASH, FOYER, MECH, LINEN, GUEST BATH, GUEST BEDROOM, CL., BATH A1, BEDROOM, HOME OFFICE, BATH A2, KITCHEN A, PANTRY, GALLERY, UNIT 11,12,13,14,15,16, POWDER ROOM, COATS, REAR HALL, CL., CL., CEDAR CLOS., BEDROOM, LIVING/DINING, MASTER BATH A, LIBRARY, CLOSET, MASTER BEDROOM

Dimensions noted: 75'-0", 74'-3", 65'-0" lot line windows, 8'-5", 25'-3", 23'-0", 25'-3" lot line windows












THE FRANKLIN TOWER
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT.

UNIT AREAS:
☐ BUILDING COMMON AREA ........... 726sf

seal
Revised: July 23, 1999
Revised: April 27, 1999
date

PENTHOUSE
FLOOR AND ROOF PLANS
drawing title

AG-14
drawing number

1 MECHANICAL PENTHOUSE - SECOND LEVEL PLAN
2 MECHANICAL PENTHOUSE - ROOF PLAN

**3 BATHROOM A2 PLAN** — 3'-0", 6'-0"

**1 POWDER ROOM PLAN** — 7'-3 1/2", 5'-0"

**2 BATHROOM A1 PLAN** — 9'-2"

**FIXTURES**
1. PEDESTAL SINK
2. WATER CLOSET
3. TUB
4. GLASS ENCLOSED SHOWER

**ACCESSORIES**
5. PAPER HOLDER
6. TOWEL BAR
7. RECESSED MEDICINE CABINET
8. ROBE HOOK
9. WALL-HUNG MIRROR
10. NOT USED
11. GLASS SHELF
12. SOAP DISH

THE
**FRANKLIN TOWER**
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECT'S CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT.

seal

Revised: July 23, 1999
March 1, 1999
date

drawing title
BATHROOMS A1, A2
& POWDER ROOM
FLOORS 11-16

drawing number
**AG-15**

JOHN L. PETRARCA
REGISTERED ARCHITECT
016813-1
STATE OF NEW YORK



**FIXTURES**
1. PEDESTAL SINK
2. WATER CLOSET
3. TUB
4. GLASS ENCLOSED SHOWER

**ACCESSORIES**
5. PAPER HOLDER
6. TOWEL BAR
7. RECESSED MEDICINE CABINET
8. ROBE HOOK
9. WALL-HUNG MIRROR
10. NOT USED
11. GLASS SHELF
12. SOAP DISH

1 BATHROOM B1 PLAN
2 BATHROOM B2 PLAN

THE
**FRANKLIN TOWER**
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECT'S CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK, AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT.

seal
Revised: July 23, 1999
date: March 1, 1999

drawing title
BATHROOMS B1, B2
FLOORS 2-10
SOUTH UNIT

drawing number
**AG-16**

