**B –13. 1**



1 BATHROOM C PLAN

8'-8 1/2"

5'-6"

8'-8"

**FIXTURES**

1. PEDESTAL SINK
2. WATER CLOSET
3. TUB
4. GLASS ENCLOSED SHOWER

**ACCESSORIES**

5. PAPER HOLDER
6. TOWEL BAR
7. RECESSED MEDICINE CABINET
8. ROBE HOOK
9. WALL-HUNG MIRROR
10. NOT USED
11. GLASS SHELF
12. SOAP DISH

THE
**FRANKLIN**
**TOWER**
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE
COPY OF A PORTION OF THE PLANS OF THE BUILDING AS
FILED AND APPROVED BY THE DEPARTMENT OF
BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS
THE LAYOUT, LOCATION, UNIT DESIGNATION AND
APPROXIMATE DIMENTIONS OF THE UNITS TO BE BUILT.



seal

Revised: July 23, 1999
March 1, 1999
date

**BATHROOM C**
**FLOORS 2-10**
**NORTH UNIT**
drawing title

**AG-17**
drawing number

0' 1' 2' 5'



1 MASTER BATHROOM A - PLAN

14'-0"

10'-0"

**FIXTURES**

1. PEDESTAL SINK
2. WATER CLOSET
3. TUB
4. GLASS ENCLOSED SHOWER

**ACCESSORIES**

5. PAPER HOLDER
6. TOWEL BAR
7. RECESSED MEDICINE CABINET
8. ROBE HOOK
9. WALL-HUNG MIRROR
10. NOT USED
11. GLASS SHELF
12. SOAP DISH



THE
**FRANKLIN**
**TOWER**
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE
COPY OF A PORTION OF THE PLANS OF THE BUILDING AS
FILED AND APPROVED BY THE DEPARTMENT OF
BUILDINGS, CITY OF NEW YORK, AND FAIRLY DEPICTS
THE LAYOUT, LOCATION, UNIT DESIGNATION AND
APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT.

seal

Revised: July 23, 1999
March 1, 1999
date

**MASTER BATH A**
**FLOORS 11-16**
drawing title

**AG-18**
drawing number

0'    5'    10'



**1 GUEST BATHROOM A PLAN**

**FIXTURES**

1. PEDESTAL SINK
2. WATER CLOSET
3. TUB
4. GLASS ENCLOSED SHOWER

**ACCESSORIES**

5. PAPER HOLDER
6. TOWEL BAR
7. RECESSED MEDICINE CABINET
8. ROBE HOOK
9. WALL-HUNG MIRROR
10. NOT USED
11. GLASS SHELF
12. SOAP DISH

THE
**FRANKLIN**
**T O W E R**
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECT'S CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE
COPY OF A PORTION OF THE PLANS OF THE BUILDING AS
FILED AND APPROVED BY THE DEPARTMENT OF
BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS
THE LAYOUT, LOCATION, UNIT DESIGNATION AND
APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT

seal

Revised: July 23, 1999
March 1, 1999
date

GUEST BATHROOM A
FLOORS 11-16
drawing title

**AG-19**
drawing number





**1 MASTER BATHROOM C PLAN**

9'-0"

11'-7"

**FIXTURES**
1. PEDESTAL SINK
2. WATER CLOSET
3. TUB
4. GLASS ENCLOSED SHOWER

**ACCESSORIES**
5. PAPER HOLDER
6. TOWEL BAR
7. RECESSED MEDICINE CABINET
8. ROBE HOOK
9. WALL-HUNG MIRROR
10. NOT USED
11. GLASS SHELF
12. SOAP DISH

# THE
# FRANKLIN
# TOWER
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE
COPY OF A PORTION OF THE PLANS OF THE BUILDING AS
FILED AND APPROVED BY THE DEPARTMENT OF
BUILDINGS, CITY OF NEW YORK AND FAMILY DEPICTS
THE LAYOUT, LOCATION, UNIT DESIGNATION AND
APPROXIMATE DIMENTIONS OF THE UNITS TO BE BUILT.



seal

Revised: July 23, 1999
March 1, 1999
date

MASTER BATH C
FLOORS 2-10
NORTH UNIT
drawing title

AG-20
drawing number



8'-6"

