



US DOCUMENT ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08

# COZEN O'CONNOR

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

**Mark E. Opalisky**
Direct Phone   215.665.2729
Direct Fax      215.701.2429
mopalisky@cozen.com

June 27, 2008

**VIA FACSIMILE & REGULAR MAIL**



RECEIVED
JUN 30 2008

Honorable William H. Pauley
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007

    Re:    American Insurance Company a/s/o Mariah Carey and Sinclair C.S. Beecham v.
           Corn Associates LLC, et al.
           Case Number:    1:07-cv-8604
           Our File Number:   207066

Dear Judge Pauley:

    Plaintiff's response to Defendant's Motion for Summary Judgment in the above-referenced matter is due on July 2, 2008. Due to numerous scheduling conflicts with Plaintiff's counsel, we respectfully request that this deadline be extended by two weeks to July 16, 2008. Plaintiff has not previously requested an extension. The defendants' attorneys, Jared Greisman for The Franklin Tower Condominium and Richard Kaye for Katz Metal Fabricators, Inc. (the other two defendants, Corn Associates, LLC and Samco Plumbing, Inc., have not answered the complaint), have consented to this extension on the condition that the subsequent response and argument dates are adjusted accordingly.

*Application Granted. Defendants shall file and serve their replies by July 25, 2008.*
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
7/9/08

Honorable William H. Pauley
June 27, 2008
Page 2

---

      I thank you for your time in considering our request.

                              Respectfully,

                              COZEN O'CONNOR

                              By: Mark E. Opalisky

MEO

cc:    Jared T. Greisman, Esquire
        Richard Kaye, Esquire