UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
AMERICAN INSURANCE COMPANY
a/s/o Mariah Carey, and Sinclair C.S.
Beecham

                  **Plaintiffs,**
        against

CORN ASSOCIATES, LLC, THE
FRANKLIN TOWER CONDOMINIUM,
KATZ METAL FABRICATORS, INC., and
SAMCO PLUMBING, INC.,
                  **Defendants.**
------------------------------------------------------------ x

**AFFIDAVIT IN OPPOSITION**

Docket No.: 1:07 cv 08604

    MARK E. OPALISKY, ESQ., an attorney admitted to practice before this Court, being duly sworn, deposes and says:

    1.    I am counsel for plaintiff, AMERICAN INSURANCE COMPANY, subrogee of Mariah Carey and Sinclair C.S. Beecham. This affidavit and accompanying Memorandum of Law are made in opposition to the Motion to Dismiss of Katz Metal Fabricators, Inc. ("Katz Metal").

    2.    As grounds for its Motion to Dismiss, Katz Metal alleges that the action was not commenced within the time prescribed, and therefore it is time-barred.

    3.    The affirmative defense of statute of limitations may be raised in a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). Such a motion, however, should not be granted unless it appears beyond doubt that the plaintiff can prove so set of facts in support of his claim which would entitle him to relief.

4. On a Motion to Dismiss, the Court must assume all well-pleaded factual allegations to be true, and view all reasonable inferences that can be drawn from such allegations in the light most favorable to the plaintiff.

5. In this case, there is no dispute that the statute of limitations of the state of New York, set forth CPLR § 214(4), bars claims for property damage caused by negligence after three years.

6. The proper accrual date for the statute of limitations in this case is the date of injury, April 2, 2005, when a significant water leak caused damage to plaintiff's subrogees' personal property.

7. As plaintiff filed its original Complaint on October 3, 2007, the action is not time-barred.

8. For the reasons set forth in the accompanying Memorandum of Law, plaintiff respectfully asks this Court to deny the Motion to Dismiss of Katz Metal Fabricators, Inc.

                                                                                       _____
                                                                                       MARK E. OPALISKY, ESQ.

Sworn to before me this
15 day of July, 2008.
_____
Notary Public

NOTARIAL SEAL
LORRAINE S COSTRO
Notary Public
PHILADELPHIA CTY, PHILADELPHIA CNTY
My Commission Expires Apr 22, 2012

2

## CERTIFICATE OF SERVICE

I, Mark E. Opalisky, do hereby certify that a copy of the foregoing Plaintiff's Memorandum of Law in Opposition to the Motion to Dismiss of Katz Metal Fabricators and Affidavit in Opposition has been served upon all parties of record this 15th day of July, 2008 by electronic filing:

Richard S. Kaye, Esq.
Attorneys for Defendant, Katz Metal Fabricators, Inc.
Murphy & Higgins, LLP
One Radisson Plaza, 9th Floor
New Rochelle, New York 10801

Jared T. Greisman, Esq.
Attorneys for Defendant, Franklin Tower Condominium
White Fleischner & Fino, LLP
61 Broadway-18th Floor
New York, New York 10006

Corn Associates LLC
86 Chambers Street, Suite 704
New York, New York, 10007

Samco Plumbing, Inc.
36-20 13th Street
Long Island City, New York 11106

*Mark E. Opalisky*
Mark E. Opalisky, Esquire