UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

| | |
|---|---|
| AMERICAN INSURANCE COMPANY a/s/o MARIAH CAREY, and SINCLAIR C.S. BEECHAM, | Docket No.: 07 CIV 8604 (WHP) (AJP) |
| Plaintiff, | |
| - against - | AFFIRMATION IN OPPOSITION TO DEFENDANT KATZ METAL FABRICATORS' MOTION TO DISMISS |
| CORN ASSOCIATES, LLC, THE FRANKLIN TOWER CONDOMINIUM, KATZ METAL FABRICATORS, INC., OLYMPIC PLUMBING AND HEATING III CORP., and SAMCO PLUMBING, INC., | |
| Defendants. | |

———————————————————————X

JARED T. GREISMAN, an attorney duly admitted to practice law in the State of New York, hereby affirms the following to be true under the penalties of perjury.

1. That I am a Partner with the law firm of WHITE, FLEISCHNER & FINO, LLP, counsel for defendant, THE FRANKLIN TOWER CONDOMINIUM ("Franklin Tower") and as such am fully familiar with the facts and circumstances of this action.

2. That I submit this affirmation in opposition to defendant, KATZ METAL FABRICATORS, INC.'s ("Katz") motion for an Order dismissing the action on the grounds that Plaintiffs' claims were not asserted within the time prescribed by the applicable statute of limitations.

3. Franklin Tower opposes co-defendant Katz' motion to the extent that its assertion of the statute of limitations defense is inapplicable with respect to Franklin Tower Condominium's Cross-Claims in contribution and indemnification, as the statute of limitations for the third party actions has not begun to run. Accordingly, Franklin Tower's

cross claims against Katz must remain. *McDermott v. New York*, 50 N.Y.2d 211 (N.Y. 1980); *Bunker v. Bunker*, 80 A.D.2d 817 (N.Y. App. Div. 1st Dep't 1981).

Dated:  New York, New York
        July 15, 2008

                                 Respectfully submitted,

                                 WHITE FLEISCHNER & FINO, LLP

                                 By: _____
                                       Jared T. Greisman (JG-6983)
                                 Attorneys for Defendant
                                 The Franklin Tower Condominium
                                 61 Broadway - 18th Floor
                                 New York, New York 10006
                                 (212) 487-9700
                                 Our File No.: 179-13150-PAF/JTG

TO:

Richard S. Kaye, Esq.
Murphy & Higgins, LLP
Attorneys for Defendant
Katz Metal Fabricators, Inc.
One Radisson Plaza
New Rochelle, NY  10801
(914) 712-1100

Robert W. Phelan, Esq.
Cozen O'Connor
Attorneys for Plaintiff
45 Broadway – 16th Floor
New York, NY  10006
(212) 509-9400
(866) 850-7490 (Fax)

Corn Associates, LLC
Defendant
36 Chambers Street - Suite 704
New York, NY  10007

Samco Plumbing, Inc.
Defendant
36-20 13th Street
Long Island City, NY  11106

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF NEW YORK    )

**GLORIA McCLANAHAN** being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Bronx, New York.

That on July 15, 2008, deponent served a true copy of the within **AFFIRMATION IN OPPOSITION TO DEFENDANT KATZ METAL FABRICATORS' MOTION TO DISMISS** by depositing same in an official depository of the United States Postal Service in a prepaid at the addresses designated by them as the addresses for service of papers.

TO:

Robert W. Phelan, Esq.
Cozen O'Connor
(Attorneys for Plaintiff)
45 Broadway – 16th Floor
New York, New York 10006
(212) 509-9400

Corn Associates, LLC
Defendant
86 Chambers Street, Suite 704
New York, NY 10007

Richard S. Kaye, Esq.
Murphy & Higgins, LLP
(Attorneys for Defendant
KATZ METAL FABRICATORS, INC.)
One Radisson Plaza
New Rochelle, NY 10801
(914) 712-1100

Samco Plumbing, Inc.
Defendant
36-20 13th Street
Long Island City, NY 11106

_____
Gloria McClanahan

_____
Notary Public

YURI KAKURIEV
Notary Public - State of New York
NO. 01KA6052803
Qualified in Queens County
My Commission Expires Dec 26, 2010