STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )


**GLORIA McCLANAHAN** being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Bronx, New York.

That on July 15, 2008, deponent served a true copy of the within **AFFIRMATION IN OPPOSITION TO DEFENDANT KATZ METAL FABRICATORS' MOTION TO DISMISS** by depositing same in an official depository of the United States Postal Service in a prepaid at the addresses designated by them as the addresses for service of papers.

TO:

Robert W. Phelan, Esq.
Cozen O'Connor
(Attorneys for Plaintiff)
45 Broadway – 16th Floor
New York, New York 10006
(212) 509-9400

Corn Associates, LLC
Defendant
86 Chambers Street, Suite 704
New York, NY 10007


Richard S. Kaye, Esq.
Murphy & Higgins, LLP
(Attorneys for Defendant
KATZ METAL FABRICATORS, INC.)
One Radisson Plaza
New Rochelle, NY 10801
(914) 712-1100

Samco Plumbing, Inc.
Defendant
36-20 13th Street
Long Island City, NY 11106


_____
Gloria McClanahan

_____
Notary Public

YURI KAKURIEV
Notary Public - State of New York
NO. 01KA6052803
Qualified in Queens County
My Commission Expires Dec 26, 2010