UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
AMERICAN INSURANCE COMPANY
a/s/o Mariah Carey, and Sinclair C.S.
Beecham
                   Plaintiffs,
      against

CORN ASSOCIATES, LLC, THE
FRANKLIN TOWER CONDOMINIUM,
KATZ METAL FABRICATORS, INC., and
SAMCO PLUMBING, INC.,
                   Defendants.
------------------------------------------------------- x

Docket No.: 1:07 cv 08604

PLAINTIFF'S RULE 56.1
STATEMENT OF FACTS

      American Insurance Company a/s/o Mariah Carey and Sinclair C. S. Beecham, by its attorneys, Cozen O'Connor, provide the following statement of material facts to which plaintiff contends there is no genuine issue to be tried.

      1.     Admitted.

      2.     Admitted.

      3.     Admitted.

      4.     Admitted. American Insurance Company provided homeowners and personal property insurance to Unit Owners Mariah Cary and Sinclair Beecham. *See* Attachments E and F to Franklin Tower's Rule 56.1 Statement.

      5.     Admitted.

      6.     Admitted.

      7.     Admitted in part; denied in part. Plaintiff can neither admit or deny that the Offering Plan was "effective at the time of each subrogee's purchase of their respective

Residential Unit," but will admit it for purposes of this Motion. Additionally, Plaintiff denies as a conclusion of law that "the Offering Plan advises Unit Owners that they waive their insurers' rights of subrogation against the Condominium." Plaintiff specifically denies that the Offering Plan effectuates a waiver of subrogation.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Plaintiff can neither admit nor deny that the By-Laws were effective at the time of each subrogees' purchase, but will admit the fact for purposes of this Motion.

13. Denied as conclusions of law.

14. Admitted.

15. Admitted.

16. Plaintiff admits that Exhibit B to the Wodin Affidavit contains a Condominium Offering Plan. Plaintiff further admits that Exhibits B and C are Unit Deeds for the Carey Units and for the Beecham Units.

17. Plaintiff admits that Mariah Carey and Sinclair C.S. Beecham obtained homeowners and personal property insurance from American, copies of which were attached to Franklin Tower's Statement of Facts. Plaintiff specifically denies defendant's characterization and interpretation of the language set forth in each policy.

                                        Respectfully submitted,
                                        COZEN O'CONNOR
                                        By: _____
                                        Mark E. Opalisky, Esquire
                                        Kathleen P. Loughhead, Esq.
                                        1900 Market Street
                                        Philadelphia, PA 19103
                                        (215) 665-2729
                                        Attorneys for Plaintiff

Local Counsel:
Robert W. Phelan, Esquire (RP3825)
45 Broadway, Suite 1600
New York NY 10006
212-908-1274
     18.