# Exhibit A

Avenue, New York, New York. Such contract expires on November 30, 2000 with the right of either party to cancel on 90 days' prior written notice.

b) The cost of exterminating is based on a proposal from EVINS Pest Control Co., Inc., 91 Steamboat Road, Great Neck, New York 11024.

c) The cost of the sprinkler system contract is based on an estimate from Manengineering Bureau Inc., 137 East 13th Street, New York, New York 10003.

    The cost of the service contracts for the extermination and sprinkler inspection will be shared by the Unit Owners based on their respective percentages of Common Interests. It is anticipated that the Commercial Unit will limit its use of the elevators to one elevator and that any such use will be minimal. For such reason the Commercial Unit Owner will share fifty percent (50%)of the portion of the elevator contract allocable to one elevator in accordance with the aggregate Common Interests of the Commercial Units.

**(9)**    **Insurance**                                                                      **$ 25,555**
      **(Residential Unit Owners $24,485)**
      **(Commercial Unit Owners $ 1,070)**

This projection is based on the estimates of the annual premiums payable on the coverage listed below:

Commercial Liability:

    Limits:               $2,000,000 General Aggregate Per Location
                             $1,000,000 Products Completed Operations
                             $1,000,000 Personal and Advertising Injury
                             $    50,000 Fire Legal Liability
                             $     5,000 Medical Payments
                             $1,000,000 Employee Benefits Liability
                             $1,000,000 Auto-Non-Ownership and Hired Car
                             $     1,000 Water Damage Legal Liability Deductible

Property:

    Limits:               $29,200,000 Real Property
                             $    500,000 Business Income
                             Perils: All Risk
                             Coinsurance waived - includes agreed amount clause
                             $5,000,000 Earthquake and Flood Limit
                             Deductibles: $1,000 except $50,000 Flood and Earthquake
                             $2,000,000 Increased Cost of Construction & Demolition

Commercial Crime:

    Limits:                  $100,000 Blanket Employee Dishonesty

Umbrella Liability:       $50,000,000

Directors and Officers:

    Limit:                  $1,000,000 Each Occurrence & Annual Aggregate

Workers Compensation:

    Employer's Liability: Each accident $100,000
                              Policy limit $500,000
                              Each Employee $100,000

       The above mentioned insurance coverage and the annual premium therefore are based on estimates made by BWD Group Limited 3000 Marcus Avenue, CB 5028, Lake Success, NY 11042-0028, (the "Insurance Consultant") in a letter dated April 27, 1999.

       Sponsor, at the sole cost and expense of the Condominium, will cause to be delivered to the Condominium on the Closing Date, policies providing the insurance described above, or binders therefor, and such policies and binders may contain any deductibles which are then customary. If the Condominium does not have sufficient funds available on the Closing Date with which to pay any premiums then due on such policies, then the Sponsor will advance such insufficiency, and the amount which is advanced by the Sponsor shall be adjusted between the Sponsor and the Condominium as provided in the **"Closing Costs and Adjustments"** section.

       The suggested all risk coverage set forth above is based upon an agreed amount clause which avoids any issue of coinsurance if a partial loss occurs. In the opinion of the Insurance Consultant, the all risk coverage in the amount set forth above is presently sufficient to rebuild the Building should it be totally destroyed by fire. However, the foregoing estimate is not a guarantee and is not intended to take the place of a professional appraiser's estimate in determining replacement cost.

       The fire, casualty, and liability insurance to be obtained by the Sponsor as described above shall provide that each Unit Owner is an additional insured, that there will be no cancellation without notice to the Board, that subrogation against each Unit Owner is waived, that invalidity because of the acts of the insured and Unit Owners is waived, and that pro rata reduction, if additional Unit Owners obtain coverage, is also waived.

       Unit Owners are advised to obtain at their own cost the following insurance, since it will not be provided by the Condominium: (i) liability coverage for occurrences within their

respective Units and (ii) all-risk coverage for losses relating to Unit contents, replacements, additions, fixtures and improvements. It is recommended that Unit Owners consult with an insurance broker as to the necessity for, and the desirability of obtaining coverage for one or more of such risks and as to the amount of such coverage.

The quotation is an indication of insurance premiums at current rates. It is not possible to predict whether future coverage will continue to be available at the same premium. The cost of this budget item will be shared by all Unit Owners in accordance with their respective Common Interests. However, if the nature of use of a Commercial Unit results in an increased cost to the Condominium for insurance, the Commercial Unit Owner in question shall be responsible for the payment of any such increase in such premium that is a direct result of such use.

(10)   **Management Fees**                                                         $ 25,200
       **(Residential Unit Owners $24,673)**
       **(Commercial Unit Owners $   527)**

The Managing Agent's fee will be fixed by the proposed management agreement to be entered into by the Condominium on or before the Closing Date. The Building will be managed by RAL Management (the "Managing Agent") having an office at 316/318 Fulton Avenue, Hempstead, New York 11150. The agreement will be for an initial period of three (3) years and will provide that the Managing Agent will receive $25,200 for the first year, paid in equal monthly installments of $2,100; $27,720 for the second year, paid in twelve equal monthly installments of $2,310; and $30,492 for the third year, paid in twelve equal monthly installments if $2,541. The Managing Agent is affiliated with a principal of Sponsor. See "**Identity of Parties**." The Managing Agent has represented to Sponsor that, based on information available to the Managing Agent, the annual fees conform with fees generally accepted in the industry and that such annual fees are reasonable. The Commercial Unit Owner will share fifty percent (50%) of the cost of this item in accordance with the aggregate Common Interests of all Commercial Units (i.e., 4.1865%).

The Managing Agent may receive additional compensation as a result of commissions for placing insurance, and fees from Unit Owners in connection with the sale, refinancing or leasing of a Unit. See "**Management Agreement, Contracts and Leases**" for a summary of the provisions of the management agreement.

(11)   **Legal Fees and Audit Fees**                                               $ 7,500
       **(Residential Unit Owners $7,186)**
       **(Commercial Unit Owners $ 314)**

A certified public accountant will be responsible for auditing the Condominium's books and records and preparing the requisite audited financial statements. In addition the accountant will be responsible for filing federal, state and city income tax returns. The amount set aside for this service is $5,000. This budget item is based on an estimate