## **CERTIFICATE OF SERVICE**

I, Mark E. Opalisky, do hereby certify that a copy of the foregoing Plaintiff's Memorandum of Law in Opposition to the Motion for Summary Judgment of the Franklin Tower Condominium, Opposition Affidavit of Mark E. Opalisky, and Plaintiff's Rule 56.1 Statement of Facts has been served upon all parties of record this 16th day of July, 2008 by electronic filing, hard copy to follow via regular mail:

Richard S. Kaye, Esq.
Attorneys for Defendant, Katz Metal Fabricators, Inc.
Murphy & Higgins, LLP
One Radisson Plaza, 9th Floor
New Rochelle, New York 10801

Jared T. Greisman, Esq.
Attorneys for Defendant, Franklin Tower Condominium
White Fleischner & Fino, LLP
61 Broadway-18th Floor
New York, New York 10006

Corn Associates LLC
86 Chambers Street, Suite 704
New York, New York, 10007

Samco Plumbing, Inc.
36-20 13th Street
Long Island City, New York 11106

*Mark E. Opalisky*
Mark E. Opalisky, Esquire