# Exhibit B

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 07 CV 8604

---

AMERICAN INSURANCE COMPANY  A/S/O MARIAH CAREY
, Plaintiff(s)
- against -

CORN ASSOCIATES LLC., THE FRANKLIN TOWER CONDOMINIUMS, KATZ METAL FABRICATORS INC.,OLYMPIC PLUMBING AND HEATING III CORP., AND SAMCO PLUMBING, INC.
, Defendant(s)

---

State of New York    )
                     ) SS.:
County of New York   )

AFFIDAVIT OF SERVICE

Yariela Gonzales being duly sworn, deposes and says
that she is over the age of 18 years; is not a party to this action and resides within the State of New York.  That on 10/09/2007 at  1:20 PM at:
    CORN ASSOCIATES LLC
    86 CHAMBERS STREET
    SUITE 704
    NEW YORK NY 10007
Deponent served the:

SUMMONS IN A CIVIL ACTION & COMPLAINT WITH JURY TRIAL DEMANDED
RULE 7.1 DISCLOURSURE STATEMENT
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J PECK
CONSENT TO PROCEED
INDIVIDUAL PRACTICES OF JUDGE WILLIAM H PAULEY III
GUIDELINES FOR ELECTRONIC FILING

on CORN ASSOCIATES LLC

a domestic and/or foreign corporation
by delivering thereat true copies to A Charles
personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be the Supervisor Clerk and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 38   HEIGHT: 5'6''    WEIGHT: 180      HAIR: BLACK      RACE: BLACK       SEX: FEMALE

Yariela Gonzales           License #1260358

SWORN TO BEFORE ME  10-9-07

Johnysha Santana
Notary Public, State of New York
No. 01SA6168179
Qualified in New York County
Commission Expires 06/11/2011

OUR DOC# 19610
Cozen O'Connor
45 Broadway
17th Floor
New York NY 10006
212-509-9400
207066