UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x
AMERICAN INSURANCE COMPANY
a/s/o Mariah Carey, and Sinclair C.S.
Beecham

            Plaintiffs,
      against

CORN ASSOCIATES, LLC, THE
FRANKLIN TOWER CONDOMINIUM,
KATZ METAL FABRICATORS, INC., and
SAMCO PLUMBING, INC.,
            Defendants.
------------------------------------------------ x

REQUEST TO ENTER DEFAULT
AGAINST SAMCO PLUMBING, INC.
PURSUANT TO FEDERAL RULE OF
CIVIL PROCEDURE 55(a) AND LOCAL
RULE 55.1

Docket No.: 1:07 cv 08604

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK:

      Pursuant to the Federal Rules of Civil Procedure 55(a) and Federal Local Rule of Civil Procedure 55.1, kindly enter a default against defendant Samco Plumbing, Inc. in the above-entitled action for failure to plead or otherwise defend, as appears from the Affidavit of the undersigned attached hereto.

Dated: July 21, 2008

                                      COZEN O'CONNOR

                             By: _____
                                Mark E. Opalisky, Esq.
                                COZEN O'CONNOR
                                45 Broadway, 16th Floor
                                New York, New York 10006
                                (212) 509-9400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ------------------------------------------------------- x <br> AMERICAN INSURANCE COMPANY <br> a/s/o Mariah Carey and Sinclair C.S. Beecham <br>                  Plaintiff, <br>       against <br><br> CORN ASSOCIATES, LLC, THE FRANKLIN TOWER CONDOMINIUM, KATZ METAL FABRICATORS, INC., and SAMCO PLUMBING, INC., <br>                 Defendants. <br> ------------------------------------------------------- x | REQUEST TO ENTER DEFAULT AGAINST SAMCO PLUMBING, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(a) AND LOCAL RULE 55.1 <br><br><br> Docket No.: 1:07 cv 08604 |

## AFFIDAVIT FOR ENTRY OF DEFAULT AGAINST SAMCO PLUMBING, INC., AND CERTIFICATE OF DEFAULT ISSUED BY THE CLERK OF COURT

STATE OF PENNSYLVANIA)
                      :ss.:
COUNTY OF PHILADELPHIA)

    I, Mark E. Opalisky, Esquire, being duly sworn according to law, depose and say:

    1.    I am attorney for the plaintiff American Insurance Company and am authorized to make this affidavit on its behalf in the above-entitled action.

    2.    This case involves a subrogation claim for property damage arising out of a water leak on April 2, 2005 at a condominium located at 90 Franklin Street, New York, New York.

    3.    The water leak was the direct and proximate result of work performed by the defendants when the building was extensively renovated and converted to a condominium.

2

4. The water leak resulted in extensive property damage to two units containing the personal property and furnishings insured by American Insurance Company.

5. American Insurance reimbursed its policy holders, Mariah Carey and Sinclair Beecham, for their covered losses, and now seeks to recover its payments in this subrogation action.

6. The jurisdiction of this Court is proper pursuant to 28 U.S.C. §1332, as this action is between citizens of different states and the amount in controversy, exclusive of interest and cost, exceeds the sum of seventy-five thousand dollars ($75,000.00). American Insurance Company is a corporation organized and existing under the laws of the State of California, and Samco Plumbing, Inc. is a corporation organized and existing under the laws of the state of New York.

7. Venue is proper in the Southern District of New York pursuant to 28 U.S.C. §1391, as the renovation work, the water leak and resultant damages giving rise to the claims at issue occurred within the district. Defendant Samco Plumbing, Inc., having performed work on a building located in the district, is subject to personal jurisdiction within the district.

8. The original Complaint in this action was filed on October 4, 2007. A true and correct copy of the original Complaint is attached hereto as Exhibit "A".

9. The Summons and Complaint were properly served on Samco Plumbing, Inc. on October 10, 2007. Service was made by serving true copies to Carol Vogt, Agent for Service at Secretary of State, who is authorized to accept service on behalf of defendant. Proof of such

service thereof was filed on October 31, 2007, a true and correct copy of which is attached hereto as Exhibit "B".

10. The time within which Samco Plumbing, Inc. could answer or otherwise move as to the Complaint expired on October 30, 2007.

11. Samco Plumbing, Inc. has not filed an answer with the Court or otherwise moved.

12. The time for Defendant to answer or otherwise move has not been extended.

13. Plaintiff served the Second Amended Complaint upon the parties on March 25, 2008 and on March 26, 2008, Plaintiff filed it with the Court, a true and correct copy of the Second Amended Complaint is attached hereto as Exhibit "C".

14. Samco Plumbing, Inc. has not filed an answer with the Court to the Second Amended Complaint or otherwise moved and the time for Defendant to answer or otherwise move has not been extended.. No attorney has entered his appearance on behalf of Samco Plumbing Inc. in this matter.

15. Defendant Samco Plumbing Inc. is a corporate entity and, therefore, is neither an infant, in the military nor an incompetent person.

16. I certify the statements made by me are true. I understand if the statements made by me are false, I am subject to punishment.

17.     Attached as Exhibit "D" please find the Certificate of Default against Samco Plumbing Inc. signed by the Clerk of the Court.

Dated: July 21, 2008

                                    COZEN O'CONNOR

By: _____
      Mark E. Opalisky, Esq.
      COZEN O'CONNOR
      45 Broadway, 16th Floor
      New York, New York 10006
      (212) 509-9400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
AMERICAN INSURANCE COMPANY
a/s/o Mariah Carey, and SINCLAIR C.S.
BEECHAM
                          Plaintiffs,
                 against

CORN ASSOCIATES, LLC, THE
FRANKLIN TOWER CONDOMINIUM,
KATZ METAL FABRICATORS, INC., and
SAMCO PLUMBING, INC.,
                          Defendants.
---------------------------------------------------------- x

CERTIFICATE OF SERVICE

Docket No.: 1:07 cv 08604

      I, Mark E. Opalisky, Esquire, hereby certify that on July 21, 2008, a true and correct copy of Plaintiff's Request to Enter Default Against Samco Plumbing, Inc. pursuant to the Federal Rules of Civil Procedure 55(a) and Local Rule 55.1 was electronically filed, with notice provided to the following parties:

*Daniel M. Schiavetta, Jr., Esq.*
*Attorneys for Defendant, Katz Metal Fabricators Inc.*
*Murphy & Higgins, LLP*
*One Radisson Plaza, 9th Floor*
*New Rochelle, New York 10801*

*Jared T. Greisman, Esq.*
*White Fleischer & Fino LLP*
*Attorneys for Defendant, The Franklin Tower Condominium*
*61 Broadway, 18th Floor*
*New York, New York 10006*

*SAMCO PLUMBING, INC.*
*36-20 13th Street*
*Long Island City, New York 11106*

_____
Mark E. Opalisky, Esq.

PHILADELPHIA\3703803\1  207066.000