UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---X

AMERICAN INSURANCE COMPANY a/s/o MARIAH CAREY,

Plaintiff,

-against-

CORN ASSOCIATES, LLC, THE FRANKLIN TOWER CONDOMINIUM, KATZ METAL FABRICATORS, INC., OLYMPIC PLUMBING AND HEATING III CORP., And SAMCO PLUMBING, INC.,

Defendants.

---X

Case No.: 07 CIV 8604 (WHP) (AJP)

**CERTIFICATION**

JARED T. GREISMAN, certifies as follows:

On July 23, 2008, I directed service of a copy of the within documents upon all parties to this action via Electronic Court Filing (ECF), along with two courtesy copies which will be, served by regular mail via United States Postal Services to Attorney for Plaintiff, Robert W. Phelan, Esq., Cozen O'Connor, 45 Broadway – 16th Floor, New York, New York 10006, Attorney for Co-Defendant Katz Metal Fabricators, Inc., Richard S. Kaye, Esq., Murphy & Higgins, LLP, One Radisson Plaza, New Rochelle, NY 10801. Courtesy copies will be mailed via United States Postal Service, regular mail, to co-defendants Corn Associates, LLC and Samco Plumbing, Inc.:

- **Defendant The Franklin Tower Condominium's Reply Memorandum of Law in Support of Motion For Summary Judgment**

The list of all parties is as follows:

Robert W. Phelan, Esq.
Cozen O'Connor
(Attorneys for Plaintiff
AMERICAN INSURANCE
COMPANY)
45 Broadway – 16th Floor
New York, New York 10006
(212) 509-9400

Richard S. Kaye, Esq.
Murphy & Higgins, LLP
(Attorneys for Defendant
KATZ METAL FABRICATORS,
INC.)
One Radisson Plaza
New Rochelle, NY 10801
(914) 712-1100

Corn Associates, LLC
Defendant
86 Chambers Street, Suite 704
New York, NY 10007

Samco Plumbing, Inc.
Defendant
36-20 13th Street
Long Island City, NY 11106

Dated: New York, New York
July 23, 2008

Yours, etc.,

Respectfully submitted,

WHITE FLEISCHNER & FINO, LLP

By: ______________________
Jared T. Greisman (JG-6983)
Attorneys for Defendant
The Franklin Tower Condominium
61 Broadway - 18th Floor
New York, New York 10006
(212) 487-9700
Our File No.: 179-13150-PAF/JTG