

# COZEN O'CONNOR

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

**Mark E. Opalisky**
Direct Phone   215.665.2729
Direct Fax       215.701.2429
mopalisky@cozen.com

July 30, 2008

**VIA FACSIMILE**

Honorable William H. Pauley
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007

        Re:    American Insurance Company a/s/o Mariah Carey and Sinclair C.S.
              Beecham v. Corn Associates LLC, et al.
              Case Number:     1:07-cv-8604
              Our File Number:  207066

Dear Judge Pauley:

      Per my conversations with your chambers of Tuesday, July 29, 2008 regarding rescheduling the oral argument on the Summary Judgment Motions in the above matter, I have spoken with counsel for defendants and they consent to my request to reschedule oral argument. I have conferred with them on alternative dates and we propose September 12th, 19th, and 25th.

      I thank you for your time in considering our request.

                                Respectfully,

                                COZEN O'CONNOR

                                By: Mark E. Opalisky

MEO/bq
cc:    Jared T. Greisman, Esquire    via facsimile
       Daniel Schiavetta, Esquire     via facsimile