

## COZEN
## O'CONNOR

A PROFESSIONAL CORPORATION

1900 MARKET STREET, PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/08

**Mark E. Opalisky**
Direct Phone   215.665.2729
Direct Fax      215.701.2429
mopalisky@cozen.com

July 30, 2008

**VIA FACSIMILE**

Honorable William H. Pauley
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007

Re:    **American Insurance Company a/s/o Mariah Carey and Sinclair C.S.
       Beecham v. Corn Associates LLC, et al.**
       **Case Number:**      1:07-cv-8604
       **Our File Number:**   207066

Dear Judge Pauley:

Per my conversations with your chambers of Tuesday, July 29, 2008 regarding rescheduling the oral argument on the Summary Judgment Motions in the above matter, I have spoken with counsel for defendants and they consent to my request to reschedule oral argument. I have conferred with them on alternative dates and we propose September 12th, 19th, and 25th.

I thank you for your time in considering our request.

Respectfully,

COZEN O'CONNOR

By: Mark E. Opalisky

MEO/bq
cc:    Jared T. Greisman, Esquire    via facsimile
       Daniel Schiavetta, Esquire     via facsimile

*Application Granted. The oral argument is adjourned to September 19, 2008 at 11:30 a.m*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
8/6/08