11'-2"

1 MASTER BATHROOM B PLAN

FIXTURES

1. PEDESTAL SINK
2. WATER CLOSET
3. TUB
4. GLASS ENCLOSED SHOWER

ACCESSORIES

5. PAPER HOLDER
6. TOWEL BAR
7. RECESSED MEDICINE CABINET
8. ROBE HOOK
9. WALL-HUNG MIRROR
10. NOT USED
11. GLASS SHELF
12. SOAP DISH

THE
FRANKLIN
TOWER
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE
COPY OF A PORTION OF THE PLANS OF THE BUILDING
FILED AND APPROVED BY THE DEPARTMENT OF
BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS
THE LAYOUT, LOCATION, UNIT DESIGNATION AND
APPROXIMATE DIMENSIONS OF THE UNITS TO BE BUILT



seal

Revised: July 23, 1999
March 1, 1999
date

MASTER BATH B
FLOORS 7-18
SOUTH UNIT
drawing title

AG-21
drawing number

REGISTERED ARCHITECT
JOHN L. PETRARCA
No. 016813-1
STATE OF NEW YORK

0  1'  2'     5'     10'



1 MASTER BATHROOM B PLAN

8'-6"

11'-2"

**FIXTURES**

1. PEDESTAL SINK
2. WATER CLOSET
3. TUB
4. GLASS ENCLOSED SHOWER

**ACCESSORIES**

5. PAPER HOLDER
6. TOWEL BAR
7. RECESSED MEDICINE CABINET
8. ROBE HOOK
9. WALL-HUNG MIRROR
10. NOT USED
11. GLASS SHELF
12. SOAP DISH

**THE**
**FRANKLIN**
**T O W E R**
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE
COPY OF A PORTION OF THE PLANS OF THE BUILDING AS
FILED AND APPROVED BY THE DEPARTMENT OF
BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS
THE LAYOUT, LOCATION, UNIT DESIGNATION AND
APPROXIMATE DIMENTIONS OF THE UNITS TO BE BUILT



Revised: July 23, 1999
March 1, 1999
date

seal

MASTER BATH B
FLOORS 2-5
SOUTH UNIT
drawing title

AG-22
drawing number

1 KITCHEN C - PLAN

15'-4 1/2"

8'-10 1/2"

TO FOYER

TO LAUNDRY

**APPLIANCES & ACCESSORIES**

1. REFRIGERATOR
2. DOUBLE OVEN
3. ISALAND COUNTER TOP
4. BURNER RANGE
5. LOWER CABINETS
6. "GRAND CHEF" IN STAINLESS STEEL WITH INTEGRAL SINK; GARBAGE CHUTE AND BIN; SLIDING DISH DRAINER; CHOPING BLOCK; GRILL AND STONE WARMER
7. DISHWASHER
8. UPPER CABINETS WITH CONCEALED COUNTER LIGHT
9. HOOD
10. ACCESSORIES BAR

**THE FRANKLIN TOWER**
90 FRANKLIN STREET, NEW YORK, NY 10013

ARCHITECTS CERTIFICATION
STATE OF NEW YORK
COUNTY OF NEW YORK

THIS IS TO CERTIFY THAT THIS PLAN IS AN ACCURATE COPY OF A PORTION OF THE PLANS OF THE BUILDING AS FILED AND APPROVED BY THE DEPARTMENT OF BUILDINGS, CITY OF NEW YORK AND FAIRLY DEPICTS THE LAYOUT, LOCATION, UNIT DESIGNATION AND APPROXIMATE DIMENTIONS OF THE UNITS TO BE BUILT.

seal

Revised: July 23, 1999
March 1, 1999
date

KITCHEN C
FLOORS 7-10
NORTH UNIT
drawing title

AG-23
drawing number

N

0  1'  2'       5'       10'

SECOND AMENDMENT

TO THE

CONDOMINIUM OFFERING PLAN

FOR

THE FRANKLIN TOWER

90 FRANKLIN STREET

NEW YORK, NEW YORK 10013

SECOND AMENDMENT DATED:  JULY 1, 1999

The condominium offering plan for the premises known as The Franklin Tower and located at 90 Franklin Street, New York, New York 10013, dated June 3, 1999, as amended by the First Amendment dated June 21, 1999 (the "Plan"), is hereby amended as follows:

1.    Price Change.

Effective immediately, the purchase prices of the Units shall be the amounts as set forth on Schedule A annexed hereto.

Please note that purchase prices of Units are subject to further change in accordance with the terms of the Plan.

2.    Plan as Amended by this Amendment is Incorporated by Reference.

The Plan, as modified and supplemented hereby, is incorporated herein by reference with the same effect as if set forth herein at length. Accordingly, all provisions, schedules and exhibits heretofore contained in the Plan shall be deemed amended to reflect the provisions contained herein.

3.    Definition of Terms.

All capitalized terms used in this Amendment not otherwise defined herein shall have the meanings ascribed to them in the Plan.

4.    No Material Change

Except as set forth herein there have been no material changes in the Plan

Dated: July 1, 1999

Sponsor:

CORN ASSOCIATES LLC

## SCHEDULE A
## THE FRANKLIN TOWER
### Schedule of Purchase Prices and Other Related Information
### for the Projected First Year of Condominium Operation
### October 1, 1999 to September 30, 2000

| Unit | Approx. Area (1) | Purchase Price (2) | Percentage of Common Interest (3a) | Residential Relative Interest (3b) | Estimated Common Charges (4) Monthly | Annual | Projected Real Estate Taxes without J-51 Benefits (5) Monthly | Annual | Projected Real Estate Taxes with J-51 Benefits (5) Monthly | Annual | Projected Total Carrying Charges without J-51 Benefits (6) Monthly | Annual | Projected Total Carrying Charges with J-51 Benefits (6) Monthly | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Residential** | | | | | | | | | | | | | | |
| 2 North | 1,895 | $775,000 | 2.3404% | 2.4427% | $1,084 | $13,013 | $685 | $8,218 | $665 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 2 South | 2,633 | $1,150,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 3 North | 1,895 | $815,000 | 2.3404% | 2.4427% | $1,084 | $13,013 | $685 | $8,218 | $665 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 3 South | 2,633 | $1,295,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 4 North | 1,895 | $835,000 | 2.3404% | 2.4427% | $1,084 | $13,013 | $685 | $8,218 | $665 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 4 South | 2,633 | $1,325,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 5 North | 1,895 | $895,000 | 2.3404% | 2.4427% | $1,084 | $13,013 | $685 | $8,218 | $665 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 5 South | 2,633 | $1,350,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 6 North | 1,895 | $925,000 | 2.3404% | 2.4427% | $1,084 | $13,013 | $685 | $8,218 | $665 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 6 South | 2,633 | $1,395,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 7 North | 1,895 | $960,000 | 2.3404% | 2.4427% | $1,084 | $13,013 | $685 | $8,218 | $665 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 7 South | 2,633 | $1,450,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 8 North | 1,895 | $995,000 | 2.3404% | 2.4427% | $1,084 | $13,013 | $685 | $8,218 | $665 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 8 South | 2,633 | $1,690,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 9 North | 1,895 | $1,050,000 | 2.3404% | 2.4427% | $1,084 | $13,013 | $685 | $8,218 | $665 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 9 South | 2,633 | $1,695,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 10 North | 1,895 | $1,095,000 | 2.3404% | 2.4427% | $1,084 | $13,013 | $685 | $8,218 | $665 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 10 South | 2,633 | $1,795,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 11 | 5,027 | $2,995,000 | 6.2084% | 6.4797% | $2,877 | $34,520 | $1,817 | $21,801 | $1,765 | $21,178 | $4,693 | $56,321 | $4,641 | $55,698 |
| 12 | 5,027 | $3,125,000 | 6.2084% | 6.4797% | $2,877 | $34,520 | $1,817 | $21,801 | $1,765 | $21,178 | $4,693 | $56,321 | $4,641 | $55,698 |
| 13 | 5,027 | $3,225,000 | 6.2084% | 6.4797% | $2,877 | $34,520 | $1,817 | $21,801 | $1,765 | $21,178 | $4,693 | $56,321 | $4,641 | $55,698 |
| 14 | 5,027 | $3,325,000 | 6.2084% | 6.4797% | $2,877 | $34,520 | $1,817 | $21,801 | $1,765 | $21,178 | $4,693 | $56,321 | $4,641 | $55,698 |
| 15 | 5,027 | $3,425,000 | 6.2084% | 6.4797% | $2,877 | $34,520 | $1,817 | $21,801 | $1,765 | $21,178 | $4,693 | $56,321 | $4,641 | $55,698 |
| 16 | 5,027 | $3,905,000 | 6.2084% | 6.4797% | $2,877 | $34,520 | $1,817 | $21,801 | $1,765 | $21,178 | $4,693 | $56,321 | $4,641 | $55,698 |
| 17 | 7,784 | $5,995,000 | 8.2333% | 8.5924% | $3,815 | $45,775 | $2,409 | $28,909 | $2,357 | $28,286 | $6,224 | $74,685 | $6,172 | $74,062 |
| **Residential Total** | 78,678 | $47,585,000 | 95.8135% | 100.0000% | $44,395 | $532,738 | $28,038 | $336,461 | $27,263 | $327,039 | $72,433 | $869,190 | $71,648 | $859,778 |
| | | | | | | | | | | | | | | |
| **Commercial** | | | | | | | | | | | | | | |
| A | 6,362 | N/A | 4.0552% | N/A | $997 | $11,967 | - | - | - | - | - | - | - | - |
| B | 1,412 | N/A | 0.1221% | N/A | $30 | $360 | - | - | - | - | - | - | - | - |
| C | 106 | N/A | 0.0092% | N/A | $3 | $27 | - | - | - | - | - | - | - | - |
| **Commercial Total** | 8,331 | N/A | 4.1865% | | $1,030 | $12,354 | | | | | | | | |

**FIRST AMENDMENT**

**TO THE**

**CONDOMINIUM OFFERING PLAN**

**FOR**

**THE FRANKLIN TOWER**

**90 FRANKLIN STREET**

**NEW YORK, NEW YORK 10013**

**FIRST AMENDMENT DATED:  JUNE 21st, 1999**

The condominium offering plan for the premises known as The Franklin Tower and located at 90 Franklin Street, New York, New York 10013, dated June 3, 1999 (the "Plan"), is hereby amended as follows:

1.    Price Change.

Effective immediately, the purchase prices of the Units shall be the amounts as set forth on Schedule A annexed hereto.

Please note that purchase prices of Units are subject to further change in accordance with the terms of the Plan.

2.    Plan as Amended by this Amendment is Incorporated by Reference.

The Plan, as modified and supplemented hereby, is incorporated herein by reference with the same effect as if set forth herein at length. Accordingly, all provisions, schedules and exhibits heretofore contained in the Plan shall be deemed amended to reflect the provisions contained herein.

3.    Definition of Terms.

All capitalized terms used in this Amendment not otherwise defined herein shall have the meanings ascribed to them in the Plan.

4.    No Material Change

Except as set forth herein there have been no material changes in the Plan.

Dated June 21st, 1999

Sponsor:

CORN ASSOCIATES LLC

## THE FRANKLIN TOWERS
### Schedule of Purchase Prices and Other Related Information
### for the Projected First Year of Condominium Operation
### October 1, 1999 to September 30, 2000

| Unit | Approx. Area (1) | Purchase Price (2) | Percentage of Common Interest (3a) | Residential Relative Interest (3b) | Estimated Common Charges Monthly (4) | Annual | Projected Real Estate Taxes without J-51 Benefits Monthly (5) | Annual | Projected Real Estate Taxes with J-51 Benefits Monthly (6) | Annual | Projected Total Carrying Charges without J-51 Benefits Monthly (5) | Annual | Projected Total Carrying Charges with J-51 Benefits Monthly (6) | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Residential** | | | | | | | | | | | | | | |
| 2 North | 1,895 | $775,000 | 2.3404% | 2.4427% | $1,084 | $13,013 | $685 | $8,218 | $685 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 2 South | 2,633 | $1,150,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 3 North | 1,895 | $815,000 | 2.3404% | 2.4427% | $1,084 | $13,013 | $685 | $8,218 | $685 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 3 South | 2,633 | $1,295,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 4 North | 1,895 | $835,000 | 2.3404% | 2.4427% | $1,084 | $13,013 | $685 | $8,218 | $685 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 4 South | 2,633 | $1,325,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 5 North | 1,895 | $895,000 | 2.3404% | 2.4427% | $1,084 | $13,013 | $685 | $8,218 | $685 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 5 South | 2,633 | $1,350,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 6 North | 1,895 | $925,000 | 2.3404% | 2.4427% | $1,084 | $13,013 | $685 | $8,218 | $685 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 6 South | 2,633 | $1,385,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 7 North | 1,895 | $980,000 | 2.3404% | 2.4427% | $1,084 | $13,013 | $685 | $8,218 | $685 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 7 South | 2,633 | $1,450,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 8 North | 1,895 | $995,000 | 2.3404% | 2.4427% | $1,084 | $13,013 | $685 | $8,218 | $685 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 8 South | 2,633 | $1,540,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 9 North | 1,895 | $1,050,000 | 2.3404% | 2.4427% | $1,084 | $13,013 | $685 | $8,218 | $685 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 9 South | 2,633 | $1,695,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 10 North | 1,895 | $1,095,000 | 2.3404% | 2.4427% | $1,084 | $13,013 | $685 | $8,218 | $685 | $7,984 | $1,769 | $21,232 | $1,750 | $20,997 |
| 10 South | 2,633 | $1,795,000 | 3.2518% | 3.3939% | $1,507 | $18,081 | $952 | $11,419 | $924 | $11,092 | $2,458 | $29,499 | $2,431 | $29,173 |
| 11 | 5,027 | $2,995,000 | 6.2084% | 6.4797% | $2,877 | $34,520 | $1,817 | $21,801 | $1,765 | $21,178 | $4,693 | $56,321 | $4,641 | $55,698 |
| 12 | 5,027 | $3,125,000 | 6.2084% | 6.4797% | $2,877 | $34,520 | $1,817 | $21,801 | $1,765 | $21,178 | $4,693 | $56,321 | $4,641 | $55,698 |
| 13 | 5,027 | $3,225,000 | 6.2084% | 6.4797% | $2,877 | $34,520 | $1,817 | $21,801 | $1,765 | $21,178 | $4,693 | $56,321 | $4,641 | $55,698 |
| 14 | 5,027 | $3,325,000 | 6.2084% | 6.4797% | $2,877 | $34,520 | $1,817 | $21,801 | $1,765 | $21,178 | $4,693 | $56,321 | $4,641 | $55,698 |
| 15 | 5,027 | $3,425,000 | 6.2084% | 6.4797% | $2,877 | $34,520 | $1,817 | $21,801 | $1,765 | $21,178 | $4,693 | $56,321 | $4,641 | $55,698 |
| 16 | 5,027 | $3,995,000 | 6.2084% | 6.4797% | $2,877 | $34,520 | $1,817 | $21,801 | $1,765 | $21,178 | $4,693 | $56,321 | $4,641 | $55,698 |
| 17 | 7,284 | $5,995,000 | 8.2333% | 8.5925% | $3,815 | $45,775 | $2,409 | $28,902 | $2,357 | $28,288 | $8,224 | $174,685 | $8,172 | $174,082 |
| **Residential Total** | 76,670 | $47,445,000 | 95.8136% | 100.0000% | $44,396 | $632,739 | $28,038 | $336,461 | $27,263 | $327,039 | $72,433 | $869,190 | $71,546 | $869,770 |
| | | | | | | | | | | | | | | |
| **Commercial** | | | | | | | | | | | | | | |
| A | 8,362 | N/A | 4.0552% | N/A | $997 | $11,967 | . | . | . | . | . | . | . | . |
| B | 1,412 | N/A | 0.1221% | N/A | $30 | $360 | . | . | . | . | . | . | . | . |
| C | 108 | N/A | 0.0092% | N/A | $2 | $27 | . | . | . | . | . | . | . | . |
| Commercial Total | 9,331 | | 4.1865% | | $1,030 | $12,354 | | | | | | | | |
| | | | | | | | | | | | | | | |
| **TOTAL:** | 87,008 | $47,445,000 | 100.0000% | 100.0000% | $45,424 | $545,083 | | | | | | | | |